| | |
|---|---|
| 1 | XAVIER BECERRA<br>Attorney General of California |
| 2 | ANTHONY R. HAKL<br>Acting Supervising Deputy Attorney General |
| 3 | NOREEN P. SKELLY |
| 4 | Deputy Attorney General<br>State Bar No. 186135 |
| 5 | 1300 I Street, Suite 125<br>P.O. Box 944255 |
| 6 | Sacramento, CA 94244-2550<br>Telephone: (916) 210-6057 |
| 7 | Fax: (916) 324-8835<br>E-mail: Noreen.Skelly@doj.ca.gov |
| 8 | *Attorneys for Defendants Governor Edmund G. Brown, Jr. and Attorney General Xavier Becerra* |

SUPERIOR COURT OF THE STATE OF CALIFORNIA

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL ZELENY, an individual,** | Case No. CV 17-7357 JCS |
| Plaintiff, | **NOTICE OF APPEARANCE FOR DEFENDANTS GOVERNOR EDMUND G. BROWN, JR. AND ATTORNEY GENERAL XAVIER BECERRA; NOTICE OF UNAVAILABILITY OF COUNSEL** |
| v. | |
| **EDMUND G. BROWN, JR., an individual, in his official capacity; XAVIER BECERRA, an individual, in his official capacity; CITY OF MENLO PARK, a municipal corporation; and DAVE BERTINI, in his official capacity,** | **[Civil L.R. 5-1(c)(2)(A)]**<br><br>Action Filed: December 28, 2017 |
| Defendants. | |

**TO THE CLERK OF THE COURT, PLAINTIFF MICHAEL ZELENY, AND HIS COUNSEL OF RECORD**:

**PLEASE TAKE NOTICE** pursuant to Civil Local Rule 5-1(c)(2)(A) that Noreen P. Skelly, Deputy Attorney General, a member of the State Bar of California and admitted to practice before this Court, hereby enters an appearance as attorney of record for Defendants Edmund G. Brown, Jr., Governor of California and Xavier Becerra, Attorney General of

California, and consents to receive service of documents by electronic means in accordance with Fed.R.Civ.P. 5(b)(2)(E). Ms. Skelly's contact information is as follows:

> Noreen P. Skelly, Deputy Attorney General
> 1300 I Street, Suite 125
> P.O. Box 944255
> Sacramento, CA 94244-2550
> Telephone: 916-210-6057
> Fax: 916-324-8835
> E-mail: Noreen.Skelly@doj.ca.gov

**PLEASE TAKE NOTICE** that counsel will be unavailable on the following dates:

1. February 28, 2018 through March 26, 2018.

2. May 7, 2018 through May 25, 2018.

3. October 15, 2018 through November 2, 2018.

Dated: February 2, 2018

Respectfully Submitted,

XAVIER BECERRA
Attorney General of California
ANTHONY R. HAKL
Acting Supervising Deputy Attorney General

s/ Noreen P. Skelly

NOREEN P. SKELLY
Deputy Attorney General
*Attorneys for Defendants Governor Edmund G. Brown, Jr. and Attorney General Xavier Becerra*

SA2018100198

2

Notice of Appearance; Notice of Unavailability  (CV 17-7357 JCS)

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Zeleny, Michael v. Edmund G. Brown, et al.** | No. | **CV 17-7357 JCS** |

I hereby certify that on <u>February 2, 2018</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF APPEARANCE FOR DEFENDANTS GOVERNOR EDMUND G. BROWN, JR. AND ATTORNEY GENERAL XAVIER BECERRA; NOTICE OF UNAVAILABILITY OF COUNSEL**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>February 2, 2018</u>, at Sacramento, California.

| Janice Titgen | s/Janice Titgen |
|---|---|
| Declarant | Signature |

SA2018100198
12951382.docx