1  XAVIER BECERRA
   Attorney General of California
2  ANTHONY R. HAKL
   Acting Supervising Deputy Attorney General
3  NOREEN P. SKELLY
   Deputy Attorney General
4  State Bar No. 186135
    1300 I Street, Suite 125
5   P.O. Box 944255
    Sacramento, CA 94244-2550
6   Telephone: (916) 210-6057
    Fax: (916) 324-8835
7   E-mail: Noreen.Skelly@doj.ca.gov
   *Attorneys for Defendants Governor Edmund G.*
8  *Brown, Jr. and Attorney General Xavier Becerra*

SUPERIOR COURT OF THE STATE OF CALIFORNIA

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **MICHAEL ZELENY, an individual,**<br><br>Plaintiff,<br><br>v.<br><br>**EDMUND G. BROWN, JR., an individual, in his official capacity; XAVIER BECERRA, an individual, in his official capacity; CITY OF MENLO PARK, a municipal corporation; and DAVE BERTINI, in his official capacity,**<br><br>Defendants. | Case No. CV 17-7357 JCS<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Action Filed: December 28, 2017<br>Complaint served: January 11, 2018<br>Current response date: February 1, 2018<br>New response date: February 22, 2018 |

Pursuant to Local Rule 6-1, Plaintiff Michael Zeleny and Defendants Edmund G. Brown, Jr., Governor of California, and Xavier Becerra, California Attorney General, hereby agree and stipulate to extend the time for Governor Brown and Attorney General Becerra to respond to Plaintiff's complaint, by not more than thirty days, from February 1, 2018 to February 22, 2018.

It is so STIPULATED.

Dated: January 24, 2018

Respectfully Submitted,

XAVIER BECERRA
Attorney General of California
ANTHONY R. HAKL
Acting Supervising Deputy Attorney General

s/Noreen P. Skelly
NOREEN P. SKELLY
Deputy Attorney General
*Attorneys for Defendants Governor Edmund G. Brown, Jr. and Attorney General Xavier Becerra*

AFFELD GRIVAKES LLP

s/Damion Robinson
DAVID W. AFFELD
DAMION D.D. ROBINSON
*Attorneys for Plaintiff Michael Zeleny*

SA2018100198

# CERTIFICATE OF SERVICE

| Case Name: | **Zeleny, Michael v. Edmund G. Brown, et al.** | No. | **CV 17-7357 JCS** |
|---|---|---|---|

I hereby certify that on <u>February 2, 2018</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>February 2, 2018</u>, at Sacramento, California.

| Janice Titgen | s/Janice Titgen |
|---|---|
| Declarant | Signature |

SA2018100198
12951476.docx