UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ZELENY, an individual<br><br>                       Plaintiff<br><br>v.<br><br>EDMUND G. BROWN, JR., et al.<br>                       Defendants. | Case No. 17-cv-07357<br><br>CONSENT OR DECLINATION<br>TO MAGISTRATE JUDGE<br>JURISDICTION |

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

☐ **Consent to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

☒ **Decline Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: January 31, 2018

NAME: Noreen P. Skelly, Deputy Attorney General
Office of the Attorney General

COUNSEL FOR: Defendants Edmund G. Brown, Jr., Governor and Xavier Becerra, Attorney General

_____
Signature

# CERTIFICATE OF SERVICE

| Case Name: | **Zeleny, Michael v. Edmund G. Brown, et al.** | No. | **CV 17-7357 JCS** |
|---|---|---|---|

I hereby certify that on <u>February 2, 2018</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>February 2, 2018</u>, at Sacramento, California.

| Janice Titgen | s/Janice Titgen |
|---|---|
| Declarant | Signature |

SA2018100198
12951511.docx