POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>David W. Affeld, Cal. Bar No. 123922<br>Affeld Grivakes LLP<br>2049 Century Park East, Suite 2460<br>Los Angeles, CA 90067<br>TELEPHONE NO.: (310) 979-8700   FAX NO. (Optional): (310) 979-8701<br>E-MAIL ADDRESS (Optional): dwa@agzlaw.com<br>ATTORNEY FOR (Name): Michael Zeleny | FOR COURT USE ONLY |
|---|---|
| United States District Court–Northern District of California<br>STREET ADDRESS: 450 Golden Gate Avenue<br>MAILING ADDRESS: 450 Golden Gate Avenue<br>CITY AND ZIP CODE: San Francisco 94102<br>BRANCH NAME: Northern District | |
| PLAINTIFF/PETITIONER: Michael Zeleny<br>DEFENDANT/RESPONDENT: Edmund G. Brown, Jr., an individual | CASE NUMBER:<br>CV 17-7357 JCS |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☐ summons
   b. ☐ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☑ other *(specify documents):* See Attached

3. a. Party served *(specify name of party as shown on documents served):*
   Dave Bertini, an individual, in his official capacity

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   Tracy Weber, Communications & Records Manager/Authorized Agent

4. Address where the party was served:
   701 Laurel Street, Menlo Park, CA 94025

5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* 1-11-18   (2) at *(time):* 2:30pm
   b. ☐ **by substituted service.** On *(date):*   at *(time):*   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*   from *(city):*   or ☐ a declaration of mailing is attached.
      (5) ☐ I attach a declaration of diligence stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |

| | |
|---|---|
| PLAINTIFF/PETITIONER: Michael Zeleny | CASE NUMBER: |
| DEFENDANT/RESPONDENT: Edmund G. Brown, Jr., an individual | CV 17-7357 JCS |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on (date):                                    (2) from (city):

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section):*

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☑ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☐ On behalf of *(specify):*
       under the following Code of Civil Procedure section:
       ☐ 416.10 (corporation)              ☐ 415.95 (business organization, form unknown)
       ☐ 416.20 (defunct corporation)      ☐ 416.60 (minor)
       ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
       ☐ 416.40 (association or partnership) ☐ 416.90 (authorized person)
       ☐ 416.50 (public entity)            ☐ 415.46 (occupant)
                                            ☐ other:

7. Person who served papers
   a. Name: Jonathan Gibbs
   b. Address: 816 S. Figueroa Street, Ste 100, Los Angeles, CA 90017
   c. Telephone number: (213) 327-0014
   d. The fee for service was: $
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☑ a registered California process server:
         (i) ☐ owner ☐ employee ☑ independent contractor.
         (ii) Registration No.: PS1638
         (iii) County: Santa Clara

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ **I am a California sheriff or marshal** and I certify that the foregoing is true and correct.

Date: 1-17-18

Jonathan Gibbs
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                    (SIGNATURE)

## *Attachment*

- Summons In A Civil Action
- Complaint For Declaratory And Injunction Relief
- Civil Cover Sheet
- Order Setting Initial Case Management Conference And ADR Deadlines
- Consenting To The Jurisdiction Of A Magistrate Judge