1 **TODD H. MASTER [SBN. 185881]**
  tmaster@hrmrlaw.com
2 **HOWARD ROME MARTIN & RIDLEY LLP**
  1900 O'Farrell Street, Suite 280
3 San Mateo, CA  94403
  Telephone:     (650) 365-7715
4 Facsimile:      (650) 364-5297

5 Attorneys for Defendants
  CITY OF MENLO PARK and
6 DAVE BERTINI

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| MICHAEL ZELENY, an individual<br><br>Plaintiff,<br><br>vs.<br><br>EDMUND G. BROWN, JR., an individual, in his official capacity, et al.<br><br>Defendants. | Case No. 17-cv-07357-RS<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Pursuant to Local Rule 6-1(b), Plaintiff Michael Zeleny and Defendants CITY OF MENLO PARK and DAVE BERTINI (hereinafter, "Menlo Park Defendants") (collectively, "Moving Parties"), hereby request an order from the Court, which would grant the Menlo Park Defendants additional time to file their response to the Complaint.  Specifically, the Moving Parties request that the Menlo Park Defendants be given until March 23, 2018 to file their response to the Complaint.

---
STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT;
Case No. 17-cv-07357-RS                                                1

1     While this request will admittedly impact the current Case Schedule (*See* Senior Magistrate
2  Spero's December 29, 2017 Order Setting Initial Case Management Conference and ADR
3  Deadlines [Document 5], which called for the filing of an ADR Certification and either a
4  Stipulation to ADR Process or Notice of Need for ADR Phone Conference by March 9, 2018),
5  counsel for the Menlo Park Defendants was only just assigned the case.  Further, and more
6  importantly, Moving Parties make this request because they are currently working in good faith
7  and exploring whether they can resolve the issues being alleged herein before the Menlo Park
8  Defendants have to spend additional resources to file a response to the Complaint.   Should these
9  informal efforts not be successful, the Menlo Park Defendants will be prepared to file their
10 response to the Complaint on or before March 23, 2018, which is the current deadline to file a Rule
11 26(f) Report, complete initial disclosures, etc. *See* December 29, 2017 Order Setting Initial Case
12 Management Conference and ADR Deadlines [Document 5].  The Moving Parties respectfully
13 suggest that the March 9, 2018 deadlines, as referenced herein, be moved to March 23, 2018.

     This request will not impact the Court's time line for the filing of an Initial Case
14 Management Conference Statement (April 5, 2018) or the Initial Case Management Conference
15 itself (April 12, 2018). *See* Clerk's Notice Re: Reassigned Case [Document 17].

17  Date:  February 15, 2018                    HOWARD ROME MARTIN & RIDLEY LLP

18                                              By: /s/ Todd H. Master
19                                                  Todd H. Master
                                                    Attorneys for Defendants
20                                                  CITY OF MENLO PARK and
                                                    DAVE BERTINI
21

22  Date:  February 15, 2018                    AFFELD GRIVAKES LLP

23
                                                By: /s/ David W. Affeld
24                                                  David W. Affeld
                                                    Attorneys for Plaintiff
25                                                  MICHAEL ZELENY

26  / / /

---

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT;
Case No. 17-cv-07357-RS                             2

**ORDER OF THE COURT**

GOOD CAUSE APPEARING, it is hereby ORDERED as follows:

1. Defendants CITY OF MENLO PARK and DAVE BERTINI, and each of them, have until March 23, 2018 to respond to the Complaint.
2. Defendants CITY OF MENLO PARK and DAVE BERTINI shall have until March 23, 2018 to comply with the ADR deadlines set forth in Document 5.

IT IS SO ORDERED.

Dated: 2/15/18

_____
The Honorable Richard Seeborg