1  XAVIER BECERRA
   Attorney General of California
2  ANTHONY R. HAKL
   Acting Supervising Deputy Attorney General
3  NOREEN P. SKELLY
   Deputy Attorney General
4  State Bar No. 186135
   EMMANUELLE S. SOICHET
5  Deputy Attorney General
   State Bar No. 290754
6   1300 I Street, Suite 125
    P.O. Box 944255
7   Sacramento, CA 94244-2550
    Telephone: (916) 210-6057
8   Fax: (916) 324-8835
    E-mail: Noreen.Skelly@doj.ca.gov
9  *Attorneys for Defendants Edmund G. Brown Jr.,*
   *Governor of California and Xavier Becerra,*
10 *California Attorney General*

11                IN THE UNITED STATES DISTRICT COURT

12                FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                          SAN FRANCISCO DIVISION

| | |
|---|---|
| **MICHAEL ZELENY, an individual,** | CV 17-7357 JS |
| Plaintiff, | **NOTICE OF MOTION AND MOTION TO DISMISS FILED BY DEFENDANTS EDMUND G. BROWN JR., GOVERNOR OF CALIFORNIA AND XAVIER BECERRA, CALIFORNIA ATTORNEY GENERAL** |
| v. | |
| **EDMUND G. BROWN, JR., an individual, in his official capacity; XAVIER BECERRA, an individual, in his official capacity; CITY OF MENLO PARK, a municipal corporation; and DAVE BERTINI, in his official capacity,** | Date: April 12, 2018<br>Time: 1:30 p.m.<br>Dept: 3-17th Floor<br>Judge: The Hon. Richard G. Seeborg<br>Trial Date: TBD<br>Action Filed: December 28, 2017 |
| Defendants. | |

**TO PLAINTIFF MICHAEL ZELENY AND ALL PARTIES OF RECORD**:

**PLEASE TAKE NOTICE** that on **April 12, 2018**, at 1:30 p.m. or as soon thereafter as counsel may be heard in Courtroom 3 on the 17th floor of the above-entitled court, located at 450 Golden Gate Avenue, San Francisco, California, Defendants Edmund G. Brown Jr., Governor of California and Xavier Becerra, California Attorney General, will move pursuant to

1

1  Rule 12(b)(1) of the Federal Rules of Civil Procedure for an order dismissing this matter in its
2  entirety.  Defendants Brown and Becerra move to dismiss the amended complaint on the grounds
3  that:
4      Pursuant to Federal Rule of Civil Procedure 12(b)(1), this Court lacks jurisdiction over the
5  subject matter because no case or controversy exists between Zeleny and Brown or Becerra.
6      Pursuant to Federal Rule of Civil Procedure 12(b)(1), this Court lacks jurisdiction over the
7  subject matter because Zeleny's claims are barred by Eleventh Amendment immunity, and Zeleny
8  fails to allege facts sufficient to bring his claims within the exception to such immunity under *Ex*
9  *parte Young*, 209 U.S. 123 (1908).  Moreover, the Eleventh Amendment would also bar Zeleny's
10 claims if brought pursuant to the California Constitution.
11     This motion will be based on this notice of motion and motion, the memorandum of points
12 and authorities in support thereof, the pleadings, papers, and documents on file with the Court,
13 and the oral argument of counsel.

14 Dated:  February 22, 2018                                      Respectfully submitted,

XAVIER BECERRA
Attorney General of California
ANTHONY R. HAKL
Acting Supervising Deputy Attorney General
EMMANUELLE S. SOICHET
Deputy Attorney General

*/s/ Noreen P. Skelly*
NOREEN P. SKELLY
Deputy Attorney General
*Attorneys for Defendants Edmund G. Brown Jr., Governor of California and Xavier Becerra, California Attorney General*

SA2018100198
12972088.docx

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Zeleny, Michael v. Edmund G. Brown, et al.** | No. | **CV 17-7357 JCS** |

I hereby certify that on <u>February 22, 2018</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF MOTION AND MOTION TO DISMISS FILED BY DEFENDANTS EDMUND G. BROWN JR., GOVERNOR OF CALIFORNIA AND XAVIER BECERRA, CALIFORNIA ATTORNEY GENERAL**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>February 22, 2018</u>, at Sacramento, California.

| Eileen A. Ennis | *s/ Eileen A. Ennis* |
|---|---|
| Declarant | Signature |

SA2018100198
12972124.docx