IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL ZELENY, an individual,**<br><br>Plaintiff,<br><br>v.<br><br>**EDMUND G. BROWN, JR., an individual, in his official capacity; XAVIER BECERRA, an individual, in his official capacity; CITY OF MENLO PARK, a municipal corporation; and DAVE BERTINI, in his official capacity,**<br><br>Defendants. | Case No. CV 17-7357 JS<br><br>**[PROPOSED] ORDER AFTER MOTION TO DISMISS FILED BY DEFENDANTS EDMUND G. BROWN JR., GOVERNOR OF CALIFORNIA AND XAVIER BECERRA, CALIFORNIA ATTORNEY GENERAL**<br><br>Date:      April 12, 2018<br>Time:      1:30 p.m.<br>Dept:      3-17th Floor<br>Judge:     The Hon. Richard G. Seeborg<br>Trial Date:   TBD<br>Action Filed:  December 28, 2017 |

1

1    The Court having reviewed the motion to dismiss and good cause appearing therefore:

2            **IT IS HEREBY ORDERED** that the motion to dismiss all claims for relief asserted

3    against Defendants Edmund G. Brown Jr., Governor of California and Xavier Becerra, California

4    Attorney General is granted.

5

6        **IT IS SO ORDERED:**

7        Dated: _____

8                                                    _____
                                                     **RICHARD SEEBORG**
9                                                    **UNITED STATES DISTRICT JUDGE**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

Case Name:   **Zeleny, Michael v. Edmund G.**           No.    **CV 17-7357 JCS**
             **Brown, et al.**

I hereby certify that on <u>February 22, 2018</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**[PROPOSED] ORDER AFTER MOTION TO DISMISS FILED BY DEFENDANTS EDMUND G. BROWN JR., GOVERNOR OF CALIFORNIA AND XAVIER BECERRA, CALIFORNIA ATTORNEY GENERAL**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>February 22, 2018</u>, at Sacramento, California.

| Eileen A. Ennis | *s/ Eileen A. Ennis* |
|:---:|:---:|
| Declarant | Signature |

SA2018100198
12972135.docx