UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Zeleny<br><br>Plaintiff(s)<br><br>v.<br><br>Edmund G. Brown, Jr., et al.<br><br>Defendant(s) | Case No. C 17-7357<br><br>ADR CERTIFICATION BY PARTIES AND COUNSEL |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" (available at cand.uscourts.gov/adr).

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: February 26, 2018         Signed: Noreen Skelly, on behalf of Brown/Becerra
                                                         Party

Date: February 26, 2018         Signed: Noreen Skelly, Deputy Attorney General
                                                         Attorney

*Important! E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."*

*Form ADR-Cert rev. 11-2016*

## CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Zeleny, Michael v. Edmund G. Brown, et al.** | No. | **CV 17-7357 JCS** |

I hereby certify that on February 26, 2018, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

### ADR CERTIFICATION BY PARTIES AND COUNSEL

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on February 26, 2018, at Sacramento, California.

| Eileen A. Ennis | *s/ Eileen A. Ennis* |
|---|---|
| Declarant | Signature |

SA2018100198
12975657.docx