UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ZELENY<br><br>　　　　Plaintiff(s)<br><br>v.<br><br>EDMUND G. BROWN, JR., et al.<br><br>　　　　Defendant(s) | Case No. C 17-cv-07357 JCS<br><br>ADR CERTIFICATION BY PARTIES AND COUNSEL |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

　　(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" (available at cand.uscourts.gov/adr).

　　(2) Discussed the available dispute resolution options provided by the Court and private entities; and

　　(3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: February 27, 2018　　　　Signed: /s/ Todd H. Master on behalf of BERTINI
　　　　　　　　　　　　　　　　　　　　　Party

Date: February 27, 2018　　　　Signed: /s/ Todd H. Master
　　　　　　　　　　　　　　　　　　　　　Attorney

*Important! E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."*

*Form ADR-Cert rev. 11-2016*