UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Zeleny, an individual , <br><br> Plaintiff(s) <br><br> v. <br><br> Edmund G. Brown, Jr., et al. , <br><br> Defendant(s) | Case No. C <br><br><br> NOTICE OF NEED FOR ADR PHONE CONFERENCE |

Counsel report that they have met and conferred regarding ADR and that they:

☐ have not yet reached an agreement to an ADR process OR

☒ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference

The following counsel will participate in the ADR phone conference:

| Attorney Name & Party Representing | Phone & Email Address |
|---|---|
| Damion Robinson, Affeld Grivakes LLP<br>Plaintiff Zeleny | (310) 979-8700; dr@agzlaw.com |
| Noreen P. Skelly, Deputy Attorney General<br>Defendants Brown & Becerra | (916) 210-6057; noreen.skelly@doj.ca.gov<br>Unavailable March 28th through March 23rd. |
| Todd Master, Howard Rome Martin & Ridley<br>Defendants City of Menlo Park & Bertini | (650) 365-7715 x215; tmaster@hrmrlaw.com |
| | |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Date: 02/26/2018      Signed: s/ Damion Robinson
                                              Attorney for Plaintiff

Date: 02/26/2018      Signed: s/ Noreen P. Skelly
                                              Attorney for Defendant

*Important!* E-file this form in ECF using event name: "Notice of Need for ADR Phone Conference (ADR LR 3-5)."

*Form ADR-TC rev. 6-2016*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| Michael Zeleny, an individual , Plaintiff(s) v. Edmund G. Brown, Jr., et al. , Defendant(s) | Case No. C NOTICE OF NEED FOR ADR PHONE CONFERENCE |
|---|---|

Counsel report that they have met and conferred regarding ADR and that they:

☐ have not yet reached an agreement to an ADR process OR

☒ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference

The following counsel will participate in the ADR phone conference:

| Attorney Name & Party Representing | Phone & Email Address |
|---|---|
| Damion Robinson, Affeld Grivakes LLP Plaintiff Zeleny | (310) 979-8700; dr@agzlaw.com |
| Noreen P. Skelly, Deputy Attorney General Defendants Brown & Becerra | (916) 210-6057; noreen.skelly@doj.ca.gov Unavailable March 28th through March 23rd. |
| Todd Master, Howard Rome Martin & Ridley Defendants City of Menlo Park & Bertini | (650) 365-7715 x215; tmaster@hrmrlaw.com |
|  |  |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Date: 03/08/2018         Signed: s/ Todd H. Master
                                  Attorney for Plaintiff

Date:                    Signed: _____
                                  Attorney for Defendant

*Important!* E-file this form in ECF using event name: "Notice of Need for ADR Phone Conference (ADR LR 3-5)."

*Form ADR-TC rev. 6-2016*