1  XAVIER BECERRA
   Attorney General of California
2  ANTHONY R. HAKL
   Supervising Deputy Attorney General
3  EMMANUELLE S. SOICHET
   Deputy Attorney General
4  State Bar No. 290754
    455 Golden Gate Avenue, Suite 11000
5   San Francisco, CA  94102-7004
    Telephone:  (415) 510-3861
6   Fax:  (415) 703-1234
    E-mail:  Emmanuelle.Soichet@doj.ca.gov
7  *Attorneys for Defendants Governor Edmund G.*
   *Brown Jr. and Attorney General Xavier Becerra*

8

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12

| | |
|---|---|
| 13 **MICHAEL ZELENY, an individual,** | CV 17-7357 RS |
| 14                              Plaintiff, | **NOTICE OF APPEARANCE OF** |
| 15 | **EMMANUELLE S. SOICHET AS** |
|    v. | **COUNSEL FOR DEFENDANTS** |
| 16 | |
| 17 **EDMUND G. BROWN, JR., an individual,** | Judge:       The Honorable Richard G. |
|    **in his official capacity; XAVIER** |              Seeborg |
| 18 **BECERRA, an individual, in his official** | |
|    **capacity; CITY OF MENLO PARK, a** | Action Filed:  December 28, 2017 |
| 19 **municipal corporation; and DAVE** | |
|    **BERTINI, in his official capacity,** | |
| 20 | |
|                              Defendants. | |
| 21 | |

22

23

24

25

26

27

28

1

1    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2          I, Emmanuelle S. Soichet, of the California Department of Justice, hereby enter my

3    appearance as counsel for Defendants Governor Edmund G. Brown Jr. and Attorney General

4    Xavier Becerra.  I am a member of the State Bar of California and am admitted to practice in the

5    Northern District of California.  My address and telephone number are as follows:

6
7          California Department of Justice
           455 Golden Gate Ave., Suite 11000
8          San Francisco, CA 94102
           Telephone: (415) 510-3861
9

10   Dated:  March 14, 2018                    Respectfully submitted,

11                                             XAVIER BECERRA
                                               Attorney General of California
12                                             ANTHONY R. HAKL
                                               Supervising Deputy Attorney General
13

14                                             /s/ Emmanuelle S. Soichet

15                                             EMMANUELLE S. SOICHET
                                               Deputy Attorney General
16                                             *Attorneys for Defendants*

17   SA2018100198

18

19

20

21

22

23

24

25

26

27

28

2