TODD H. MASTER [SBN. 185881]
tmaster@hrmrlaw.com
HOWARD ROME MARTIN & RIDLEY LLP
1900 O'Farrell Street, Suite 280
San Mateo, CA  94403
Telephone:     (650) 365-7715
Facsimile:      (650) 364-5297

Attorneys for Defendants
CITY OF MENLO PARK and
DAVE BERTINI

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| MICHAEL ZELENY, an individual<br><br>Plaintiff,<br><br>vs.<br><br>EDMUND G. BROWN, JR., an individual, in his official capacity, et al.<br><br>Defendants. | Case No. 17-cv-07357-RS<br><br>**STIPULATION AND [PROPOSED] ORDER RE PARTIES' REQUEST FOR EARLY REFERRAL TO MAGISTRATE JUDGE FOR EARLY SETTLEMENT CONFERENCE** |

On March 28, 2018, counsel for the parties herein participated in an ADR Telephone Conference with Howard Herman. *See* Document 34. In said teleconference, counsel for the parties herein advised that they were agreeable to a referral to either Chief Magistrate Judge Joseph C. Spero or Magistrate Nathanael Cousins for an Early Settlement Conference.[1] While the parties

---

[1] Defendants Edmund G. Brown Jr., Governor of California, and Xavier Becerra, Attorney General of California, have filed a motion to dismiss on the grounds that the Court lacks jurisdiction over the claim Mr. Zeleny asserts against

are currently working together informally, by way of this stipulation, they respectfully request an early referral to one of the aforementioned Magistrate Judges, so that they may get a settlement conference on calendar as soon as practical. The parties make this request because the initial case management conference, which was originally scheduled for April 12, 2018, has been moved to May 10, 2018. *See* Document 33. It is the parties' hope that with an early referral, the case as it pertains to the Menlo Park Defendants may be rendered moot and/or the parties will at least have a settlement conference on calendar by the time of the May 10, 2018 Case Management Conference.

DATE:  April 2, 2018                    HOWARD ROME MARTIN & RIDLEY LLP

                                        By:  /s/ Todd H. Master
                                             Todd H. Master
                                             Attorneys for Defendants
                                             CITY OF MENLO PARK and
                                             DAVE BERTINI

DATE:  April 2, 2018                    AFFELD GRIVAKES LLP

                                        By:  /s/ Todd H. Master
                                             David W. Affeld
                                             Damion Robinson
                                             Attorneys for Plaintiff
                                             MICHAEL ZELENY

DATE:  April 2, 2018

                                        By:  /s/ Noreen P. Skelly
                                             Noreen P. Skelly
                                             Attorneys for Defendants
                                             EDMUND G. BROWN JR. and
                                             XAVIER BECERRA

---

them. *See* Document 20  However, as discussed during the ADR telephone conference, Defendants Brown and Becerra support Mr. Zeleny and Defendants City of Menlo Park and Chief Bertini's efforts to resolve this matter through a request for an early settlement conference.

---

STIPULATION AND [PROPOSED] ORDER RE PARTIES' REQUEST FOR EARLY REFERRAL TO MAGISTRATE JUDGE FOR EARLY SETTLEMENT CONFERENCE;
Case No. 17-cv-07357-RS                              2

**[PROPOSED] ORDER**

Pursuant to the Stipulation set forth above and good cause appearing, this case is referred to [Chief Magistrate Judge Joseph C. Spero or Magistrate Judge Nathanael Cousins] for an early settlement conference.

Dated: April ___, 2018

_____
Hon. Richard Seeborg
United States District Court Judge

HOWARD ROME MARTIN & RIDLEY LLP
1900 O'FARRELL STREET, SUITE 280
SAN MATEO, CA 94403
TELEPHONE (650) 365-7715