# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL ZELENY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EDMUND G. BROWN, JR.,<br><br>　　　　Defendants. | Case No. 15-cv-07357 RS (NC)<br><br>**NOTICE AND ORDER SETTING SETTLEMENT CONFERENCE** |

　　This case was referred to this Court by District Judge Richard Seeborg for a settlement conference. The conference will be held on **May 17, 2018, at 9:30 a.m.** in Courtroom 5, 4th Floor, 280 South First Street, San Jose, California. If a party is unable to participate in the conference on this date, that party must meet and confer with opposing counsel to find another date on which all parties are available and then contact courtroom deputy Lili Harrell as soon as possible at Lili_Harrell@cand.uscourts.gov or 408.535.5343. Please see this Court's Settlement Conference Standing Order for more information.

　　IT IS SO ORDERED.

　　DATED:　April 27, 2018

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　NATHANAEL M. COUSINS
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge