THOMAS S. BROWN, CA Bar No. 178620
    tsbrown@foley.com
NICHOLAS P. HONKAMP, CA Bar No. 261299
    nhonkamp@foley.com
**FOLEY & LARDNER LLP**
555 CALIFORNIA STREET, SUITE 1700
SAN FRANCISCO, CA 94104-1520
TELEPHONE: 415.434.4484
FACSIMILE:  415.434.4507

Attorneys for Non-Party New Enterprise Associates

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Zeleny,<br><br>　　　　　　　　Individual,<br><br>　　vs.<br><br>Edmund G. Brown, et al.,<br><br>　　　　　　　　Defendants. | Case No. 17-CV-07357-RS<br><br>**[PROPOSED] ORDER RE NON-PARTY NEW ENTERPRISE ASSOCIATES' MOTION TO QUASH AND/OR FOR A PROTECTIVE ORDER**<br><br>Date:　　March 7, 2019<br>Time:　　1:30 pm |

　　　　The Motion to Quash and/or Motion for Protective Order of non-party New Enterprise Associates ("NEA") came on for hearing on March 7, 2019, at 1:30 p.m., in this Court. NEA and each party to this litigation appeared at the hearing by and through its counsel of record. The Court, having considered all papers in support of and in opposition to the Motion to Quash and/or Motion for Protective Order, the arguments and evidence presented at the time of the hearing, and all papers on file in this action, and good cause appearing therefore, hereby ORDERS as follows:

///

///

///

///

///

[PROPOSED] ORDER RE NON-PARTY NEW ENTERPRISE ASSOCIATES' MOTION TO QUASH AND/OR FOR A PROTECTIVE ORDER
1
Case No. 17-CV-07357-RS

4845-7832-8710.1

1. Non-Party New Enterprise Associate's Motion to Quash and/or for Protective Order is **Granted**.

2. The Subpoena to Testify at a Deposition in a Civil Action dated December 13, 2018 is quashed. Plaintiff is precluded from obtaining the documents and testimony sought from NEA in the Subpoena.

**IT IS SO ORDERED.**

DATED: _____

_____
Hon. Richard Seeborg
United States District Court Judge

**PROOF OF SERVICE Electronic Filing**

I HEREBY CERTIFY that on January 25, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the Electronic Service List for this case.

                                          */s/ Nicholas P. Honkamp*
                                          NICHOLAS P. HONKAMP
                                          Attorneys for Non-Party New Enterprise Associates