UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ZELENY, AN INDIVIDUAL,<br><br>　　　　　Plaintiff(s),<br><br>v.<br><br>EDMUND G. BROWN, JR., ET AL.,<br><br>　　　　　Defendant(s). | Case No: 17-CV-07357-RS<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, **Courtney Worcester**, an active member in good standing of the bar of **Massachusetts**, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: **New Enterprise Associates** in the above-entitled action. My local co-counsel in this case is **Nicholas P. Honkamp**, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 111 Huntington Avenue, Suite 2500<br>Boston, MA 02199-7610 | 555 California Street, Suite 1700<br>San Francisco, CA 94104-1520 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (617) 502-3218 | (415) 984-9885 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| cworcester@foley.com | nhonkamp@foley.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: **643180**.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: February 4, 2019　　　　　　　　　　　　　　Courtney Worcester
　　　　　　　　　　　　　　　　　　　　　　　　　　　　APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of **Courtney Worcester** is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 2/5/19　　　　　　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

PRO HAC VICE APPLICATION & ORDER　　　　　　　　　　　　　　　　　　October 2012