UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ZELENY, AN INDIVIDUAL,<br><br>    Plaintiff(s),<br><br>v.<br><br>EDMUND G. BROWN, JR., ET AL.,<br><br>    Defendant(s). | Case No: 17-CV-07357-RS<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Roger A. Lane, an active member in good standing of the bar of Massachusetts, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: New Enterprise Associates in the above-entitled action. My local co-counsel in this case is Nicholas P. Honkamp, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>111 Huntington Avenue, Suite 2500<br>Boston, MA 02199-7610 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>555 California Street, Suite 1700<br>San Francisco, CA 94104-1520 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(617) 342-4098 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 984-9885 |
| MY EMAIL ADDRESS OF RECORD:<br>rlane@foley.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>nhonkamp@foley.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 551368.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 2/4/19

                                                                                    Roger A. Lane<br>
                                                                                     APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Roger A. Lane is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 2/5/19

                                                                               UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE