1  David W. Affeld, State Bar No. 123922
2  Damion Robinson, State Bar No. 262573
   Affeld Grivakes LLP
3  2049 Century Park East, Ste. 2460
   Los Angeles, CA 90067
4  Telephone:    (310) 979-8700

5  Attorneys for Plaintiff
   Michael Zeleny

6
7
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11 | MICHAEL ZELENY,              | Case No. CV 17-7357 JCS
12 |     Plaintiff,                | Assigned to:
13 |     vs.                       | The Honorable Richard G. Seeborg
14 | EDMUND G. BROWN, Jr., *et al.*, | **[PROPOSED] ORDER MODIFYING CERTAIN DISCOVERY DEADLINES**
15 |     Defendants.               |
16 |                               |
17 |                               | Action Filed: December 28, 2017
   |                               | Trial Date:   November 18, 2019
18

19     The Court, having considered the stipulation of all parties, and good cause appearing,

20 hereby GRANTS the parties' joint application to modify certain pre-trial discovery deadlines,

21 as follows:

22     1.   The deadline for the parties to complete all non-expert discovery is extended

23 from March 1, 2019 to April 19, 2019;

24     2.   The deadline for the parties to make initial expert disclosures is extended from

25 April 19, 2019 to May 17, 2019;

26     3.   The deadline for the parties to make supplemental and rebuttal expert

27 disclosures is extended from May 17, 2019 to June 7, 2019;

28     4.   The deadline for the parties to complete expert discovery is advanced from July

1  28, 2019 to July 12, 2019.

2      4.    All other dates and deadlines shall remain in effect.

3      The Case Management Scheduling Order, Dkt. No. 45 is modified accordingly.

4  **It is So Ordered.**

_____
The Honorable Richard G. Seeborg
UNITED STATES DISTRICT COURT JUDGE

ORDER GRANTING STIPULATION TO MODIFY CERTAIN DISCOVERY DEADLINES

## **PROOF OF SERVICE**

1
2    I certify that I electronically filed the foregoing document through the Court's CM/ECF system. I am informed and believe that the CM/ECF system will give electronic
3  notice of this filing to interested parties via email.

4                                        /s/
                                         Damion Robinson

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 3 -
ORDER GRANTING STIPULATION TO MODIFY CERTAIN DISCOVERY DEADLINES