THOMAS S. BROWN, CA Bar No. 178620
tsbrown@foley.com
NICHOLAS P. HONKAMP, CA Bar No. 261299
nhonkamp@foley.com
**FOLEY & LARDNER LLP**
555 CALIFORNIA STREET
SUITE 1700
SAN FRANCISCO, CA 94104-1520
TELEPHONE: 415.434.4484
FACSIMILE:  415.434.4507

ROGER A. LANE (admitted *pro hac vice*)
rlane@foley.com
COURTNEY WORCESTER (admitted *pro hac vice*)
cworcester@foley.com
**FOLEY & LARDNER LLP**
111 HUNTINGTON AVENUE
BOSTON, MA 02199
TELEPHONE: 617.342.4000
FACSIMILE:  617.342.4001

Attorneys for Non-Party New Enterprise Associates

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

| | |
|---|---|
| Michael Zeleny, an Individual, | Case No. 17-cv-07357-RS |
| Plaintiff, | **DECLARATION OF COURTNEY WORCESTER IN SUPPORT OF NON-PARTY NEW ENTERPRISE ASSOCIATES'S REPLY IN SUPPORT OF ITS MOTION TO QUASH AND/OR FOR PROTECIVE ORDER** |
| vs. | |
| Edmund G. Brown, et al., | |
| Defendants. | Date:      March 7, 2019<br>Time:     1:30 pm<br>Courtroom: 3, 17th Floor |

I, Courtney Worcester, declare and state as follows:

    1.    I am an attorney licensed to practice in Massachusetts, and a partner with Foley & Lardner LLP, counsel for non-party New Enterprise Associates ("NEA"). I make this declaration based

on my own personal knowledge, except as to those matters stated on information and belief, which I believe to be true. If called as a witness, I could competently testify to the matters stated herein.

2. On January 15, 2019, an associate in my office made a Public Records request via the City of Menlo Park website requesting records from a de novo appeal that took place on August 11, 2016 at 2 pm, regarding Michael Zeleny's appeal of the decision of the Community Services Director, denying his Application for a City Special Event Permit.

3. On January 17, 2019, the City of Menlo Park produced, *inter alia*, an MP3 recording from that August 11, 2016 appeal.

4. Attached as Exhibit A are excerpts from a transcript generated from the MP3 recording of the August 11, 2016 appeal.

5. Attached as Exhibit B is a true and accurate copy of a Subpoena To Testify at a Deposition in a Civil Action dated February 6, 2019 that was issued by the Plaintiff in this action, Michael Zeleny to C. Richard Kramlich.

6. Attached as Exhibit C is a true and accurate copy of a Subpoena To Testify at a Deposition in a Civil Action dated February 6, 2019 that was issued by the Plaintiff in this action, Michael Zeleny to Scott Sandell.

7. Attached as Exhibit D is a true and accurate copy of a printout of "Partially indexed items in Content Search in Office 365," available at https://docs.microsoft.com/en-us/office365/securitycompliance/partially-indexed-items-in-content-search.

8. Attached as Exhibit E is a true and accurate copy of the Complaint for Trespass in *New Enterprise Associates, Inc. v. Zeleny*, Case No. Civ 499465 (San Mateo Superior Court).

9. Attached as Exhibit F is a true and accurate copy of the Answer of Defendant Michael Zeleny in *New Enterprise Associates, Inc. v. Zeleny*, Case No. Civ 499465 (San Mateo Superior Court).

10. Attached as Exhibit G is a true and accurate copy of the Notice of Entry of Judgment and Permanent Injunction entered in *New Enterprise Associates, Inc. v. Zeleny*, Case No. Civ 499465 (San Mateo Superior Court).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 15th day of February 2019 at Boston, Massachusetts.

By: _____
COURTNEY WORCESTER

DECLARATION OF COURTNEY WORCESTER IN SUPPORT OF NEA'S REPLY
-3-
Case No. 17-cv-07357-RS