# EXHIBIT F



1  AFFELD GRIVAKES ZUCKER LLP
   David W. Affeld (State Bar No. 123922)
2  12400 Wilshire Blvd., Suite 1180
   Los Angeles, California 90025
3  Telephone: (310) 979-8700
   Facsimile:  (310) 979-8701
4
   Attorneys for Defendant Michael Zeleny
5
        AGZ/DWA
6
7
8         **SUPERIOR COURT FOR THE STATE OF CALIFORNIA**
9                **FOR THE COUNTY OF SAN MATEO**
10
11 | New Enterprise Associates, Inc., a Delaware ) | CASE NO.: 499465
   | Corporation,                                ) |
12 |                                              ) |                    FILE VIA FAX
   |     Plaintiff,                               ) | **ANSWER OF DEFENDANT MICHAEL**
13 |                                              ) | **ZELENY TO COMPLAINT; DEMAND**
   | v.                                           ) | **FOR JURY TRIAL**
14 |                                              ) |
   | Michael Zeleny, and DOES 1-25,               ) |
15 |                                              ) |
   |     Defendant [sic]                          ) |
16 |                                              ) |
17 |_____) | Date Filed:   October 5, 2010
18
19
20   Defendant Michael Zeleny ("Zeleny"), for himself and no other defendant, hereby
21 answers the unverified Complaint of New Enterprise Associates, Inc. ("NEA"), as follows:
22   Pursuant to Section 431.30 of the California Code of Civil Procedure, Zeleny
23 generally denies each and every allegation contained in the Complaint.
24
25              **FIRST AFFIRMATIVE DEFENSE**
                  (Failure to State a Cause of Action)
26
27   The Complaint fails to state facts sufficient to constitute a cause of action upon
   which relief can be granted against Zeleny.
28

-1-
Answer by Defendant Michael Zeleny to Complaint

## SECOND AFFIRMATIVE DEFENSE

### (Statutes of Limitations)

The Complaint is barred in whole or in part by applicable statutes of limitation.

## THIRD AFFIRMATIVE DEFENSE

### (Laches)

The Complaint is barred in whole or in part by the doctrine of laches.

## FOURTH AFFIRMATIVE DEFENSE

### (Constitutional Right)

The conduct alleged in the Complaint constituted exercise of Zeleny's rights under the First and Fourteenth Amendments of the United States Constitution and Article I Section 2 of the Constitution of the state of California.

## FIFTH AFFIRMATIVE DEFENSE

### (Express or Implied Consent and License)

The Complaint is barred in whole or in part on the basis of consent and license to members of the public, including without limitation Zeleny, which consent and license was granted by NEA, other tenants of the subject property, and the owner of the subject property.

## SIXTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

The Complaint is barred in whole or in part by the doctrine of unclean hands.

## SEVENTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate Damages)

The Complaint is barred in whole or in part because NEA failed to mitigate its alleged damages.

WHEREFORE, Zeleny prays for relief and judgment against NEA as follows:

1. That NEA take nothing.
2. That Zeleny recover costs of suit.

1    3.    That the Court award such other and further relief as the Court may deem
2          proper.
3
4  DATED: November 4, 2010              AFFELD GRIVAKES ZUCKER LLP
5
6
7                                       By: /s/ David W. Affeld
8                                           David W. Affeld
                                            Attorneys for Defendant Michael Zeleny
9
10
11                              DEMAND FOR JURY TRIAL
12
13      Zeleny demands trial by jury of all issues so triable.
14
   DATED: November 4, 2010              AFFELD GRIVAKES ZUCKER LLP
15
16
17                                      By: /s/ David W. Affeld
18                                          David W. Affeld
19                                          Attorneys for Defendant Michael Zeleny

PROOF OF SERVICE

STATE OF CALIFORNIA     )
                        )  ss.
COUNTY OF LOS ANGELES   )

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, California, and am not a party to the within action; my business address is 12400 Wilshire Boulevard, Suite 1180, Los Angeles, California 90025-7120, and my email address is dwa@agzlaw.com. On November 4, 2010, I served the following document described as **ANSWER OF DEFENDANT MICHAEL ZELENY TO COMPLAINT; DEMAND FOR JURY TRIAL** on the interested parties in this action as follows:

Robert B. Hawk
Kristi K. Elder
Nimrod H. Aviad
525 University Avenue, 4th Floor
Palo Alto CA 94301
robert.hawk@hoganlovells.com
kris.elder@hoganlovells.com
nimi.aviad@hoganlovells.com

____ BY MAIL – By placing a true copy thereof enclosed in a sealed envelope addressed as stated in the attached service list. I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

XXXXX   I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

____ By personal delivery.

__x__ (By email) At approximately 4:10 p.m., I sent the foregoing document in pdf format by email transmission from dwa@agzlaw.com to counsel identified above at the email addresses stated above pursuant to agreement between the parties of October 22, 2010, and Rule of Court 2.260.

XXXXX   (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on November 4, 2010, at Los Angeles, California.

David W. Affeld
Type or Print Name                      Signature

-4-

Answer by Defendant Michael Zeleny to Complaint