# EXHIBIT G



1  HOGAN LOVELLS US LLP
   Robert B. Hawk (Cal. Bar No. 118054)
2  Kristi K. Elder (Cal. Bar No. 231996)
   Nimrod H. Aviad (Cal. Bar No. 259705)
3  525 University Avenue, 4th Floor
   Palo Alto, California 94301
4  Telephone: (650) 463-4000
   Facsimile: (650) 463-4199
5  robert.hawk@hoganlovells.com
   kris.elder@hoganlovells.com
6  nimi.aviad@hoganlovells.com

7  Attorneys for Plaintiff
   NEW ENTERPRISE ASSOCIATES, INC.

**ENDORSED FILED**
**SAN MATEO COUNTY**

SEP 2 2 2011

Clerk of the Superior Court
By _____ S. Peyrot
DEPUTY CLERK

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF SAN MATEO

| | |
|---|---|
| New Enterprise Associates, Inc., a Delaware Corporation,<br><br>  Plaintiff,<br><br>v.<br><br>Michael Zeleny, and DOES 1-25,<br><br>  Defendant. | Case No. CIV 499465<br><br>**JUDGMENT AND PERMANENT INJUNCTION IN FAVOR OF PLAINTIFF NEW ENTERPRISE ASSOCIATES, INC.** |

JUDGMENT & PERMANENT INJUNCTION IN FAVOR OF PLAINTIFF NEA

\\034826/000008 - 100219 v1

Pursuant to California Code of Civil Procedure Section 998, on September 19, 2011, Plaintiff New Enterprise Associates, Inc. ("NEA") submitted a settlement offer to Defendant Michael Zeleny ("Zeleny"). Zeleny and his counsel accepted such offer on September 19, 2011 and September 20, 2011, respectively.

The Court being fully advised and in accordance with California Code of Civil Procedure Section 998 hereby:

ORDERS, ADJUDGES AND DECREES THAT:

1. Judgment is entered against Defendant Michael Zeleny in favor of Plaintiff NEA in the amount of twenty-five thousand dollars ($25,000) (the "Damages");

2. Defendant Michael Zeleny is permanently enjoined from entering onto, or inducing other individuals to enter onto, any portion of the real property situated at 2855 Sand Hill Road, Menlo Park, California, the walkways leading to NEA's business offices located in 2855 Sand Hill Road, the common tenant grounds of the office park in which 2855 Sand Hill Road is located, including the internal street and entryways surrounding the buildings, and the parking lots serving employees and invited guests of tenants of the office complex, as depicted in the photograph (within the red line) attached as Exhibit A (the "Permanent Injunction");

3. The Damages and the Permanent Injunction are in satisfaction of all claims in this action, including without limitation, claims for injunctive relief, damages, costs and expenses, attorney fees and interest.

IT IS SO ORDERED.

Dated: September 22, 2011

V. Raymond Swope
Judge of the Superior Court

1
JUDGMENT & PERMANENT INJUNCTION IN FAVOR OF PLAINTIFF NEA



# PROOF OF SERVICE

I, Michael Ewers, declare:

I am employed in the City of San Francisco, County of San Francisco, State of California. I am over the age of eighteen years and am not a party to the within action. My business address is Hogan Lovells US LLP, 4 Embarcadero Center, 22nd Floor, San Francisco, California, 94111.

On September 23, 2011, I served the documents listed below on the interested parties in this action by placing a true and correct copy thereof, in a sealed envelope addressed as follows:

David W. Affeld
Affeld Grivakes Zucker LLP
12400 Wilshire Blvd., Suite 1180
Los Angeles, CA 90025
Phone: (310) 979-8700
Fax: (310) 979-8701
Email: dwa@agzlaw.com
Counsel for Defendant Michael Zeleny

**DOCUMENTS SERVED:**

1. **NOTICE OF ENTRY OF JUDGMENT AND PERMANENT INJUNTION**

[X] **BY MAIL:** I am readily familiar with the business' practice for collection and processing correspondence for mailing with the United States Postal Service. I know that the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business and that the envelopes were sealed, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices at Palo Alto, California.

[X] **BY ELECTRONIC SERVICE:** Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed below. I did not receive within a reasonable time after transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on September 23, 2011, at San Francisco, California.

_____
Michael Ewers