UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Zeleny,<br><br>    Plaintiff,<br><br>    v.<br><br>Brown,<br><br>    Defendant. | Case No. 17-cv-07357-RS<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE** |
|---|---|

Pursuant to Northern District Local Rule 72-1, the Court hereby refers this discovery dispute, raised in Docket No. 48, and any further discovery disputes, to a randomly assigned Magistrate Judge for resolution.

**IT IS SO ORDERED**.

Dated: February 19, 2019

_____
RICHARD SEEBORG
United States District Judge