1  David W. Affeld, State Bar No. 123922
   Damion Robinson, State Bar No. 262573
2  Affeld Grivakes LLP
   2049 Century Park East, Ste. 2460
3  Los Angeles, CA 90067
   Telephone:   (310) 979-8700
4
5  Attorneys for Plaintiff
   Michael Zeleny
6
7
8
                    **UNITED STATES DISTRICT COURT**
9
                    **NORTHERN DISTRICT OF CALIFORNIA**
10

11 | MICHAEL ZELENY,              | Case No. CV 17-7357 JCS
12 |     Plaintiff,               | Assigned to:
13 |         vs.                  | The Honorable Richard G. Seeborg
14 | EDMUND G. BROWN, Jr., *et al.*, | **[PROPOSED] ORDER MODIFYING CERTAIN DISCOVERY DEADLINES**
15 |     Defendants.              |
16 |                              |
17 |                              | Action Filed:  December 28, 2017
                                    Trial Date:    November 18, 2019
18

19     The Court, having considered the stipulation of all parties, and good cause appearing,

20 hereby GRANTS the parties' joint application to modify certain pre-trial discovery deadlines,

21 as follows:

22     1.    The deadline for the parties to complete all non-expert discovery is extended

23 from March 1, 2019 to April 19, 2019;

24     2.    The deadline for the parties to make initial expert disclosures is extended from

25 April 19, 2019 to May 17, 2019;

26     3.    The deadline for the parties to make supplemental and rebuttal expert

27 disclosures is extended from May 17, 2019 to June 7, 2019;

28     4.    The deadline for the parties to complete expert discovery is advanced from July

28, 2019 to July 12, 2019.

4. All other dates and deadlines shall remain in effect.

The Case Management Scheduling Order, Dkt. No. 45 is modified accordingly.

**It is So Ordered.**

_____
The Honorable Richard G. Seeborg
UNITED STATES DISTRICT COURT JUDGE

- 2 -
ORDER GRANTING STIPULATION TO MODIFY CERTAIN DISCOVERY DEADLINES