UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ZELENY,<br><br>    Plaintiff,<br><br>v.<br><br>EDMUND G. BROWN, et al.,<br><br>    Defendants. | Case No. 17-cv-07357-RS (TSH)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 48 |

    The Court sets oral argument for February 28, 2019 at 10:00 a.m. in Courtroom A on the 15th floor for non-party New Enterprise Associates' motion to quash, ECF No. 48.

    Going forward the parties shall comply with the undersigned's standing Discovery Order, which is available at https://cand.uscourts.gov/tsh/standing-orders. Any questions may be directed to the Courtroom Deputy, Rose Maher.

Dated: February 19, 2019

 

THOMAS S. HIXSON
United States Magistrate Judge