United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ZELENY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EDMUND G. BROWN, et al.,<br><br>　　　　Defendants. | Case No. 17-cv-07357-RS   (TSH)<br><br>**ORDER GRANTING APPLICATON FOR LEAVE TO FILE SURREPLY**<br><br>Re: Dkt. No. 61 |

　　　　Plaintiff Michael Zeleny's application for leave to file a sur-reply in connection with New Enterprise Associates' motion to quash, ECF No. 61, is **GRANTED**.  The proposed sur-reply brief at ECF No. 61-1 is deemed filed.

　　**IT IS SO ORDERED.**

Dated: February 22, 2019

　　　　　　　　　　　　　　　　　　　　　　　　THOMAS S. HIXSON
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge