# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Case Number :     2017-07357
Case Title :      Zeleny v. Brown et al

## THIS DOCUMENT CONTAINS AN AUDIO FILE ATTACHMENT

The attached digital recording is a copy of a court proceeding and is provided as a convenience to the public. It is not an official record; only transcripts prepared by court-arranged transcriptionists will be considered the official record of this proceeding. 28 U.S.C. § 753(b).

For information about ordering a transcript, see    **https://cand.uscourts.gov/transcripts**

Case Type :        cv
Audio Date\Time:   3/7/2019 10:08:08 AM
Audio File Name :  3cv2017-07357_20190307-100808.mp3
Audio File Size :  12616 KB
Audio Run Time :   [00:26:17] (hh:mm:ss)

**How to access the audio file**
The audio file is embedded as an attachment in this PDF document.

*Listening to the file with Adobe Reader:* Click the Attachments tab or the Paper Clip icon. Select the audio file and click Open. If you do not see the Attachments tab, press **F4** on your keyboard, then click the Paper Clip icon, OR click on **View > Show/Hide > Navigation Panes > Attachments.**



**For technical support, guidance and more info**:    **https://cand.uscourts.gov/audio**