David W. Affeld, State Bar No. 123922
Damion Robinson, State Bar No. 262573
Affeld Grivakes LLP
2049 Century Park East, Ste. 2460
Los Angeles, CA 90067
Telephone:   (310) 979-8700

Attorneys for Plaintiff
Michael Zeleny

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ZELENY,<br><br>        Plaintiff,<br><br>     vs.<br><br>EDMUND G. BROWN, Jr., *et al.*,<br><br>        Defendants. | Case No. CV 17-7357 JCS<br><br>Assigned to:<br>The Honorable Richard G. Seeborg<br><br>Discovery Matters:<br>The Honorable Thomas S. Hixson<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE**<br><br>**[Fed. R. Civ. P. 72 and Local Rule 72-2]**<br><br>Date:  TBD<br>Time: TBD<br><br>[Filed Concurrently:<br>1.      Proposed Order]<br><br>Action Filed:  December 28, 2017<br>Trial Date:     November 18, 2019 |

# ORDER

The Motion of plaintiff Michael Zeleny ("Plaintiff") for Relief from Nondispositive Pretrial Order came before the Court for hearing on _____ at _____ [a.m./p.m.].  Having considered the motion, the opposition of New Enterprise Associates, Plaintiff's reply, and the arguments of all parties, and good cause appearing, the Court hereby ORDERS as follows:

1. The Motion is GRANTED;

2. The Order Granting in Part and Denying in Part Motion to Quash (the "Order") dated March 7, 2019 is hereby MODIFIED pursuant to Federal Rule of Civil Procedure 72, to DENY the Motion of New Enterprise Associates ("NEA") to Quash the subpoena issued by Plaintiff as to Deposition Topics Nos. 13, 16 and 17, and Requests for Documents Nos. 6, 7, 17, and 18.

3. The March 7, 2019 Order remains in effect except as so modified.

4. NEA shall produce a witness prepared to testify on the above topics and documents responsive to the above requests within 30 days of the date of this Order.

**It is So Ordered.**

Dated: _____

                                                             The Honorable Richard G. Seeborg
UNITED STATES DISTRICT COURT JUDGE

ORDER GRANTING MOTION FOR RELIEF FROM MARCH 7, 2019 ORDER

**PROOF OF SERVICE**

I hereby certify that on March 21, 2019, I electronically filed the foregoing document using the Court's CM/ECF system. I am informed and believe that the CM/ECF system will send a notice of electronic filing to the interested parties.

s/ Damion Robinson
Damion Robinson

ORDER GRANTING MOTION FOR RELIEF FROM MARCH 7, 2019 ORDER