David W. Affeld, State Bar No. 123922
Damion Robinson, State Bar No. 262573
Affeld Grivakes LLP
2049 Century Park East, Ste. 2460
Los Angeles, CA 90067
Telephone:   (310) 979-8700

Attorneys for Plaintiff
Michael Zeleny

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ZELENY,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>GAVIN NEWSOM, *et al.*,<br><br>　　Defendants. | Case No. CV 17-7357 JCS<br><br>Assigned to:<br>The Honorable Richard G. Seeborg<br><br>Discovery Matters:<br>The Honorable Thomas S. Hixson<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO FILING OF FIRST AMENDED COMPLAINT**<br><br>Action Filed: December 28, 2017<br>Trial Date:     November 18, 2019 |

- 1 -

ORDER APPROVING STIPULATION TO FILE FIRST AMENDED COMPLAINT

# ORDER

The Court has considered the stipulation of plaintiff Michael Zeleny ("Plaintiff") and defendants Xavier Becerra, the City of Menlo Park, and Dave Bertini (collectively, "Defendants") to Plaintiff's filing of a First Amended Complaint (the "Stipulation").

Good cause appearing, the Court hereby orders as follows:

1. The Stipulation is APPROVED.

2. Plaintiff's First Amended Complaint, attached as Exhibit 1 to the Stipulation, is hereby DEEMED FILED as of the date of this Order.

3. Plaintiff is ORDERED to file the First Amended Complaint, as a separate docket entry, and to serve New Enterprise Associates, Inc. with the First Amended Complaint, forthwith.

4. Defendants' deadline to respond to the First Amended Complaint is fourteen days from the date of this Order. (The foregoing shall not affect the deadline for New Enterprise Associates to respond to the First Amended Complaint).

**So Ordered**

Dated: _____

_____
The Honorable Richard G. Seeborg
UNITED STATES DISTRICT COURT JUDGE

ORDER APPROVING STIPULATION TO FILE FIRST AMENDED COMPLAINT

**PROOF OF SERVICE**

    I hereby certify that on March 29, 2019, I electronically filed the foregoing document using the Court's CM/ECF system. I am informed and believe that the CM/ECF system will send a notice of electronic filing to the interested parties.

                                          s/ Damion Robinson
                                          Damion Robinson

ORDER APPROVING STIPULATION TO FILE FIRST AMENDED COMPLAINT