1  David W. Affeld, State Bar No. 123922
   Damion Robinson, State Bar No. 262573
2  Affeld Grivakes LLP
   2049 Century Park East, Ste. 2460
3  Los Angeles, CA 90067
   Telephone:    (310) 979-8700
4
5  Attorneys for Plaintiff
   Michael Zeleny
6
7
8
                    **UNITED STATES DISTRICT COURT**
9
                    **NORTHERN DISTRICT OF CALIFORNIA**
10
11  MICHAEL ZELENY,                          Case No. CV 17-7357 JCS

12        Plaintiff,                         Assigned to:
                                             The Honorable Richard G. Seeborg
13        vs.
                                             Discovery Matters:
14  EDMUND G. BROWN, Jr., *et al.*,          The Honorable Thomas S. Hixson

15        Defendants.                        **STIPULATION TO CONTINUE
                                             CERTAIN PRETRIAL DATES**
16
                                             [Proposed Order filed concurrently]
17
                                             **Current Dates**:
18                                           Discovery Cutoff:  April 19, 2019
                                             Expert Disclosures: May 17, 2019
19                                           Supplemental Experts:  June 7, 2019
                                             Expert Discovery Cutoff:  July 12, 2019
20
                                             **Proposed Dates**
21                                           Discovery Cutoff:  July 19, 2019
                                             Expert Disclosures: August 1, 2019
22                                           Supplemental Experts:  August 22, 2019
                                             Expert Discovery Cutoff:  Sept. 12, 2019
23
24                                           Action Filed:  December 28, 2017
                                             Trial Date:     November 18, 2019
25
26
27
28

                                  - 1 -

          STIPULATION TO CONTINUE CERTAIN PRETRIAL DATES

**STIPULATION**

Plaintiff Michael Zeleny ("Plaintiff") and defendants Xavier Becerra, the City of Menlo Park, and Dave Bertini (collectively, "Defendants") hereby stipulate to continue certain pretrial dates in light of Plaintiff's filing of a First Amended Complaint naming New Enterprise Associates, Inc. as a defendant.

## I.    RECITALS

1.    Plaintiff filed his Complaint in this action on December 28, 2017, asserting claims against Defendants and Governor Edmund G. Brown ("Brown").  Plaintiff asserted claims against the City of Menlo Park and Dave Bertini for violation of his rights under the First, Second, and Fourteenth Amendments to the United States Constitution, pursuant to 42 U.S.C. § 1983.  Plaintiff sued former Governor Edmund G. Brown, Jr. and Attorney General Becerra, in their official capacities, for purposes of asserting a facial challenge to California Penal Code sections 25510, 26350, 26375, 26400, and 26405.

2.    In substance, Plaintiff's claim against the City of Menlo Park and Dave Bertini alleged that those defendants were involved in an effort to stop Plaintiff's protests for the benefit of New Enterprise Associates, Inc. ("NEA").

3.    The Court dismissed Governor Brown from this action pursuant to a Motion to Dismiss, which Plaintiff did not oppose as to Governor Brown.

4.    The Parties participated in an early settlement conference before Magistrate Judge Nathanael Cousins on May 17, 2018 and a follow-up call in July 2018.  They were unsuccessful in resolving the matter.

5.    The Court issued its scheduling order in this case on June 14, 2018, setting a trial date of November 18, 2019.

6.    On January 11, 2019, Plaintiff served discovery requests on defendants the City of Menlo Park and Bertini requesting, among other things, "Communications with NEA Relating to . . . Zeleny."

7.    Zeleny also served subpoenas on NEA and its executive Scott Sandell.  NEA

- 2 -

1    moved to quash the subpoena directed to it, and briefing on that motion is still underway.

2        8.      On February 15, the parties filed a stipulation to continue certain discovery

3    deadlines in this matter, which the Court approved on February 19.  Pursuant to the Court's

4    February 19 Order, the following schedule is in effect:

5            a.      Completion of fact discovery:              April 19, 2019

6            b.      Initial expert disclosures:                May 17, 2019

7            c.      Supplemental/rebuttal expert disclosures:  June 7, 2019

8            d.      Completion of expert discovery:            July 12, 2019

9        9.      On or about March 5, 2019, the City of Menlo Park made an initial production

10   of documents in response to Plaintiff's Requests for Production.

