1    David W. Affeld, State Bar No. 123922
2    Damion Robinson, State Bar No. 262573
     Affeld Grivakes LLP
3    2049 Century Park East, Ste. 2460
     Los Angeles, CA 90067
4    Telephone:    (310) 979-8700

5    Attorneys for Plaintiff
     Michael Zeleny

6

7

8
                    **UNITED STATES DISTRICT COURT**
9
                **NORTHERN DISTRICT OF CALIFORNIA**
10

11   MICHAEL ZELENY,                        Case No. CV 17-7357 JCS

12        Plaintiff,                        <u>Assigned to</u>:
                                            The Honorable Richard G. Seeborg
13        vs.
                                            <u>Discovery Matters</u>:
14   EDMUND G. BROWN, Jr., *et al.*,        The Honorable Thomas S. Hixson

15        Defendants.                       **[PROPOSED] ORDER APPROVING
                                            STIPULATION TO CONTINUE
16                                          CERTAIN PRETRIAL DATES**

17                                          [Proposed Order filed concurrently]

18                                          <u>**Current Dates**</u>:
                                            Discovery Cutoff:  April 19, 2019
19                                          Expert Disclosures: May 17, 2019
                                            Supplemental Experts:  June 7, 2019
20                                          Expert Discovery Cutoff:  July 12, 2019

21                                          <u>**Proposed Dates**</u>
                                            Discovery Cutoff:  July 19, 2019
22                                          Expert Disclosures: August 1, 2019
                                            Supplemental Experts:  August 22, 2019
23                                          Expert Discovery Cutoff:  Sept. 12, 2019

24
                                            Action Filed:  December 28, 2017
25                                          Trial Date:    November 18, 2019

26

27

28

                                    - 1 -

ORDER GRANTING STIPULATION TO CONTINUE CERTAIN PRETRIAL DATES

The Court has considered the parties Stipulation to Continue Certain Pretrial Dates. Based on the stipulation and the Court's discussion with counsel at the April 4, 2019 Status Conference in this matter, and good cause appearing, the Court APPROVES the stipulation, as follows:

1.    The current deadlines for completion of fact discovery, initial disclosures of expert witness, supplemental and rebuttal disclosures of expert witnesses, and completion of expert discovery are hereby VACATED;

2.    The Court SETS the following schedule for discovery:

| | | |
|---|---|---|
| a. | Completion of fact discovery: | July 19, 2019 |
| b. | Initial expert disclosures: | August 1, 2019 |
| c. | Supplemental/rebuttal expert disclosures: | August 22, 2019 |
| d. | Completion of expert discovery: | September 12, 2019 |

3.    All other dates and deadlines set forth in the Court's Scheduling Order remain in effect, including the deadline for summary judgment hearings (September 12, 2019) and the date of trial (November 18, 2019).

**It is So Ordered.**

Dated: _____

_____
The Honorable Richard G. Seeborg
UNITED STATES DISTRICT COURT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

ORDER GRANTING STIPULATION TO CONTINUE CERTAIN PRETRIAL DATES

1

## **PROOF OF SERVICE**

2

     I hereby certify that on April 9, 2019, I electronically filed the foregoing document
using the Court's CM/ECF system.  I am informed and believe that the CM/ECF system will

3

send a notice of electronic filing to the interested parties.

4

                             /s/ Gabrielle Bruckner

5

                             Gabrielle Bruckner

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

ORDER GRANTING STIPULATION TO CONTINUE CERTAIN PRETRIAL DATES