1  XAVIER BECERRA
   Attorney General of California
2  ANTHONY R. HAKL
   Supervising Deputy Attorney General
3  NOREEN P. SKELLY
   Deputy Attorney General
4  State Bar No. 186135
    1300 I Street, Suite 125
5   P.O. Box 944255
    Sacramento, CA 94244-2550
6   Telephone: (916) 210-6057
    Fax: (916) 324-8835
7   E-mail:  Noreen.Skelly@doj.ca.gov
   *Attorneys for Defendant Attorney General Xavier*
8  *Becerra*

9

IN THE UNITED STATES DISTRICT COURT

10

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

SAN FRANCISCO DIVISION

12

13

| | |
|---|---|
| 14  **MICHAEL ZELENY, an individual,** | CV 17-7357 JCS |
| 15                                    Plaintiff, | **DEFENDANT ATTORNEY GENERAL** |
| 16            **v.** | **XAVIER BECERRA'S ANSWER TO PLAINTIFF MICHAEL ZELENY'S FIRST AMENDED COMPLAINT FOR** |
| 17  **GAVIN NEWSOM, et al.,** | **DECLARATORY AND INJUNCTIVE RELIEF** |
| 18                                   Defendants. | |
| 19 | Judge:          The Honorable Richard G. Seeborg |
| 20 | Action Filed:  December 28, 2017 First Amended Complaint filed |
| 21 | |

22

23

24

25

26

27

28

1

Defendant Attorney General Xavier Becerra's Answer to First Amended Complaint for Declaratory and Injunctive Relief  (CV 17-7357 JCS)

Xavier Becerra, in his official capacity as Attorney General of the State of California, hereby responds to Plaintiff Michael Zeleny's First Amended Complaint for Declaratory and Injunctive Relief as follows:

**<u>INTRODUCTION</u>**

1.      In response to the allegations contained in paragraph 1 of the First Amended Complaint, Defendant Becerra denies the allegations.

2.      In response to the allegations contained in paragraph 2 of the First Amended Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

3.      In response to the allegations contained in paragraph 3 of the First Amended Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

4.      In response to the allegations contained in paragraph 4 of the First Amended Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

5.      In response to the allegations contained in paragraph 5 of the First Amended Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

6.      In response to the allegations contained in paragraph 6 of the First Amended Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

7.      In response to the allegations contained in paragraph 7 of the First Amended Complaint, Defendant Becerra admits that Plaintiff Zeleny has asserted claims under 42 U.S.C. § 1983.  Defendant Becerra denies that the California statutes Plaintiff Zeleny alleges were invoked or applied against him are unconstitutional.  As to the remaining allegations, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

/ / /

8.      In response to the allegations contained in paragraph 8 of the First Amended Complaint, Defendant Becerra denies that Plaintiff Zeleny challenges the facial validity of California statutes restricting the public display of unloaded firearms, specifically California Penal Code sections 26400 and 26350.  As to the remaining allegations, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

## JURISDICTION AND VENUE

9.      In response to the allegations contained in paragraph 9 of the First Amended Complaint, Defendant Becerra admits the content of the First, Second, and Fourteenth Amendments to the United States Constitution and the federal Civil Rights Act, 42 U.S.C. §§ 1983 and 1988.  Defendant Becerra denies that Plaintiff Zeleny is entitled to any relief under the First, Second, and Fourteenth Amendments to the United States Constitution or the federal Civil Rights Act, 42 U.S.C. §§ 1983 and 1988.

10.     In response to the allegations contained in paragraph 10 of the First Amended Complaint, Defendant Becerra admits the content of 28 U.S.C. §§ 1331 and 1343.

11.     In response to the allegations contained in paragraph 11 of the First Amended Complaint, Defendant Becerra admits the content of 28 U.S.C. §§ 2201 and 2202.  Defendant Becerra denies Plaintiff Zeleny is entitled to the requested declaratory judgment.

12.     In response to the allegations contained in paragraph 12 of the First Amended Complaint, Defendant Becerra admits the content of 42 U.S.C. § 1983 and Rule 65 of the Federal Rules of Civil Procedure.  Defendant Becerra denies Plaintiff Zeleny is entitled to the requested injunctive relief.

