1  David W. Affeld, State Bar No. 123922
   Damion Robinson, State Bar No. 262573
2  Affeld Grivakes LLP
   2049 Century Park East, Ste. 2460
3  Los Angeles, CA 90067
   Telephone:    (310) 979-8700
4
5  Attorneys for Plaintiff
   Michael Zeleny
6
7
8
                    **UNITED STATES DISTRICT COURT**
9
                   **NORTHERN DISTRICT OF CALIFORNIA**
10

11 | MICHAEL ZELENY,                    | Case No. CV 17-7357 JCS

12 |     Plaintiff,                     | Assigned to:
                                         The Honorable Richard G. Seeborg
13 |     vs.
                                         Discovery Matters:
14 | EDMUND G. BROWN, Jr., *et al.*,    | The Honorable Thomas S. Hixson

15 |     Defendants.                    | [~~PROPOSED~~] **ORDER APPROVING STIPULATION TO CONTINUE CERTAIN PRETRIAL DATES**
16

17                                        [Proposed Order filed concurrently]

18                                        **Current Dates**:
                                          Discovery Cutoff:  April 19, 2019
19                                        Expert Disclosures: May 17, 2019
                                          Supplemental Experts:  June 7, 2019
20                                        Expert Discovery Cutoff:  July 12, 2019

21                                        **Proposed Dates**
                                          Discovery Cutoff:  July 19, 2019
22                                        Expert Disclosures: August 1, 2019
                                          Supplemental Experts:  August 22, 2019
23                                        Expert Discovery Cutoff:  Sept. 12, 2019

24
                                          Action Filed:  December 28, 2017
25                                        Trial Date:    November 18, 2019

26
27
28

- 1 -

ORDER GRANTING STIPULATION TO CONTINUE CERTAIN PRETRIAL DATES

The Court has considered the parties Stipulation to Continue Certain Pretrial Dates. Based on the stipulation and the Court's discussion with counsel at the April 4, 2019 Status Conference in this matter, and good cause appearing, the Court APPROVES the stipulation, as follows:

1. The current deadlines for completion of fact discovery, initial disclosures of expert witness, supplemental and rebuttal disclosures of expert witnesses, and completion of expert discovery are hereby VACATED;

2. The Court SETS the following schedule for discovery:

   a. Completion of fact discovery: July 19, 2019
   b. Initial expert disclosures: August 1, 2019
   c. Supplemental/rebuttal expert disclosures: August 22, 2019
   d. Completion of expert discovery: September 12, 2019

3. All other dates and deadlines set forth in the Court's Scheduling Order remain in effect, including the deadline for summary judgment hearings (September 12, 2019) and the date of trial (November 18, 2019).

**It is So Ordered.**

Dated: 4/9/19

The Honorable Richard G. Seeborg
UNITED STATES DISTRICT COURT JUDGE
NORTHERN DISTRICT OF CALIFORNIA