THOMAS S. BROWN, CA Bar No. 178620
  tsbrown@foley.com
NICHOLAS P. HONKAMP, CA Bar No. 261299
  nhonkamp@foley.com
**FOLEY & LARDNER LLP**
555 CALIFORNIA STREET
SUITE 1700
SAN FRANCISCO, CA 94104-1520
TELEPHONE: 415.434.4484
FACSIMILE:   415.434.4507

ROGER A. LANE (admitted *pro hac vice*)
  rlane@foley.com
COURTNEY WORCESTER (admitted *pro hac vice*)
  cworcester@foley.com
**FOLEY & LARDNER LLP**
111 HUNTINGTON AVENUE
BOSTON, MA 02199
TELEPHONE: 617.342.4000
FACSIMILE:   617.342.4001

Attorneys for New Enterprise Associates, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Michael Zeleny,<br><br>                Plaintiff,<br><br>vs.<br><br>Edmund G. Brown, Jr., et al.,<br><br>                Defendants. | Case No. 17-cv-07357-RS<br><br>**[PROPOSED] ORDER RE NEA'S MOTION TO DISMISS PLAINTIFF'S CORRECTED FIRST AMENDED COMPLAINT**<br><br>Date:      June 13, 2019<br>Time:     1:30 p.m.<br>Courtroom: 3, 17th Floor |

The Motion to Dismiss of New Enterprise Associates, Inc. ("NEA") came on for hearing on June 13, 2019, at 1:30 p.m., in this Court.  NEA and each party to this litigation appeared at the hearing by and through its counsel of record.  The Court, having considered all papers in support of and in opposition to the Motion to Dismiss, the arguments and evidence presented at the time of the hearing, and all papers on file in this action, and good cause appearing therefore, hereby ORDERS as follows:

1. New Enterprise Associates, Inc.'s Motion to Dismiss is **Granted** with prejudice and without leave to amend.

**IT IS SO ORDERED**

Dated: _____

                                              Hon. Richard Seeborg
                                              United States District Court Judge

**PROOF OF SERVICE**

I hereby certify that on May 9, 2019, I electronically filed the foregoing document using the Court's CM/ECF system. I am informed and believe that the CM/ECF system will send a notice of electronic filing to the interested parties.

/s/ Roger A. Lane
Roger A. Lane