David W. Affeld, State Bar No. 123922
Damion Robinson, State Bar No. 262573
Affeld Grivakes LLP
2049 Century Park East, Ste. 2460
Los Angeles, CA 90067
Telephone:    (310) 979-8700

Attorneys for Plaintiff
Michael Zeleny

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ZELENY,<br><br>    Plaintiff,<br><br>    vs.<br><br>GAVIN NEWSOM, *et al.*,<br><br>    Defendants. | Case No. CV 17-7357 RS<br><br><u>Assigned to</u>:<br>The Honorable Richard G. Seeborg<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE TRIAL AND PRE-TRIAL DATES**<br><br>Date: August 8, 2019<br>Time: 1:30 p.m.<br>Courtroom: 3, 17th Floor<br><br>Action Filed: December 28, 2017<br>Trial Date:    November 18, 2019 |

- 1 -

PROPOSED ORDER GRANTING MOTION TO CONTINUE

## ORDER

The Court, having considered the motion of plaintiff Michael Zeleny to continue trial and pre-trial dates, the responses of all other parties, and argument thereon, and good cause appearing, hereby ORDERS as follows.

The motion is hereby GRANTED.

[The current Scheduling Order in effect is MODIFIED and the following dates set:

| | |
|---|---|
| Discovery Cut-Off: | November 15, 2019 |
| Expert Disclosures: | November 29, 2019 |
| Rebuttal Expert Disclosures: | December 20, 2019 |
| Expert Discovery Cut-Off: | January 10, 2020 |
| Dispositive Motion Hearings: | February 6, 2020 |
| Pre-Trial Conference: | May 20, 2020 at 10:00 a.m. |
| Start of Trial: | June 6, 2020 at 9:00 a.m.] |

[The Court hereby VACATES the current fact and expert discovery deadlines. All counsel shall appear at a Further Status Conference on _____, 2019 at _____ [a.m./p.m.] to address the remaining schedule in this case. The parties are to file a joint Status Report containing their proposed schedule at least five (5) Court days in advance of the hearing.]

**IT IS SO ORDERED.**

Dated: _____

_____
The Honorable Richard Seeborg
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

    I hereby certify that on June 28, 2019, I electronically filed the foregoing document using the Court's CM/ECF system. I am informed and believe that the CM/ECF system will send a notice of electronic filing to the interested parties.

                                              s/ Damion Robinson
                                              Damion Robinson