1  David W. Affeld, State Bar No. 123922
   Damion Robinson, State Bar No. 262573
2  Affeld Grivakes LLP
   2049 Century Park East, Ste. 2460
3  Los Angeles, CA 90067
   Telephone:   (310) 979-8700
4
   Attorneys for Plaintiff
5  Michael Zeleny

6

7

8
                    **UNITED STATES DISTRICT COURT**
9
                    **NORTHERN DISTRICT OF CALIFORNIA**
10

11 | MICHAEL ZELENY,            | Case No. CV 17-7357 RS
12 |     Plaintiff,             | Assigned to:
13 |       vs.                  | The Honorable Richard G. Seeborg
14 | GAVIN NEWSOM, *et al.*,    | **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO SHORTEN TIME ON MOTION TO CONTINUE TRIAL AND PRE-TRIAL DATES**
15 |     Defendants.            |
16 |                            | Action Filed: December 28, 2017
17 |                            | Trial Date:   November 18, 2019
18

- 1 -

## **ORDER**

The Court has considered the motion of plaintiff Michael Zeleny ("Plaintiff") to shorten time for hearing his Motion to Continue Trial and Pre-trial Dates (the "Motion to Continue") and the responses of all parties. Having considered the foregoing, and finding good cause, the Court hereby orders as follows.

The motion is hereby GRANTED. The hearing on Plaintiff's Motion to Continue is hereby advanced to July 8, 2019 at 1:30 p.m. Any parties opposing that motion shall file responses to the Motion to Continue by July 5, 2019.

**IT IS SO ORDERED.**

Dated: _____

_____
The Honorable Richard Seeborg
UNITED STATES DISTRICT JUDGE

## **PROOF OF SERVICE**

    I hereby certify that on June 28, 2019, I electronically filed the foregoing document using the Court's CM/ECF system. I am informed and believe that the CM/ECF system will send a notice of electronic filing to the interested parties.

    s/ Damion Robinson
    Damion Robinson

PROPOSED ORDER GRANTING MOTION TO SHORTEN TIME