1  David W. Affeld, State Bar No. 123922
   Damion Robinson, State Bar No. 262573
2  Affeld Grivakes LLP
   2049 Century Park East, Ste. 2460
3  Los Angeles, CA 90067
   Telephone:    (310) 979-8700
4
5  Attorneys for Plaintiff
   Michael Zeleny
6
7
8
                    **UNITED STATES DISTRICT COURT**
9
                    **NORTHERN DISTRICT OF CALIFORNIA**
10

| 11 | MICHAEL ZELENY, | Case No. CV 17-7357 RS |
|---|---|---|
| 12 | Plaintiff, | Assigned to:<br>The Honorable Richard G. Seeborg |
| 13 | vs. | |
| 14 | GAVIN NEWSOM, *et al.*, | **ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE TRIAL AND PRE-TRIAL DATES**<br>AS MODIFIED BY THE COURT |
| 15 | Defendants. | |
| 16 | | Date:  August 8, 2019<br>Time: 1:30 p.m.<br>Courtroom:  3, 17th Floor |
| 17 | | |
| 18 | | Action Filed: December 28, 2017<br>Trial Date:     November 18, 2019 |

**ORDER**

The Court, having considered the motion of plaintiff Michael Zeleny to continue trial and pre-trial dates, the responses of all other parties, and argument thereon, and good cause appearing, hereby ORDERS as follows.

The motion is hereby GRANTED.

[The current Scheduling Order in effect is MODIFIED and the following dates set:

| | |
|---|---|
| Discovery Cut-Off: | November 15, 2019 |
| Expert Disclosures: | November 29, 2019 |
| Rebuttal Expert Disclosures: | December 20, 2019 |
| Expert Discovery Cut-Off: | January 10, 2020 |
| Dispositive Motion Hearings: | February 6, 2020 |
| Pre-Trial Conference: | May 20, 2020 at 10:00 a.m. |
| Start of Trial: | June 8, 2020 at 9:00 a.m.] |

[The Court hereby VACATES the current fact and expert discovery deadlines. All counsel shall appear at a Further Status Conference on  November 21 , 2019 at  10:00  [a.m./~~p.m.~~] to address the remaining schedule in this case. The parties are to file a joint Status Report containing their proposed schedule at least five (5) Court days in advance of the hearing.]

**IT IS SO ORDERED.**

Dated:  July 1, 2019 

_____
The Honorable Richard Seeborg
UNITED STATES DISTRICT JUDGE