UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ZELENY,<br><br>          Plaintiff,<br><br>     v.<br><br>XAVIER BECERRA, and others,<br><br>          Defendants. | Case No. 17-cv-07357 RS (NC)<br><br>**ORDER RE: ATTENDANCE AT JULY 11 SETTLEMENT CONFERENCE** |

A settlement conference is scheduled for July 11 at 9:30 a.m. in San Jose courtroom 5. Defendant NEA's request for its client representative to be excused from the conference is denied. Attorney General Becerra may participate through his counsel, by telephone.

**IT IS SO ORDERED.**

Dated: July 8, 2019               _____
                                  NATHANAEL M. COUSINS
                                  United States Magistrate Judge