1  THOMAS S. BROWN, CA Bar No. 178620
2   tsbrown@foley.com
   NICHOLAS P. HONKAMP, CA Bar No. 261299
3   nhonkamp@foley.com
   **FOLEY & LARDNER LLP**
4  555 CALIFORNIA STREET
   SUITE 1700
5  SAN FRANCISCO, CA 94104-1520
   TELEPHONE:  415.434.4484
6  FACSIMILE:   415.434.4507

7  ROGER A. LANE (admitted *pro hac vice*)
8   rlane@foley.com
   COURTNEY WORCESTER (admitted *pro hac vice*)
9   cworcester@foley.com
   **FOLEY & LARDNER LLP**
10 111 HUNTINGTON AVENUE
11 BOSTON, MA 02199
   TELEPHONE:  617.342.4000
12 FACSIMILE:   617.342.4001

13 Attorneys for New Enterprise Associates, Inc.

14

15

16

17              **UNITED STATES DISTRICT COURT**

18            **NORTHERN DISTRICT OF CALIFORNIA**

19

20 Michael Zeleny,                        Case No. 17-cv-07357-RS

21                      Plaintiff,        **DECLARATION OF ROGER A. LANE IN
                                          SUPPORT OF NEA'S MOTION TO DISMISS
22        vs.                             PLAINTIFF'S SECOND AMENDED
                                          COMPLAINT**
23 Edmund G. Brown, Jr., et al.,
                                          Date:      November 7, 2019
24                      Defendants.       Time:      1:30 p.m.
                                          Courtroom: 3, 17th Floor
25

26

27

28                    DECLARATION OF ROGER A. LANE ISO NEA'S MOTION TO DISMISS
                                                            Case No. 17-cv-07357-RS

4832-0850-0903.1

1

2

3      I, Roger A. Lane, declare and state as follows:

4      1.      I am an attorney licensed to practice in Massachusetts, and a partner with Foley & Lardner

5   LLP, counsel for New Enterprise Associates, Inc. ("NEA").  I make this declaration based on my own

6   personal knowledge, except as to these matters stated on information and belief, which I believe to be true.

7   If called as a witness, I could competently testify to the matters stated herein.

8      2.      Attached as **Exhibit A** is a true and correct copy of Notice of Entry of Judgment and

9   Permanent Injunction, dated September 22, 2011, entered in *New Enterprise Associates, Inc. v. Zeleny*,

10  Case No. Civ. 499465 (California Superior Court, County of San Mateo).

11     3.      Attached as **Exhibit B** is a true and correct copy of a March 21, 2013 calendar appointment,

12  bates stamped NEA_Subpoena00005, produced in this action.

13     4.      Attached as **Exhibit C** is a true and correct copy of a July 17, 2015 email exchange, bates

14  stamped MP0000257, produced in this action.

15     I declare under penalty of perjury under the laws of the United States that the foregoing is true and

16  correct.

17     Executed this 25th day of September, 2019 at Boston, Massachusetts.

18

19

20  September 25, 2019                          By _Roger A. Lane_

21                                                 Roger A. Lane

22

23

24

25

26

27                                                          NEA's REQUEST FOR JUDICIAL NOTICE

28                                                          Case No. 17-cv-07357-RS

                                    2

1

2

3                               **PROOF OF SERVICE**

4          I hereby certify that on September 25, 2019, I electronically filed the foregoing document using
the Court's CM/ECF system.  I am informed and believe that the CM/ECF system will send a notice of
5   electronic filing to the interested parties.

