1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

David W. Affeld, State Bar No. 123922
Damion Robinson, State Bar No. 262573
Affeld Grivakes LLP
2049 Century Park East, Ste. 2460
Los Angeles, CA 90067
Telephone:    (310) 979-8700

Attorneys for Plaintiff
Michael Zeleny

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

MICHAEL ZELENY,

     Plaintiff,

       vs.

EDMUND G. BROWN, Jr., *et al.*,

     Defendants.

Case No. CV 17-7357 JCS

Assigned to:
The Honorable Richard G. Seeborg

Discovery Matters:
The Honorable Thomas S. Hixson

**[PROPOSED] ORDER APPROVING STIPULATION TO MODIFY BRIEFING SCHEDULE ON MOTION TO DISMISS**

Action Filed:  December 28, 2017
Trial Date:      June 8, 2020

- 1 -

ORDER GRANTING STIPULATION TO MODIFY BRIEFING SCHEDULE

The Court has considered the Stipulation of plaintiff Michael Zeleny ("Plaintiff") and Defendant New Enterprise Associates ("Defendant") to modify the briefing schedule on Defendant's pending Motion to Dismiss Plaintiff's Second Amended Complaint.

Based on the stipulation, and good cause appearing, the Court hereby APPROVES the stipulation, and modifies the briefing schedule as follows:

Plaintiff's Opposition Due:   October 16, 2019

Defendants' Reply Due:   October 25, 2019

**It is So Ordered.**

Dated: _____

_____
The Honorable Richard G. Seeborg
UNITED STATES DISTRICT COURT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

- 2 -

ORDER GRANTING STIPULATION TO MODIFY BRIEFING SCHEDULE

## **PROOF OF SERVICE**

I hereby certify that on October 4, 2019, I electronically filed the foregoing document using the Court's CM/ECF system.  I am informed and believe that the CM/ECF system will send a notice of electronic filing to the interested parties.

/s/ Gabrielle Bruckner
Gabrielle Bruckner

- 3 -

ORDER GRANTING STIPULATION TO MODIFY BRIEFING SCHEDULE