UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL ZELENY,

    Plaintiff,

v.

EDMUND G. BROWN, et al.,

    Defendants.

Case No. 17-cv-07357-RS

**ORDER EXTENDING BRIEFING DEADLINES AND HEARING**

In light of plaintiff Michael Zeleny and defendant New Enterprise Associates' ("NEA") joint motion to modify the briefing scheduling on NEA's pending motion to dismiss, the deadlines and hearing date are modified as follows:

| | |
|---|---|
| Zeleny's Response Due: | October 16, 2019 |
| NEA's Reply Due: | October 25, 2019 |
| Motion Hearing: | November 14, 2019 |

**IT IS SO ORDERED**.

Dated: October 7, 2019

_____
RICHARD SEEBORG
United States District Judge