XAVIER BECERRA
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General
NOREEN P. SKELLY
Deputy Attorney General
State Bar No. 186135
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 210-6057
Fax: (916) 324-8835
E-mail: Noreen.Skelly@doj.ca.gov
*Attorneys for Defendant Attorney General Xavier Becerra*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **MICHAEL ZELENY, an individual,**<br>Plaintiff,<br>**v.**<br>**GAVIN NEWSOM, et al.,**<br>Defendants. | CV 17-7357 JCS<br>**REQUEST FOR TELEPHONIC APPEARANCE FOR NOVEMBER 21, 2019 FURTHER STATUS CONFERENCE; DECLARATION OF NOREEN SKELLY; [PROPOSED] ORDER**<br>Judge: The Honorable Richard G. Seeborg<br>Action Filed: December 28, 2017<br>Trial Date: June 8, 2020 |

Noreen P. Skelly, Deputy Attorney General, counsel for Xavier Becerra, in his official capacity as Attorney General of the State of California, respectfully requests leave to appear telephonically for the Further Status Conference scheduled for November 21, 2019, at 10:00 a.m. before the Honorable Richard G. Seeborg. (ECF No. 95).

Deputy Attorney General Skelly will be travelling out of state on a work-related matter, and will not return to Sacramento until late on November 20, 2019. Therefore, a telephonic appearance is requested, and would be greatly appreciated.

Dated: October 11, 2019

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General

*/s/ Noreen P. Skelly*
NOREEN P. SKELLY
Deputy Attorney General
*Attorneys for Defendant Attorney General Xavier Becerra*

**[PROPOSED] ORDER**

The request of Noreen P. Skelly, Deputy Attorney General to make a telephonic appearance at the November 21, 2019 Further Status Conference is GRANTED.

Date: _______________

___________________________________
RICHARD G. SEEBORG
UNITED STATES DISTRICT JUDGE

**DECLARATION OF NOREEN P. SKELLY**

I, NOREEN P. SKELLY, HEREBY DECLARE,

1. I am an attorney at law, a Deputy Attorney General, and counsel of record for Defendant Attorney General Xavier Becerra. The matters stated herein are within my personal knowledge, and I would and could testify competently thereto if called upon to do so.

2. I am the attorney assigned to represent Attorney General Becerra in this matter.

3. I will be in St. Paul, Minnesota from November 17th through November 20th, on a work-related assignment. Due to the nature of the assignment, I will not be able to leave St. Paul before 5:00 p.m. on November 20, 2019. Consequently, I will not return to Sacramento until late on the evening of November 20th. The Court has scheduled a Further Status Conference in the civil action filed by Michael Zeleny for November 21, 2019, at 10:00 a.m. in San Francisco. To be on time for a 10:00 a.m. hearing in this Court on November 21, 2019, it would be advisable for me to travel to San Francisco on November 20, 2019. Unfortunately, my schedule makes this difficult to do. Therefore, I respectfully request leave to appear telephonically at the November 21, 2019 Further Status Conference.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that this declaration was executed on October 11, 2019, at Sacramento, California.

/s/ Noreen P. Skelly

Noreen P. Skelly, Deputy Attorney General

# CERTIFICATE OF SERVICE

Case Name: **Zeleny, Michael v. Edmund G. Brown, et al.** No. **3:17-cv-07357 RS (NC)**

I hereby certify that on October 11, 2019, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**REQUEST FOR TELEPHONIC APPEARANCE FOR NOVEMBER 21, 2019 FURTHER STATUS CONFERENCE; DECLARATION OF NOREEN SKELLY; [PROPOSED] ORDER**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on October 11, 2019, at Sacramento, California.

| Tracie L. Campbell | */s/ Tracie Campbell* |
| --- | --- |
| Declarant | Signature |

SA2018100198
14191609.docx