1  David W. Affeld, State Bar No. 123922
2  Damion Robinson, State Bar No. 262573
   Affeld Grivakes LLP
3  2049 Century Park East, Ste. 2460
   Los Angeles, CA 90067
4  Telephone:     (310) 979-8700

5  Attorneys for Plaintiff
   Michael Zeleny

6
7
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11 | MICHAEL ZELENY,              | Case No. CV 17-7357 RS
12 |     Plaintiff,               | Assigned to:
13 |       vs.                    | The Honorable Richard G. Seeborg
14 | GAVIN NEWSOM, *et al.*,      | **[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE TRIAL AND PRE-TRIAL DATES**
15 |     Defendants.              |
16 |                              |
17 |                              | Action Filed: December 28, 2017
18 |                              | Trial Date:    June 8, 2020

19
20
21
22
23
24
25
26
27
28

- 1 -

PROPOSED ORDER GRANTING STIPULATION TO CONTINUE

## ORDER

The Court, having considered the stipulation of all parties, and finding good cause, hereby ORDERS as follows.

The stipulation is APPROVED.

[The current Scheduling Order in effect is MODIFIED and the following dates set:

| | |
|---|---|
| Discovery Cut-Off: | March 16, 2020 |
| Expert Disclosures: | March 30, 2020 |
| Rebuttal Expert Disclosures: | April 20, 2020 |
| Expert Discovery Cut-Off: | May 11, 2020 |
| Dispositive Motion Hearings: | June 4, 2020 |
| Pre-Trial Conference: | August 13, 2020 at 10:00 a.m. |
| Start of Trial: | September 7, 2020 at 9:00 a.m.] |

[The Court hereby VACATES the current fact and expert discovery deadlines to be reset at the December 12, 2019 Further Case Management Conference in this matter.  The conference will take place telephonically and the parties shall contact CourtCall to arrange for appearances at least one week prior to the conference.  Case Management Statements are due by December 5, 2019.]

**IT IS SO ORDERED.**

Dated: _____

_____
The Honorable Richard Seeborg
UNITED STATES DISTRICT JUDGE

## **PROOF OF SERVICE**

I hereby certify that on October 24, 2019, I electronically filed the foregoing document using the Court's CM/ECF system. I am informed and believe that the CM/ECF system will send a notice of electronic filing to the interested parties.

                                                s/ Damion Robinson
                                                Damion Robinson