David W. Affeld, State Bar No. 123922
Damion Robinson, State Bar No. 262573
Affeld Grivakes LLP
2049 Century Park East, Ste. 2460
Los Angeles, CA 90067
Telephone:     (310) 979-8700

Attorneys for Plaintiff
Michael Zeleny

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

MICHAEL ZELENY,

    Plaintiff,

        vs.

GAVIN NEWSOM, *et al.*,

    Defendants.

Case No. CV 17-7357 RS

Assigned to:
The Honorable Richard G. Seeborg

[~~PROPOSED~~] **ORDER GRANTING STIPULATION TO CONTINUE TRIAL AND PRE-TRIAL DATES**
AS MODIFIED BY THE COURT

Action Filed:  December 28, 2017
Trial Date:     June 8, 2020

PROPOSED ORDER GRANTING STIPULATION TO CONTINUE

## <u>ORDER</u>

The Court, having considered the stipulation of all parties, and finding good cause, hereby ORDERS as follows.

The stipulation is APPROVED.

[The current Scheduling Order in effect is MODIFIED and the following dates set:

| | |
|---|---|
| Discovery Cut-Off: | March 16, 2020 |
| Expert Disclosures: | March 30, 2020 |
| Rebuttal Expert Disclosures: | April 20, 2020 |
| Expert Discovery Cut-Off: | May 11, 2020 |
| Dispositive Motion Hearings: | June 4, 2020 |
| Pre-Trial Conference: | August ~~13,~~ 12, 2020 at 10:00 a.m. |
| Start of Trial: | September ~~7,~~ 21, 2020 at 9:00 a.m.] |

~~[The Court hereby VACATES the current fact and expert discovery deadlines to be reset at the December 12, 2019 Further Case Management Conference in this matter. The conference will take place telephonically and the parties shall contact CourtCall to arrange for appearances at least one week prior to the conference. Case Management Statements are due by December 5, 2019.]~~

**IT IS SO ORDERED.**

Dated: <u>10/25/19</u>

_____
The Honorable Richard Seeborg
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER GRANTING STIPULATION TO CONTINUE