David W. Affeld, State Bar No. 123922
Damion Robinson, State Bar No. 262573
Affeld Grivakes LLP
2049 Century Park East, Ste. 2460
Los Angeles, CA 90067
Telephone:    (310) 979-8700

Attorneys for Plaintiff Michael Zeleny

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ZELENY,<br><br>    Plaintiff,<br><br>        vs.<br><br>GAVIN NEWSOM, *et al.*,<br><br>    Defendants. | Case No. CV 17-7357 JCS<br><br>Assigned to:<br>The Honorable Richard G. Seeborg<br><br>Discovery Matters:<br>The Honorable Thomas S. Hixson<br><br>**JOINT STATUS REPORT**<br><br>**Status Conference Date:**  12/12/2019<br>**Status Conference Time**: 11:00 a.m.<br><br>Action Filed: December 28, 2017<br>Trial Date:    June 8, 2020 |

JOINT STATUS REPORT

## I. PROCEEDINGS TO DATE

Zeleny amended his complaint in early April 2019 to name New Enterprise Associates ("NEA") as a defendant. The parties stipulated at that time to continue trial and pre-trial dates allow NEA to enter the case as a party and to resolve any pleading challenges.

NEA filed a Motion to Dismiss on May 9, 2019. [Dkt. No. 85]. Because NEA's involvement in the case impacted the scope of discovery, the parties agreed to defer discovery until NEA's status was finalized. On July 1, 2019, the Court granted a continuance of trial and pre-trial dates because NEA's Motion to Dismiss remained pending. [Dkt. No. 95].

On July 30, 2019, the Court issued its ruling granting NEA's motion with leave to amend. [Dkt. No. 98]. Zeleny timely filed a Second Amended Complaint, per the Court's order, on August 30, 2019. [Dkt. No. 99].

NEA again moved to dismiss the Second Amended Complaint on September 25, 2019. [Dkt. No. 102]. On October 24, 2019, the parties again stipulated to continue discovery and pre-trial deadlines pending the resolution of NEA's second motion to dismiss. [Dkt. No. 108]. The Court approved the stipulation on October 25, 2019 [Dkt. No. 109].

On November 5, 2019, the Court granted NEA's second motion to dismiss without leave to amend. [Dkt. No. 111].

The current trial and pre-trial schedule is as follows:

| | |
|---|---|
| Discovery Cut-Off: | March 16, 2020 |
| Expert Disclosures: | March 30, 2020 |
| Rebuttal Expert Disclosures: | April 20, 2020 |
| Expert Discovery Cut-Off: | May 11, 2020 |
| Dispositive Motions Hearings: | June 4, 2020 |
| Pre-Trial Conference: | August 12, 2020 at 10:00 a.m. |
| Trial: | September 21, 2020 at 9:00 a.m. |

Order dated 10/25/19 [Dkt. No. 109]

## II. CURRENT CASE STATUS

The remaining parties are working towards resuming discovery. The parties served and

responded to written discovery early this year. Deposition discovery was underway when Zeleny added NEA to this case. The parties are now working to schedule the remaining depositions of party and third-party witnesses.

Zeleny has taken the deposition of Chief Dave Bertini, who is testifying individually and as a 30(b)(6) designee for the City of Menlo Park (the "City") for one day. Another day of testimony is expected due to Chief Bertini's dual designation. The City has also deposed Zeleny. At this time, the City does not envision needing to notice any further depositions.

Counsel for Zeleny and for Attorney General Xavier Becerra, in his official capacity, are working to arrange the deposition of a 30(b)(6) witness on behalf of Attorney General Becerra either this month or next.

Plaintiff anticipates scheduling additional depositions, including a deposition of NEA as a non-party, and taking any remaining non-expert discovery in the coming months. The parties believe that the current trial schedule is practical and will proceed accordingly.

Dated:  December 5, 2019            Respectfully submitted,

s/ Damion Robinson
David W. Affeld
Damion D. D. Robinson
Affeld Grivakes LLP
Attorneys for Plaintiff Michael Zeleny

s/ Noreen Skelly
Noreen P. Skelly
Office of the Attorney General
Attorneys for Defendant Xavier Becerra

/ Todd Master
Todd H. Master
Howard Rome Martin & Ridley LLP
Attorneys for Defendants the City of Menlo Park and Dave Bertini

# # #

Pursuant to Local Civil Rule 5-1(i)(3), I attest that the foregoing attorneys of record authorized the filing of this document and the inclusion of their electronic signatures.

Dated:  December 5, 2019            s/ Damion Robinson
Damion Robinson

JOINT STATUS REPORT

**PROOF OF SERVICE**

     I hereby certify that on December 5, I electronically filed the foregoing document using the Court's CM/ECF system.  I am informed and believe that the CM/ECF system will send a notice of electronic filing to the interested parties.

                                           Gabrielle Bruckner

JOINT STATUS REPORT