UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ZELENY,<br><br>        Plaintiff,<br><br>    v.<br><br>GAVIN NEWSOM, et al.,<br><br>        Defendants. | Case No. 17-cv-07357-RS   (TSH)<br><br>**DISCOVERY ORDER**<br>Re: Dkt. No. 115 |

Plaintiff Michael Zeleny and Defendants City of Menlo Park and Chief Dave Bertini have filed a joint discovery letter brief regarding a dispute over a privilege issue. ECF No. 115. They request that the Court conduct an *in camera* review of the documents at issue. The Court agrees to do so. Accordingly, the Court **ORDERS** the City of Menlo Park to submit the documents at issue for *in camera* review.

**IT IS SO ORDERED.**

Dated: February 20, 2020

THOMAS S. HIXSON
United States Magistrate Judge