AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| Michael Zeleny | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:17-cv-07357-RS |
| Gavin Newsom, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Michael Zeleny.

Date: 03/02/2020

s/ David Markevitch
*Attorney's signature*

David Markevitch, Cal. Bar No. 256163
*Printed name and bar number*

Markevitch Law Firm
1261 Lincoln Avenue, Suite 208
San Jose, CA 95125-3031
*Address*

dmarkevitch@markevitchlaw.com
*E-mail address*

(408) 463-6802
*Telephone number*

(408) 503-0889
*FAX number*