AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | | |
|---|---|---|
| Michael Zeleny | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   3:17cv7357 |
| Gavin Newsom et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant California Attorney General Xavier Becerra

Date:   03/06/2020

/s/ John W. Killeen
*Attorney's signature*

John W. Killeen (CA Bar 258395)
*Printed name and bar number*

1300 I Street
Sacramento, CA 95814

*Address*

john.killeen@doj.ca.gov
*E-mail address*

(916) 210-6045
*Telephone number*

(916) 324-8835
*FAX number*

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Zeleny, Michael v. Edmund G. Brown, et al.** | No. | 3:17-cv-07357 RS (NC) |

I hereby certify that on <u>March 6, 2020</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**APPEARANCE OF COUNSEL**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>March 6, 2020</u>, at Sacramento, California.

| Eileen A. Ennis | /s/ Eileen A. Ennis |
|---|---|
| Declarant | Signature |

SA2018100198
14505030.docx