David W. Affeld, State Bar No. 123922
Damion Robinson, State Bar No. 262573
Affeld Grivakes LLP
2049 Century Park East, Ste. 2460
Los Angeles, CA 90067
Telephone:    (310) 979-8700

Attorneys for Plaintiff Michael Zeleny

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ZELENY, | Case No. CV 17-7357 JCS |
| Plaintiff, | Assigned to: |
| vs. | The Honorable Richard G. Seeborg |
| GAVIN NEWSOM, *et al.*, | Discovery Matters: |
| Defendants. | The Honorable Thomas S. Hixson |
| | **[PROPOSED] ORDER CONTINUING DATES BY STIPULATION** |
| | Action Filed:  December 28, 2017 |
| | Trial Date:     June 8, 2020 |

The Court, having reviewed the parties' stipulation to continue pre-trial dates by approximately 60 days, and finding good cause, hereby ORDERS as follows:

1.    Pre-trial dates in this matter are continued to the following dates:

    a.   Fact Discovery Cut-Off:        May 15, 2020.

    b.   Expert Disclosures:        May 29, 2020

    c.   Rebuttal Expert Disclosures:        June 19, 2020.

    d.   Expert Discovery Cut-Off:        July 10, 2020

    e.   Dispositive Motion Hearings:        August 6, 2020

2.      The Court vacates the current trial and Pre-Trial Conference dates to be reset as provided below.

3.      The Court sets a status conference for _____, 2020 at _____ [a.m./p.m.] and will schedule trial and Pre-Trial Conference dates at that time.

**It is SO ORDERED**.

Dated: _____

_____
The Honorable Richard Seeborg
UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE DATES

1

## **PROOF OF SERVICE**

2

3

I hereby certify that on March 16, 2020, I electronically filed the foregoing document using the Court's CM/ECF system.  I am informed and believe that the CM/ECF system will send a notice of electronic filing to the interested parties.

4

s/ Damion Robinson
Damion Robinson

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE DATES