David W. Affeld, State Bar No. 123922
Damion Robinson, State Bar No. 262573
Affeld Grivakes LLP
2049 Century Park East, Ste. 2460
Los Angeles, CA 90067
Telephone:    (310) 979-8700

Attorneys for Plaintiff Michael Zeleny

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ZELENY,<br><br>        Plaintiff,<br><br>             vs.<br><br>GAVIN NEWSOM, *et al.*,<br><br>        Defendants. | Case No. CV 17-7357 JCS<br><br><u>Assigned to:</u><br>The Honorable Richard G. Seeborg<br><br><u>Discovery Matters:</u><br>The Honorable Thomas S. Hixson<br><br>**ORDER CONTINUING**<br>**DATES BY STIPULATION**<br>**[AS MODIFIED BY THE COURT]**<br>Action Filed:  December 28, 2017<br>Trial Date:      June 8, 2020 |

   The Court, having reviewed the parties' stipulation to continue pre-trial dates by approximately 60 days, and finding good cause, hereby ORDERS as follows:

   1.    Pre-trial dates in this matter are continued to the following dates:

         a.   Fact Discovery Cut-Off:              May 15, 2020.

         b.   Expert Disclosures:                     May 29, 2020

         c.   Rebuttal Expert Disclosures:       June 19, 2020.

         d.   Expert Discovery Cut-Off:          July 10, 2020

         e.   Dispositive Motion Hearings:      August 6, 2020

STIPULATION TO CONTINUE DATES

2.      The Court vacates the current trial and Pre-Trial Conference dates to be reset as provided below.

3.      The Court sets a status conference for _June 11_____, 2020 at 11:00 a.m. and will schedule trial and Pre-Trial Conference dates at that time.   All parties shall appear telephonically and must contact Court Call at (866)582-6878 at least one week prior to **It is SO ORDERED**.   the Status Conference to arrange their participation. CMC Statement due June 4, 2020.

Dated: _3/17/2020_____

_____
The Honorable Richard Seeborg
UNITED STATES DISTRICT JUDGE

- 2 -

STIPULATION TO CONTINUE DATES

1

## **PROOF OF SERVICE**

2
3
     I hereby certify that on March 16, 2020, I electronically filed the foregoing document using the Court's CM/ECF system.  I am informed and believe that the CM/ECF system will send a notice of electronic filing to the interested parties.

4
                                  s/ Damion Robinson
5
                                  Damion Robinson

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

STIPULATION TO CONTINUE DATES