David W. Affeld, State Bar No. 123922
Damion Robinson, State Bar No. 262573
Affeld Grivakes LLP
2049 Century Park East, Ste. 2460
Los Angeles, CA 90067
Telephone:   (310) 979-8700

Attorneys for Plaintiff Michael Zeleny

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ZELENY,<br><br>  Plaintiff,<br><br>  vs.<br><br>GAVIN NEWSOM, *et al.*,<br><br>  Defendants. | Case No. CV 17-7357 JCS<br><br>Assigned to:<br>The Honorable Richard G. Seeborg<br><br>Discovery Matters:<br>The Honorable Thomas S. Hixson<br><br>**[PROPOSED] ORDER CONTINUING DATES BY STIPULATION**<br><br>Action Filed:  December 28, 2017<br>Trial Date:     June 8, 2020 |

The Court, having reviewed the parties' stipulation to continue pre-trial dates, and finding good cause, hereby ORDERS as follows:

1. Pre-trial dates in this matter are continued to the following dates:

   a. Fact Discovery Cut-Off:             July 3, 2020

   b. Expert Disclosures:                  July 10, 2020

   c. Rebuttal Expert Disclosures:    July 31, 2020

   d. Expert Discovery Cut-Off:       August 21, 2020

   e. Dispositive Motion Hearings:  September 17, 2020

2. All further discovery shall be limited to those matters specified in the parties'

stipulation. The Discovery Motion Cut-Off shall run from the discovery deadlines specified above.

     3.     The June 11, 2020 Status Conference set by the Court's order of March 17, 2020 will remain on calendar as scheduled. The parties shall submit a CMC Statement by June 4, 2020.

**It is SO ORDERED**.

Dated: _____

_____
The Honorable Richard Seeborg
UNITED STATES DISTRICT JUDGE

## **PROOF OF SERVICE**

    I hereby certify that on May 7, 2020, I electronically filed the foregoing document using the Court's CM/ECF system. I am informed and believe that the CM/ECF system will send a notice of electronic filing to the interested parties.

                                            s/ Gabrielle Bruckner
                                            Gabrielle Bruckner

ORDER CONTINUING DATES