1  David W. Affeld, State Bar No. 123922
   Damion Robinson, State Bar No. 262573
2  David Markevitch, State Bar No. 256163
   Affeld Grivakes LLP
3  2049 Century Park East, Ste. 2460
   Los Angeles, CA 90067
4  Telephone:    (310) 979-8700

5  Attorneys for Plaintiff Michael Zeleny

6

7

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11  MICHAEL ZELENY,                    Case No. CV 17-7357 JCS

12        Plaintiff,                   Assigned to:
                                       The Honorable Richard G. Seeborg
13           vs.
                                       Discovery Matters:
14  GAVIN NEWSOM, *et al.*,            The Honorable Thomas S. Hixson

15        Defendants.                  **DECLARATION OF COUNSEL**

16

17                                     Action Filed:  December 28, 2017
                                       Trial Date:    TBD
18

19

20

21

22

23

24

25

26

27

28

                                    - 1 -

                          DECLARATION OF COUNSEL

I, David Markevitch, declare:

1.      I, as counsel at Affeld Grivakes LLP, am counsel of record to plaintiff Michael Zeleny ("Plaintiff") in this matter.  I have personal knowledge of the facts below and could testify competently to those facts if called upon to do so.  I submit this declaration concurrently with a Joint Letter Brief Regarding 30(b)(6) Deposition of State of California.

2.      A true copy of pertinent excerpts of Defendant Attorney General Xavier Becerra's Responses to Plaintiff Michael Zeleny's First Set of Interrogatories is attached as **Exhibit 1**.

3.      A true copy of pertinent excerpts of Defendant Attorney General Xavier Becerra's Responses to Plaintiff Michael Zeleny's Interrogatories, Set Two is attached as **Exhibit 2**.

4.      A true copy of Defendant Attorney General Xavier Becerra's Answer to Plaintiff Michael Zeleny's Complaint for Declaratory and Injunctive Relief is attached as **Exhibit 3**.

5.      A true copy of a webpage found at *https://oag.ca.gov/careers/aboutus*, downloaded on April 29, 2020 is attached as **Exhibit 4**.

6.      A true copy of a letter dated February 24, 2020 that I received from counsel for Attorney General Xavier Becerra is attached as **Exhibit 5**.

7.      A true copy of pertinent excerpts of a transcript of deposition of Blake Graham, who testified on behalf of the State of California, is attached as **Exhibit 6**.

8.      A true copy of a notice of Rule 30(b)(6) deposition of the State of California that was served by Affeld Grivakes LLP is attached as **Exhibit 7**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 4th day of June 2020.

s/ David Markevitch
David Markevitch

- 1 -

DECLARATION OF COUNSEL

1

## **PROOF OF SERVICE**

2
3

      I hereby certify that on June 4, 2020, I electronically filed the foregoing document using the Court's CM/ECF system.  I am informed and believe that the CM/ECF system will send a notice of electronic filing to the interested parties.

4

Dated:  June 4, 2020

               s/ David Markevitch

5

               David Markevitch

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -

DECLARATION OF COUNSEL