1  XAVIER BECERRA
   Attorney General of California
2  ANTHONY R. HAKL
   Supervising Deputy Attorney General
3  NOREEN P. SKELLY
   Deputy Attorney General
4  State Bar No. 186135
    1300 I Street, Suite 125
5   P.O. Box 944255
    Sacramento, CA 94244-2550
6   Telephone: (916) 210-6057
    Fax: (916) 324-8835
7   E-mail: Noreen.Skelly@doj.ca.gov
   *Attorneys for Defendant Attorney General Xavier*
8  *Becerra*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL ZELENY, an individual, | 3:17-cv-07357 RS (NC) |
| Plaintiff, | **DEFENDANT ATTORNEY GENERAL XAVIER BECERRA'S RESPONSES TO PLAINTIFF MICHAEL ZELENY'S FIRST SET OF INTERROGATORIES[2]** |
| v. | |
| GAVIN NEWSOM[1], an individual, in his official capacity; XAVIER BECERRA, an individual, in his official capacity; CITY OF MENLO PARK, a municipal corporation; and DAVE BERTINI, in his official capacity, | |
| Defendants. | |

PROPOUNDING PARTY:      Plaintiff Michael Zeleny

ANSWERING PARTY:        Defendant Attorney General Xavier Becerra

SET NUMBER:             One

---

[1] Although Edmund G. Brown, Jr., sued in his official capacity as the Governor of California, has been dismissed from this matter, Defendant Becerra updates the caption to substitute Governor Gavin Newsom for former Governor Edmund G. Brown, Jr., pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure.
[2] Verification to follow.

1

1  Legislature considered including other forms of "speech or expressive conduct" in enacting Penal
2  Code §§ 26375 and 26405, subdivision (r). Thus, Defendant Becerra is unable to respond to this
3  interrogatory.

4  **INTERROGATORY NO. 9**: Identify all documents bearing upon, supporting, or
5  reflecting the reasons set forth in Your response to the preceding interrogatory.

6  **RESPONSE TO INTERROGATORY NO. 9**:

7  Defendant Becerra incorporates by reference the above-stated general objections as though
8  fully set forth herein. Defendant Becerra objects to this interrogatory on the grounds that it is
9  vague and overbroad, and unduly burdensome. Moreover, it seeks information irrelevant to
10 Plaintiff Zeleny's claims, and not reasonably calculated to lead to the discovery of information
11 that is relevant to Plaintiff's claims.

12 Subject to, and without waiving the foregoing objections, Defendant Becerra responds as
13 follows: N/A.

14 **INTERROGATORY NO. 10**: Does the phrase "authorized participant" as used in
15 California Penal Code §§ 26375 and 26405(r) refer to a participant authorized by a governmental
16 body or agency?

17 **RESPONSE TO INTERROGATORY NO. 10**:

18 Defendant Becerra incorporates by reference the above-stated general objections as though
19 fully set forth herein. Defendant Becerra objects to this interrogatory on the grounds that it is
20 vague and overbroad. Moreover, it seeks information irrelevant to Plaintiff Zeleny's claims, and
21 not reasonably calculated to lead to the discovery of information that is relevant to Plaintiff's
22 claims.

23 Subject to, and without waiving the foregoing objections, Defendant Becerra responds as
24 follows: Penal Code §§ 26375 and 26405, subdivision (r) do not include definitions of the phrase
25 "authorized participant."

26 However, according to the Legislative history of Penal Code § 26375, that section permits
27 the use of unloaded handguns as an "entertainment props." (See DOJ 000219) Additionally, the
28 Entertainment Firearms Permit only authorizes the permit holder "to possess firearms loaned to

the permitholder for use solely as a prop in a motion picture, television, video, theatrical, or other entertainment production or event." (Penal Code § 29500.) Thus, the exceptions set forth in Penal Code §§ 26375 and 26405, subdivision (r) are available only to those using unloaded firearms loaned to them for use as "entertainment props" in a motion picture, television, video, theatrical, or other entertainment production or event.

**INTERROGATORY NO. 11**: If Your answer to Interrogatory No. 10 is in the affirmative, identify the governmental bodies or agencies from which authorization is required?

**RESPONSE TO INTERROGATORY NO. 11**:

Defendant Becerra incorporates by reference the above-stated general objections as though fully set forth herein. Defendant Becerra objects to this interrogatory on the grounds that it is vague and overbroad, and unduly burdensome. Moreover, it seeks information irrelevant to Plaintiff Zeleny's claims, and not reasonably calculated to lead to the discovery of information that is relevant to Plaintiff's claims.

Subject to, and without waiving the foregoing objections, Defendant Becerra responds as follows: N/A.

**INTERROGATORY NO. 12**: If Your answer to Interrogatory No. 10 is in the affirmative, state all bases for your contention that the phrase "authorized participant," as used in California Penal Code §§ 26375 and 26405(r), refers to a participant authorized by a governmental body or agency?

**RESPONSE TO INTERROGATORY NO. 12**:

Defendant Becerra incorporates by reference the above-stated general objections as though fully set forth herein. Defendant Becerra objects to this interrogatory on the grounds that it is vague and overbroad, and unduly burdensome. Moreover, it seeks information irrelevant to Plaintiff Zeleny's claims, and not reasonably calculated to lead to the discovery of information that is relevant to Plaintiff's claims.

Subject to, and without waiving the foregoing objections, Defendant Becerra responds as follows: N/A.

Dated: April 3, 2019

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General

*[signature]*

NOREEN P. SKELLY
Deputy Attorney General
*Attorneys for Defendant Attorney General
Xavier Becerra*

## DECLARATION OF SERVICE BY OVERNIGHT COURIER

Case Name:   **Zeleny, Michael v. Edmund G. Brown, et al.**

No.:   **3:17-cv-07357 RS (NC)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is: 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550.

On <u>April 3, 2019</u>, I served the attached **DEFENDANT ATTORNEY GENERAL XAVIER BECERRA'S RESPONSES TO PLAINTIFF MICHAEL ZELENY'S FIRSTS SET OF INTERROGATORIES** by placing a true copy thereof enclosed in a sealed envelope with the **Golden State Overnight**, addressed as follows:

| | |
|---|---|
| David William Affeld<br>Damion D. D. Robinson<br>Affeld Grivakes LLP<br>2049 Century Park East, Suite 2460<br>Los Angeles, CA 90067<br>Tel:   (310) 979-8700<br>Fax:   (310) 979-8701<br>Email: dwa@agzlaw.com<br>         dr@agzlaw.com<br>*Attorneys for Plaintiff* | Todd H. Master<br>Howard Rome Martin & Ridley LLP<br>1900 O'Farrell Street, Suite 280<br>San Mateo, CA 94403<br>Tel:   (650) 365-7715<br>Fax:   (650) 364-5297<br>Email: tmaster@hrmrlaw.com<br>*Attorneys for Defendants City of Menlo Park and Dave Bertini* |

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on April 3, 2019, at Sacramento, California.

Eileen A. Ennis
Declarant

*(Signature)*

SA2018100198
13607465.docx13607465.DOCX