4/29/2020　　About the California Department of Justice | State of California - Department of Justice - Office of the Attorney General

Case 3:17-cv-07357-RS   Document 127-5   Filed 06/04/20   Page 1 of 2

State *of* California Department *of* Justice



# XAVIER BECERRA
*Attorney General*

# About the California Department of Justice

Home　/ About the California Department of Justice



The California Constitution establishes the Attorney General as the state's chief law officer, responsible for ensuring that the laws of the state are uniformly and adequately enforced. The Attorney General is vested with broad powers and carries out these important responsibilities through the California Department of Justice.

The Department of Justice is committed to fostering and maintaining an engaged and inclusive organizational culture that celebrates shared values and diversity, which are integral to excellence. Diversity is defined as the combination of characteristics that make each person unique and valuable. A commitment to diversity means creating a work environment that respects the differences, talents, and abilities of all employees and fosters a culture where everyone has the opportunity to excel.

The Department of Justice includes over 4,500 employees who are engaged in a variety of law enforcement and legal services. The department's main offices are in Sacramento, Los Angeles, San Francisco, San Diego, Oakland and Fresno.

4/29/2020 About the California Department of Justice | State of California - Department of Justice - Office of the Attorney General

Case 3:17-cv-07857-RS Document 127-5 Filed 06/04/20 Page 2 of 2

The Attorney General and Department of Justice employees take seriously the mission to serve our state and work honorably every day to fulfill California's promise. We invite you to learn more about the exciting opportunities that await you as a employee with the Attorney General's Office, Department of Justice.

- Legal Services
- Public Safety and Law Enforcement
- Administration

Office of the Attorney General    Accessibility    Privacy Policy    Conditions of Use    Disclaimer

© 2020 DOJ