```
 1                 UNITED STATES DISTRICT COURT

 2               NORTHERN DISTRICT OF CALIFORNIA

 3

 4    MICHAEL ZELENY,                  ) Case No.
                                       ) CV 17-7357 JCS
 5              Plaintiff,             )
                                       )
 6     vs.                             )
                                       )
 7    EDMUND G. BROWN, Jr.             )
      et al.,                          )
 8                                     )
                Defendants.            )
 9    _____)

10

11

12
                 DEPOSITION OF BLAKE GRAHAM
13
                Thursday, January 23rd, 2020
14
                        ---oOo---
15

16

17

18

19

20

21

22    Reported by:
      David A. Disbrow
23    CSR No. 7768

24

25
```

BE IT REMEMBERED THAT, pursuant to the laws pertaining to the taking and use of depositions, and on Thursday, January 23rd, 2020, commencing at the hour of 10:39 A.M., thereof, at the Offices of REGUS, 580 California Street, 12th Floor, San Francisco, California, before me, David A. Disbrow, Certified Shorthand Reporter for the State of California, there personally appeared

BLAKE GRAHAM,

called as a witness by the Plaintiff, who was examined and testified as is hereinafter set forth:

-oOo-

```
 1                         APPEARANCES

 2    For the          AFFELD GRIVAKES, LLP
      Plaintiff:       2049 Century Park East
 3                     Suite 2460
                       Los Angeles, CA 90067
 4                     BY: DAMION ROBINSON, ESQ.
                       (310) 979-8700
 5                     Email: dr@agzlaw.com

 6
      For the          HOWARD ROME MARTIN & RIDLEY, LLP
 7    Defendant:       1900 O'Farrell Street
      City of          Suite 280
 8    Menlo Park,      San Mateo, CA 94403
      Mr. Bertini      BY: LISA K. RAUCH, ESQ.
 9                     (650) 365-7715
                       Email: lrauch@hrmrlaw.com
10

11    For the          STATE OF CALIFORNIA
      Witness:         Department of Justice
12                     Office of the Attorney General
                       1300 I Street
13                     P.O. Box 944255
                       Sacramento, CA 94244-2550
14                     BY: NOREEN P. SKELLY, ESQ.
                       (916) 210-6057
15                     Email: noreen.skelly@doj.ca.gov

16
      Also Present:  Videographer, Jason Sayler
17
                            ---oOo---
18

19

20

21

22

23

24

25
```

```
 1                Thursday, January 23rd, 2020

 2                   P-R-O-C-E-E-D-I-N-G-S

 3                          ---oOo---

 4            THE VIDEOGRAPHER:  Today's date is January

 5   23rd, 2020.  My name is Jason Sayler and I am the

 6   videographer for today.  I represent Watson Court

 7   Reporters in Los Angeles, California.  I am not

 8   financially interested in this action nor am I a

 9   relative or employee of any of the attorneys or any

10   of the parties.  The time is approximately 10:39 a.m.

11            This deposition is taking place at 580

12   California Street on the 12th Floor in San Francisco,

13   California.  The case number is 17-CV-7357 JCS.  This

14   is in the United States District Court, Northern

15   District of California.  The case is entitled Zeleny

16   versus Brown, Jr., et al.  This deposition is being

17   taken on behalf of Plaintiff.

18            Here begins video number one of the

19   deposition of Blake Graham as a 30(b)(6) witness for

20   the State of California.  The court reporter is David

21   Disbrow.  Will the attorneys please state their

22   appearances for the record.

23            MR. ROBINSON:  Damion Robinson taking the

24   deposition on behalf of Plaintiff, Michael, Zeleny.

25            MS. SKELLY:  Noreen Skelly, deputy attorney.
```

1   general, appearing on behalf of the deponent on

2   behalf of the Attorney General Becerra.

3              MS. RAUCH:  Lisa Rauch from the law firm of

4   Howard, Rome, Martin and Ridley appearing for

5   Defendant, City of Menlo Park and Chief Dave Bertini,

6   B-E-R-T-I-N-I.

7              THE VIDEOGRAPHER:  If the court reporter

8   would administer the oath then we can begin.

9                    (Exhibits premarked for

10                      Identification.)

11

12     (Whereupon the witness, BLAKE GRAHAM, who was duly

13   sworn to tell the truth, the whole truth, and nothing

14         but the truth testified as follows:)

15

16              EXAMINATION BY MR. ROBINSON

17  BY MR. ROBINSON:

18       Q    Good morning.

19       A    Hi.

20       Q    We've been introduced before so I'm Damion

21  Robinson.  I'm an attorney representing Michael Zeleny

22  in this case.  Could you please state and spell your

23  full name for the record.

