HOLLAND & KNIGHT, LLP
Roger A. Lane (Admitted *Pro Hac Vice*)
Courtney Worcester (Admitted *Pro Hac Vice*)
10 James Street, 11th Floor
Boston, MA  02116
Telephone:  617.523.2700
Facsimile: 617.619.7251
E-mail: roger.lane@hklaw.com
E-mail: courtney.worcester@hklaw.com

HOLLAND & KNIGHT LLP
Ashley L. Shively (SBN 264912)
50 California Street, Suite 2800
San Francisco, CA  94111
Telephone: 415.743.6900
Fax: 415.743.6910
E-mail: ashley.shively@hklaw.com

Attorneys for Third-Party
New Enterprise Associates, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ZELENY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>EDMUND G. BROWN, JR., *et al.*,<br><br>　　　　Defendants. | Case No.: 3:17-cv-07357-RS<br><br>**NOTICE OF CHANGE IN LOCAL COUNSEL**<br><br>Judge:  The Honorable Richard G. Seeborg<br><br>Complaint Filed:　December 28, 2017<br>Trial Date:　　　　September 21, 2020 |

#75230092_v2

Case No. 3:17-cv-07357-RS

NOTICE OF CHANGE IN LOCAL COUNSEL

Notice is hereby given that Ashley L. Shively of Holland & Knight, LLP shall now serve as local counsel in this matter for Third-Party New Enterprise Associates, Inc.[1] Ms. Shively is an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Her contact information is as follows:

> Ashley L. Shively
> Holland & Knight, LLP
> 50 California Street, Suite 2800
> San Francisco, California 94111
> Telephone: 415.743.6900
> Facsimile: 415.743.6910
> E-mail: ashley.shively@hklaw.com

Nicholas P. Honkamp of Foley & Lardner, LLP will no longer represent Third-Party New Enterprise Associates, Inc. and may be removed from the service list.

Roger Lane and Courtney Worcester of Holland & Knight, LLP will continue their representation of Third-Party New Enterprise Associates, Inc.

Respectfully submitted,

Dated: June 4, 2020

/s/ Ashley L. Shively
HOLLAND & KNIGHT LLP
Ashley L. Shively

Attorneys for Defendant
New Enterprise Associates, Inc.

---

[1] On November 5, 2019, the Court entered an order dismissing New Enterprise Associates with prejudice. ECF 111.

#75230092_v2                              - 1 -                          Case No. 3:17-cv-07357-RS
NOTICE OF CHANGE IN LOCAL COUNSEL