HOLLAND & KNIGHT, LLP
Roger A. Lane (Admitted *Pro Hac Vice*)
Courtney Worcester (Admitted *Pro Hac Vice*)
10 James Street, 11th Floor
Boston, MA  02116
Telephone:  617.523.2700
Fax: 617.619.7251
E-mail: roger.lane@hklaw.com
E-mail: courtney.worcester@hklaw.com

HOLLAND & KNIGHT LLP
Ashley L. Shively (SBN 264912)
50 California Street, Suite 2800
San Francisco, CA  94111
Telephone: 415.743.6900
Fax: 415.743.6910
E-mail: ashley.shively@hklaw.com

Attorneys for Third-Party
New Enterprise Associates, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ZELENY, | Case No.: 3:17-cv-07357-RS |
| Plaintiff, | **NOTICE OF CHANGE OF ADDRESS** |
| vs. | |
| EDMUND G. BROWN, Jr., *et al.*, | Judge:  The Honorable Richard G. Seeborg |
| Defendants. | Complaint Filed:   December 28, 2017<br>Trial Date:              September 21, 2020 |

#75235286_v2

Case No.: 3:17-cv-07357-RS

NOTICE OF CHANGE OF ADDRESS

Please take notice that as of May 4, 2020, the new address and contact information for Roger A. Lane and Courtney Worcester, counsel for Third-Party New Enterprise Associates, Inc., is as follows:

**Holland & Knight LLP**
**10 St. James Avenue**
**Boston, MA  02116**
**(617) 523-2700**
**(617) 523-6850 (fax)**
**E-mail: roger.lane@hklaw.com**
**E-mail: courtney.worcester@hklaw.com**

Respectfully submitted,

Dated:  June 4, 2020

/s/ Ashley L. Shively
HOLLAND & KNIGHT LLP
Ashley L. Shively

Attorneys for Third-Party
New Enterprise Associates, Inc.

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA  94111
Tel: (415) 743-6900
Fax: (415) 743-6910