David W. Affeld, State Bar No. 123922
Damion Robinson, State Bar No. 262573
David Markevitch, State Bar No. 256163
Affeld Grivakes LLP
2049 Century Park East, Ste. 2460
Los Angeles, CA 90067
Telephone:    (310) 979-8700

Attorneys for Plaintiff Michael Zeleny

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ZELENY,<br><br>          Plaintiff,<br><br>                    vs.<br><br>GAVIN NEWSOM, *et al.*,<br><br>          Defendants. | Case No. CV 17-7357 JCS<br><br>Assigned to:<br>The Honorable Richard G. Seeborg<br><br>Discovery Matters:<br>The Honorable Thomas S. Hixson<br><br>**STIPULATION TO FURTHER CONTINUE DATES DUE TO DELAYS CAUSED BY CORONAVIRUS (COVID-19) PANDEMIC**<br><br>Action Filed:  December 28, 2017<br>Trial Date:     TBD |

**A.      Recitals**

1.      The parties have worked diligently to complete discovery in this matter on the current schedule and have completed all but three depositions.

2.      On March 4, 2020, the Governor of the State of California declared a State of Emergency for California due to the novel coronavirus (COVID-19) pandemic.

3.      On March 13, 2020, the President of the United States declared a national emergency due to the Coronavirus pandemic.

4.      On that date, the parties stipulated to continue discovery deadlines and pretrial deadlines in light of the pandemic and their need to complete limited discovery remaining.

- 1 -

Dkt. No. 122.  The Court granted the parties' request pursuant to an Order dated March 17, 2020, extending the discovery cut-off to May 15, 2020.  Dkt. No. 123.

5.      The difficulties posed by the novel coronavirus have been more significant than the parties anticipated at the time of their March 13, 2020 stipulation.  As a result of the limitations imposed by the novel coronavirus, the parties were unable to complete essential discovery within the framework of Dkt. No. 123 and stipulated to a further extension of pre-trial dates.  The Court granted the parties' request on May 7, 2020, extending the discovery cut-off to July 3, 2020.  Dkt. No. 125.

6.      The difficulties posed by the novel coronavirus continued to affect the course of discovery, particularly limiting the availability for deposition of Chief Dave Bertini of the City of Menlo Park and Alex McIntyre, former City Manager of Menlo Park who is now the City Manager of the City of Ventura.  As a result, the parties have scheduled Mr. McIntyre's and Chief Bertini's depositions for end of July/beginning of August of this year, well past the current fact discovery cut-off date.

7.      In the meantime, the Court issued a general order directing the parties to engage in resolution discussions (Dkt. No. 126) and postponed the date of the next status conference in this case to October 29, 2020 (Dkt. No. 131).

8.      Considering the foregoing, counsel have agreed to seek a further continuance of pre-trial dates to complete the following remaining specific discovery proceedings:

   a       Resumed deposition of Chief Dave Bertini, individually and as a Rule 30(b)(6) witness for the City of Menlo Park, now scheduled for August 7, 2020;

   b.      Resumed Rule 30(b)(6) deposition of New Enterprise Associates, to be completed in accordance with the herein requested schedule;

   c.      Deposition of Alex McIntyre, former City Manager of Menlo Park, now scheduled for July 31, 2020;

   d.      Deposition of Ivan Toews, former Land Development Engineer at the City of Menlo Park, to be completed in accordance with the herein

1    requested schedule;

2         e.    The matter of further responses to Zeleny's interrogatories to Attorney

3               General Becerra seeking Attorney General's interpretation of the phrase

4               "authorized participant" as used in California Penal Code §§ 26375 and

5               26405(r).  The parties have initiated a meet and confer process regarding

6               these interrogatories and expect to continue the discussion next week.

7        9.    Counsel submit that the below-proposed schedule will well align with the next

8    status conference in this case because it contemplates completion of all discovery before the

9    conference.

10        NOW, THEREFORE, all parties have agreed and stipulated as follows:

11        1.    Subject to the Court's approval, the parties have agreed to continue discovery

12    deadlines as follows:

13         a.   Fact Discovery Cut-Off from July 3, 2020 to September 3, 2020, limited to

14            those outstanding matters specified above;

15         b.   The discovery motion cut-off shall run from the new discovery dates

16            provided herein;

17         c.   Expert Disclosures from July 10, 2020 to September 10, 2020;

18         d.   Rebuttal Expert Disclosures from July 31, 2020 to October 1, 2020;

19         e.   Expert Discovery Cut-Off from August 21, 2020 to October 22, 2020;

20         f.   Dispositive Motion Hearings from September 17, 2020 to December 17,

21            2020.

22    **It is SO STIPULATED.**

23    Dated:  June 19, 2020             Respectfully submitted,

24                         s/ David Markevitch

25                         David W. Affeld
                          Damion D. D. Robinson

26                         David Markevitch
                          Affeld Grivakes LLP

27                         Attorneys for Plaintiff Michael Zeleny

28

STIPULATION TO CONTINUE DATES

1

s/ Todd H. Master
Todd H. Master
Howard Rome Martin & Ridley LLP

2

Attorneys for Defendants City of Menlo Park and
Dave Bertini

3

4

s/ John W. Killeen
John W. Killeen
Deputy Attorney General

5

California Department of Justice
Attorney for Defendant Xavier Becerra

6

7

## **ATTESTATION PER LOCAL RULE 5-1**

8

I attest that each person whose electronic signature appears above has concurred in the

9

electronic filing of this joint document and has authorized the use of their electronic signatures.

10

Records supporting this concurrence are maintained by the filer and are available for inspection

11

if needed.

12

Dated:  June 19, 2020

s/ David Markevitch
David Markevitch

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 4 -

STIPULATION TO CONTINUE DATES

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **PROOF OF SERVICE**

I hereby certify that on June 19, 2020, I electronically filed the foregoing document using the Court's CM/ECF system.  I am informed and believe that the CM/ECF system will send a notice of electronic filing to the interested parties.

s/ David Markevitch
David Markevitch

- 1 -