David W. Affeld, State Bar No. 123922
Damion Robinson, State Bar No. 262573
David Markevitch, State Bar No. 256163
Affeld Grivakes LLP
2049 Century Park East, Ste. 2460
Los Angeles, CA 90067
Telephone:    (310) 979-8700

Attorneys for Plaintiff Michael Zeleny

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ZELENY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>GAVIN NEWSOM, *et al.*,<br><br>　　　　Defendants. | Case No. CV 17-7357 JCS<br><br>Assigned to:<br>The Honorable Richard G. Seeborg<br><br>Discovery Matters:<br>The Honorable Thomas S. Hixson<br><br>**ORDER CONTINUING DATES BY STIPULATION AS MODIFIED BY THE COURT**<br><br>Action Filed:  December 28, 2017<br>Trial Date:     TBD |

　　　　The Court, having reviewed the parties' stipulation to continue pre-trial dates, and finding good cause, hereby ORDERS as follows:

　　　　1.　　Pre-trial dates in this matter are continued to the following dates:

　　　　　　a.　Fact Discovery Cut-Off:　　　　　　September 3, 2020

　　　　　　b.　Expert Disclosures:　　　　　　　　September 10, 2020

　　　　　　c.　Rebuttal Expert Disclosures:　　　　October 1, 2020

　　　　　　d.　Expert Discovery Cut-Off:　　　　　October 22, 2020

　　　　　　e.　Dispositive Motion Hearings:　　　　December 17, 2020

　　　　2.　　All further discovery shall be limited to those matters specified in the parties' stipulation.  The Discovery Motion Cut-Off shall run from the discovery deadlines specified

above. No further requests to extend case deadlines will be granted absent a strong showing of good cause.

**It is SO ORDERED**.

Dated: June 22, 2020

_____
The Honorable Richard Seeborg
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

    I hereby certify that on June 19, 2020, I electronically filed the foregoing document using the Court's CM/ECF system. I am informed and believe that the CM/ECF system will send a notice of electronic filing to the interested parties.

s/ David Markevitch
David Markevitch
