1 | David W. Affeld, State Bar No. 123922
2 | Damion Robinson, State Bar No. 262573
  | David Markevitch, State Bar No. 256163
3 | Affeld Grivakes LLP
  | 2049 Century Park East, Ste. 2460
4 | Los Angeles, CA 90067
  | Telephone:    (310) 979-8700
5
  | Attorneys for Plaintiff Michael Zeleny

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| MICHAEL ZELENY, | Case No. CV 17-7357 JCS |
|---|---|
| Plaintiff, | <u>Assigned to</u>:<br>The Honorable Richard G. Seeborg |
| vs. | <u>Discovery Matters</u>:<br>The Honorable Thomas S. Hixson |
| GAVIN NEWSOM, *et al.*, | |
| Defendants. | **DECLARATION OF COUNSEL** |
| | Action Filed: December 28, 2017<br>Trial Date:    TBD |

- 1 -

DECLARATION OF COUNSEL

I, David Markevitch, declare:

1. I, as counsel at Affeld Grivakes LLP, am counsel of record to plaintiff Michael Zeleny ("Plaintiff") in this matter. I have personal knowledge of the facts below and could testify competently to those facts if called upon to do so. I submit this declaration concurrently with a Joint Letter Brief Regarding Interrogatories Propounded to State of California and Attorney General Xavier Becerra.

2. A true copy of Discovery Order entered on June 9, 2020 in this case, ECF No. 132, is attached as **Exhibit 1**.

3. A true copy of correspondence dated June 10, 2020 from Damion Robinson, counsel for Plaintiff, to John Killeen, counsel for Defendant Attorney General Xavier Becerra, is attached as **Exhibit 2**.

4. A true copy of correspondence dated June 26, 2020 from John Killeen, counsel for Defendant Attorney General Xavier Becerra, to Damion Robinson, counsel for Plaintiff, is attached as **Exhibit 3**.

5. A true copy of Defendant Attorney General Xavier Becerra's Responses to Plaintiff Michael Zeleny's First Set of Interrogatories is attached as **Exhibit 4**.

6. A true copy of Defendant Attorney General Xavier Becerra's Responses to Plaintiff Michael Zeleny's Interrogatories, Set Two is attached as **Exhibit 5**.

7. A true copy of Order Granting in Part and Denying in Part Motion to Dismiss entered on April 17, 2018 in this case, ECF No. 37, is attached as **Exhibit 6**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 26th day of August 2020.

                     s/ David Markevitch
                     David Markevitch

DECLARATION OF COUNSEL

**PROOF OF SERVICE**

I hereby certify that on August 26, 2020, I electronically filed the foregoing document using the Court's CM/ECF system. I am informed and believe that the CM/ECF system will send a notice of electronic filing to the interested parties.

Dated:  August 26, 2020                             s/ David Markevitch
                                                                David Markevitch