David W. Affeld, State Bar No. 123922
Damion Robinson, State Bar No. 262573
David Markevitch, State Bar No. 256163
Affeld Grivakes LLP
2049 Century Park East, Ste. 2460
Los Angeles, CA 90067
Telephone:     (310) 979-8700

Attorneys for Plaintiff Michael Zeleny

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ZELENY,<br><br>    Plaintiff,<br><br>    vs.<br><br>GAVIN NEWSOM, *et al.*,<br><br>    Defendants. | Case No. CV 17-7357 JCS<br><br><u>Assigned to</u>:<br>The Honorable Richard G. Seeborg<br><br><u>Discovery Matters</u>:<br>The Honorable Thomas S. Hixson<br><br>**[PROPOSED] ORDER CONTINUING CERTAIN PRE-TRIAL DATES**<br><br>Action Filed:  December 28, 2017<br>Trial Date:       TBD |

The Court, having reviewed the motion of Michael Zeleny to continue pre-trial dates on agreement of all parties, and finding good cause, hereby ORDERS as follows:

   1.   Pre-trial dates in this matter are continued to the following dates:

        a.   Fact Discovery Cut-Off:              October 2, 2020

        b.   Expert Disclosures:                      October 9, 2020

        c.   Rebuttal Expert Disclosures:        October 30, 2020

        d.   Expert Discovery Cut-Off:           November 20, 2020

        e.   Dispositive Motion Hearings:      February 21, 2021

   2.   All further discovery shall be limited to those matters specified in the motion. The Discovery Motion Cut-Off shall run from the discovery deadlines specified above.

- 1 -

ORDER CONTINUING DATES

3. No further requests to extend case deadlines will be granted.

**It is SO ORDERED**.

Dated: _____

_____
The Honorable Richard Seeborg
UNITED STATES DISTRICT JUDGE

ORDER CONTINUING DATES

**PROOF OF SERVICE**

I hereby certify that on August 31, 2020, I electronically filed the foregoing document using the Court's CM/ECF system. I am informed and believe that the CM/ECF system will send a notice of electronic filing to the interested parties.

s/ David Markevitch<br>David Markevitch