David W. Affeld, State Bar No. 123922
Damion Robinson, State Bar No. 262573
David Markevitch, State Bar No. 256163
Affeld Grivakes LLP
2049 Century Park East, Ste. 2460
Los Angeles, CA 90067
Telephone:    (310) 979-8700

Attorneys for Plaintiff Michael Zeleny

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ZELENY,<br><br>     Plaintiff,<br><br>     vs.<br><br>GAVIN NEWSOM, *et al.*,<br><br>     Defendants. | Case No. CV 17-7357 JCS<br><br>Assigned to:<br>The Honorable Richard G. Seeborg<br><br>Discovery Matters:<br>The Honorable Thomas S. Hixson<br><br>**[PROPOSED] ORDER ADVANCING HEARING AND SHORTENING TIME FOR MOTION TO CONTINUE CERTAIN PRE-TRIAL DATES**<br><br>Action Filed:  December 28, 2017<br>Trial Date:    TBD |

The Court, having reviewed the motion of Plaintiff Michael Zeleny ("Plaintiff") to advance the hearing and shorten time on his concurrently-filed Motion to Continue Certain Pre-Trial Dates by 30 Days by Agreement of All Parties ("Motion to Continue"), and finding good cause, hereby ORDERS as follows:

1.   The Motion to Continue shall be heard on September 3, 2020 at 1:30 p.m.

**It is SO ORDERED**.

Dated: _____

_____
The Honorable Richard Seeborg
UNITED STATES DISTRICT JUDGE

- 1 -

ORDER ADVANCING THE HEARING AND SHORTENING TIME

**PROOF OF SERVICE**

I hereby certify that on August 31, 2020, I electronically filed the foregoing document using the Court's CM/ECF system. I am informed and believe that the CM/ECF system will send a notice of electronic filing to the interested parties.

                                            s/ David Markevitch
                                            David Markevitch

ORDER ADVANCING THE HEARING AND SHORTENING TIME