XAVIER BECERRA
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General
NOREEN P. SKELLY
Deputy Attorney Genearl
JOHN W. KILLEEN
Deputy Attorney General
State Bar No. 258395
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-6045
 Fax: (916) 324-8835
 E-mail: John.Killeen@doj.ca.gov
*Attorneys for Defendant California Attorney General Xavier Becerra*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ZELENY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>GAVIN NEWSOM, an individual, in his official capacity; XAVIER BECERRA, an individual, in his official capacity; CITY OF MENLO PARK, a municipal corporation; and DAVE BERTINI, in his official capacity,<br><br>Defendants. | Case No. 3:17-cv-07357-RS (TSH)<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE [L.R. 72-2]**<br><br>Dept: Courtroom 3, 17th Floor<br>Judge: The Honorable Richard G. Seeborg<br>Trial Date: None set<br>Action Filed: 12/28/2017 |

By motion filed on September 16, 2020 (ECF 142), Defendant California Attorney General Xavier Becerra seeks an order vacating a September 4, 2020 discovery order entered by the Honorable Thomas S. Hixson (ECF 140). Having reviewed the motion, the attached documents, and any opposition filed by Plaintiff, and good cause appearing, it is hereby ordered that the motion for relief from nondispositive pretrial order of the magistrate judge is GRANTED. The September 4, 2020 discovery order is vacated, and Attorney General Becerra is not required to provide further responses to Plaintiff's Interrogatories 10 through 16 and 22 through 25.

IT IS SO ORDERED.

Dated: _____

The Honorable Richard G. Seeborg
United States District Judge

SA2018100198
[Proposed] Order Granting Mtn for Relief from Nondispostive Pretrial.docx

# CERTIFICATE OF SERVICE

Case Name: **Zeleny, Michael v. Edmund G. Brown, et al.**   No.   **3:17-cv-07357 RS (NC)**

I hereby certify that on September 16, 2020, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**[PROPOSED] ORDER GRANTING MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE [L.R. 72-2]**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on September 16, 2020, at Sacramento, California.

| Tracie L. Campbell | */s/ Tracie Campbell* |
|---|---|
| Declarant | Signature |

SA2018100198
34413466.docx