David W. Affeld, State Bar No. 123922
Damion Robinson, State Bar No. 262573
Affeld Grivakes LLP
2049 Century Park East, Ste. 2460
Los Angeles, CA 90067
Telephone:    (310) 979-8700

Attorneys for Plaintiff
Michael Zeleny

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ZELENY,<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>GAVIN NEWSOM, *et al.*,<br><br>　　　Defendants. | Case No. CV 17-7357 RS<br><br><u>Assigned to</u>:<br>The Honorable Richard G. Seeborg<br><br>**JOINT REPORT RE: SETTLEMENT MEET AND CONFER**<br><br>Action Filed:  December 28, 2017<br>Trial Date:      November 18, 2019 |

　　　Pursuant to the Court's Order instructing all civil litigants to engage in an additional meet and confer to discuss the possibility of settlement, the parties submit this joint report. The parties engaged in a meet and confer on September 16, 2020 to discuss the possibility of settlement.  The result of the meet and confer was as follows:

　　　Despite a good faith effort to reach a settlement at the meet and confer, the case did not settle.

　　　In addition, the parties wish to advise the Court of the following:  All parties remain open to discussing settlement, including through a further settlement conference if needed. After discussion among counsel, it appears that a full settlement dialog may also be partially contingent upon the outcome of a pending discovery dispute between Plaintiffs and Attorney

- 1 -

JOINT REPORT

General Becerra about Attorney General Becerra's position on the "authorized participant" exception to the California "open carry ban."

Dated:  June 28, 2019                    Respectfully submitted,

                                         s/ Damion Robinson
                                         Damion D. D. Robinson
                                         Affeld Grivakes LLP

                                         Attorneys for plaintiff Michael Zeleny


                                         s/ John W. Killeen
                                         John W. Killeen
                                         Deputy Attorney General

                                         Attorneys for defendant Attorney General Xavier Becerra


                                         s/ Todd H. Master
                                         Todd H. Master
                                         Howard Rome Martin & Ridley, LLP

                                         Attorneys for defendants City of Menlo Park and Chief Dave Bertini

**PROOF OF SERVICE**

     I hereby certify that on September 17, 2020, I electronically filed the foregoing document using the Court's CM/ECF system. I am informed and believe that the CM/ECF system will send a notice of electronic filing to the interested parties.

                                                     s/ Gabrielle Bruckner
                                                     Gabrielle Bruckner