David W. Affeld, State Bar No. 123922
Damion Robinson, State Bar No. 262573
David Markevitch, State Bar No. 256163
Affeld Grivakes LLP
2049 Century Park East, Ste. 2460
Los Angeles, CA 90067
Telephone:    (310) 979-8700

Attorneys for Plaintiff
Michael Zeleny

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ZELENY,<br><br>    Plaintiff,<br><br>         vs.<br><br>GAVIN NEWSOM, *et al.*,<br><br>    Defendants. | Case No. CV 17-7357 RS<br><br>Assigned to:<br>The Honorable Richard G. Seeborg<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO MAKE CLARIFYING AMENDMENT TO SECOND AMENDED COMPLAINT**<br><br>Filed Concurrently:<br>1. Notice of Motion and Motion;<br>2. Declaration of Damion Robinson;<br>3. Notice of Lodging<br><br>Date: October 29, 2020<br>Time: 1:30 p.m.<br>Courtroom 3, 17th Floor<br><br>Action Filed: December 28, 2017<br>Trial Date:    [Not Set] |

Plaintiff's Motion to Make Clarifying Amendment to Second Amended Complaint came before the Court for hearing on October 29, 2020 at 1:30 p.m. Having considered the moving, opposing, and reply papers, the evidence submitted, and the arguments of all counsel, the Court finds good cause and hereby GRANTS the motion as follows:

   1.   Plaintiff is hereby granted leave to amend his Second Amended Complaint as set forth in the Notice of Motion.

   2.   Plaintiff shall file the [Proposed] Third Amended Complaint, lodged

1  concurrently with the motion, as a separate pleading.

2        3.    Defendants need not further answer the Third Amended Complaint, unless they choose to do so.

4  **It is SO ORDERED.**

5  Dated: _____

6  _____
The Honorable Richard G. Seeborg
UNITED STATES DISTRICT JUDGE

## **PROOF OF SERVICE**

I hereby certify that on September 24, 2020, I electronically filed the foregoing document using the Court's CM/ECF system. I am informed and believe that the CM/ECF system will send a notice of electronic filing to the interested parties.

                                        s/ Gabrielle Bruckner
                                        Gabrielle Bruckner

PROPOSED ORDER GRANTING MOTION FOR LEAVE TO AMEND