David W. Affeld, State Bar No. 123922
Damion Robinson, State Bar No. 262573
David Markevitch, State Bar No. 256163
Affeld Grivakes LLP
2049 Century Park East, Ste. 2460
Los Angeles, CA 90067
Telephone:   (310) 979-8700

Attorneys for Plaintiff
Michael Zeleny

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ZELENY,<br><br>   Plaintiff,<br><br>   vs.<br><br>GAVIN NEWSOM, *et al.*,<br><br>   Defendants. | Case No. CV 17-7357 RS<br><br>Assigned to:<br>The Honorable Richard G. Seeborg<br><br>**NOTICE OF LODGING OF PROPOSED THIRD AMENDED COMPLAINT**<br><br>Filed Concurrently:<br>1. Notice of Motion and Motion;<br>2. Notice of Lodging;<br>3. Proposed Order.<br><br>Date: October 29, 2020<br>Time: 1:30 p.m.<br>Courtroom 3, 17th Floor<br><br>Action Filed: December 28, 2017<br>Trial Date:    [Not Set] |

**TO ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that plaintiff Michael Zeleny hereby lodges his proposed Third Amended Complaint, reflecting changes in red, in connection with his Motion for Leave to Make Clarifying Amendment to Second Amended Complaint.

Dated:  September 24, 2020        Respectfully submitted,

                                  s/ Damion Robinson
                                  David W. Affeld
                                  Damion D. D. Robinson
                                  David Markevitch
                                  Attorneys for Plaintiff Michael Zeleny

- 1 -

NOTICE OF LODGING OF PROPOSED THIRD AMENDED COMPLAINT

**PROOF OF SERVICE**

I hereby certify that on September 24, 2020, I electronically filed the foregoing document using the Court's CM/ECF system. I am informed and believe that the CM/ECF system will send a notice of electronic filing to the interested parties.

s/ Gabrielle Bruckner
Gabrielle Bruckner