UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ZELENY,<br><br>  Plaintiff,<br><br>  v.<br><br>EDMUND G. BROWN, et al.,<br><br>  Defendants. | Case No. 17-cv-07357-RS<br><br>**ORDER REGARDING MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISRATE JUDGE** |

Defendant Attorney General Xavier Becerra filed a Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge on September 16, 2020. Under Local Rule 72-2, no response was required unless otherwise ordered and no briefing schedule should have been docketed. Plaintiff nevertheless filed an Opposition clarifying the standard of review and offering to submit further briefing. The matter is now deemed submitted.

**IT IS SO ORDERED**.

Dated: October 2, 2020

_____
RICHARD SEEBORG
United States District Judge