1 David W. Affeld, State Bar No. 123922
Damion Robinson, State Bar No. 262573
2 David Markevitch, State Bar No. 256163
Affeld Grivakes LLP
3 2049 Century Park East, Ste. 2460
Los Angeles, CA 90067
4 Telephone:   (310) 979-8700

5 Attorneys for Plaintiff
Michael Zeleny
6

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ZELENY, | Case No. CV 17-7357 RS |
| Plaintiff, | Assigned to:<br>The Honorable Richard G. Seeborg |
| vs. | Assigned for Discovery Purposes to:<br>The Honorable Thomas S. Hixson |
| GAVIN NEWSOM, *et al.*, | |
| Defendants. | **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL CHIEF DAVE BERTINI TO ANSWER DEPOSITION QUESTIONS** |
| | Filed Concurrently:<br>1. Notice of Motion and Motion;<br>2. Declaration of Damion Robinson |
| | Date:  November 19, 2020<br>Time: 10:00 a.m.<br>Courtroom G – 15th Floor |
| | Action Filed:  December 28, 2017<br>Trial Date:     [Not Set] |

- 1 -

ORDER


**ORDER**

The Motion to Compel Chief Dave Bertini to Answer Deposition Questions of Plaintiff Michael Zeleny ("Plaintiff") came before the Court for hearing on November 19, 2020 at 10:00 a.m.

Having considered the moving, opposing, and reply papers, the evidence submitted, and the arguments of all counsel, and finding good cause, the Court hereby GRANTS the motion as follows:

1. Chief Dave Bertini ("Bertini"), individually and in his capacity as a Rule 30(b)(6) designee for defendant City of Menlo Park, shall answer the deposition questions identified in Appendix 1 to Plaintiff's moving papers, and reasonable follow-up questions.

2. Sanctions are awarded to Plaintiff in the amount of $2,000 against Bertini and his counsel, Todd H. Master, Howard, Rome, Martin & Ridley, LLP, reflecting the estimated costs of resuming the deposition, pursuant to Fed. R. Civ. P. 37(a)(5)(A) and 30(d)(2). The Court does not find that counsel's instructions not to answer were substantially justified or that the circumstances render an award of sanctions unjust.

**It is SO ORDERED.**

Dated: _____

The Honorable Thomas S. Hixson
UNITED STATES MAGISTRATE JUDGE

**PROOF OF SERVICE**

I hereby certify that on October 9, 2020, I electronically filed the foregoing document using the Court's CM/ECF system. I am informed and believe that the CM/ECF system will send a notice of electronic filing to the interested parties.

s/ Gabrielle Bruckner
Gabrielle Bruckner

ORDER