UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL ZELENY,

    Plaintiff,

v.

EDMUND G. BROWN, et al.,

    Defendants.

Case No. 17-cv-07357-RS

**AMENDED ORDER GRANTING UNOPPOSED MOTION TO CONTINUE**

The Court, having reviewed the motion of Michael Zeleny to continue pre-trial dates on agreement of all parties, and finding good cause, hereby ORDERS as follows:

1. Pre-trial dates in this matter are continued to the following dates:

    a. Fact Discovery Cut-Off: October 2, 2020

    b. Expert Disclosures: October 9, 2020

    c. Rebuttal Expert Disclosures: October 30, 2020

    d. Expert Discovery Cut-Off: November 20, 2020

    e. Dispositive Motion Hearings: February 25, 2021

2. All further discovery shall be limited to those matters specified in the motion. The Discovery Motion Cut-Off shall run from the discovery deadlines specified above.

3. No further requests to extend case deadlines will be granted.

1  **IT IS SO ORDERED**.

3  Dated: January 7, 2021

_____
RICHARD SEEBORG
United States District Judge