XAVIER BECERRA
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General
JOHN W. KILLEEN
Deputy Attorney General
State Bar No. 258395
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-6045
 Fax: (916) 324-8835
 E-mail: John.Killeen@doj.ca.gov
*Attorneys for Defendant Xavier Becerra*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL ZELENY, an individual,**<br><br>Plaintiff,<br><br>v.<br><br>**GAVIN NEWSOM, an individual, in his official capacity; XAVIER BECERRA, an individual, in his official capacity; CITY OF MENLO PARK, a municipal corporation; and DAVE BERTINI, in his official capacity,**<br><br>Defendants. | 3:17-cv-07357 RS (TSH)<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR SUMMARY JUDGMENT BY CALIFORNIA ATTORNEY GENERAL XAVIER BECERRA**<br><br>Date:          February 25, 2021<br>Time:          1:30 p.m.<br>Dept:          Courtroom 3, 17th Floor<br>Judge:        The Honorable Richard G. Seeborg<br>Trial Date:  None set<br>Action Filed: 12/28/2017 |

The motion for summary judgment filed by Defendant Xavier Becerra, in his official capacity as Attorney General of the State of California ("Defendant"), came on for hearing in this Court on February 25, 2021 at 1:30 p.m. Deputy Attorney General John W. Killeen appeared on behalf of Defendant. David W. Affeld, Esq. and Damion Robinson, Esq. of Affeld Grivakes LP appeared on behalf of Plaintiff and opposing party Michael Zeleny. After considering the moving and opposition papers and evidence, and the arguments of counsel, the Court rules as follows:

Defendant California Attorney General Xavier Becerra is entitled to judgment on Plaintiff's Second Amended Complaint, which alleges that California Penal Code sections 26400 *et seq.* and 26350 *et seq.*—which regulate the open carry of unloaded firearms within California—are unconstitutional on their face because they violate the First and Second Amendments to the U.S. Constitution, and the Equal Protection Clause of the U.S. Constitution.

California's restrictions on unloaded open carry do not violate the First Amendment because, on their face, they regulate nonexpressive conduct, not speech or expressive conduct; and even if expression were involved, California's restrictions would survive scrutiny.

California's restrictions on unloaded open carry do not violate the Second Amendment because using *unloaded* firearms for the purpose of amplifying a protest is conduct that has not traditionally fallen within the protection of the Second Amendment, the core of which is armed self-defense of "hearth and home"; and even if it did, California's restrictions would be justified based on California's strong interests in public safety, including in preventing violent encounters and the diversion of law enforcement resources to unloaded open carry situations.

California's restrictions on unloaded open carry do not violate the Equal Protection Clause because the statutory exceptions to the general prohibition are rationally related to the purposes underlying the general prohibition.

/ / /

/ / /

/ / /

1   In view of the foregoing, the motion of Defendant California Attorney General Xavier
2   Becerra for summary judgment herein is GRANTED. Judgment shall henceforth issue.
3   IT IS SO ORDERED.

5   Dated:_____

    _____
    Hon Richard G. Seeborg
    United States District Judge