# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Zeleny, Michael v. Edmund G. Brown, et al.** | No. | **3:17-cv-07357 RS (NC)** |

I hereby certify that on January 21, 2021, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT BY CALIFORNIA ATTORNEY GENERAL XAVIER BECERRA; MEMORANDUM OF POINTS AND AUTHORITIES**

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT BY CALIFORNIA ATTORNEY GENERAL XAVIER BECERRA**

**DECLARATION OF JOHN W. KILLEEN IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT BY CALIFORNIA ATTORNEY GENERAL XAVIER BECERRA**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on January 21, 2021, at Sacramento, California.

| | |
|---|---|
| Lindsey Cannan | /s/*Lindsey Cannan* |
| Declarant | Signature |

SA2018100198
34756139.docx