1 | David W. Affeld, State Bar No. 123922
2 | Damion Robinson, State Bar No. 262573
   | Affeld Grivakes LLP
3 | 2049 Century Park East, Ste. 2460
   | Los Angeles, CA 90067
4 | Telephone:   (310) 979-8700

5 | Attorneys for Plaintiff
   | Michael Zeleny

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ZELENY,<br><br>    Plaintiff,<br><br>    vs.<br><br>GAVIN NEWSOM, *et al.*,<br><br>    Defendants. | Case No. CV 17-7357 RS<br><br>Assigned to:<br>The Honorable Richard G. Seeborg<br><br>Discovery Matters:<br>The Honorable Thomas S. Hixson<br><br>**DECLARATION OF GABRIELLE BRUCKNER IN SUPPORT OF PLAINTIFF MICHAEL ZELENY'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST THE CITY OF MENLO PARK AND POLICE CHIEF DAVE BERTINI**<br><br>Date:         February 25, 2021<br>Time:         1:30 p.m.<br>Courtroom: 3, 17th Floor<br><br>Action Filed:  December 28, 2017<br>Trial Date:    TBD |

I, Gabrielle Bruckner, declare:

1. I am a paralegal at Affeld Grivakes LLP, counsel of record to plaintiff Michael Zeleny. I have personal knowledge of the facts below. I could testify competently to these facts if called upon to do so.

2. We maintain in our files two digital audio recordings of what I understand was a public hearing relating to this case on August 11, 2016. We also maintain transcripts of those recordings.

3. I have reviewed both the recordings and the transcripts. The transcripts are very poor quality. Among other things, they misidentify speakers clearly identified in the recording, misspell obvious words spoken in the recordings – *e.g.*, transcribing "Zeleny" as "Lane" – and omit portions that are clearly discernable.

4. As a result, using the recordings themselves and the poor-quality transcripts, I prepared a complete transcription of both recordings. A copy of my transcription is attached as Exhibit 9 to the Declaration of Michael Zeleny submitted concurrently.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed January 21, 2021 at Los Angeles, California

                                          s/ Gabrielle Bruckner
                                          Gabrielle Bruckner

BRUCKNER DECL. ISO MOTION FOR PARTIAL SUMMARY JUDGMENT

## **PROOF OF SERVICE**

I hereby certify that on January 21, 2021, I electronically filed the foregoing document using the Court's CM/ECF system. I am informed and believe that the CM/ECF system will send a notice of electronic filing to the interested parties.

s/ Gabrielle Bruckner
Gabrielle Bruckner

BRUCKNER DECL. ISO MOTION FOR PARTIAL SUMMARY JUDGMENT