David W. Affeld, State Bar No. 123922
Brian R. England, State Bar No. 211335
Damion Robinson, State Bar No. 262573
Affeld Grivakes LLP
2049 Century Park East, Ste. 2460
Los Angeles, CA 90067
Telephone:     (310) 979-8700

Attorneys for Plaintiff
Michael Zeleny

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ZELENY,<br><br>    Plaintiff,<br><br>        vs.<br><br>GAVIN NEWSOM, *et al.*,<br><br>    Defendants. | Case No. CV 17-7357 RS<br><br>Assigned to:<br>The Honorable Richard G. Seeborg<br><br>Assigned for Discovery Purposes to:<br>The Honorable Thomas S. Hixson<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST THE CITY OF MENLO PARK AND POLICE CHIEF DAVE BERTINI**<br><br>Date:  February 25, 2021<br>Time: 1:30 p.m.<br>Courtroom 3,  17th Floor<br><br>Action Filed: December 28, 2017<br>Trial Date:     [Not Set] |

- 1 -

ORDER

1

## ORDER

2       Plaintiff Michael Zeleny's Motion for Partial Summary Judgment against

3 Defendants the City of Menlo Park and Police Chief Dave Bertini came before the Court for

4 hearing on February 25, 2021 at 1:30 p.m.

5       Having considered the moving, opposing, and reply papers, the evidence

6 submitted, and the arguments of all counsel, and finding good cause, the Court hereby

7 GRANTS the Motion in its entirety.

8

9       **It is SO ORDERED.**

10   Dated: _____

11                                                    The Honorable Richard G. Seeborg
                                                     UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER

1

## **PROOF OF SERVICE**

2

   I hereby certify that on January 21, 2021, I electronically filed the foregoing document using the Court's CM/ECF system.  I am informed and believe that the CM/ECF system will

3 send a notice of electronic filing to the interested parties.

4                                                                    s/ Gabrielle Bruckner
                                                                     Gabrielle Bruckner

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

ORDER