David W. Affeld, State Bar No. 123922
Brian R. England, State Bar No. 211335
Damion Robinson, State Bar No. 262573
Affeld Grivakes LLP
2049 Century Park East, Ste. 2460
Los Angeles, CA 90067
Telephone: (310) 979-8700

Attorneys for Plaintiff
Michael Zeleny

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

MICHAEL ZELENY,

Plaintiff,

vs.

GAVIN NEWSOM, Jr., *et al.*,

Defendants.

Case No. CV 17-7357 JCS

Assigned to:
The Honorable Richard G. Seeborg

Discovery Matters:
The Honorable Thomas S. Hixson

**DECLARATION OF MICHAEL ZELENY IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST ATTORNEY GENERAL XAVIER BECERRA**

Date: February 25, 2021
Time: 1:30 p.m.
Courtroom: 3, 17th Floor

Action Filed: December 28, 2017
Trial Date: TBD

I, Michael Zeleny, declare:

1. I am the Plaintiff in this action. I have personal knowledge of the facts below. I could testify competently to these facts if called upon to do so.

2. I am an independent scholar and a published author in various fields, including logic, history, literature, and technology, as well as an independent performance artist and filmmaker. I am also an historian and author on the history and design of firearms. I maintain a popular blog, larvatus.livejournal.com, which has over 85,000 visits from around the world, on which I discuss various topics. I also use this platform to publish information about my efforts to expose moral corruption and hypocrisy in Silicon Valley.

3. I am a holder of a California Certificate of Eligibility ("CoE"), which verifies that I have passed an appropriate background check, and am eligible to possess and acquire firearms. I also hold a Type 08 Federal Firearms License. I am a collector of rare, unique, and historically-significant firearms, and currently possess a number of firearms lawfully, some of which I use for ongoing study on firearms history and design.

4. I plan to carry unloaded firearms in connection with a series of protests against venture capital firm New Enterprise Associates ("NEA") in Menlo Park. I have done so in the past, up to and including 2012, when I protested outside of NEA's headquarters on Sand Hill Road in Menlo Park. I stopped my protests when I was falsely prosecuted for lawfully carrying firearms. I was ultimately acquitted.

5. The subject matter of my protests is credible allegations of child rape made against Min Zhu, founder of WebEx Communications, and NEA's continued financial backing of Min Zhu and refusal to disclaim him or speak out against his conduct. I find Min Zhu's conduct, and NEA's complicity in that conduct, morally and ethically abhorrent. In addition, I have raised in my protests the issue that I have received a series of death threats made in the name and on behalf of Min Zhu. I bring firearms to my protests to amplify and draw attention to my message about the heinous conduct of Min Zhu and NEA, and for self-protection, and to send a clear message that I will not be coerced or intimidated into silence through threats.

6. Throughout my protests, I consistently carried unloaded firearms, and cooperated

at all times with police requests to inspect them. I have significant training and experience in the safe handling of firearms, and handle firearms during my protests consistent with best practices. Among other things, I keep all of the firearms unloaded and pointed in a safe direction (usually towards the ground). When members of the public have expressed concern, I have explained my situation to them, and why I am protesting, stressing that under no circumstances would I initiate any kind of violence.

7. I lawfully carried unloaded firearms in Menlo Park without significant incident until 2012 when Menlo Park and NEA had me falsely prosecuted for allegedly carrying a concealed handgun. The gun was in an open and obvious belt holster on my hip, designed for this purpose. The court acquitted me in December 2014, finding that the gun was not concealed.

8. Following my acquittal, I planned to resume my protests. As part of these efforts, I plan to present a live, multimedia performance using a large flat-screen monitor powered by a generator to display animations and images relating to Min Zhu's child rape and NEA's financial backing and continued support of Min Zhu. As part of the presentation, I also intend to display posters and placards, and a number of rare and unique firearms, which will be unloaded at all times. I plan to film my multimedia presentation and the reactions of passersby in order to live stream the event as it is happening and to use the footage as part of my ongoing documentary film project about Min Zhu, NEA, and my protests.

9. Both the District Attorney during my prosecution, and Menlo Park following my acquittal, have taken the position that in order to lawfully carry a firearm in connection with my protests, I am required to have a city permit. Menlo Park has informed me that I am required to have either a "Special Events" permit or a film permit.

10. I have applied for both types of permit. My "Special Events" permit was denied, and the denial was upheld at a final appeal to the Menlo Park City Council in 2017. Menlo Park has declined to move forward with my film permit application since 2017.

11. I previously held an Entertainment Firearms Permit issued by the California Department of Justice. A true copy of my permit is attached as **Exhibit 1**. Based on my experience and research, I do not believe that such a permit is required to qualify as an

"authorized participant" within the meaning of California Penal Code §§ 26375 or 26405(r).

12. I am an adult resident of Los Angeles County, California. I have no history of mental illness or insanity, and have never been convicted of a crime. I am legally qualified to possess firearms under both state and federal law.

13. But for California's comprehensive ban on carrying firearms in public places, I would carry firearms in non-sensitive public places, as part of my protests in Menlo Park, for self-defense during those protests, and at other times and locations. To the extent that California law allowed me to do so, I would carry firearms either openly or concealed, as the law allowed.

14. The only reason that I refrain from carrying firearms during my protests. and at other times in non-sensitive public areas, is my fear that I will be prosecuted for violating California's laws prohibiting the open and concealed carry of firearms.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 20th day of January, 2021 at Los Angeles, California.

Michael Zeleny

Michael Zeleny

# Exhibit 1





STATE OF CALIFORNIA
DEPARTMENT OF JUSTICE
BUREAU OF FIREARMS

# *Entertainment Firearms Permit*

Permit Number: **12-380**

Issued to:

**MICHAEL ZELENY**

**Date of Issue:** **JULY 13, 2016**
**Expiration Date:** **JULY 12, 2017**

This is to certify that the Department of Justice, Bureau of Firearms has completed a firearms eligibility check. As of the date of issue, there is nothing that would prohibit the above named permit holder from the possession of firearms loaned to the permittee for use as props in motion picture, television, video, theatrical, or other entertainment productions pursuant to Penal Code sections 29500 through 29530.

Signature of Issuing Officer: [signature]

State of California
Department of Justice
Bureau of Firearms

Permit No.: 12-380

# Entertainment Firearms Permit

Issued to:

MICHAEL ZELENY

Date of Issue: 7-13-16 Expiration Date: 7-12-17

This is to certify that the Department of Justice, Bureau of Firearms has completed a firearms eligibility check. As of the date of issue, there is nothing that would prohibit the above named permitholder from the possession of firearms loaned to the permittee for use as props in motion picture, television, video, theatrical, or other entertainment productions pursuant to Penal Code sections 29500 through 29530.

*Signature of Issuing Officer:* [signature]

**PROOF OF SERVICE**

I hereby certify that on January 21, 2021, I electronically filed the foregoing document using the Court's CM/ECF system. I am informed and believe that the CM/ECF system will send a notice of electronic filing to the interested parties.

s/ Gabrielle Bruckner
Gabrielle Bruckner