1 | David W. Affeld, State Bar No. 123922
| Brian R. England, State Bar No. 211335
2 | Damion Robinson, State Bar No. 262573
| Affeld Grivakes LLP
3 | 2049 Century Park East, Ste. 2460
| Los Angeles, CA 90067
4 | Telephone:    (310) 979-8700

5 | Attorneys for Plaintiff
| Michael Zeleny
6

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10

| MICHAEL ZELENY, | Case No. CV 17-7357 RS |
|---|---|
| Plaintiff, | Assigned to:<br>The Honorable Richard G. Seeborg |
| vs. | Assigned for Discovery Purposes to:<br>The Honorable Thomas S. Hixson |
| GAVIN NEWSOM, *et al.*, | |
| Defendants. | **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST CALIFORNIA ATTORNEY GENERAL XAVIER BECERRA AND REQUEST FOR JUDICIAL NOTICE** |
| | Filed Concurrently:<br>1. Notice of Motion and Motion;<br>2. Declaration of Damion Robinson; and<br>3. Declaration of Michael Zeleny |
| | Date: February 25, 2021<br>Time: 1:30 p.m.<br>Courtroom 3, 17th Floor |
| | Action Filed: December 28, 2017<br>Trial Date:    [Not Set] |

- 1 -

[PROPOSED] ORDER

**ORDER**

Plaintiff Michael Zeleny's Motion for Partial Summary Judgment against Defendant California Attorney General Xavier Becerra and the accompanying Request for Judicial Notice came before the Court for hearing on February 25, 2021 at 1:30 p.m.

Having considered the moving, opposing, and reply papers, the evidence submitted, and the arguments of all counsel, and finding good cause, the Court hereby GRANTS the Motion and Request as follows:

1. The Request for Judicial Notice is GRANTED and the Court takes judicial notice of the requested documents and information; and
2. The Motion is GRANTED in full.

**It is SO ORDERED.**

Dated: _____

_____
The Honorable Richard G. Seeborg
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

    I hereby certify that on January 21, 2021, I electronically filed the foregoing document using the Court's CM/ECF system. I am informed and believe that the CM/ECF system will send a notice of electronic filing to the interested parties.

                                                    s/ Gabrielle Bruckner
                                                    Gabrielle Bruckner