David W. Affeld, State Bar No. 123922
Brian R. England, State Bar No. 211335
Damion Robinson, State Bar No. 262573
Affeld Grivakes LLP
2049 Century Park East, Ste. 2460
Los Angeles, CA 90067
Telephone:     (310) 979-8700

Attorneys for Plaintiff
Michael Zeleny

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| MICHAEL ZELENY, | Case No. CV 17-7357 RGS |
|---|---|
| Plaintiff, | Assigned to: The Honorable Richard G. Seeborg |
| vs. | **PLAINTIFF'S REQUEST FOR LEAVE TO FILE SUPPLEMENTAL BRIEF TO ADDRESS NEW AUTHORITY** |
| GAVIN NEWSOM, *et al.*, | |
| Defendants. | Action Filed:  December 28, 2017 Trial Date:     TBD |

- 1 -

REQUEST FOR LEAVE

Plaintiff Michael Zeleny ("Plaintiff") hereby respectfully requests leave of Court to file a short, five-page supplemental memorandum of points and authorities in support of his Motion for Partial Summary Judgment Against California Attorney General Xavier Becerra (Dkt. No. 163) and his Motion for Partial Summary Judgment against the City of Menlo Park and Police Chief Dave Bertini (Dkt. No. 162).

On March 11, 2021, Plaintiff submitted a Statement of Recent Decision (Dkt. No. 177) regarding the Ninth Circuit's decision in *U.S. v. Rundo*, No. 19-50189, 2021 WL 821938 (9th Cir. March 4, 2021).  On March 25, 2021, Xavier Becerra submitted a Statement of Recent Decision (Dkt. No. 179) and the City of Menlo Park and Dave Bertini submitted a Statement of Recent Decision (Dkt. No. 178).  Both of these notices related to the Ninth Circuit's decision in *Young v. State of Hawaii*, Case No. 12-17808, 2021 U.S. App. LEXIS 8571 (9th Cir., March 24, 2021).

As a result of the multiple Local Rule 7-3(d)(2) notices, Plaintiff respectfully requests leave to file a short, five-supplemental brief to address the relevance and applicability of these two recent decisions to the pending motions.  Plaintiff attempted to obtain a stipulation allowing the parties to submit simultaneous supplemental briefs, but was unable to secure agreement, requiring Plaintiff to seek leave of Court.

Dated:  March 29, 2021                    Respectfully submitted,

                                          s/ Brian R. England
                                          David W. Affeld
                                          Brian R. England
                                          Damion D. D. Robinson
                                          Affeld Grivakes LLP

                                          Attorneys for Plaintiff Michael Zeleny

1

<u>PROOF OF SERVICE</u>

2

3

     I hereby certify that on March 29, 2021, I electronically filed the foregoing document using the Court's CM/ECF system.  I am informed and believe that the CM/ECF system will send a notice of electronic filing to the interested parties.

4

                                             s/ Gabrielle Bruckner

5

                                           Gabrielle Bruckner

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REQUEST FOR LEAVE