**TODD H. MASTER [SBN 185881]**
tmaster@hrmrlaw.com
**ROBERT J. GUNDERT [SBN 104486]**
rgundert@hrmrlaw.com
**HOWARD ROME MARTIN & RIDLEY LLP**
1900 O'Farrell Street, Suite 280
San Mateo, CA  94403
Telephone:     (650) 365-7715
Facsimile:     (650) 364-5297

Attorneys for Defendants
CITY OF MENLO PARK and DAVE BERTINI

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| MICHAEL ZELENY, an individual<br><br>Plaintiff,<br><br>vs.<br><br>EDMUND G. BROWN, JR., an individual, in his official capacity, et al.<br><br>Defendants. | Case No. 17-cv-07357-RS (TSH)<br><br>Assigned to: Hon. Richard Seeborg<br><br>**RESPONSE OF DEFENDANTS CITY OF MENLO PARK AND DAVE BERTINI TO PLAINTIFF'S REQUEST FOR LEAVE TO FILE SUPPLEMENTAL BRIEF TO ADDRESS NEW AUTHORITY**<br><br>Action Filed: December 28, 2017<br>Trial Date: Not Set |

Defendants City of Menlo Park and Dave Bertini have no objection to the request for leave to submit supplemental briefing regarding the recent decision in *Young v. State of Hawaii et al.*, Case No. 12-17808, 2021 U.S. App. LEXIS 8571 (9th Cir., March 24, 2021).  In the event the Court grants the request, defendants ask that they be allowed to submit a supplemental brief as well.

Defendants do not believe that the decision in *U.S. v. Rundo*, No. 19-50189, 2021 WL 821938 (9th Cir. March 4, 2021) is particularly applicable to the pending motions or that it merits briefing at this time.

Plaintiff's request for leave to submit supplemental briefing states that plaintiff had "attempted to obtain a stipulation allowing the parties to submit simultaneous supplemental briefs, but was unable to secure agreement, requiring Plaintiff to seek leave of Court." Plaintiff proposed a stipulation that stated the parties wished to obtain permission to submit "supplemental briefs on the *Young* decision and other recent decisions." Defendants declined to stipulate since it was not clear from such language what "other recent decisions," aside from *Young* and *Rundo*, plaintiff is seeking leave to brief, given the fact that all briefing on the motions for summary judgment and summary adjudication has been completed.

DATED: March 30, 2021

HOWARD ROME MARTIN & RIDLEY LLP

By: /s/ Robert J. Gundert
    Todd H. Master
    Robert J. Gundert
    Attorneys for Defendants
    CITY OF MENLO PARK and
    DAVE BERTINI