UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL ZELENY,

    Plaintiff,

v.

EDMUND G. BROWN, et al.,

    Defendants.

Case No. 17-cv-07357-RS

**ORDER**

Plaintiff has requested leave to file supplemental briefing regarding the Ninth Circuit's recent decisions in *United States v. Rundo,* 2021 WL 821938 (9th Cir. March 4, 2021), and *Young v. State of Hawaii et al.,* 2021 U.S. App. LEXIS 8571 (9th Cir. March 24, 2021). The request is granted: plaintiff may address the applicability of these two decisions in a brief not exceeding four pages. Defendants City of Menlo Park and Dave Bertini may file a brief, also not exceeding four pages, to the same effect. Both briefs must be filed on or before April 9, 2021.

**IT IS SO ORDERED**.

Dated: March 30, 2021

_____
RICHARD SEEBORG
Chief United States District Judge