UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ZELENY,<br><br>    Plaintiff,<br><br>    v.<br><br>XAVIER BECERRA, et al.,<br><br>    Defendants. | Case No. 17-cv-07357-RS<br><br>**REFERRAL FOR SETTLEMENT** |

The parties are hereby REFERRED to a randomly assigned Magistrate Judge for the purpose of engaging in a settlement conference, to take place, ideally, within the next 60 days, if the Magistrate Judge's schedule permits.

**IT IS SO ORDERED**.

Dated: August 26, 2021

_____
RICHARD SEEBORG
Chief United States District Judge