**TODD H. MASTER [SBN 185881]**
tmaster@hrmrlaw.com
**ROBERT J. GUNDERT [SBN 104486]**
rgundert@hrmrlaw.com
**HOWARD ROME MARTIN & RIDLEY LLP**
1900 O'Farrell Street, Suite 280
San Mateo, CA  94403
Telephone:     (650) 365-7715
Facsimile:      (650) 364-5297

Attorneys for Defendants
CITY OF MENLO PARK and
DAVE BERTINI

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| MICHAEL ZELENY, an individual<br><br>Plaintiff,<br><br>vs.<br><br>EDMUND G. BROWN, JR., an individual, in his official capacity, et al.<br><br>Defendants. | Case No. 17-cv-07357-RS<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S MOTION FOR ATTORNEY'S FEES** |

Pursuant to Local Rule 6-1(b), Plaintiff Michael Zeleny and Defendants City of Menlo and Dave Bertini hereby request an order from the Court, which would grant the parties additional time to file papers regarding Plaintiff's pending motion for attorneys' fees. [Document 201]  Said motion was filed on November 12, 2021.  Accordingly, Defendants' opposition is presently due November 26, 2021 (i.e. the day following the Thanksgiving holiday) and Plaintiff's reply is presently due December 3, 2021.

---

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO OPPOSE PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND TO FILE REPLY TO ANY OPPOSITION THERETO; Case No. 17-cv-07357-RS    1

The parties respectfully request that the aforementioned two deadlines be extended by one week each, such that Defendants' opposition would be due by December 3, 2021 and Plaintiff's reply would be due by December 10, 2021.

The hearing on Plaintiff's motion was initially scheduled for December 23, 2021 but was thereafter rescheduled to a date two weeks later, on January 6, 2022. The parties are not seeking to change that date.

Accompanying this stipulation is the declaration of Defendants' counsel, which is submitted pursuant to Local Rule 6-2(a).

Date: November 19, 2021            HOWARD ROME MARTIN & RIDLEY LLP

                                   By: /s/ Robert J. Gundert
                                       Robert J. Gundert
                                       Attorneys for Defendants
                                       CITY OF MENLO PARK and
                                       DAVE BERTINI

Date: November 19, 2021            AFFELD GRIVAKES LLP

                                   By: /s/ David W. Affeld
                                       David W. Affeld
                                       Attorneys for Plaintiff
                                       MICHAEL ZELENY

/ / /

**ORDER OF THE COURT**

GOOD CAUSE APPEARING, it is hereby ORDERED as follows:

1. Any opposition to be filed by Defendants City of Menlo Park and Dave Bertini to Plaintiff's Motion for Attorney's Fees shall be filed by December 3, 2021; and

2. Plaintiff's reply to any such opposition shall be filed by December 10, 2021.

IT IS SO ORDERED.

Dated: _____       _____
                                    The Honorable Richard Seeborg

HOWARD ROME MARTIN & RIDLEY LLP
1900 O'FARRELL STREET, SUITE 280
SAN MATEO, CA 94403
TELEPHONE (650) 365-7715

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO OPPOSE PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND TO FILE REPLY TO ANY OPPOSITION THERETO; Case No. 17-cv-07357-RS    2