**TODD H. MASTER [SBN 185881]**
tmaster@hrmrlaw.com
**ROBERT J. GUNDERT [SBN 104486]**
rgundert@hrmrlaw.com
**HOWARD ROME MARTIN & RIDLEY LLP**
1900 O'Farrell Street, Suite 280
San Mateo, CA  94403
Telephone:     (650) 365-7715
Facsimile:      (650) 364-5297

Attorneys for Defendants
CITY OF MENLO PARK and DAVE BERTINI

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| MICHAEL ZELENY, an individual<br><br>Plaintiff,<br><br>vs.<br><br>GAVIN NEWSOM, et al.<br><br>Defendants. | Case No. 17-cv-07357-RS (TSH)<br><br>**[PROPOSED] ORDER REGARDING DEFENDANT CITY OF MENLO PARK'S MOTION FOR DISMISSAL OF PORTIONS OF THE PLAINTIFF'S SECOND AMENDED COMPLAINT (F.R.C.P. 12(b)(1)), OR LEAVE TO FILE MOTION FOR RECONSIDERATION OF A PORTION OF THIS COURT'S ORDER DATED JULY 13, 2021 (LOCAL RULE 7-9)**<br><br>**Date:** January 6, 2022<br>**Time:** 1:30 p.m.<br>**Dept.:** Courtroom 3, 17th Floor<br>**Judge:** Hon. Richard Seeborg<br><br>**Trial Date: None** |

The motion of Defendant City of Menlo Park for partial dismissal of Plaintiff's Second Amended Complaint (i.e. for dismissal of Plaintiff's facial challenge to the constitutional validity of the City of Menlo Park's Special Event Permit process) or for leave to file a motion for reconsideration came before the Court for hearing on January 6, 2022.  The following appearances were made:

---

Robert J. Gundert, Esq. of Howard Rome Martin & Ridley LLP appeared on behalf of Defendant and moving party, City of Menlo Park;

David W. Affeld, Esq., Damion Robinson, Esq. and Brian R. England, Esq. of Affeld Grivakes LP appeared on behalf of Plaintiff and opposing party, Michael Zeleny.

Having reviewed the papers on each side and permitted the parties to present oral argument, the court rules as follows:

Defendant City of Menlo Park's motion for dismissal of those portions of Plaintiff's Second Amended Complaint that challenge the constitutional validity of the City of Menlo Park's Special Event Permit process is **GRANTED**, since Plaintiff has not carried his burden of proving standing to assert such a challenge, consistent with Article III of the United States Constitution and the requirements of *Spokeo, Inc. v. Robins,* 136 S. Ct. 1540, 1547 (2016).)

- or -

Defendant City of Menlo Park's motion for leave to file a motion for reconsideration is **GRANTED**. Such motion is set for hearing on _____. Moving papers shall be filed no later than _____.

Dated:

_____
Hon. Richard Seeborg
United States District Court Judge