**TODD H. MASTER [SBN 185881]**
tmaster@hrmrlaw.com
**ROBERT J. GUNDERT [SBN 104486]**
rgundert@hrmrlaw.com
**HOWARD ROME MARTIN & RIDLEY LLP**
1900 O'Farrell Street, Suite 280
San Mateo, CA  94403
Telephone:     (650) 365-7715
Facsimile:      (650) 364-5297

Attorneys for Defendants
CITY OF MENLO PARK and DAVE BERTINI

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| MICHAEL ZELENY, an individual<br><br>Plaintiff,<br><br>vs.<br><br>EDMUND G. BROWN, JR., an individual, in his official capacity, et al.<br><br>Defendants. | Case No. 17-cv-07357-RS (TSH)<br><br>**DEFENDANT CITY OF MENLO PARK'S OBJECTIONS TO DECLARATION OF DAVID W. AFFELD IN SUPPORT OF PLAINTIFF MICHAEL ZELENY'S NOTICE OF MOTION AND MOTION FOR ATTORNEY'S FEES**<br><br>Date:  January 6, 2022<br>Time: 1:30 p.m.<br>Courtroom: 3, 17th Floor<br><br>Action Filed: December 28, 2017<br>Trial Date: None Set |

COMES NOW Defendant City of Menlo Park to submit the following objections to the Declaration of David W. Affeld in Support of Plaintiff Michael Zeleny's Notice of Motion and Motion for Attorney's Fees:

//

---

| Paragraph | Page/Line | Objection and Grounds |
|---|---|---|
| 3 | 2/14-15 | Testimony as to what the District Attorney "claimed" in 2014 is hearsay and not relevant. |
|   | 2/15-16 | Testimony that the City "maintained that a City permit was required" is vague as to what type of permit is being referenced as well as hearsay, particularly since it cannot be determined who purportedly made such a statement. To the extent the declarant claims that the City required a Special Event Permit such testimony is not supported by the evidence, including Plaintiff's deposition testimony. *See* Plaintiff's deposition transcript at Pg. 101, Line 21 to Pg. 102, attached to the Declaration of Todd H. Master in Support of Motion of Defendants City of Menlo Park, etc. as Exhibit A. *See* Dkt. 160-3 at p. 2, lines 5-9, p. 19 and pp. 41-47. |
| 4 | 2/20-22 | Hearsay, conclusion, improper foundation, relevance, settlement discussions. |
| 5 | 2/24-25 | Hearsay, conclusory, lacks foundation. |
| 9 | 3/12-18 | Hearsay, conclusion, improper foundation, relevance, settlement discussions. |
| 10 | 3/22-23 | Lacks foundation, conclusory |
|   | 3/23-25 | Lacks foundation, hearsay, conclusory |
| 11 | 4/4-10 | Hearsay, relevance, best evidence. |

HOWARD ROME MARTIN & RIDLEY LLP
1900 O'FARRELL STREET, SUITE 280
SAN MATEO, CA 94403
TELEPHONE (650) 365-7715

DEFENDANT CITY OF MENLO PARK'S OBJECTIONS TO DECLARATION OF DAVID W. AFFELD IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY'S FEES; Case No. 17-cv-07357-RS (TSH)   2

| | | |
|---|---|---|
| 17 | 5/12-26 | Hearsay, relevance, lacks foundation |
| 18 | 5/27 – 6/11 | Hearsay, conclusory, lacks foundation |

HOWARD ROME MARTIN & RIDLEY LLP

Date: December 3, 2021

By /s/ Robert J. Gundert
Robert J. Gundert
Attorneys for Defendants
CITY OF MENLO PARK and
DAVE BERTINI

---

DEFENDANT CITY OF MENLO PARK'S OBJECTIONS TO DECLARATION OF DAVID W. AFFELD IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY'S FEES; Case No. 17-cv-07357-RS (TSH)    3