11       10.     On March 19, 2019, Plaintiff took the deposition of Chief Bertini, individually

12   and as the Rule 30(b)(6) designee of the City of Menlo Park.

13       11.     Plaintiff contends that the documents produced by the City of Menlo Park, and

14   confirmed in Chief Bertini's deposition, evidence a conspiracy between NEA, the City of

15   Menlo Park, and Chief Bertini to stop Zeleny from engaging in his peaceful protests.

16       12.     Zeleny contends that this evidence supports claims for (a) conspiracy to violate

17   42 U.S.C. § 1983, *see Franklin v. Fox.*, 312 F.3d 423, 441 (9th Cir. 2002) ("[a] private

18   individual may be liable under [42 U.S.C.] § 1983 if she conspired or entered joint action with

19   a state actor"); and (b) conspiracy to violate civil rights under 42 U.S.C. § 1985(3), *see*

20   *Fargaza v. FBI*, 916 F.3d 1202 (9th Cir. 2019).

21       13.     Although the City of Menlo Park and Chief Bertini deny the existence of any

22   conspiracy, all parties stipulated to the filing of Zeleny's First Amended Complaint, naming

23   NEA as a party to this action.  The Court approved the stipulation on April 1, 2019, and

24   Zeleny filed his First Amended Complaint on that date.  Zeleny is awaiting issuance of a

25   summons on NEA.

26       14.     Counsel appeared at a Status Conference on April 4, 2019 and discussed with

27   the Court the scheduling impact of NEA's addition as a party.  Among other things, the

28   parties have scheduled a number of depositions in the coming weeks based on the current

STIPULATION TO CONTINUE CERTAIN PRETRIAL DATES

1    discovery cut-off of April 19.

2        15.    All counsel agree that it would be inefficient to take these depositions before

3    NEA appears in this action.  Doing so will likely result in significant duplication of efforts

4    and likely repeated depositions as NEA will likely seek to participate once it appears.   This

5    will cause unnecessary burden on the parties and third-party deponents.

6        16.    Counsel agreed that the best course would be to postpone the depositions until

7    after NEA appears and can participate in the discovery process.  Counsel seek to extend

8    discovery-related deadlines by approximately 90 days to accommodate NEA's appearance in

9    this action, any Rule 12 motions, and NEA's participation in discovery.

10       17.    The Court indicated that it was amenable to modifying the current schedule,

11   other than the dates set for Summary Judgment hearings (September 12, 2019) and trial

12   (November 19, 2019).  The Court directed the parties to file a stipulation in this regard.

13

14   **II.    STIPULATION**

15       Based on the foregoing, the Parties hereby stipulate and agree as follows:

16       18.    The Parties jointly request an order from the Court vacating the current

17   discovery deadlines and extending those deadlines by approximately 90 days to the following

18   dates:

19               a.    Completion of fact discovery:                    July 19, 2019

20               b.    Initial expert disclosures:                       August 1, 2019

21               c.    Supplemental/rebuttal expert disclosures:  August 22, 2019

22               d.    Completion of expert discovery:              September 12, 2019

23

24                             (*Continued on Next Page*)

25

26

27

28

STIPULATION TO CONTINUE CERTAIN PRETRIAL DATES

1        19.     The Parties jointly apply for an order in the form submitted herewith approving

2    this stipulation.

3    **So Stipulated.**

4    Dated:  March 21, 2019                    Respectfully submitted,

5                                              s/ Damion Robinson
                                               David W. Affeld
6                                              Damion D. D. Robinson
                                               Affeld Grivakes LLP
7                                              Attorneys for Plaintiff Michael Zeleny

8

9                                              Noreen P. Skelly
                                               Office of the Attorney General
10                                             Attorneys for Defendant Xavier Becerra

11

12                                             Todd H. Master
                                               Howard Rome Martin & Ridley LLP
13                                             Attorneys for Defendants the City of Menlo Park
                                               and Dave Bertini
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE CERTAIN PRETRIAL DATES

1

## **PROOF OF SERVICE**

2

3
    I hereby certify that on April 9, 2019, I electronically filed the foregoing document using the Court's CM/ECF system.  I am informed and believe that the CM/ECF system will send a notice of electronic filing to the interested parties.

4
                                             /s/ Gabrielle Bruckner
                                             Gabrielle Bruckner

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 6 -

STIPULATION TO CONTINUE CERTAIN PRETRIAL DATES