13.     In response to the allegations contained in paragraph 13 of the First Amended Complaint, Defendant Becerra admits the content of 42 U.S.C. § 1988.  Defendant Becerra denies Plaintiff Zeleny is entitled to an award of attorney's fees and/or costs.

/ / /

/ / /

/ / /

14.     In response to the allegations contained in paragraph 14 of the First Amended Complaint, Defendant Becerra admits the content of 28 U.S.C. § 1367(a) and California Code of Civil Procedure section 1021.5.  Defendant Becerra denies Plaintiff Zeleny is entitled to an award of attorney's fees and/or costs.

15.     In response to the allegations contained in paragraph 15 of the First Amended Complaint, Defendant Becerra denies committing any unlawful acts.  Indeed, the Complaint lacks any allegations demonstrating any unlawful acts by Defendant Becerra.  As to the remaining allegations, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

16.     In response to the allegations contained in paragraph 16 of the First Amended Complaint, Defendant Becerra admits the content of 28 U.S.C. § 1391(b).  Defendant Becerra denies engaging in any acts which would give rise to Plaintiff Zeleny's action.  As to the remaining allegations, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

## THE PARTIES

17.     In response to the allegations contained in paragraph 17 of the First Amended Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

18.     In response to the allegations contained in paragraph 18 of the First Amended Complaint, Defendant Becerra admits he is the Attorney General of the State of California. Defendant Becerra admits that he is a resident of California, and a citizen of the United States.

19.     In response to the allegations contained in paragraph 19 of the First Amended Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

20.     In response to the allegations contained in paragraph 20 of the First Amended Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

/ / /

21.     In response to the allegations contained in paragraph 21 of the First Amended Complaint, Defendant Becerra denies the unlawful acts and omissions alleged in the Complaint, but admits that he acted lawfully under color of state law.  As to the remaining allegations, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

22.     In response to the allegations contained in paragraph 22 of the First Amended Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

23.     In response to the allegations contained in paragraph 23 of the First Amended Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

## FACTS

24.     In response to the allegations contained in paragraph 24 of the First Amended Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

25.     In response to the allegations contained in paragraph 25 of the First Amended Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

26.     In response to the allegations contained in paragraph 26 of the First Amended Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

27.     In response to the allegations contained in paragraph 27 of the First Amended Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

28.     In response to the allegations contained in paragraph 28 of the First Amended Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

/ / /

29.     In response to the allegations contained in paragraph 29 of the First Amended Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

30.     In response to the allegations contained in paragraph 30 of the First Amended Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

31.     In response to the allegations contained in paragraph 31 of the First Amended Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

32.     In response to the allegations contained in paragraph 32 of the First Amended Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

33.     In response to the allegations contained in paragraph 33 of the First Amended Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

34.     In response to the allegations contained in paragraph 34 of the First Amended Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

35.     In response to the allegations contained in paragraph 35 of the First Amended Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

36.     In response to the allegations contained in paragraph 36 of the First Amended Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

37.     In response to the allegations contained in paragraph 37 of the First Amended Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

/ / /

38. In response to the allegations contained in paragraph 38 of the First Amended Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

39. In response to the allegations contained in paragraph 39 of the First Amended Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

40. In response to the allegations contained in paragraph 40 of the First Amended Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

41. In response to the allegations contained in paragraph 41 of the First Amended Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

42. In response to the allegations contained in paragraph 42 of the First Amended Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

43. In response to the allegations contained in paragraph 43 of the First Amended Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

44. In response to the allegations contained in paragraph 44 of the First Amended Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

45. In response to the allegations contained in paragraph 45 of the First Amended Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

46. In response to the allegations contained in paragraph 46 of the First Amended Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

/ / /

47.     In response to the allegations contained in paragraph 47 of the First Amended Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

48.     In response to the allegations contained in paragraph 48 of the First Amended Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

49.     In response to the allegations contained in paragraph 49 of the First Amended Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

50.     In response to the allegations contained in paragraph 50 of the First Amended Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

51.     In response to the allegations contained in paragraph 51 of the First Amended Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

52.     In response to the allegations contained in paragraph 52 of the First Amended Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

53.     In response to the allegations contained in paragraph 53 of the First Amended Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

54.     In response to the allegations contained in paragraph 54 of the First Amended Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

55.     In response to the allegations contained in paragraph 55 of the First Amended Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