6

7                                                   /s/ Roger A. Lane
                                                   Roger A. Lane
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                                          DECLARATION OF ROGER A. LANE ISO NEA'S MOTION TO DISMISS
                                                                                Case No. 17-cv-07357-RS
28                                                    3

# EXHIBIT A

1   HOGAN LOVELLS US LLP
    Robert B. Hawk (Bar No. 118054)
2   Kristi K. Elder (Bar No. 231996)
    Nimrod Haim Aviad (Bar No. 259705)
3   525 University Avenue, 4th Floor
    Palo Alto, California  94301
4   Telephone:    (650) 463-4000
    Facsimile:    (650) 463-4199
5   robert.hawk@hoganlovells.com
    kris.elder@hoganlovells.com
6   nimi.aviad@hoganlovells.com

7   Attorneys for Plaintiff
    NEW ENTERPRISE ASSOCIATES, INC.

8

9                 SUPERIOR COURT OF THE STATE OF CALIFORNIA

10                        COUNTY OF SAN MATEO

11

12  New Enterprise Associates, Inc.,          Case No.  CIV 499465

13              Plaintiff,                     Complaint filed:  October 5, 2010

14      v.

15  Michael Zeleny and DOES 1-25,             **NOTICE OF ENTRY OF JUDGMENT AND
                                              PERMANENT INJUNCTION**
16              Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF ENTRY OF JUDGMENT AND PERMANENT INJUNCTION; CASE NO. 499465

\\034826/000008 - 100446 v1

1      **PLEASE TAKE NOTICE** that, on September 22, 2011, the Court entered the

2  **JUDGMENT AND PERMANENT INJUNCTION IN FAVOR OF PLAINTIFF NEW**

3  **ENTERPRISE ASSOCIATES, INC.**  A true and correct copy of the order is attached hereto as

4  Exhibit A.

5  DATED:  September 23, 2011               HOGAN LOVELLS US LLP

6

7                               By:

8                                    Robert B. Hawk

9                           Attorneys for Plaintiff
                                 NEW ENTERPRISE ASSOCIATES, INC.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Hogan Lovells US
LLP
Attorneys At Law
Palo Alto

NOTICE OF ENTRY OF JUDGMENT AND PERMANENT INJUNCTION; CASE NO. 499465

\\034826/000008 - 100446 v1

# EXHIBIT A



1  HOGAN LOVELLS US LLP
   Robert B. Hawk (Cal. Bar No. 118054)
2  Kristi K. Elder (Cal. Bar No. 231996)
   Nimrod H. Aviad (Cal. Bar No. 259705)
3  525 University Avenue, 4th Floor
   Palo Alto, California 94301
4  Telephone: (650) 463-4000
   Facsimile: (650) 463-4199
5  robert.hawk@hoganlovells.com
   kris.elder@hoganlovells.com
6  nimi.aviad@hoganlovells.com

7  Attorneys for Plaintiff
   NEW ENTERPRISE ASSOCIATES, INC.

8                SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                           COUNTY OF SAN MATEO

10

11 New Enterprise Associates, Inc., a Delaware      Case No. CIV 499465
   Corporation,
12                                                  **JUDGMENT AND PERMANENT**
                   Plaintiff,                       **INJUNCTION IN FAVOR OF**
13                                                  **PLAINTIFF NEW ENTERPRISE**
                                                    **ASSOCIATES, INC.**
14      v.

15 Michael Zeleny, and DOES 1-25,

16                 Defendant.

17

18

19

20

21

22

23

24

25

26

27

28

JUDGMENT & PERMANENT INJUNCTION IN FAVOR OF PLAINTIFF NEA

\WM34826/000003 - 100219 v1

**ENDORSED FILED**
SAN MATEO COUNTY

SEP 2 2 2011

Clerk of the Superior Court
By _____ S. Peyrot
DEPUTY CLERK

1      Pursuant to California Code of Civil Procedure Section 998, on September 19, 2011,

2 Plaintiff New Enterprise Associates, Inc. ("NEA") submitted a settlement offer to Defendant

3 Michael Zeleny ("Zeleny"). Zeleny and his counsel accepted such offer on September 19, 2011

4 and September 20, 2011, respectively.