24       A    Sure.  Blake Graham; B-L-A-K-E, G-R-A-H-A-M.

25       Q    Mr. Graham, have you had your deposition

```
1    okay?
2         A    Yeah, I see that.
3         Q    What does "Authorized" mean in that clause
4    that I just read?
5              MS. SKELLY:  Objection; the deponent is not
6    authorized to interpret the statute which was written
7    by the Legislature and so he can't answer that
8    question.
9              THE WITNESS:  I'm not aware of this
10   "Authorized participant" being defined by the
11   Legislature.  I don't know that it's defined in DOJ
12   regulations either.
13   BY MR. ROBINSON:
14        Q    Has the Attorney General's office issued an
15   opinion about what an "Authorized participant" means if
16   you know?
17        A    I don't know that they have issued -- as I
18   said, this entertainment firearms permit area of the
19   law is I guess an infinitesimal part of the overall
20   firearms' scheme in the State and I don't think until
21   now I've even been asked what that phrase meant.
22        Q    Do you have an understanding of what it means
23   now?
24             MS. SKELLY:  Objection; there's no relevance
25   to the deponent's understanding of what the statute
```

```
 1    means.  The statute -- the document speaks for
 2    itself.  To the extent that any interpretation is
 3    needed it will be done by the Court.
 4              MS. RAUCH:  Join.
 5    BY MR. ROBINSON:
 6         Q    You can answer.
 7         A    I would have to do quite a bit of research
 8    before I could come up with something on this.  This
 9    kind of a definition when it's not defined by the
10    Legislature sometimes can be left to the agency but to
11    my knowledge we've not done regulations which would
12    somehow clarify that and it's not something I can come
13    up with at the spur of the moment today.
14         Q    Do you know if the DOJ has an official
15    position on what "Authorized participant" means?
16              MS. SKELLY:  Objection; asked and answered.
17              THE WITNESS:  Yeah, I think I've probably
18    said that just now in the last question
19    BY MR. ROBINSON:
20         Q    Why don't you just go ahead and answer it
21    again.
22         A    Okay.
23         Q    Does DOJ have an official position on what
24    "Authorized participant" means in the exemptions?
25         A    To my knowledge without -- lacking a
```

```
 1    legal conclusion.
 2              MS. RAUCH:  Join.
 3              THE WITNESS:  My question is was there a
 4    question?  It sounded like a statement to me.
 5    BY MR. ROBINSON:
 6       Q    Yeah.  Your question is does he have to get
 7    -- in order to not -- in order to fall within 26375 is
 8    it the position of the DOJ that Mr. Zeleny is required
 9    to get some kind of a permit from the City of Menlo
10    Park?
11              MS. SKELLY:  Objection; exceeds the scope.
12              MS. RAUCH:  Same objections as I've stated
13    previously.
14              THE WITNESS:  I don't think I have the
15    knowledge to answer that question.  I think I would
16    have to elevate something like that above me to
17    potentially get something like that if it was posed
18    to us other than in this fashion here.
19    BY MR. ROBINSON:
20       Q    If Mr. Zeleny has an entertainment firearm
21    permit from the DOJ does that make him an authorized
22    participant within the meaning of 26375?
23              MS. SKELLY:  Objection; exceeds the scope,
24    and asked and answered.
25              THE WITNESS:  I would have the same answer as
```

1          MS. SKELLY:  Oh, and would you mind sending
2  the transcript of Mr. Graham's testimony to me and
3  I'll take care of getting it to him and getting it
4  back to you.
5          THE REPORTER:  Yes, thank you.
6          MS. SKELLY:  Okay?
7          THE REPORTER:  You'll stipulate?
8          MR. ROBINSON:  Yeah, we'll stipulate to that.
9          THE REPORTER:  Okay.
10         THE VIDEOGRAPHER:  Okay.  This marks the end
11  of media unit number three of three in the videotaped
12  deposition of Blake Graham as a 30(b)(6) witness for
13  the State of California Attorney General's office and
14  will conclude today's testimony.  The time is 4:47
15  P.M. and we're off the record.
16                  (The foregoing proceedings were
17                   concluded at 4:47 P.M.)

1         DECLARATION UNDER PENALTY OF PERJURY

2

3

4       I hereby certify under penalty of perjury that I
5    have read the foregoing transcript of my deposition;
6    that I have made such corrections as appear noted
7    herein, in ink, initialed by me; that my testimony
8    as contained herein, as corrected, is true and
9    correct.
10
11        DATED this _____ day of _____2020,
12    at _____ California.
13
14
15
16
17
18
19                                  _____
20                                          Deponent
21
22
23
24
25

```
1                CERTIFICATE OF DEPOSITION OFFICER

2

3             I, DAVID A. DISBROW, CSR, duly
   authorized to administer oaths pursuant to Section
4  2093(b) of the California Code of Civil Procedure,
   hereby certifying that the foregoing proceedings
5  were taken at the time and place therein stated;
   transcribed by means of computer-aided
6  transcription; that the foregoing is a full,
   complete and true record of said proceedings;
7             I further certify that I am not of
   Counsel or attorney for either or any of the
8  parties in the foregoing deposition and caption
   named, or in any way interested in the outcome of
9  this cause named in said caption.

10

11     FEB 19 2020                  [signature]
       _____              _____
         DATE                     DAVID A. DISBROW
12                                C.S.R. NO. 7768

13

14

15

16

17

18

19

20

21

22

23

24

25
```