/ / /

56.     In response to the allegations contained in paragraph 56 of the First Amended Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

57.     In response to the allegations contained in paragraph 57 of the First Amended Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

58.     In response to the allegations contained in paragraph 58 of the First Amended Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

59.     In response to the allegations contained in paragraph 59 of the First Amended Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

60.     In response to the allegations contained in paragraph 60 of the First Amended Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

61.     In response to the allegations contained in paragraph 61 of the First Amended Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

62.     In response to the allegations contained in paragraph 62 of the First Amended Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

63.     In response to the allegations contained in paragraph 63 of the First Amended Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

64.     In response to the allegations contained in paragraph 64 of the First Amended Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

/ / /

65.     In response to the allegations contained in paragraph 65 of the First Amended Complaint, Defendant Becerra contends that the paragraph consists of legal argument and/or conclusions, which do not require admission or denial.  To the extent admission or denial is required, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

66.     In response to the allegations contained in paragraph 66 of the First Amended Complaint, Defendant Becerra admits the content of California Penal Code section 26350.  The remainder of the paragraph consists of legal argument and/or conclusions, which do not require admission or denial.

67.     In response to the allegations contained in paragraph 67 of the First Amended Complaint, Defendant Becerra admits the content of California Penal Code section 26375.  The remainder of the paragraph consists of legal argument and/or conclusions, which do not require admission or denial.

68.     In response to the allegations contained in paragraph 68 of the First Amended Complaint, Defendant Becerra admits the content of California Penal Code section 26400.  The remainder of the paragraph consists of legal argument and/or conclusions, which do not require admission or denial.

69.     In response to the allegations contained in paragraph 69 of the First Amended Complaint, Defendant Becerra admits the content of California Penal Code section 26405, subdivision (r).  The remainder of the paragraph consists of legal argument and/or conclusions, which do not require admission or denial.

70.     In response to the allegations contained in paragraph 70 of the First Amended Complaint, Defendant Becerra admits the content of California Penal Code section 25510.  The remainder of the paragraph consists of legal argument and/or conclusions, which do not require admission or denial.

71.     In response to the allegations contained in paragraph 71 of the First Amended Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

72.    In response to the allegations contained in paragraph 72 of the First Amended Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

73.    In response to the allegations contained in paragraph 73 of the First Amended Complaint, Defendant Becerra admits the content of the First and Second Amendments to the U.S. Constitution.  The remainder of the paragraph consists of legal argument and/or conclusions, which do not require admission or denial.  To the extent that any of the allegations contained in paragraph 73 require admission or denial, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

74.    In response to the allegations contained in paragraph 74 of the First Amended Complaint, Defendant Becerra admits the First Amendment to the United States Constitution protects verbal and non-verbal forms of speech.  As to the remaining allegations, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

75.    In response to the allegations contained in paragraph 75 of the First Amended Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

76.    In response to the allegations contained in paragraph 76 of the First Amended Complaint, Defendant Becerra contends that the paragraph consists of legal argument and/or conclusions, which do not require admission or denial.  To the extent admission or denial is required, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

77.    In response to the allegations contained in paragraph 77 of the First Amended Complaint, Defendant Becerra admits the content of the First and Second Amendment to the United States Constitution, and the Due Process Clause of the Fourteenth Amendment to the United States Constitution.  The remainder of the paragraph consists of legal argument and/or conclusions, which do not require admission or denial.

78.     In response to the allegations contained in paragraph 78 of the First Amended Complaint, Defendant Becerra denies suppressing or threatening to suppress Plaintiff Zeleny's lawful exercise of his Constitutional rights.  As to the remaining allegations, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

79.     In response to the allegations contained in paragraph 79 of the First Amended Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

80.     In response to the allegations contained in paragraph 80 of the First Amended Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

81.     In response to the allegations contained in paragraph 81 of the First Amended Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

82.     In response to the allegations contained in paragraph 82 of the First Amended Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

83.     In response to the allegations contained in paragraph 83 of the First Amended Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

84.     In response to the allegations contained in paragraph 84 of the First Amended Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

85.     In response to the allegations contained in paragraph 85 of the First Amended Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

/ / /

/ / /

1    86.    In response to the allegations contained in paragraph 86 of the First Amended

2    Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the

3    truth of the allegations and, therefore, denies the allegations therein.