5      The Court being fully advised and in accordance with California Code of Civil Procedure

6 Section 998 hereby:

7      ORDERS, ADJUDGES AND DECREES THAT:

8      1.    Judgment is entered against Defendant Michael Zeleny in favor of Plaintiff NEA

9 in the amount of twenty-five thousand dollars ($25,000) (the "Damages");

10      2.    Defendant Michael Zeleny is permanently enjoined from entering onto, or

11 inducing other individuals to enter onto, any portion of the real property situated at 2855 Sand

12 Hill Road, Menlo Park, California, the walkways leading to NEA's business offices located in

13 2855 Sand Hill Road, the common tenant grounds of the office park in which 2855 Sand Hill

14 Road is located, including the internal street and entryways surrounding the buildings, and the

15 parking lots serving employees and invited guests of tenants of the office complex, as depicted in

16 the photograph (within the red line) attached as Exhibit A (the "Permanent Injunction");

17      3.    The Damages and the Permanent Injunction are in satisfaction of all claims in this

18 action, including without limitation, claims for injunctive relief, damages, costs and expenses,

19 attorney fees and interest.

20      **IT IS SO ORDERED.**

21

22 Dated: September 22, 2011                   **V. Raymond Swope**

23                                        Judge of the Superior Court

24

25

26

27

28

                                    1

JUDGMENT & PERMANENT INJUNCTION IN FAVOR OF PLAINTIFF NEA

W6234826/000008 - 1002J9 v1



1

## PROOF OF SERVICE

2
    I, Michael Ewers, declare:

3
    I am employed in the City of San Francisco, County of San Francisco, State of California.

4
I am over the age of eighteen years and am not a party to the within action.  My business address

5
is Hogan Lovells US LLP, 4 Embarcadero Center, 22nd Floor, San Francisco, California, 94111.

6
    On September 23, 2011, I served the documents listed below on the interested parties in

7
this action by placing a true and correct copy thereof, in a sealed envelope addressed as follows:

8
        David W. Affeld
        Affeld Grivakes Zucker LLP
9
        12400 Wilshire Blvd., Suite 1180
        Los Angeles, CA 90025
10
        Phone: (310) 979-8700
        Fax: (310) 979-8701
11
        Email: dwa@agzlaw.com
        Counsel for Defendant Michael Zeleny
12

13
**DOCUMENTS SERVED:**

14
    1.    **NOTICE OF ENTRY OF JUDGMENT AND PERMANENT INJUNCTION**

15
[X]   **BY MAIL:**  I am readily familiar with the business' practice for collection and processing
        correspondence for mailing with the United States Postal Service.  I know that the
16
        correspondence was deposited with the United States Postal Service on the same day this
        declaration was executed in the ordinary course of business and that the envelopes were
17
        sealed, with postage thereon fully prepaid, placed for collection and mailing on this date,
        following ordinary business practices at Palo Alto, California.

18
[X]   **BY ELECTRONIC SERVICE**:  Based on a court order or an agreement of the parties to
        accept service by electronic transmission, I caused the documents to be sent to the persons
19
        at the electronic notification addresses listed below.  I did not receive within a reasonable
        time after transmission, any electronic message or other indication that the transmission
20
        was unsuccessful.

21
    I declare under penalty of perjury under the laws of the State of California that the
22
foregoing is true and correct and that this declaration was executed on September 23, 2011, at San
23
Francisco, California.
24

25

26
                                            _____
                                                    Michael Ewers
27