4    87.    In response to the allegations contained in paragraph 87 of the First Amended

5    Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the

6    truth of the allegations and, therefore, denies the allegations therein.

7    88.    In response to the allegations contained in paragraph 88 of the First Amended

8    Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the

9    truth of the allegations and, therefore, denies the allegations therein.

10    89.    In response to the allegations contained in paragraph 89 of the First Amended

11    Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the

12    truth of the allegations and, therefore, denies the allegations therein.

13    90.    In response to the allegations contained in paragraph 90 of the First Amended

14    Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the

15    truth of the allegations and, therefore, denies the allegations therein.

16    91.    In response to the allegations contained in paragraph 91 of the First Amended

17    Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the

18    truth of the allegations and, therefore, denies the allegations therein.

19                              **DECLARATORY RELIEF**

20    92.    In response to the allegations contained in paragraph 92 of the First Amended

21    Complaint, Defendant Becerra denies that an actual, substantial, justiciable, and continuing

22    controversy exists between Plaintiff Zeleny and himself.  As to the remaining allegations,

23    Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the

24    allegations and, therefore, denies the allegations therein.

25    93.    In response to the allegations contained in paragraph 93 of the First Amended

26    Complaint, Defendant Becerra contends that the paragraph consists of legal argument and/or

27    conclusions, which do not require admission or denial.  To the extent admission or denial is

28

1  required, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the

2  truth of the allegations and, therefore, denies the allegations therein.

3      94.    In response to the allegations contained in paragraph 94 of the First Amended

4  Complaint, Defendant Becerra contends that the paragraph consists of legal argument and/or

5  conclusions, which do not require admission or denial.  To the extent admission or denial is

6  required, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the

7  truth of the allegations and, therefore, denies the allegations therein.

8      95.    In response to the allegations contained in paragraph 95 of the First Amended

9  Complaint, Defendant Becerra contends that the paragraph consists of legal argument and/or

10  conclusions, which do not require admission or denial.  To the extent admission or denial is

11  required, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the

12  truth of the allegations and, therefore, denies the allegations therein.

13      96.    In response to the allegations contained in paragraph 96 of the First Amended

14  Complaint, Defendant Becerra admits the content of California Penal Code sections 25510,

15  26375, and 26400.  Defendant Becerra contends that the remainder of the paragraph consists of

16  legal argument and/or conclusions, which do not require admission or denial.  To the extent

17  admission or denial is required, Defendant Becerra lacks knowledge or information sufficient to

18  form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

19      97.    In response to the allegations contained in paragraph 97 of the First Amended

20  Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the

21  truth of the allegations and, therefore, denies the allegations therein.

22      98.    In response to the allegations contained in paragraph 98 of the First Amended

23  Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the

24  truth of the allegations and, therefore, denies the allegations therein.

25                          **FIRST COUNT**

26      99.    In response to the allegations contained in paragraph 99 of the First Amended

27  Complaint, Defendant Becerra repeats his responses to the allegations contained in paragraphs 1-

28  98 as though set forth fully herein.

14

1    100.   In response to the allegations contained in paragraph 100 of the First Amended

2    Complaint, Defendant Becerra admits the contents of the First Amendment to the United States

3    Constitution and the Due Process Clause of the Fourteenth Amendment to the United States

4    Constitution.  Defendant Becerra contends that the remainder of the paragraph consists of legal

5    argument and/or conclusions, which do not require admission or denial.

6    101.   In response to the allegations contained in paragraph 101 of the First Amended

7    Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the

8    truth of the allegations and, therefore, denies the allegations therein.

9    102.   In response to the allegations contained in paragraph 102 of the First Amended

10   Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the

11   truth of the allegations and, therefore, denies the allegations therein.

12   103.   In response to the allegations contained in paragraph 103 of the First Amended

13   Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the

14   truth of the allegations and, therefore, denies the allegations therein.

15   104.   In response to the allegations contained in paragraph 104 of the First Amended

16   Complaint, Defendant Becerra contends that the paragraph consists of legal argument and/or

17   conclusions, which do not require admission or denial.  To the extent admission or denial is

18   required, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the

19   truth of the allegations and, therefore, denies the allegations therein.