28

PROOF OF SERVICE
\\034826/000008 - 100449 v1

1

# EXHIBIT B

Appointment

| | |
|---|---|
| **From:** | Annie Metheany-Pyle [/O=NEA DEVELOPMENT CORP./OU=NEA_CA/CN=RECIPIENTS/CN=APYLE] |
| **Sent:** | 3/21/2013 11:05:34 AM |
| **To:** | Joseph M. Riehl (Joseph.Riehl@atf.gov) [Joseph.Riehl@atf.gov]; msena@ncric.org; Greg Munks (gmunks@co.sanmateo.ca.us) [gmunks@co.sanmateo.ca.us]; Melinda Haag (Melinda.Haag@usdoj.gov) [Melinda.Haag@usdoj.gov]; Ronald E. Brooks (rbrooks@brooksbawden.com) [rbrooks@brooksbawden.com]; Craig D. Fair (craig.fair@ic.fbi.gov) [craig.fair@ic.fbi.gov]; Robert Jonsen (rjonsen@menlopark.org) [rjonsen@menlopark.org]; Lawrence D. Buckley (lawrence.buckley@ic.fbi.gov) [lawrence.buckley@ic.fbi.gov]; 'dennis.burns@cityofpaloalto.org' [dennis.burns@cityofpaloalto.org]; corcoran@workthreat.com; Steve Wagstaffe (swagstaffe@co.sanmateo.ca.us) [swagstaffe@co.sanmateo.ca.us] |
| **CC:** | Steve Wagstaffe [swagstaffe@smcgov.org]; Perron, Zachary [Zachary.Perron@CityofPaloAlto.org] |
| **Subject:** | MTG Dr. Michael H. Corcoran of the WorkThreat Group, LLC and Dave Tresmontan, CSO, NEA |
| **Location:** | NEA, Mammoth Conference Room - 2855 Sand Hill Road, Menlo Park, CA 94025 |
| **Start:** | 4/9/2013 10:30:00 AM |
| **End:** | 4/9/2013 12:00:00 PM |
| **Show Time As:** | Busy |
| | |
| **Recurrence:** | (none) |
| | |
| **Required Attendees:** | Joseph M. Riehl (Joseph.Riehl@atf.gov); msena@ncric.org; Greg Munks (gmunks@co.sanmateo.ca.us); Melinda Haag (Melinda.Haag@usdoj.gov); Ronald E. Brooks (rbrooks@brooksbawden.com); Craig D. Fair (craig.fair@ic.fbi.gov); Robert Jonsen (rjonsen@menlopark.org); Lawrence D. Buckley (lawrence.buckley@ic.fbi.gov); 'dennis.burns@cityofpaloalto.org'; corcoran@workthreat.com; Steve Wagstaffe (swagstaffe@co.sanmateo.ca.us) |

Dr. Michael H. Corcoran of the WorkThreat Group, LLC, will be discussing his assessment of an on-going threat to NEA and its employees. I hope to have you, or a representative from your organization, participate in this discussion. In light of law enforcement resources already expended in this matter, an updated perspective may be helpful. Please do not hesitate to contact me for any additional information you may require.

Thank you,
Dave Tresmontan, Chief Security Officer
(650)687-1859

If you would prefer to conference call, please contact me and I will provide a call-in number

# EXHIBIT C

| | |
|---|---|
| **From:** | Greg Munks |
| **To:** | Jonsen, Robert |
| **Cc:** | Steve Wagstaffe ; Trisha Sanchez; Bertini, David C |
| **Subject:** | Re: Open Carry Suspect |
| **Date:** | Friday, July 17, 2015 12:22:56 PM |

Thanks bob, I'll let Trisha know that Dave will schedule a meeting..

Sent from my iPhone

> On Jul 17, 2015, at 10:54 AM, Jonsen, Robert <RJonsen@menlopark.org> wrote:
>
> Greg,
>
> His name is Michael Zeleny, and Commander Bertini will be setting up a meeting in the next couple of weeks so we can coordinate our response.
>
> Bob j
>
>
>> On Jul 17, 2015, at 10:44 AM, Greg Munks <gmunks@smcgov.org> wrote:
>>
>> Steve and Bob, I understand the fellow who has been displaying weapons near the Rosewood Hotel is planning to return this fall. I can't remember his name but I'm told he has applied for a permit to film a movie which apparently is one of the exceptions to the open carry law. I'd like to suggest we put together a meeting of our folks to discuss strategies for dealing with him. I've assigned Assistant Sheriff Trisha Sanchez to be our point person. If you have someone you'd like to represent you please send me the name so I can have Trisha schedule a meeting. Dave Tresmontan is the security guy for the victim and is available to provide additional background and assistance. While most of his activity has been in Bob's city, the object of his actions lives in Portola Valley and he has acted out there in the past. Thanks, Greg

MP000257