20   **<u>SECOND COUNT</u>**

21   105.   In response to the allegations contained in paragraph 105 of the First Amended

22   Complaint, Defendant Becerra repeats his responses to the allegations contained in paragraphs 1-

23   104 as though set forth fully herein.

24   106.   In response to the allegations contained in paragraph 106 of the First Amended

25   Complaint, Defendant Becerra admits the contents of the First Amendment to the United States

26   Constitution and the Due Process Clause of the Fourteenth Amendment to the United States

27   Constitution.  Defendant Becerra contends that the remainder of the paragraph consists of legal

28   argument and/or conclusions, which do not require admission or denial.

107.   In response to the allegations contained in paragraph 107 of the First Amended Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

108.   In response to the allegations contained in paragraph 108 of the First Amended Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

109.   In response to the allegations contained in paragraph 109 of the First Amended Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

110.   In response to the allegations contained in paragraph 110 of the First Amended Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

111.   In response to the allegations contained in paragraph 111 of the First Amended Complaint, Defendant Becerra contends that the paragraph consists of legal argument and/or conclusions, which do not require admission or denial.  To the extent admission or denial is required, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

### THIRD COUNT

112.   In response to the allegations contained in paragraph 112 of the First Amended Complaint, Defendant Becerra repeats his responses to the allegations contained in paragraphs 1-111 as though set forth fully herein.

113.   In response to the allegations contained in paragraph 113 of the First Amended Complaint, Defendant Becerra admits the contents of the First and Second Amendments to the United States Constitution and the Due Process Clause of the Fourteenth Amendment to the United States Constitution.  Defendant Becerra contends that the remainder of the paragraph consists of legal argument and/or conclusions, which do not require admission or denial.

/ / /

/ / /

114.   In response to the allegations contained in paragraph 114 of the First Amended Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

115.   In response to the allegations contained in paragraph 115 of the First Amended Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

116.   In response to the allegations contained in paragraph 116 of the Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

117.   In response to the allegations contained in paragraph 117 of the First Amended Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

118.   In response to the allegations contained in paragraph 118 of the First Amended Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

119.   In response to the allegations contained in paragraph 119 of the First Amended Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

120.   In response to the allegations contained in paragraph 120 of the First Amended Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

121.   In response to the allegations contained in paragraph 121 of the First Amended Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

122.   In response to the allegations contained in paragraph 122 of the First Amended Complaint, Defendant Becerra contends that the paragraph consists of legal argument and/or conclusions, which do not require admission or denial.  To the extent admission or denial is

required, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

## **FOURTH COUNT**

123.   In response to the allegations contained in paragraph 123 of the First Amended Complaint, Defendant Becerra repeats his responses to the allegations contained in paragraphs 1-122 as though set forth fully herein.

124.   In response to the allegations contained in paragraph 124 of the First Amended Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

125.   In response to the allegations contained in paragraph 125 of the First Amended Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

126.   In response to the allegations contained in paragraph 126 of the First Amended Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

127.   In response to the allegations contained in paragraph 127 of the First Amended Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

128.   In response to the allegations contained in paragraph 128 of the First Amended Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

129.   In response to the allegations contained in paragraph 129 of the First Amended Complaint, Defendant Becerra contends that the paragraph consists of legal argument and/or conclusions, which do not require admission or denial.  To the extent admission or denial is required, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

/ / /

/ / /

1

## **FIFTH COUNT**

2    130.  In response to the allegations contained in paragraph 130 of the First Amended

3 Complaint, Defendant Becerra repeats his responses to the allegations contained in paragraphs 1-

4 129 as though set forth fully herein.

5    131.  In response to the allegations contained in paragraph 131 of the First Amended

6 Complaint, Defendant Becerra contends that the paragraph consists of legal argument and/or

7 conclusions, which do not require admission or denial.  To the extent admission or denial is

8 required, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the

9 truth of the allegations and, therefore, denies the allegations therein.

10    132.  In response to the allegations contained in paragraph 132 of the First Amended

11 Complaint, Defendant Becerra denies that Plaintiff Zeleny has asserted a claim under the

12 California Constitution.  Defendant Becerra contends that the remainder of the paragraph consists

13 of legal argument and/or conclusions, which do not require admission or denial.  To the extent

14 admission or denial is required, Defendant Becerra lacks knowledge or information sufficient to

15 form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

16    133.  In response to the allegations contained in paragraph 133 of the First Amended

17 Complaint, Defendant Becerra contends that the paragraph consists of legal argument and/or

18 conclusions, which do not require admission or denial.  Defendant Becerra denies that Plaintiff

19 Zeleny has asserted a claim under the California Constitution.  To the extent admission or denial

20 is required, Defendant Becerra lacks knowledge or information sufficient to form a belief as to

21 the truth of the allegations and, therefore, denies the allegations therein.

22    134.  In response to the allegations contained in paragraph 134 of the First Amended

23 Complaint, Defendant Becerra denies promulgating policies and/or procedures, conducted under

24 color of state law, that deprived Plaintiff Zeleny of rights secured by the Equal Protection Clause

25 of the Fourteenth Amendment to the United States Constitution.  The remainder of the paragraph

26 consists of legal argument and/or conclusions, which do not require admission or denial.  To the

27 extent admission or denial is required, Defendant Becerra lacks knowledge or information

28

sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

## SIXTH COUNT

135.   In response to the allegations contained in paragraph 135 of the First Amended Complaint, Defendant Becerra repeats his responses to the allegations contained in paragraphs 1-134 as though set forth fully herein.

136.   In response to the allegations contained in paragraph 136 of the First Amended Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

137.   In response to the allegations contained in paragraph 137 of the First Amended Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

138.   In response to the allegations contained in paragraph 138 of the First Amended Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

139.   In response to the allegations contained in paragraph 139 of the First Amended Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

140.   In response to the allegations contained in paragraph 140 of the First Amended Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

141.   In response to the allegations contained in paragraph 141 of the First Amended Complaint, Defendant Becerra lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations therein.

## PRAYER FOR RELIEF

A.     Defendant Becerra denies that Plaintiff Zeleny is entitled to a declaratory judgment, "pursuant to 28 U.S.C. § 2201, binding on all Defendants, that California Penal Code §§ 26400 and 26350 are unconstitutional."

20

B.     Defendant Becerra denies that Plaintiff Zeleny is entitled to a declaratory judgment, "pursuant to 28 U.S.C. § 2201, binding on all Defendants, that California Penal Code §§ 25510, 26375, and 26405 do not require municipal approval of 'authorized participants' in an entertainment event or film or video production, and that Zeleny is legally permitted to carry unloaded firearms in connection with his entertainment events and/or his film or video productions, without the need for City approval, subject to compliance with other applicable laws."

C.     Defendant Becerra denies that Plaintiff Zeleny is entitled to a declaratory judgment, "pursuant to 28 U.S.C. § 2201, binding on all Defendants, that Zeleny's peaceful carrying of unloaded firearms in the course of his speech on matters of public concern or matters of political, social, or other concerns to the community or issues of significant importance to the public as a whole, is constitutionally protected; in the alternative, enter a declaratory judgment, pursuant to 28 U.S.C. § 2201, binding on all Defendants, that Zeleny's peaceful carrying of unloaded firearms in the course of his entertainment events and/or his film or video productions, is constitutionally protected."

D.     Defendant Becerra denies that Plaintiff Zeleny is entitled to a declaratory judgment, "pursuant to 28 U.S.C. § 2201, binding on the City and Bertini, that Zeleny's speech activity concerning the child rape cover-up by the Zhus and their associates is constitutionally protected and not obscene or 'obscene as to minors' within the meaning of the California Penal Code, and that their public display would not violate Penal Code §§ 311.2, 313.1(a), and 313.4, in virtue of its serious literary, artistic, political, and social value."

E.     Defendant Becerra denies that Plaintiff Zeleny is entitled to a declaratory judgment, "pursuant to 28 U.S.C. § 2201, that the City of Menlo Park's Special Event Permit requirement is unconstitutional on its face, or in the alternative, as applied to Zeleny's protests."

F.     Defendant Becerra denies that Plaintiff Zeleny is entitled to an injunction, "against Defendants prohibiting them from enforcing Penal Code §§ 26400 and 26350 against Zeleny in connection with his peaceful protests, from enforcing the City of Menlo Park's Special Event

Permit requirement, and from refusing to grant Zeleny required permits based on the content of his speech activity."

G.   Defendant Becerra denies that Plaintiff Zeleny is entitled to a declaratory judgment, "pursuant to 28 U.S.C. § 2201, construing California Penal Code §§ 25510, 26405, and 26375 and enter a declaratory judgment stating that these sections exempt from sanctions under California Penal Code §§ 25400, 26400, and 26350 for the carrying of an unloaded handgun and of an unloaded firearm that is not a handgun, *any individual* who acts and/or holds himself out as an authorized participant in, or serves as an authorized employee or agent of a supplier of firearms for, a motion picture, television or video production, or entertainment event, when the participant lawfully uses that firearm as part of that production or event, as part of rehearsing or practicing for participation in that production or event, or while the participant or authorized employee or agent is at that production or event, or rehearsal or practice for that production or event.  Relevant actions and representations include, without limitation, displaying ornamental signs or multimedia artworks; reciting slogans, speeches, or poetry; playing trumpets, accordions, bagpipes, or other musical instruments; and/or wearing conspicuous costumes, makeup, wigs, clown noses, or other decorative prostheses."

H.   Defendant Becerra denies that Plaintiff Zeleny is entitled to an award of nominal damages against Defendant NEA and punitive damages in an amount to be proven at trial.

I.   Defendant Becerra denies that Plaintiff Zeleny is entitled to an award of attorneys fees pursuant to 42 U.S.C. § 1988 and California Code of Civil Procedure § 1021.5, and costs as provided by law.

J.   Defendant Becerra denies that Plaintiff Zeleny is entitled to an award of any such other and further relief as the Court deems just and proper.

## DEFENSES

### FIRST DEFENSE

Plaintiff Zeleny fails to state a claim for relief against Defendant Becerra.

/ / /

/ / /

1

## SECOND DEFENSE

Plaintiff Zeleny's alleged violation of the Fourteenth Amendment to the United States Constitution (Complaint, ¶¶ 129-133) fails because no case or controversy exists between Plaintiff Zeleny and Defendant Becerra.

## THIRD DEFENSE

Plaintiff Zeleny's alleged violation of the Fourteenth Amendment to the United States Constitution (Complaint, ¶¶ 130-134) is barred by the Eleventh Amendment.

## FOURTH DEFENSE

To the extent that Plaintiff Zeleny alleges a violation of the California Constitution (Complaint, ¶¶ 132), such claim is barred because a federal court may not grant relief against a state official on the basis of state law. *Pennhurst State Sch. & Hosp. v. Halderman*, 465 U.S. 89 (1984).

## FIFTH DEFENSE

Defendant Becerra has insufficient knowledge on which to form a belief as to whether he may have additional, as yet unstated, defenses available.  Defendant Becerra reserves the right to assert additional defenses in the event that discovery indicates such additional defenses are proper.

## <u>PRAYER FOR RELIEF</u>

**WHEREFORE**, Defendant Becerra prays for judgment as follows:

1.      Plaintiff Zeleny take nothing from Defendant Becerra by way of this action;

2.      Plaintiff Zeleny's First Amended Complaint for Declaratory and Injunctive Relief be dismissed with prejudice, and judgment entered in favor of Defendant Becerra;

3.      Defendant Becerra be awarded costs of suit, and any other relief which the Court deems proper.

/ / /

/ / /

/ / /

1   Dated:  April 9, 2019                                  Respectfully submitted,

2                                                          XAVIER BECERRA
                                                           Attorney General of California
3                                                          ANTHONY R. HAKL
                                                           Supervising Deputy Attorney General
4

5

6                                                          */s/ Noreen P. Skelly*
                                                           NOREEN P. SKELLY
7                                                          Deputy Attorney General
                                                           *Attorneys for Defendant Attorney General*
8                                                          *Xavier Becerra*

9   SA2018100198
    13601796.docx
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

Case Name:   **Zeleny, Michael v. Edmund G.**          No.          **3:17-cv-07357 RS (NC)**
               **Brown, et al.**

I hereby certify that on April 9, 2019, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANT ATTORNEY GENERAL XAVIER BECERRA'S ANSWER TO PLAINTIFF MICHAEL ZELENY'S FIRST AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on April 9, 2019, at Sacramento, California.

            Eileen A. Ennis                               */s/ Eileen A. Ennis*
              Declarant                                    Signature

SA2018100198
13627041.docx