**TODD H. MASTER [SBN 185881]**
tmaster@hrmrlaw.com
**ROBERT J. GUNDERT [SBN 104486]**
rgundert@hrmrlaw.com
**HOWARD ROME MARTIN & RIDLEY LLP**
1900 O'Farrell Street, Suite 280
San Mateo, CA  94403
Telephone:     (650) 365-7715
Facsimile:      (650) 364-5297

Attorneys for Defendants
CITY OF MENLO PARK and DAVE BERTINI

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

MICHAEL ZELENY, an individual

           Plaintiff,

    vs.

EDMUND G. BROWN, JR., an individual, in his official capacity, et al.

           Defendants.

Case No. 17-cv-07357-RS (TSH)

**DECLARATION OF ROBERT J. GUNDERT IN OPPOSITION TO PLAINTIFF MICHAEL ZELENY'S NOTICE OF MOTION AND MOTION FOR ATTORNEY'S FEES**

Date:  January 6, 2022
Time: 1:30 p.m.
Courtroom: 3, 17th Floor

Action Filed: December 28, 2017
Trial Date: None Set

I, Robert Gundert, declare:

1.    I am an attorney at law licensed to practice before this Court, and a member of the law firm Howard Rome Martin & Ridley LLP, counsel of record for defendants City of Menlo Park and Dave Bertini, herein. I am a competent adult, with personal knowledge of the matters set forth in this declaration. If called as a witness, I would competently testify to such matters.

HOWARD ROME MARTIN & RIDLEY LLP
1900 O'FARRELL STREET, SUITE 280
SAN MATEO, CA  94403
TELEPHONE (650) 365-7715

2.      Attached as Exhibit A is a copy, with highlights added, of the billing record that is attached as Exhibit 1 to the Declaration of David W. Affeld in Support of Plaintiff Michael Zeleny's Notice of Motion and Motion for Attorney's Fees.  I have added colored highlights, which represent the following:

> ➢ A blue highlight reflects a fee entry unrelated to the claims that Plaintiff prevailed upon against the City.  This and the other highlighted objections are explained further below.
> ➢ An orange/yellow highlight reflects a vague entry.
> ➢ A pink highlight relates to work that was unnecessarily double-billed (or more).
> ➢ A red highlight reflects block-billing in which there appears to be work related to the claims against the City along with work related to the State or NEA but with no apportionment for such work.

3.      Where an entire fee entry is challenged the date of that entry is highlighted.  Where portions of an entry are challenged the challenged part is highlighted.  So, for example, on the second page of Exhibit A there is an entry that reads as follows, which is highlighted as shown:

3/30/2021        Review email from Peter Shimamoto re: the Ninth Circuit
                 reconsidering a ruling on concealed firearm restrictions in
                 California (0.3)

4.      The blue highlight of the date indicates that this entry involved work unrelated to the issues that Plaintiff prevailed upon as to the City.  The issues that Plaintiff prevailed upon related to the facial validity of the City's special event and film permitting processes.  He did not prevail on issues relating to his challenge under the Second Amendment to restrictions on firearm carry.[1]

_____

[1] Incidentally, it is not clear why that entry is dated 2021 when the other entries surrounding it are dated 2015.  Except for this entry, the billing records are in chronological order.  That this entry is dated 3/30/2021 suggests that some modification was made.

HOWARD ROME MARTIN & RIDLEY LLP
1900 O'FARRELL STREET, SUITE 280
SAN MATEO, CA  94403
TELEPHONE (650) 365-7715

5.      As another example, on that same page is an entry that reads as follows, and is highlighted as shown:

6/2/2015      Review additional legal research by Peter Shimamoto (0.4); <mark>review email from Michael Zeleny (0.2).</mark>

6.      As I re-examine this e-mail I realize that I should have highlighted the entire entry, since it is not clear if the legal research involved an issue related to those claims that Plaintiff prevailed upon.  It may be that Mr. Shimamoto was researching Second Amendment issues.  I inadvertently neglected to challenge that part of the entry as being vague.  However, I did challenge, as vague, that part of the entry that states, "review email from Michael Zeleny."  That part of the entry was challenged since there is no way to determine what that email was about.  In fact, there are numerous entries like it that are interspersed throughout counsel's billing records. They state "Email from Michael Zeleny" or "Email to Michael Zeleny" or something similar. Assuming I did not inadvertently overlook one or more such entries, I challenged those entries, unless it appeared clear from context that the email likely involved a "related issue" (i.e. an issue related to the claims Plaintiff prevailed upon as to the City).

7.      In any case, I provide those two examples since one of them shows an entry that was challenged in its entirety and the other illustrates an entry that was only partially challenged. The date of the former entry was highlighted in order to signify that the entire entry was challenged whereas the challenged portion of the latter was highlighted.

8.      I would like to explain my approach and methodology when reviewing counsel's billing records so that the Court will understand why certain things were challenged and why certain things were not.  I spent many hours reviewing and analyzing counsel's billing records. After initial reviews I went back and eliminated some challenges while adding others.  My approach took into account the fact that although Plaintiff is entitled to recover for fees generated in connection with issues upon he prevailed, he is not entitled to recover for fees generated in connection with unrelated issues.  In addition, in some cases I was tempted to give the Plaintiff the

HOWARD ROME MARTIN & RIDLEY LLP
1900 O'FARRELL STREET, SUITE 280
SAN MATEO, CA  94403
TELEPHONE (650) 365-7715

benefit of the doubt that a fee entry involved a related issue, I ultimately came back to the concept that it is the Plaintiff's burden to provide adequate records that don't require guesswork and surmise in order to determine if a particular fee is recoverable.  The records themselves show that Plaintiff's counsel were well aware, years ago, that they could present a fee motion if Plaintiff were to prevail.  They should therefore have taken pains to make sure that their entries were clear.

9.      I have already mentioned that entries involving work unrelated to issues upon which Plaintiff prevailed are highlighted in blue.  I would like to explain why certain entries were deemed unrelated.

10.      To begin with, the claims asserted against the State related to the constitutional validity of two Penal Code sections.  Those issues had nothing to do with the question of whether or not the City's special event and film permit processes were facially valid, as opposed to being unclear and divesting too much discretion in City personnel.

11.      Likewise, discovery served on the State, motions made against the State and depositions of State employees and experts (such as Professor Cornell) all related to those unrelated issues.

12.      In addition, Plaintiff's experts all spoke to those same issues. None of them, to my recollection, dealt with the facial validity of the City's permitting processes.

13.      Technically, I could have tried to cull out and object to fees for those activities that involved the "as-applied" claim made against the City, but I did not do that for various reasons, except in one instance, that being the deposition of Officer Foy, whose encounters with Plaintiff seemed to me to be more in the realm of the as-applied issue and the question of whether Plaintiff was conducting himself in a generally lawful manner.

14.      I also viewed the testimony of Barack Engel as being unrelated.  I attended his deposition, which consisted of his testimony about WebEx and Min Zhu and had nothing to do with the validity of the City's permitting processes.

HOWARD ROME MARTIN & RIDLEY LLP
1900 O'FARRELL STREET, SUITE 280
SAN MATEO, CA  94403
TELEPHONE (650) 365-7715

15. The Court may note that certain entries that refer to Roger Lane, Noreen Skelly or John Killen are highlighted in blue. That is because Mr. Lane was counsel for New Enterprise Associates, Inc. ("NEA"), Ms. Skelly was counsel for the State, and Mr. Killeen was and is counsel for the State. I did not object to all entries in which they are mentioned, simply those that appear to relate to communications about issues that involved their clients as distinct from the City and the issues Plaintiff prevailed on.

16 I also marked up those entries relating to Plaintiff's motion for filing and filing of a First Amended Complaint, Corrected First Amended Complaint and Second Amended Complaint, as well as his proposed Third Amended Complaint, since the allegations involving the validity of the City's permitting processes remained substantively unchanged from what they were in the initial Complaint. Thus, the amendments made by Plaintiff and his proposed amendments were unrelated.

17. Finally, there were a number of references to "upcoming depositions" and subpoenas to be issued for depositions. Based on my review of the billing records and on a determination of what was happening in the case at such times, it was my conclusion that those activities did not relate to the City. They generally, if not always, related to NEA and Plaintiff's unsuccessful claim that it conspired with the City to harass Plaintiff and deny him a permit, which are issues separate and unrelated to the facial validity of the City's permitting processes. This is one other area where I applied the as-applied and facial validity distinctions.

18. The vagueness (yellow/orange) challenges were made because it could not be determined from the entries whether the activity described related to the issues that Plaintiff prevailed upon as to the City or not. As I mentioned before, there were some instances in which I was tempted to give the Plaintiff the benefit of the doubt but as I reviewed the billings further I realize that it was not at all clear what those entries were for and I would have to guess, as would the Court.

//

HOWARD ROME MARTIN & RIDLEY LLP
1900 O'FARRELL STREET, SUITE 280
SAN MATEO, CA 94403
TELEPHONE (650) 365-7715

19.     In addition to practicing in the area of public entity defense I have many years of experience in the "insurance defense" area, defending the insureds of various insurance companies. Based on that experience, and particularly as a supervisor and managing attorney, I have become very familiar over the past 30 years with the requirements that insurance companies and other clients have in terms of clear and reasonable billing entries.  I am very sensitive to the need of all clients, to receive clear, appropriate billings.

20.     I mention this because counsel for plaintiffs should have, in my opinion, been similarly sensitive in the preparation of their billings, especially since they are all very experienced and appear to have been aware that they would potentially be able to make a fee motion. It may be that their intention was not to be clear.  If that was their intent, they succeeded much of the time, as shown by the yellow/orange highlights for vagueness and the red highlights for block billing on Exhibit A.

21.     With regard to those red highlights, they generally involved entries for work that was related to the issues Plaintiff prevailed upon as well as entries for unrelated work.  The problem, however, was that those activities were block billed without an apportionment of time between the related and unrelated work.  One could possible object to half of a billing entry if one part of it involved related work and the other part involved unrelated work.  But that would be arbitrary, and given the fact that counsel should have made it clear, I objected to the entire entry in such circumstances.

22.     The finally challenge category involved entries that were duplicative.  Mr. Affeld's billings were the primary recipient of these (pink) challenges/objections since he often would review emails sent by other attorneys to counsel that did not need to be both reviewed and billed (at an effective rate of $1,350 or more) by more than one attorney.  Often these entries related to meet and confer or scheduling emails.  They also involved routine filings that Mr. Affeld would review and bill for, even though another attorney had prepared the document and billed for it.

HOWARD ROME MARTIN & RIDLEY LLP
1900 O'FARRELL STREET, SUITE 280
SAN MATEO, CA  94403
TELEPHONE (650) 365-7715

23.     In my experience, this is another big issue for insurance companies and any client for that matter, since it is not appropriate for two attorneys to bill for the same routine email, letter or filing.

24.     I typically did not challenge meetings between counsel regarding strategy or other issues.  I also did not challenge communications between Mr. Affeld and Mr. Robinson or some other attorney that related to an email sent by the latter.  I simply challenged the review of the email, letter or filing that had already been billed by the sender or filer.

25.     Finally, I have prepared the charts shown below, which provide a breakdown of the challenges shown on Exhibit A.  There is a chart for each attorney that refer to:

a.     The pages of Document 201-1 (i.e. Exhibit 1 to the Affeld declaration, which has been copied, highlighted and attached as Exhibit A hereto);

b.     The types of challenges, if any, made on each such page;

c.     The total amount of hours for each type of challenge (i.e. unrelated, vague, block billing, duplicative) on that page;

d.     The total amount of hours for all challenges combined no that page; and

e.     A running total of the number of hours challenged up to and including that page.

26     The charts I have prepared are shown below:

Hours challenged—Affeld

| Page | Unrelated | Vague | Block Billed & Not Apportioned | Duplicative | Hours Challenged Per Page (All Reasons) | Running Total |
|---|---|---|---|---|---|---|
| 17 of 165 | 1.1 | .8 | 1.5 | 0 | 3.4 | 3.4 |
| 18 | 0 | .4 | 0 | 0 | .4 | 3.8 |
| 19 | .5 | .6 | 0 | 0 | 1.1 | 4.9 |
| 20 | 0 | 0 | 0 | 0 | 0 | 4.9 |
| 21 | 0 | 0 | 0 | 0 | 0 | 4.9 |
| 22 | 0 | .4 | 0 | 0 | .4 | 5.3 |
| 23 | 0 | .3 | 0 | 0 | .3 | 5.6 |
| 24 | 1.4 | 1.2 | 0 | 0 | 2.6 | 8.2 |
| 25 | .3 | 2.4 | 0 | 0 | 2.7 | 10.9 |

HOWARD ROME MARTIN & RIDLEY LLP
1900 O'FARRELL STREET, SUITE 280
SAN MATEO, CA  94403
TELEPHONE: (650) 365-7715

HOWARD ROME MARTIN & RIDLEY LLP
1900 O'FARRELL STREET, SUITE 280
SAN MATEO, CA  94403
TELEPHONE: (650) 365-7715

| 26 | .3 | 5.0 | 0 | 0 | 5.3 | 16.2 |
|---|---|---|---|---|---|---|
| 27 | .8 | 1.9 | 0 | 0 | 2.7 | 18.9 |
| 28 | .2 | 1.9 | 0 | 0 | 2.1 | 21 |
| 29 | 1 | .5 | 0 | 0 | 1.5 | 22.5 |
| 30 | 1.6 | .4 | 0 | .3 | 2.3 | 24.8 |
| 31 | 1.6 | .6 | 0 | .6 | 2.8 | 27.6 |
| 32 | 2.9 | .3 | 0 | .3 | 3.5 | 31.1 |
| 33 | .9 | 0 | 0 | 1 | 1.9 | 33 |
| 34 | 1.4 | 0 | 0 | .2 | 1.6 | 34.6 |
| 35 | 0 | .4 | 0 | .4 | 0.8 | 35.4 |
| 36 | 2.4 | 0 | 2 | .9 | 5.3 | 40.7 |
| 37 | 5.4 | .4 | 0 | 0 | 5.8 | 46.5 |
| 38 | 3.3 | 1.2 | 0 | 0 | 4.5 | 51 |
| 39 | 6.5 | 1 | 0 | .4 | 7.9 | 58.9 |
| 40 | 1.9 | .5 | 0 | 1.5 | 3.9 | 62.8 |
| 41 | 4.3 | .2 | 0 | .7 | 5.2 | 68 |
| 42 | 10.6 | 0 | 0 | 2.6 | 13.2 | 81.2 |
| 43 | 2.8 | .9 | 0 | .4 | 4.1 | 85.3 |
| 44 | 1.8 | .6 | 0 | 2.4 | 4.8 | 90.1 |
| 45 | 1.2 | 0 | 0 | 1.7 | 2.9 | 93 |
| 46 | 1.1 | .6 | 0 | .3 | 2 | 95 |
| 47 | 11.4 | .7 | 0 | .2 | 12.3 | 107.3 |
| 48 | 1.5 | .4 | 0 | .3 | 2.2 | 109.5 |
| 49 | 4.2 | .6 | 0 | 1 | 5.8 | 115.3 |
| 50 | 2.5 | .4 | 0 | 1 | 3.9 | 119.2 |
| 51 | 3.8 | .7 | 0 | 1.7 | 6.2 | 125.4 |
| 52 | .9 | 1.5 | 0 | .4 | 2.8 | 128.2 |
| 53 | 2.5 | .6 | 0 | 3.1 | 6.2 | 134.4 |
| 54 | 1.5 | .5 | 0 | 2.5 | 4.5 | 138.9 |
| 55 | 4.3 | 1.1 | 0 | 1.7 | 7.1 | 146 |
| 56 | 8.2 | .2 | 0 | 1 | 9.4 | 155.4 |
| 57 | 2.5 | .7 | 0 | 1.6 | 4.8 | 160.2 |
| 58 | 1.4 | 0 | 0 | 2.3 | 3.7 | 163.9 |
| 59 | 2.9 | 0 | 0 | .9 | 3.8 | 167.7 |
| 60 | 2.2 | 0 | 0 | 1.1 | 3.3 | 171 |
| 61 | 2 | 1.5 | .4 | 0 | 3.9 | 174.9 |
| 62 | 4.3 | 1.5 | 0 | 0 | 5.8 | 180.7 |
| 63 | 4.9 | .5 | 0 | .8 | 6.2 | 186.9 |
| 64 | 4.6 | 2.6 | 0 | .6 | 7.8 | 194.7 |
| 65 | 5.4 | 1.7 | 0 | 1.1 | 8.2 | 202.9 |
| 66 | 3.4 | .4 | 0 | 0 | 3.8 | 206.7 |
| 67 | 2.3 | 2.4 | 0 | 1 | 5.7 | 212.4 |
| 68 | 0 | 10.4 | 0 | .6 | 11 | 223.4 |
| 69 | 4.8 | 2.7 | 0 | 0 | 7.5 | 230.9 |
| 70 | 3.9 | 1.9 | 0 | .6 | 6.4 | 237.3 |
| 71 | 3.9 | 0 | 0 | 0 | 3.9 | 241.2 |

| 72 | .7 | .2 | 0 | .5 | 1.4 | 242.6 |
| 73 | .2 | 0 | 0 | 0 | .2 | 242.8 |
| 74 | 0 | 0 | 0 | 0 | 0 | 242.8 |
| 75 | .4 | 0 | 0 | 0 | .4 | 243.2 |
| Totals | 145.9 | 55.7 | 3.9 | 37.7 | 243.2 | 243.2 x 800 = 194,560 |

Hours challenged—Shimamoto

| Page | Unrelated | Vague | Block Billed & Not Apportioned | Duplicative | Hours Challenged Per Page (All Reasons) | Running Total |
|------|-----------|-------|-------------------------------|-------------|------------------------------------------|---------------|
| 75 of 165 | | | | | .8 | .8 x 695 = 556 |

Hours challenged—England

| Page | Unrelated | Vague | Block Billed & Not Apportioned | Duplicative | Hours Challenged Per Page (All Reasons) | Running Total |
|------|-----------|-------|-------------------------------|-------------|------------------------------------------|---------------|
| 76 of 165 | 10.9 | 9.7 | 2.5 | 0 | 23.1 | 23.1 |
| 77 | 26 | 10.3 | 0 | 0 | 36.3 | 59.4 |
| 78 | 28.2 | 0 | 0 | 0 | 28.2 | 87.6 |
| 79 | 17.7 | 25.6 | 8.5 | 0 | 51.8 | 139.4 |
| 80 | 39 | 46.9 | 0 | 0 | 85.9 | 225.3 |
| 81 | 18.6 | 43 | 8.3 | 0 | 69.9 | 295.2 |
| 82 | 2.2 | 15.7 | 0 | 0 | 17.9 | 313.1 |
| Totals | 142.6 | 151.2 | 19.3 | 0 | 313.1 | 313.1 x 695 = 217,604.50 |

Hours challenged—Robinson

| Page | Unrelated | Vague | Block Billed & Not Apportioned | Duplicative | Hours Challenged Per Page (All Reasons) | Running Total |
|------|-----------|-------|-------------------------------|-------------|------------------------------------------|---------------|
| 83 of 165 | .2 | 12.6 | 2.8 | 0 | 15.6 | 15.6 |
| 84 | 12.9 | 0 | .2 | 0 | 13.1 | 28.7 |
| 85 | 8.1 | 0 | 0 | 0 | 8.1 | 36.8 |
| 86 | .8 | 0 | .2 | 0 | 1 | 37.8 |
| 87 | 4.4 | 0 | 0 | 0 | 4.4 | 42.2 |
| 88 | 22.9 | 0 | 0 | 0 | 22.9 | 65.1 |
| 89 | 5.9 | .2 | 0 | 0 | 6.1 | 71.2 |
| 90 | 3.8 | 0 | .3 | 0 | 4.1 | 75.3 |

HOWARD ROME MARTIN & RIDLEY LLP
1900 O'FARRELL STREET, SUITE 280
SAN MATEO, CA  94403
TELEPHONE: (650) 365-7715

| 91 | 6.9 | 0 | 2.1 | 0 | 9 | 84.3 |
| 92 | 6.7 | 0 | .3 | 0 | 7 | 91.3 |
| 93 | 6.8 | 0 | 0 | 0 | 6.8 | 98.1 |
| 94 | 32.4 | 0 | 0 | 0 | 32.4 | 130.5 |
| 95 | 9.5 | .2 | 2.9 | 0 | 12.6 | 143.1 |
| 96 | 20.9 | 0 | 0 | 0 | 20.9 | 164 |
| 97 | 15.1 | 0 | 0 | 0 | 15.1 | 179.1 |
| 98 | 1.1 | 0 | .7 | 0 | 1.8 | 180.9 |
| 99 | 7.2 | .7 | 0 | 0 | 7.9 | 188.8 |
| 100 | 1.1 | 0 | 0 | 0 | 1.1 | 189.9 |
| 101 | 1.1 | 0 | 0 | 0 | 1.1 | 191 |
| 102 | 2 | 0 | .7 | 0 | 2.7 | 193.7 |
| 103 | 1.4 | 0 | 0 | 0 | 1.4 | 195.1 |
| 104 | 6.9 | 1.5 | 0 | 0 | 8.4 | 203.5 |
| 105 | 6.4 | .1 | 0 | 0 | 6.5 | 210 |
| 106 | 9.2 | 0 | 0 | 0 | 9.2 | 219.2 |
| 107 | 6.9 | 0 | 0 | 0 | 6.9 | 226.1 |
| 108 | 19.6 | .5 | .6 | 0 | 20.7 | 246.8 |
| 109 | 4.5 | 1.2 | 0 | 0 | 5.7 | 252.5 |
| 110 | 1.6 | .8 | 2.1 | 0 | 4.5 | 257 |
| 111 | 2 | .5 | 0 | 0 | 2.5 | 259.5 |
| 112 | 5.9 | 0 | 0 | 0 | 5.9 | 265.4 |
| 113 | 0 | 0 | 0 | 0 | 0 | 265.4 |
| Totals | 234.2 | 18.3 | 12.9 | 0 | 265.4 | 265.4 x 595 = 157,913 |

Hours challenged—Markevitch

| Page | Unrelated | Vague | Block Billed & Not Apportioned | Duplicative | Hours Challenged Per Page (All Reasons) | Running Total |
|---|---|---|---|---|---|---|
| 113 of 165 | 0 | 0 | 0 | 0 | 0 | 0 |
| 114 | 20.2 | 0 | 0 | 0 | 20.2 | 20.2 |
| 115 | 12.1 | 0 | 0 | 0 | 12.1 | 32.3 |
| Totals | 32.3 | 0 | 0 | 0 | 32.3 | 32.3 x 550 = 17,765 |

Total amount challenged, by attorney:

Affeld   194,560

Shimamoto        556

England                  217,604.50

Robinson        157,913

DECLARATION OF ROBERT J. GUNDERT IN OPPOSITION TO PLAINTIFF MICHAEL ZELENY'S NOTICE OF MOTION AND MOTION FOR ATTORNEY'S FEES; Case No. 17-cv-07357-RS (TSH)

10

HOWARD ROME MARTIN & RIDLEY LLP
1900 O'FARRELL STREET, SUITE 280
SAN MATEO, CA 94403
TELEPHONE (650) 365-7715

1    Markevitch    17,765

2    Total         588,398.50

3    27.    Thank you for your consideration of the above.  I would be glad to answer any

4    questions about this analysis.

5    I declare under penalty of perjury, under the laws of the United State of America and the

6    laws of the State of California that the foregoing is true and correct and that this declaration was

7    executed on December 3, 2021 at San Mateo, California.

8

9

10

11    _____

12    Robert J. Gundert

DECLARATION OF ROBERT J. GUNDERT IN OPPOSITION TO PLAINTIFF MICHAEL ZELENY'S NOTICE OF MOTION AND MOTION FOR ATTORNEY'S FEES; Case No. 17-cv-07357-RS (TSH)

11

HOWARD ROME MARTIN & RIDLEY LLP
1900 O'FARRELL STREET, SUITE 280
SAN MATEO, CA  94403
TELEPHONE: (650) 365-7715

**EXHIBIT A**

# AFFELD GRIVAKES LLP

2049 Century Park East, Suite 2460
Los Angeles, California  90067
(310)  979-8700 Telephone   (310) 979-8701 Fax

November 12, 2021
Invoice No. 211019-001

## Michael Zeleny - 1983 Action

FOR PROFESSIONAL SERVICES RENDERED

| Hours | Description | |
|---|---|---|
| 567.1 | Affeld Time, $800.00 per Hour | $453,680.00 |
| 12.0 | Shimamoto, $695.00 per Hour | $8,340.00 |
| 389.2 | England Time, $695.00 per Hour | $270,494.00 |
| 633.1 | Robinson Time, $595.00 per Hour | $376,694.50 |
| 118.0 | Markevitch Time, $550.00 per Hour | $64,900.00 |
| | **SUBTOTAL** | **$1,174,108.50** |
| | **TOTAL AMOUNT OF THIS BILL** | **$1,174,108.50** |

## AFFELD Time

| Date | Description | Time |
|------|-------------|------|
| 12/15/2014 | Review email from Michael Zeleny re: legal doctrines supporting potential claims against Menlo Park, the State of California, et al. (0.5). | 0.5 |
| 2/25/2015 | Review email from Michael Zeleny (0.2). | 0.2 |
| 3/4/2015 | Review email from Michael Zeleny re: preemption of local laws restricting Second Amendment rights (0.2). | 0.2 |
| 3/30/2021 | Review email from Peter Shimamoto re: the Ninth Circuit reconsidering a ruling on concealed firearm restrictions in California (0.3). | 0.3 |
| 4/23/2015 | Review extensive analysis by Michael Zeleny of potential 1983 claims against state and local defendants (0.5). | 0.5 |
| 4/24/2015 | Review a revised extensive analysis by Michael Zeleny of potential 1983 claims against state and local defendants (0.5). | 0.5 |
| 5/4/2015 | Exchange email with Michael Zeleny re: preparation of a complaint for a 1983 civil rights action (0.3); email to Peter Shimamoto re: same (0.2). | 0.5 |
| 5/18/2015 | Meetings with Michael Zeleny, Peter Shimamoto, and Chris Grivakes re: analysis and strategy for potential claims to be asserted in a 1983 action (1.2). | 1.2 |
| 5/22/2015 | Tel. conf. with Michael Zeleny re: statute of limitation issues (0.4). | 0.4 |
| 5/23/2015 | Review email from Peter Shimamoto re: government claims processes (0.3). | 0.3 |
| 5/27/2015 | Review legal analyses from Peter Shimamoto re: 1983 claims (0.8); email to, from Michael Zeleny and Peter Shimamoto re: new authority holding a municipality liable for legal fees for an unlawful action (0.6); review and analyze new authority and email to, from Michael Zeleny re: same holding that an anti-SLAPP motion should have been granted in favor of a party that made a police report (0.6); review legal analysis by Peter Shimamoto re: unavailability of qualified immunity to private parties (0.6). | 2.6 |
| 6/2/2015 | Review additional legal research by Peter Shimamoto (0.4); review email from Michael Zeleny (0.2). | 0.6 |

| 6/3/2015 | Review email from Michael Zeleny attaching a special event permit application for the City of Menlo Park (0.3). | 0.3 |
| 6/14/2015 | Review email from Michael Zeleny re: conditions of firearms to be described in his special event permit application (0.3); review email from Peter Shimamoto re: same (0.2). | 0.5 |
| 7/9/2015 | Review a final draft by Michael Zeleny of a special event permit application and a draft email to the city prepared by Michael (0.4). | 0.4 |
| 7/10/2015 | Review email from Peter Shimamoto to Michael Zeleny re: legal analysis of the permitting process and recent US Supreme Court authority striking down content-based discrimination of speech (0.4); review the filed version of Michael's special event permit application (0.2). | 0.6 |
| 7/24/2015 | Review email from Michael Zeleny to Menlo Park re: its tardy response to his special event application (0.2); review a response by the City Attorney (0.3); discuss same with Michael Zeleny (0.4). | 0.9 |
| 7/25/2015 | Review a draft response by Michael Zeleny to the city attorney for Menlo Park (0.3); strategize re: same with Peter Shimamoto (0.4); tel. conf. with Michael Zeleny re: same (0.4). | 1.1 |
| 7/26/2015 | Review additional case authority re: First Amendment rights prevailing against charges of breach of the peace etc. (0.8); review email from Peter Shimamoto to Michael Zeleny re: the draft reply to the city attorney (0.2). | 1.0 |
| 7/27/2015 | Review email from Michael Zeleny (0.2). | 0.2 |
| 7/28/2015 | Review the final version of Michael Zeleny's reply to the city attorney sent this day (0.2). | 0.2 |
| 9/3/2015 | Review email from Michael Zeleny to the Menlo Park city attorney (0.2). | 0.2 |
| 9/5/2015 | Review email from Michael Zeleny (0.2). | 0.2 |
| 9/21/2015 | Review a response by the Menlo Park city attorney (0.3); review email from Michael Zeleny re: same (0.2). | 0.5 |
| 10/11/2015 | Tel. conf. with Michael Zeleny re: developments and next steps (0.4). | 0.4 |
| 10/28/2015 | Tel. conf. with Michael Zeleny re: developments and next steps (0.4). | 0.4 |

| | | |
|---|---|---|
| 3/15/2016 | Review email from Michael Zeleny (0.3); review an appeal drafted by Michael Zeleny of denial of his application for a special event permit (0.3). | 0.6 |
| 3/16/2016 | Review comments by Peter Shimamoto on Michael Zeleny's draft of an appeal of denial of his application for a special event permit (0.2); review additional comments by Michael (0.2); meeting with Michael to strategize re: same (1.0). | 1.4 |
| 3/23/2016 | Review email from Michael Zeleny and Peter Shimamoto re: the appeal of denial of Michael's application for a special event permit (0.2). | 0.2 |
| 3/31/2016 | Meeting with Michael Zeleny to strategize re: his appeal of denial of an application for a special event permit and structure of claims to be pursued against Menlo Park (1.0). | 1.0 |
| 4/1/2016 | Review email from Michael Zeleny re: the structure of claims to be pursued against Menlo Park (0.3). | 0.3 |
| 4/6/2016 | Review email from Michael Zeleny (0.2). | 0.2 |
| 4/9/2016 | Meeting with Michael Zeleny to strategize re: exhaustion of administrative remedies and structure of potential claims against Menlo Park (1.5). | 1.5 |
| 4/11/2016 | Review and comment on a revised appeal prepared by Michael Zeleny (0.5). | 0.5 |
| 4/14/2016 | Review a timeline of facts prepared by Michael Zeleny concerning his protests against NEA and supporting exhibits, and comment thereon (1.0); comment on a latest version of an appeal of denial of a special event permit (0.3). | 1.3 |
| 4/15/2016 | Review and comment on a penultimate version of Michael Zeleny's appeal of denial of a special event permit (0.4); review the final version submitted to Menlo Park (0.2). | 0.6 |
| 4/16/2016 | Review email from Michael Zeleny (0.2). | 0.2 |
| 5/27/2016 | Review correspondence from William McClure for Menlo Park of May 4, 2016, denying again Michael Zeleny's application for a special event permit (0.3); review email from Michael Zeleny to the city attorney's office responding to same (0.3). | 0.6 |
| 6/9/2016 | Review new authority from the Ninth Circuit re: Second Amendment rights and forward same to Michael Zeleny (0.5). | 0.5 |
| 6/11/2016 | Review email from Michael Zeleny (0.2). | 0.2 |

| | | |
|---|---|---|
| 6/15/2016 | Review email exchanged between William McClure and Michael Zeleny re: the appeal of denial of a permit. | 0.3 |
| 6/16/2016 | Review email from Michael Zeleny to William McClure re: the appeal of denial of a permit (0.2); review correspondence from Menlo Park and email attaching it from Matt Milde denying Michael's appeal of denial of his application for a special event permit | 0.5 |
| 6/17/2016 | Review email from Michael Zeleny to William McClure and Matt Milde re: most recent denial of Michael's the appeal of denial of a permit (0.2) | 0.2 |
| 6/26/2016 | Review correspondence of June 24, 2016, from Menlo Park again denying Michael Zeleny's appeal of denial of his application for a special events permit (0.2); review email from Michael re: same (0.2). | 0.4 |
| 6/28/2016 | Review email from Michael Zeleny re: a news report of Menlo Park incurring disproportionate legal fees resisting a civil rights claim (0.2). | 0.3 |
| 7/1/2016 | Review and comment on a response drafted by Michael Zeleny to the most recent denial by Menlo Park of his appeal (0.3); review the final version sent by Michael to Menlo Park (0.2). | 0.5 |
| 7/13/2016 | Review correspondence from Matt Milde re: Menlo Park's latest denial of Michael Zeleny's appeal (0.2); review email from Michael to Matt Midle responding to same and an attachment to same (0.3). | 0.5 |
| 7/20/2016 | Review correspondence and email from Greg Rubens giving notice of an administrative hearing on the appeal by Michael Zeleny of denial of his application for a special event permit (0.3). | 0.3 |
| 8/6/2016 | Review an extensive email by Michael Zeleny summarizing his efforts to obtain a special events permit (0.6); tel. conf. with Michael to prepare for the appeal re: a special event permit (0.6). | 1.2 |
| 8/7/2016 | Meeting with Michael Zeleny to prepare for next week's appeal (2.0). | 2.0 |
| 8/8/2016 | Legal research re: the Stilwell case and Section 1983 claims in the Ninth Circuit (2.0); meeting with Michael Zeleny to review file materials and strategize (1.5); tel. conf. with Greg Rubens re: the protocol for the hearing on August 11 (0.5): email to Greg Rubens confirming the conference call (1.0). | 5.0 |

| | | |
|---|---|---|
| 8/9/2016 | Review and reply email from Greg Rubens (0.3); review and reply to email from Michael Zeleny (0.3). | 0.6 |
| 8/10/2016 | Email from Michael Zeleny (0.2); prepare for the hearing before the City Manager, and meeting with Michael Zeleny re: same (3.0). | 3.2 |
| 8/11/2016 | Meeting with Michael Zeleny to prepare for the hearing before the City Manager for Menlo Park (subsumed); travel to, from and appear at the hearing (12.5); email EFP documents to Greg Rubens, counsel for the City Manager (subsumed); debrief with Michael Zeleny (subsumed). | 12.5 |
| 8/31/2016 | Review email from Greg Rubens re: a decision he will render by Sept. 9 (0.2); forward same to Michael Zeleny (0.1); exchange email with Michael re: same (0.2). | 0.5 |
| 9/7/2016 | Tel. conf. with Michael Zeleny to strategize re: potential claims against Menlo Park (0.5). | 0.5 |
| 9/9/2016 | Email from Greg Rubens (0.2); email to Michael Zeleny (0.2). | 0.4 |
| 9/12/2016 | Review a denial letter from the Menlo Park city manager (0.4); email to Michael Zeleny re: same (0.2). | 0.6 |
| 9/13/2016 | Review email from Michael Zeleny (0.2); meeting with Michael to strategize re: potential claims against Menlo Park (1.0). | 1.2 |
| 9/14/2016 | Review email from Michael Zeleny re: documents received from Menlo Park (0.2). | 0.2 |
| 9/16/2016 | Review email from Michael Zeleny to the city manager for Menlo Park re: further appeal of denial of a special event permit (0.2). | 0.2 |
| 9/28/2016 | Review email from Michael Zeleny re: whether claims against Menlo Park would withstand an anti-SLAPP motion (0.4); tel. conf. with Michael re: same (0.6). | 1.0 |
| 9/29/2016 | Review email from Michael Zeleny re: whether injunctive relief would be available against Menlo Park (0.4); tel. conf. with Michael re: same (0.4). | 0.8 |
| 10/12/2016 | Review notice from Menlo Park of a hearing on Michael Zeleny's appeal (0.2); review email from Michael re: same (0.2); email to the city re: Michael's medical unavailability (0.2). | 0.6 |
| 10/13/2016 | Review email from Menlo Park re: available hearing dates (0.2); exchange email with Michael Zeleny re: same (0.3). | 0.5 |

| | | |
|---|---|---|
| 10/18/2016 | Review email from Michael Zeleny re: the timing of resumption of protests (0.2); review email from Menlo Park re: postponement of the hearing on Michael's appeal (0.2); exchange email with Michael re: same (0.3).. | 0.7 |
| 10/19/2016 | Email to Michael Zeleny re: next steps and strategy (0.3). | 0.3 |
| 10/24/2016 | Email to Michael Zeleny (0.2). | 0.2 |
| 11/16/2016 | Review notice from Menlo Park re: available hearing dates for Michael Zeleny's appeal (0.2); review email from Michael re: same (0.2). | 0.4 |
| 12/12/2016 | Review email from Menlo Park re: scheduling a hearing on Michael Zeleny's appeal (0.2). | 0.2 |
| 12/15/2016 | Review email from Michael Zeleny (0.2); review email from Pamela Aguilar on behalf of Menlo Park re: scheduling an appeal of the city's permitting decision (0.2). | 0.4 |
| 1/2/2017 | Legal research re: application of the Anti-SLAPP exception to Michael Zeleny's case (1.0); email to Michael re: same (0.2). | 1.2 |
| 1/3/2017 | Review and reply to email from Michael Zeleny re: potential anti-SLAPP issues (0.4). | 0.4 |
| 1/4/2017 | Review email from Michael Zeleny (0.2); review email from Pamela Aguilar on behalf of Menlo Park re: scheduling an appeal of the city's permitting decision (0.2). | 0.4 |
| 1/11/2017 | Review email from Pamela Aguilar on behalf of Menlo Park (0.2). | 0.2 |
| 2/13/2017 | Review email from Michael Zeleny re: next steps (0.2). | 0.2 |
| 2/17/2017 | Review email from Michael Zeleny to Pamela Aguilar on behalf of Menlo Park re: scheduling an appeal of the city's permitting decision (0.2). | 0.2 |
| 2/23/2017 | Review email from Pamela Aguilar to Michael Zeleny (0.2). | 0.2 |
| 2/24/2017 | Review email from Michael Zeleny to Pamela Aguilar on behalf of Menlo Park re: scheduling an appeal of the city's permitting decision (0.2). | 0.2 |
| 3/1/2017 | Review extensive material from Michael Zeleny for potential inclusion in the complaint (0.6). | 0.6 |
| 3/13/2017 | Review email from Michael Zeleny (0.2). | 0.2 |

| | | |
|---|---|---|
| 3/15/2017 | Review email from Pamela Aguilar on behalf of Menlo Park re: scheduling an appeal of the city's permitting decision (0.2). | 0.2 |
| 3/20/2017 | Review email from Pamela Aguilar on behalf of Menlo Park re: scheduling an appeal of the city's permitting decision (0.2); review material drafted by Michael Zeleny re: allegations for the complaint (1.0). | 1.2 |
| 3/22/2017 | Review email from Pamela Aguilar on behalf of Menlo Park re: scheduling an appeal of the city's permitting decision (0.2). | 0.2 |
| 3/27/2017 | Review email from Michael Zeleny to the city re: an appeal of the denial of his permit application and a request for a copy of the recording of the prior level of appeal (0.2); review email from Michael re: a draft Section 1983 complaint (0.2); begin drafting a Section 1983 complaint (1.0). | 1.4 |
| 3/29/2017 | Review revised material from Michael Zeleny for the complaint (0.5). | 0.5 |
| 4/3/2017 | Review further revisions by Michael Zeleny to allegations for the complaint (0.6). | 0.6 |
| 4/5/2017 | Review final revisions by Michael Zeleny to allegations for the complaint (0.4). | 0.4 |
| 4/8/2017 | Exchange email with Michael Zeleny (0.4); meeting with Michael Zeleny to revise a draft complaint (1.5). | 1.9 |
| 4/9/2017 | Revise a draft complaint and email same to Michael Zeleny (1.2); meeting with Michael Zeleny to revise a draft complaint (4.0). | 5.2 |
| 4/10/2017 | Review email exchanged between Michael Zeleny and Pamela Aguilar on behalf of Menlo Park re: exchange of audio recordings of the hearing on the appeal of denial of his permit application, and tel. conf. with Michael re: same (0.5). | 0.5 |
| 4/11/2017 | Email to, from Michael Zeleny re: the city's recording of the hearing on appeal (0.5). | 0.5 |
| 4/14/2017 | Review comments by Michael Zeleny on the draft complaint and email from Michael re: same (1.2). | 1.2 |
| 4/30/2017 | Tel. message from Michael Zeleny (0.1). | 0.1 |
| 5/1/2017 | Review email from Pamela Aguilar re: scheduling an appeal on the city's permitting decision (0.2); review email from Michael Zeleny re: transcribing the August 2016 hearing (0.2). | 0.4 |
| 5/16/2017 | Review email from Michael Zeleny (0.2). | 0.2 |

| | | |
|---|---|---|
| 5/18/2017 | Review further edits by Michael Zeleny to the draft complaint and email from Michael re: same (0.5); tel. conf. with Michael re: same (0.4). | 0.9 |
| 5/20/2017 | Meeting with Michael Zeleny to identify issues for a final version of the complaint (1.5); revise the complaint (1.5); review and reply to email from Michael Zeleny re: additional issues (0.6); review an article in the Yale law journal re: second amendment | 4.0 |
| 5/21/2017 | Meeting with Michael Zeleny to identify additional issues for the complaint (2.0); revise the complaint (1.0); email a list of action items to Michael (0.4); review email from Michael Zeleny re: strategy for the case (0.3). | 3.7 |
| 5/22/2017 | Exchange email with Michael Zeleny re: acquiring transcripts of the trial in September 2014 (0.4); tel. conf. with Michael re: same (0.2). | 0.6 |
| 5/23/2017 | Review email from Michael Zeleny re: action items (0.4); tel. conf. with Michael Zeleny re: same (0.3); tel. calls to Ryan King and Ryan Okabe re: acquiring a transcript of the 2014 criminal trial (0.4). | 1.1 |
| 5/24/2017 | Tel. conf. with Ryan Okabe re: whether communications between the D.A.'s office and NEA are discoverable (0.3); tel. conf. with Sarkis Daghlian re: obtaining title reports on possible domiciles of Xavier Becerra (0.2); exchange email with Sarkis re: same (0.3); review a title report confirming 1633 Hill Road, LA CA as Becerra's domicile (0.2). | 1.0 |
| 5/25/2017 | Email to, from Michael Zeleny re: updates (0.6); review draft inserts prepared by Michael Zeleny for the complaint (0.5); tel. conf. with Michael Zeleny (0.4); meeting with Veritext re: preparation of a transcription of the appeal of Michael's application for a permit (0.2). | 1.7 |
| 5/26/2017 | Exchange email with Michael Zeleny, Catherine Tran, and Veritext re: preparation of a transcription of the appeal hearing (0.3). | 0.3 |
| 5/27/2017 | Tel. message from Michael Zeleny (0.1). | 0.1 |
| 5/30/2017 | Review and reply to email from Veritext re: preparation of a transcription of the hearing on the appeal (0.3); acquire and review the transcription (0.4). | 0.7 |
| 5/31/2017 | Exchange email with Michael Zeleny, Catherine Tran, and Veritext re: the transcription of the appeal hearing (0.3). | 0.3 |

| 6/3/2017 | Meeting with Michael Zeleny to revise the draft complaint (1.1); review email from Michael Zeleny re: same (0.2); review file materials re: same (0.5); edit the draft complaint (0.4). | 2.2 |
| 6/9/2017 | Review an article re: defamation issues and forward same to Michael Zeleny (0.3). | 0.3 |
| 6/26/2017 | Review email from Michael Zeleny (0.2). | 0.2 |
| 7/13/2017 | Email to Michael Zeleny (0.2). | 0.2 |
| 7/15/2017 | Email to, from Michael Zeleny (0.3). | 0.3 |
| 7/26/2017 | Review email from Michael Zeleny (0.2). | 0.2 |
| 7/28/2017 | Review email from Michael Zeleny (0.2). | 0.2 |
| 8/3/2017 | Tel. conf. with Michael Zeleny (0.4) and review email from Michael Zeleny re: the litigation to be filed (0.2). | 0.6 |
| 8/6/2017 | Revise the draft complaint (4.0); email to Michael Zeleny re: same (0.2). | 4.2 |
| 8/7/2017 | Review email from Michael Zeleny (0.2). | 0.2 |
| 8/8/2017 | Further revise the draft complaint and forward it to Michael Zeleny (2.0). | 2.0 |
| 8/9/2017 | Exchange email with Michael Zeleny re: edits to the draft complaint (0.4). | 0.4 |
| 8/11/2017 | Exchange email with Michael Zeleny re: plans for finalizing the complaint (0.2). | 0.2 |
| 8/14/2017 | Email to Michael Zeleny (0.2); email pertinent legal authorities to Damion Robinson and Vicky McDermott (0.4). | 0.6 |
| 8/16/2017 | Review email from Curtin Clay on behalf of Menlo Park re: a hearing date on the appeal of the permit application (0.2). | 0.2 |
| 8/17/2017 | Email to, from Michael Zeleny re: public interest aspects of the litigation to be filed (0.2). | 0.2 |
| 8/19/2017 | Review email from Michael Zeleny re: the upcoming litigation (0.2). | 0.2 |
| 8/20/2017 | Exchange email with Michael Zeleny re: the upcoming litigation (0.3). | 0.3 |
| 8/24/2017 | Meeting with Damion Robinson and Vicky McDermott to strategize re: structuring the complaint and work on same (2.5); tel. conf. with Michael Zeleny re: same (0.5). | 3.0 |
| 8/25/2017 | Review a revised draft of the complaint (0.4); forward same to Michael Zeleny (0.1): exchange email with Michael Zeleny re: same (0.2). | 0.7 |

| Date | Description | Hours |
|---|---|---|
| 8/26/2017 | Review comments by Michael Zeleny on the draft complaint and tel. conf. with Michael re: same (0.4); forward Michael's comments to Damion Robinson and Vicky McCermott (0.2); review an amicus brief concerning Second Amendment issues potentially impacting our case (0.3). | 0.9 |
| 8/30/2017 | Review a revised version of the complaint prepared by Damion Robinson and email attaching same (0.8). | 0.8 |
| 8/31/2017 | Review email from Michael Zeleny re: plans for applying for a film permit (0.2). | 0.2 |
| 9/6/2017 | Review another denial by the City of Michael Zeleny's appeal of denial of a permit (0.3); tel. conf. with Michael re: same (0.4); strategize re: same with Damion Robinson (0.4); exchange email with Vicky McDermott re: revisions to the complaint (0.2); forward a revised version of the complaint to Michael (0.2); review comments from Michael on same (0.2). | 1.7 |
| 9/7/2017 | Review email from Michael Zeleny to the city re: his film permit application (0.2); exchange email with Vicky McDermott re: revisions to a Fourteenth Amendment claim (0.3). | 0.5 |
| 9/13/2017 | Exchange email with Michael Zeleny re: a Fourteenth Amendment claim consistent with recent authority (0.3); exchange email with Vicky McDermott (0.2). | 0.5 |
| 9/14/2017 | Review email from Michael Zeleny re: the City's apparent creation retroactively of criteria for issuance of a permit (0.3); revise and finalize the latest draft of the complaint and email from Vicky McDermott re: same (1.2); circulate same to Michael Zeleny (0.2). | 1.7 |
| 9/15/2017 | Review comments from Michael Zeleny re: the most recent draft of a complaint and tel. conf. with Michael re: same (0.4). | 0.4 |
| 9/16/2017 | Review email from Michael Zeleny (0.2) and revise the draft complaint and meeting with Michael Zeleny to review same (1.0). | 1.2 |
| 9/17/2017 | Review a revised version of the complaint and forward same to Michael Zeleny (0.5). | 0.5 |
| 9/19/2017 | Review additional comments by Michael Zeleny on the draft complaint (0.3). | 0.3 |

| Date | Description | Hours |
|---|---|---|
| 9/20/2017 | Review revisions to the complaint by Michael Zeleny (0.5); email to Michael commenting on same (0.4); forward same and meet with Vicky McDermott re: same (0.3); exchange email with Michael re: same (0.2). | 1.4 |
| 9/21/2017 | Review email from Vicky McDermott to Michael Zeleny (0.2). | 0.2 |
| 9/25/2017 | Email to Damion Robinson re: potential anti-SLAPP issues relating to our complaint (0.2). | 0.2 |
| 9/27/2017 | Review email from Nick Flegel for the city re: Michael Zeleny's film permit application (0.2). | 0.2 |
| 9/28/2017 | Review email from Ivan Toews re: supposed criteria by the city for permits (0.3); tel. conf. with Michael Zeleny re: same (0.4). | 0.7 |
| 10/6/2017 | Review an application by Michael Zeleny to the city for a film permit, and email attaching same (0.3); review email from William McClure re: same (0.2); meeting with Michael Zeleny to strategize (1.0). | 1.5 |
| 10/10/2017 | Review new second amendment authority from the Ninth Circuit and exchange email with Michael Zeleny re: same (0.5). | 0.5 |
| 10/12/2017 | Tel. conf. with Michael Zeleny (0.3). | 0.3 |
| 10/13/2017 | Email to Michael Zeleny re: Second Amendment research (0.3). | 0.3 |
| 11/3/2017 | Review email from Michael Zeleny to the city re: its failure to respond timely to his permit applications (0.2); review email from Michael Zeleny (0.1). | 0.3 |
| 11/6/2017 | Review email from Ivan Toews to Michael Zeleny re: additional information supposedly required for the city to process Michael's film permit application (0.3). | 0.3 |
| 11/10/2017 | Review email from Michael Zeleny responding to Ivan Toews' email on behalf of the city re: Michael's application for a permit (0.3); comment on same (0.1). | 0.4 |
| 11/13/2017 | Review email exchanged between Michael Zeleny and Ivan Toews re: Michael's permit request and delaying tactics by the city (0.4). | 0.4 |
| 11/16/2017 | Review email from Michael Zeleny re: the state of his permit application (0.2). | 0.2 |
| 11/18/2017 | Legal research re: a new *Pruneyard* decision (0.4); email same to Michael Zeleny (0.2). | 0.6 |
| 11/22/2017 | Review email from Nicolas Flegel re: Michael Zeleny's permit application (0.2); comment on same to Michael Zeleny (0.2); review email from Michael re: same (0.2). | 0.6 |

| | | |
|---|---|---|
| 11/26/2017 | Legal research re: a new anti-SLAPP decision denying a motion to dismiss a lawsuit challenging a city's decision on a permit application (0.4); forward same to Michael Zeleny (0.1). | 0.5 |
| 11/27/2017 | Review email from Michael Zeleny to Nick Flegel re: video exemptions to the concealed and open carry statutes (0.3). | 0.3 |
| 12/7/2017 | Review email from Nick Flegel re: yet more moving criteria for special event and film permits (0.4); review the new Ninth Circuit *Epona* decision and email same to Michael Zeleny (0.6); email the Flegel email and the *Epona* decision to Damion Robinson (0.2). | 1.2 |
| 12/8/2017 | Review email from Michael Zeleny and a proposed response to Nick Flegel's email (0.4); review email exchanged between Michael Zeleny and Damion Robinson re: qualified immunity issues (0.2); review Michael's response delivered to city representatives (0.2). | 0.8 |
| 12/18/2017 | Review email from Michael Zeleny re: whether to include permitting issues in the complaint, and review comments from Michael on the current draft of the complaint (0.3). | 0.3 |
| 12/20/2017 | Review email from Michael Zeleny to Nick Flegel re: a final effort to resolve permiting issues before Section 1983 litigation is filed (0.3). | 0.3 |
| 12/21/2017 | Review email from Nick Flegel responding to Michael Zeleny's recent emails (0.3) and a response thereto by Micahel (0.2); review email from Michael re: strategy for the upcoming litigation (0.3). | 0.8 |
| 12/22/2017 | Review additional comments by Michael Zeleny on the complaint (0.2); review email from Nick Flegel re: Michael's permit applications (0.2); review email exchanged between Damion Robinson and Michael re: possible injunctive relief to seek and further revisions to the complaint (0.4) | 0.8 |
| 12/25/2017 | Review final edits to the complaint by Michael Zeleny (0.2). | 0.2 |
| 12/28/2017 | Review email from Damion Robinson (0.1); finalize the complaint for filing (1.0). | 1.1 |
| 12/29/2017 | Review email from Michael Zeleny re: the filed version of the complaint (0.1): review the filed versions of the complaint on ECF (0.2). | 0.3 |

| 1/23/2018 | Review and reply to email from Noreen Skelly on behalf of Gov. Brown and AG Becerra requesting an extension to respond to the complaint (0.3); review and reply to email from Nicolas Flegel re: same on behalf of the Ciyt of Menlo Park and Dave Bertini (0.3). | 0.6 |
| 1/1/2018 | Review email from Damion Robinson to Michael Zeleny (0.2). | 0.2 |
| 1/3/2018 | Review email from Damion Robinson with legal analysis re: service requirements for a complaint challenging the constitutionality of a statute, and tel. conf. with Damion re: same (0.4). | 0.4 |
| 1/11/2018 | Review cmail from Damion Robinson and Michale Zeleny (0.2). | 0.2 |
| 1/12/2018 | Review and reply to multiple email from Michael Zeleny and Damion Robinson (0.5). | 0.5 |
| 1/23/2018 | Review and reply to email from Noreen Skelly and from Nick Flegel granting requested extensions of time for the defendants to respond to the complaint. | 0.4 |
| 1/30/2018 | Review email from Noreen Skelly attaching a draft stipulation re: an extension of time for the governor and attorney general to respond to the complaint (0.2). | 0.2 |
| 1/31/2018 | Review email from Noreen Skelly following up on yesterday's email (0.2). | 0.2 |
| 2/2/2018 | Exchange email with Todd Master re: introductions to the case (0.2); review a notice of appearance by Noreen Skelly and related first-appearance filings (0.3); review certificates of service on the defendants (0.2). | 0.7 |
| 2/3/2018 | Review email from Michael Zeleny (0.2). | 0.2 |
| 2/4/2018 | Review an article in the Palo Alto Daily Post re: the lawsuit (0.2); exchange with Michael Zeleny re: same (0.2); review email from Todd Master re: scheduling a tel. conf. (0.1). | 0.5 |
| 2/5/2018 | Review email from Michael Zeleny (0.2); review email from Damion Robinson responding to same (0.1); review a notice from the court of assignment to a new judge (0.2). | 0.5 |
| 2/6/2018 | Tel. message from Todd Master (0.2); review a notice of assignment of the case to Judge Seeborg and a notice of a case management conference (0.3). | 0.5 |

| | | |
|---|---|---|
| 2/8/2018 | Tel. call from Todd Master re: introductory issues (0.4); exchange contact information with Todd Master (0.2); email to Michael Zeleny re: the call (0.4); review email from Damion Robinson and Michael (0.2). | 1.2 |
| 2/9/2018 | Review a proposed stipulation emailed by Todd Master (0.2). | 0.2 |
| 2/12/2018 | Review email from Michael Zeleny proposing settlement terms with the City and Dave Bertini (0.2); review email from Todd Master re: his proposed stipulation (0.2). | 0.4 |
| 2/15/2018 | Review and reply to email from Faith Kelly (0.2); review the filed version of the stipulation extending the time for Menlo Park and Dave Bertini to respond to the complaint (0.2); review an order from the court approving the stipulation (0.2). | 0.6 |
| 2/19/2018 | Review email from Noreen Skelly re: the upcoming status conference, a motion to dismiss she intends to file, and meeting and conferring to prepare a joint CMC statement (0.2); review email from Damion Robinson replying to same (0.1). | 0.3 |
| 2/20/2018 | Review email from Noreen Skelly and Todd Master re: meeting and conferring for the joint CMC statement (0.2); review email from Todd Master re: possible settlement negotiations and exchange email with Michael Zeleny re: same (0.4). | 0.6 |
| 2/22/2018 | Review multiple email between Damion Robinson, Noreen Skelly, and Todd Master to schedule a meet and confer call (0.3); review a motion to dismiss filed by Gov. Brown and AG Becerra (0.4); discuss same with Damion Robinson (0.4); email to Michael Zeleny attaching the motion to dismiss and analyzing same (0.3); review email from Michael (0.2). | 1.6 |
| 2/23/2018 | Exchange extensive email with Michael Zeleny (0.4); debrief with Damion Robinson re: a conference call with Todd Master and Noreen Skelly and review email from Damion Robinson re: same (0.4); forward same to Michael Zeleny (0.1). | 0.9 |

| Date | Description | Hours |
|---|---|---|
| 2/26/2018 | Meeting with Michael Zeleny re: strategy and timing of next steps (0.6); review a notice filed by Noreen Skelly of ADR certification (0.2); review a draft ADR certification and email attaching same prepared by Damion Robinson (0.2); review email from Todd Master (0.2). | 1.2 |
| 3/1/2018 | Review a draft opposition to the motion to dismiss by Gov. Brown and AG Becerra (0.4). | 0.4 |
| 3/5/2018 | Review email from Todd Master re: negotiations over permitting (0.2); review email from Damion Robinson forwarding and discussing same to Michael Zeleny (0.2). | 0.4 |
| 3/6/2018 | Review and approve an opposition prepared by Damion Robinson to the State's motion to dismiss (0.4); review email from Michael Zeleny re: permit negotiations (0.2). | 0.6 |
| 3/7/2018 | Review and reply to email from Todd Master re: negotiations of T,P,M terms for Michael's protests (0.3); review ADR certifications filed by Todd Master (0.2); review an ADR certification filed by Damion Robinson (0.2). | 0.7 |
| 3/8/2018 | Exchange email with Todd Master re: negotiations of T, P, M terms for Michael Zeleny's protests (0.2); review email from Michael Zeleny re: same (0.2). | 0.4 |
| 3/9/2018 | Review a notice from the court of a need for an ADR conference (0.2). | 0.2 |
| 3/12/2018 | Review a notice from the court setting an ADR conference for March 28, 2018 (0.2). | 0.2 |
| 3/13/2018 | Review email from Todd Master re: negotiations over permitting (0.2). | 0.2 |
| 3/15/2018 | Review a reply filed by Gov. Brown and AG Becerra in support of their motion to dismiss (0.3); strategize re: same with Damion Robinson (0.3). | 0.6 |
| 3/16/2018 | Review email from Michael Zeleny re: terms for issuance of permits (0.2). | 0.2 |
| 3/23/2018 | Review an answer by the City and Dave Bertini to the complaint (0.3); strategize with Damion Robinson re: same (0.3); review email exchanged between Damion Robinson and Todd Master re: the timing of preparation of a case management statement (0.2). | 0.8 |

| | | |
|---|---|---|
| 3/27/2018 | Review notices from the court that the CMC is continued and the motion to dismiss will be decided without oral argument (0.2). | 0.2 |
| 3/28/2018 | Review a minute entry reflecting today's ADR conference (0.2); review email from Michael Zeleny (0.2). | 0.4 |
| 4/3/2018 | Review and edit subpoenas to be served on third party witnesses (0.6); email to Michael Zeleny and Damion Robinson re: same (0.2); review edits by Michael Zeleny (0.2). | 1.0 |
| 4/11/2018 | Review a stipulation prepared by Todd Master re: the parties' request that the matter be referred for settlement conference before a magistrate judge (0.2); review an order approving the stipulation (0.2). | 0.4 |
| 4/12/2018 | Meeting with Michael Zeleny re: service of subpoenas on third party witnesses (0.4); review an order referring this case to Magistrate Judge Cousins for a settlement conference (0.2). | 0.6 |
| 4/16/2018 | Review email exchanged between Damion Robinson and Michael Zeleny re: service of deposition subpoenas (0.3); meeting with Damion re: same (0.2). | 0.5 |
| 4/17/2018 | Review an order from the court granting in part and denying in part the motion to dismiss by Gov. Brown and AG Becerra (0.2); email a copy of same to Michael Zeleny (0.1); review email from Damion Robinson and Michael Zeleny re: same (0.3). | 0.6 |
| 4/18/2018 | Email to, from Michael Zeleny (0.3); review email from Todd Master objecting to our deposition notices of NEA personnel (0.2); meeting with Damion Robinson to strategize re: a response (0.4); review email exchanged between Damion and Todd Master re: same (0.3); forward same to Michael Zeleny (0.1). | 1.3 |
| 4/19/2018 | Review email from Noreen Skelly (0.2). | 0.2 |
| 4/25/2018 | Review an answer by A.G. Becerra to the complaint (0.2). | 0.2 |
| 4/27/2018 | Review a draft CMC statement prepared by Todd Master and email attaching same (0.3): review an order setting a settlement conference for May 17, 2018 (0.2); review email from Damion forwarding the order to Michael Zeleny (0.2). | 0.4 |

| Date | Description | Hours |
|---|---|---|
| 5/1/2018 | Review email from Noreen Skelly and Damion Robinson re: preparing a joint CMC statement (0.2); review edits by Damion to the draft statement circulated by Todd Master last week (0.2) and email from Damion to Todd Master and Noreen Skelly re: same (0.1). | 0.5 |
| 5/2/2018 | Review a revised draft CMC statement circulated by Todd Master (0.2). | 0.2 |
| 5/3/2018 | Review email exchanged between Todd Master and Damion Robinson re: final edits to the CMC statement (0.2); review a final draft CMC statement circulated by Faith Kelly for Todd Master (0.2); review the filed version of the CMC statement (0.2). | 0.6 |
| 5/4/2018 | Review a notice from the court continuing the initial CMC (0.2). | 0.2 |
| 5/7/2018 | Review email exchanged between Damion Robinson and Todd Master re: deposition scheduling and the upcoming settlement conference and CMC (0.5); discuss same with Damion (0.3) | 0.8 |
| 5/8/2018 | Review a settlement conference statement by AG Becerra (0.3) and discuss same with Damion Robinson (0.3); tel. conf. with Michael Zeleny re: same (0.3). | 0.9 |
| 5/9/2018 | Review a draft settlement conference statement for Michael Zeleny prepared by Damion Robinson (0.3); strategize re: same with Damion and tel. conf. with Michael re: same (0.4). | 0.7 |
| 5/10/2018 | Review edits by Michael Zeleny to our settlement conference statement (0.3); discuss same with Damion Robinson (0.2). | 0.5 |
| 5/14/2018 | Review a new decision limiting availability of depositions of high ranking government officials absent direct personal knowledge of facts at issue (0.5). | 0.5 |
| 5/16/2018 | Prepare for tomorrow's settlement conference (2.0); tel. conf's with Michael Zeleny and exchange email with Michael re: same (0.6). | 2.6 |
| 5/17/2018 | Travel to, from and attend a settlement conference (9.0); meet and confer with defense counsel re: deposition scheduling (subsumed): strategize with Michael Zeleny (subsumed); review a minute entry by Magistrate Judge Cousins (0.2).. | 9.2 |

| | | |
|---|---|---|
| 5/18/2018 | Review email from Todd Master re: additional information purportedly needed for a permit application (0.2); email to Todd Master re: the *Epona v. County of Ventura* Ninth Circuit decision (0.4). | 0.6 |
| 5/20/2018 | Review email from Michael Zeleny (0.2). | 0.2 |
| 5/29/2018 | Review email from Michael Zeleny re: arranging for service of subpoenas on third parties (0.2). | 0.2 |
| 6/4/2018 | Legal research re: limits on territorial limits to a county DA's authority (0.4); review email from Todd Master re: film permitting requirements in Menlo Park (0.2). | 0.6 |
| 6/5/2018 | Review email from Todd Master re: an updated joint status conference report (0.2). | 0.2 |
| 6/6/2018 | Discuss edits with Damion Robinson to the latest version of a joint status conference report (0.3); review email from Damion to Todd Master re: same (0.2). | 0.5 |
| 6/7/2018 | Review a final version of an updated status conference statement and email from Todd Master re: same (0.2); review the filed version of the statement (0.2). | 0.4 |
| 6/12/2018 | Review email from Damion Robinson re: coverage for the CMC on June 14 (0.2); discuss same with Damion (0.2). | 0.4 |
| 6/13/2018 | Meeting with Damion Robinson to prepare for the case management conference tomorrow (0.5). | 0.5 |
| 6/14/2018 | Meeting with Damion Robinson to debrief re: the status conference this morning (0.4); review a scheduling order by the court (0.2). | 0.6 |
| 7/11/2018 | Review email from Magistrate Judge Cousins (0.2); tel. call to Magistrate Judge Cousins (0.2). | 0.4 |
| 7/12/2018 | Review a minute entry by Magistrate Judge Cousins re: yesterday's events (0.2). | 0.2 |
| 7/24/2018 | Review email from Michael Zeleny re: a new Second Amendment decision (0.2). | 0.2 |
| 8/1/2018 | Review email from Michael Zeleny re: recent articles on Second Amendment litigation (0.3). | 0.3 |
| 8/3/2018 | Review initial disclosures by defendants City of Menlo Park and Dave Bertini (0.3). | 0.3 |
| 8/6/2018 | Review email from Michael Zeleny re: deposition testimony to seek from Barak Engel (0.2): review email from Barak Engel re: same (0.1). | 0.3 |

| | | |
|---|---|---|
| 9/24/2018 | Exchange email with Michael Zeleny and meeting with Michael Zeleny re: preparation of Rule 26 initial disclosures (0.8); review materials assembled by Michael Zeleny re: same (0.8). | 1.6 |
| 9/25/2018 | Email to Michael Zeleny re: assembly of documents for our Rule 26 disclosure (0.2). | 0.2 |
| 9/27/2018 | Meeting with Michael Zeleny and Damion Robinson to discuss our Rule 26 voluntary disclosures and strategize re: depositions (1.0). | 1.0 |
| 10/3/2018 | Review timeline materials from Michael Zeleny (0.4). | 0.4 |
| 10/5/2018 | Review email from Michael Zeleny (0.2). | 0.2 |
| 10/6/2018 | Review email from Michael Zeleny (0.2). | 0.2 |
| 10/9/2018 | Review email from Michael Zeleny identifying witnesses for Rule 26 disclosure purposes, and prepare a spreadsheet re: same (0.4). | 0.4 |
| 10/11/2018 | Meeting with Michael Zeleny re: his Rule 26 initial disclosure requirements (1.0); meeting with Damion Robinson re: same (0.2). | 1.2 |
| 10/14/2018 | Tel. conf. with Michael Zeleny re: the state of the case and our Rule 26(a) disclosures (0.4). | 0.4 |
| 10/21/2018 | Review a draft set of initial disclosures prepared by Michael Zeleny (0.4). | 0.4 |
| 10/22/2018 | Meeting with Michael Zeleny re: his Rule 26 initial disclosures (0.8); meeting with Damion Robinson re: same (0.2); review revised disclosures prepared by Damion (0.3). | 1.3 |
| 10/23/2018 | Review revised Rule 26(a) disclosures drafted by Michael Zeleny and email from Michael relating thereto (0.3). | 0.3 |
| 10/27/2018 | Review email from Damion Robinson with the latest draft disclosures (0.3); approve same (0.2). | 0.5 |
| 11/2/2018 | Review email from Damion Robinson serving initial Rule 26(a) disclosures on defendants' counsel (0.2) | 0.2 |
| 11/6/2018 | Review email from Magistrate Judge Cousins' deputy re: a settlement status update (0.2): forward and exchange email with Michael Zeleny re: same (0.2); review a response by Michael Zeleny (0.1). | 0.5 |
| 11/16/2018 | Review email from Damion Robinson to defense counsel re: deposition scheduling (0.2). | 0.2 |
| 11/18/2018 | Review email from Todd Master re: deposition scheduling (0.2). | 0.2 |

| | | |
|---|---|---|
| 11/19/2018 | Review email from Noreen Skelly re: deposition scheduling (0.2). | 0.2 |
| 11/26/2018 | Review discovery propounded to Michael Zeleny by the City and by Bertini. | 0.3 |
| 11/29/2018 | Meeting with Michael Zeleny to strategize re: subpoenas to be propounded and discovery propounded by the City and by Bertini. | 2.0 |
| 11/30/2018 | Review text messages from Michael Zeleny and Barak Engel re: scheduling Barak's deposition. | 0.3 |
| 12/7/2018 | Review a notice by the City and Chief Bertini of taking the deposition of Michael Zeleny (0.2). | 0.2 |
| 12/12/2018 | Review email from Damion Robinson re: improper setting by defendants of the deposition of plaintiff and refusal by the defendants for months now to select dates for depositions of defendants' witnesses (0.2); review email from Todd Master responding to same (0.2). | 0.4 |
| 12/13/2018 | Review email from Michael Zeleny re: subpoenas to be served on third party witnesses (0.3) | 0.3 |
| 1/2/2019 | Review email from Todd Master re: our NEA subpoenas (0.2); review email from Damion Robinson re: same (0.2) and discuss same with Damion (0.2). | 0.6 |
| 1/3/2019 | Review email exchanged between Damion Robinson and Michael Zeleny re: the NEA depositions (0.3). | 0.3 |
| 1/4/2019 | Meeting with Damion Robinson to strategize re: upcoming depositions (0.4); review email exchanged between Damion and Todd Master re: the City's refusal to take a clear position on permitting requirements (0.5). | 0.9 |
| 1/7/2019 | Tel. conf. with Michael Zeleny re: scheduling depositions (0.4). | 0.4 |
| 1/8/2019 | Meetings with Damion Robinson to strategize re: deposition scheduling (0.5); review email exchanged between Damion and counsel for NEA (0.5); discuss language with Damion for an email to prepare a meet and confer conference call (0.3). | 1.3 |
| 1/9/2019 | Meetings with Damion Robinson re: deposition scheduling (0.4); review email exchanged between Damion and counsel for NEA (0.4). | 0.8 |

| | | |
|---|---|---|
| 1/10/2019 | Review email from counsel for NEA and objections by NEA to our subpoenas (0.4); review email exchanged between Todd Master's assistant and Damion Robinson re: the NEA depositions (0.2); review email from Todd Master re: deposition scheduling (0.2). | 0.8 |
| 1/11/2019 | Meet and confer with Roger Lane, Courney Worcester, and Damion Robinson re: the scope of our subpoena on NEA (0.5); review email from Damion Robinson confirming the conference (0.3); email to the participants re: same (0.2). | 1.0 |
| 1/14/2019 | Meeting with Michael Zeleny to strategize re: discovery and trial preparation (1.0); email to Michael re: same (0.2); review email from the City's counsel re: document production (0.2). | 1.4 |
| 1/16/2019 | Review and reply to email from Todd Master and Damion Robinson re: deposition scheduling (0.4); meeting with Michael Zeleny re: same, re: a FOIA request to the FBI, and re: preparation of briefing in support of our right to the depositions we seek (0.6). | 1.0 |
| 1/17/2019 | Review and reply to email from Michael Zeleny and Damion Robinson re: obtaining a corrected transcription from the reporter hired to transcribe the 2016 permit appeal (0.4); email to the court reporter re: same (0.2); review and reply to email from Michael re: a FOIA request to the FBI (0.3). | 0.9 |
| 1/18/2019 | Legal research confirming that an assistant D.A. acts as an agent of the People of the State of California, not as a local authority (0.8); review email from Michael Zeleny (0.2). | 1.0 |
| 1/21/2019 | Review email from Michael Zeleny re: a FOIA request (0.2) and email from the court reporter re: correcting the transcription of the recording of the August 2016 hearing (0.2). | 0.4 |
| 1/24/2019 | Email to Damion Robinson re: editing the categories of the NEA subpoenas (0.2). | 0.2 |
| 1/25/2019 | Revise the RFP attachment to third party subpoenas (0.6); email to Damion Robinson (0.3) and tel. conf. with Damion Robinson re: serving same (0.3); review a motion by NEA to quash our NEA subpoenas (0.5); review email from Michael Zeleny (0.2); email to, from Damion Robinson re: deposition scheduling (0.4); . | 1.2 |

| 1/27/2019 | Review and approve updated WebEx subpoenas and arrangements for service of same (0.3) | 0.3 |
| 1/28/2019 | Review and approve written discovery propounded to the City of Menlo Park (0.6); review correspondence from Todd Master re: discovery propounded to us (0.2). | 0.8 |
| 1/29/2019 | Review email from Damion Robinson to Todd Master re: deposition scheduling (0.2). | 0.2 |
| 1/30/2019 | Review email from Todd Master re: scheduling Michael Zeleny's deposition (0.2); review email from Damion Robinson to Michael re: same (0.2); review email from Noreen Skelly and Todd Master re: deposition scheduling (0.2). | 0.6 |
| 2/4/2019 | Analyze NEA's motion to quash and strategize re: opposing it (0.5); review email from Damion Robinson (0.2); tel. conf. with Michael Zeleny re: deposition scheduling and preparation of an opposition to NEA's motion to quash (0.3); review multiple email from Michael (0.4). | 1.4 |
| 2/5/2019 | Review email from Damion Robinson to Michael Zeleny re: depositions to be taken and preparation of an opposition to NEA's motion to quash (0.3); legal research re: recent Ninth Circuit cases on the Second Amendment and seeking an injunction against enforcement of unconstitutional statues/ordinances (1.5); tel. conf. with Michael Zeleny re: discovery issues and preparation (0.5); review documents relating to pro hac vice admission of Roger Lane and Courtney Worcester (0.2); review email exchanged between Roger Lane and Damion re: NEA depositions (0.2); further tel. conf's with Michael re: discovery issues (0.3). | 3.0 |

| 2/6/2019 | Review email exchanged between Michael and the court reporter re: the transcription of the hearing of August 2016, and transfer the audio files of the hearing to the court reporter (0.4); meetings with Michael Zeleny and Damion Robinson to identify factual issues and evidence for opposition to NEA's motion to quash and for deposition preparation (1.5); review materials prepared by Michael (0.5); strategize with Damion re: the opposition and discovery to seek (0.3); meeting with Larry Berliner re: his declaration in support of our opposition to the NEA motion (0.5); review email from Damion to Todd Master (0.1). | 3.7 |
| 2/7/2019 | Review email from Todd Master re: logistics for the deposition of Michael Zeleny (0.2); review additional materials prepared by Michael Zeleny (0.5); review email exchanged between Damion Robinson and Michael re: a draft declaration and finalizing same by tomorrow (0.4). | 1.1 |
| 2/8/2019 | Review email exchanged between Damion Robinson and Michael Zeleny re: Michael's declaration in opposition to NEA's motion to quash (1.0), revise, and finalize a declaration in support of our opposition to NEA's motion to quash (1.0); tel. conf. with Michael Zeleny re: the opposition papers (0.4); review the brief and Michael's declaration (0.5); meetings with Damion Robinson re: revising and finalizing the opposition papers (0.6); exchange email with Michael Zeleny re: arrangements for service of subpoenas (0.3). | 3.8 |
| 2/10/2019 | Review and approve a production of documents to the City (0.5); review email exchanged between Damion Robinson and Todd Master re: the City's overdue production of documents and deposition scheduling (0.4). | 0.9 |

| | | |
|---|---|---|
| 2/11/2019 | Exchange email with Michael Zeleny re: making arrangements for service of subpoenas (0.2); tel. conf. with Michael re: same (0.2); review and reply to email exchanged between Damion Robinson and counsel for the City and the State re: continuing the discovery deadline and scheduling depositions (1.4); meeting with Damion re: same (0.3); exchange email with Damion and Michael re: the Barak Engel deposition (0.4); conf. call with Michael Zeleny and Barack Engel re: scheduling his deposition (0.5); review and reply to email from dcfcnsc counsel re: discovery scheduling; review and reply to email from Noreen Skelly (0.4). | 3.4 |
| 2/12/2019 | Review email from Todd Master (0.2); email to, from opposing counsel re: the intended scope of Barak Engel's testimony (0.6); tel. conf. with Damion Robinson, Todd Master, and Noreen Skelly re: a stipulation to amend scheduling and deposition scheduling (0.5); review and reply to email from Todd Master confirming postponement of the deposition of Michael Zeleny and the City's PMQ (0.4); review email exchanged between Todd and Damion confirming an extension for Det. Bertini and the City to respond to written discovery (0.3); exchange email with Noreen Skelly (0.3). | 2.3 |
| 2/13/2019 | Review a proposed stipulation drafted by Damion Robinson to continue trial and related pretrial dates (0.3); review email exchanged between Damion and opposing counsel re: revisions to same (0.7); review email from Michael Zeleny (0.2). | 1.2 |
| 2/14/2019 | Tel. conf. with Todd Master to meet and confer re: deposition scheduling (0.5); tel. conf. with Michael Zeleny re: same (0.2); review email from Damion Robinson to opposing counsel (0.2). | 0.9 |
| 2/15/2019 | Review the filed finalized version of the stipulation to continue trial and related pretrial dates (0.2); review a reply by NEA in support of its motion to quash our subpoenas (0.4). | 0.6 |

| | | |
|---|---|---|
| 2/19/2019 | Review email from Todd Master re: deposition scheduling (0.2); review objections by the City to our notice of deposition of its PMQ (0.2); review an order by the court approving our stipulation to continue trial etc. (0.2); review an order referring the case to Magistrate Judge Hixon for discovery disputes (0.2); review an order setting a hearing date on the motion to quash (0.2); review email from Damion Robinson re: consultations with Eugene Volokh as to whether truth of content bears on its serious value under the *Miller* obscenity test (0.6); review additional legal analysis re: same (0.5); review email from Michael Zeleny (0.2); review email from Damion Robinson to Todd Master re: multiple meet and confer subjects (0.2); | 2.5 |
| 2/20/2019 | Strategize with Damion Robinson re: deposition scheduling (0.3); review email from Damion to Todd Master re: same (0.2); review email from Roger Lane, Damion Robinson, and Noreen Skelly re: rescheduling the hearing on NEA's motion to quash (0.4); review email from Roger Lane re: rescheduling the depositions of NEA individuals to correspond to a ruling on NEA's motion to quash (0.2). | 1.1 |
| 2/21/2019 | Review email from Todd Master re: deposition scheduling (0.3); review email from Roger Lane re: deposition scheduling and requesting a stipulation to reschedule NEA's motion to quash (0.2); review and reply to email from counsel re: same (0.4); review email exchanged between Todd Master and Damion Robinson re: the Engel and Zeleny depositions (0.3); review a minute order from the court rescheduling NEA's motion (0.2); revise a sur-reply in opposition to NEA's motion to quash (0.6); review and reply to email and correspondence from Roger Lane re: the subpoenas we served on Richard Kramlich and Scott Sandell (0.4); email to, from Michael Zeleny (0.4). | 2.8 |
| 2/22/2019 | Review an order from the court approving our application to file a sur-reply (0.2). | 0.2 |
| 2/24/2019 | Review email from Todd Master re: scheduling (0.2). | 0.2 |
| 2/27/2019 | Review email from Todd Master (0.2). | 0.2 |
| 3/1/2019 | Review email from Michael Zeleny re: deposition scheduling and strategy (0.2). | 0.2 |

Case 3:17-cv-07357-RS   Document 207-1   Filed 12/03/21   Page 42 of 163

| | | |
|---|---|---|
| 3/4/2019 | Review and reply to email from Todd Master re: scheduling Michael Zeleny's deposition (0.2); review discovery responses by Menlo Park and Chief Bertini (0.4); discuss same with Damion Robinson (0.3). | 0.9 |
| 3/6/2019 | Prepare for the hearing tomorrow on NEA's motion to quash (1.2); tel. conf. with Michael Zeleny re: same (0.2); email to Todd Master re: deposition scheduling (0.2). | 1.6 |
| 3/7/2019 | Attend the hearing on NEA's motion to quash (8.4); meeting with Todd Master (0.3); tel. calls and email to Michael Zeleny re: the hearing (0.5); review the court's order on the motion to quash and forward same to Michael (0.3). | 9.5 |
| 3/8/2019 | Review email from Todd Master re: deposition scheduling (0.2); tel. call from Michael Zeleny (0.2). | 0.4 |
| 3/12/2019 | Review and reply to email from Todd Master re: scheduling the depositions of Michael Zeleny and Chief Bertini (0.3); review email exchanged between Damion Robinson and Todd Master re: same (0.5); review email exchanged between Michael and Damion (0.2); review a letter from Damion to Todd Master re: deficiencies in the City's responses to written discovery (0.2). | 1.2 |
| 3/13/2019 | Review documents produced by Chief Bertini and the City (0.4); strategize with Damion Robinson re: use of the documents in depositions (0.4); review meet and confer email exchanged between Damion Robinson and Todd Master re: the City parties' discovery responses and a PMQ deposition of the City (0.4); tel. conf. with Michael Zeleny re: preparation for depositions next week (0.3); review email exchanged between Todd Master and Damion Robinson re: the scope and groundrules for the depositions (0.3). | 1.8 |
| 3/14/2019 | Review email exchanged between Todd Master and Damion Robinson re: depositions next week (0.6); strategize with Damion re: same (0.3). | 0.9 |
| 3/15/2019 | Review email exchanged between Damion Robinson and Todd Master re: the City's production of documents (0.4); review email from Michael Zeleny re: preparation for his deposition (0.2); review email from Todd Master re: arrangements and location for the depositions next week (0.2). | 0.8 |

| Date | Description | Hours |
|------|-------------|-------|
| 3/16/2019 | Tel. conf. with Michael Zeleny and Damion Robinson re: preparation for his deposition, and meetings with Damion re: same (0.5). | 0.5 |
| 3/17/2019 | Meeting with Michael Zeleny and Damion Robinson to prepare for Michael's deposition (1.5); exchange text messages with Michael re: same (0.1); tel. conf. with Michael re: same (0.4). | 2.0 |
| 3/18/2019 | Exchange text messages with Damion Robinson re: updates on the Zeleny deposition (0.4); telephonic debrief with Michael Zeleny and Damion re: the deposition (0.4); exchange email with Todd Master and the AG's office re: the AG's supposed lack of notice re: the depositions today and tomorrow (0.5). | 1.3 |
| 3/19/2019 | Review email from Michael Zeleny and Damion Robinson re: Michael's deposition (0.3); tel. conf. with Michael and Damion re: same and re: general strategy (0.5). | 0.8 |
| 3/20/2019 | Strategize with Damion Robinson re: amending the complaint to allege conspiracy between the City and NEA (0.6); review documents produced by the City for completeness re: the 2010-2011 NEA litigation (0.6); review email from Damion to Todd Master to meet and confer re: deposition misconduct by Todd Master (0.2); review an analysis by Damion Robinson re: amending our complaint and comments thereon by Michael Zeleny (0.4). | 1.8 |
| 3/21/2019 | Review, revise, and finalize a motion for reconsideration by the district court judge of the magistrate judge's ruling on NEA's motion to quash (1.0); strategize with Damion Robinson re: further depositions to take, a meet and confer email to Todd Master re: his misconduct at the Bertini deposition, and a motion to amend the complaint (0.8); meeting with Michael Zeleny (0.5); review meet and confer correspondence by Damion to defense counsel (0.2). | 2.5 |
| 3/22/2019 | Review a notice from the court continuing the hearing of April 25 to May 2, 2019 (0.2); review email from Noreen Skelly (0.2). | 0.4 |
| 3/25/2019 | Review email exchanged between Damion Robinson and opposing counsel re: topics for the deposition of the PMQ for the State of California (0.2); review email from Michael Zeleny (0.2). | 0.4 |

| Date | Description | Hours |
|---|---|---|
| 3/26/2019 | Review email exchanged between Todd Master and Damion Robinson re: discovery issues (0.4); legal research re: discovery citations for motions and email same to Damion (1.0); tel. conf. with Damion Robinson to strategize re: discovery issues (0.4); review a draft first amended complaint and a draft status conference statement prepared by Damion Robinson (0.6) and email conveying same to opposing counsel (0.2); review email from Noreen Skelly (0.2). | 2.8 |
| 3/27/2019 | Review and edit a first amended complaint (0.5); strategize with Damion Robinson re: obtaining a stipulation from opposing counsel to allow the first amended complaint to be filed (0.4); review multiple email exchanged between Damion Robinson and opposing counsel re: same and re: edits to a draft joint status conference statement (1.2); debrief with Damion Robinson re: his effort to meet and confer with Todd Master re: Master's deposition misconduct (0.3). | 2.4 |
| 3/28/2019 | Review email from Noreen Skelly re: our proposed FAC and status conference statement (0.3); review email exchanged among Damion Robinson, Noreen Skelly, and Todd Master re: the stipulation to permit our amended complaint and the joint status conference statement (0.4); review email from Michael Zeleny (0.2).. | 0.9 |
| 3/29/2019 | Review email exchanged between Damion Robinson, Noreen Skelly, and Todd Master re: the stipulation for our amended complaint and the joint status report (0.4); review a district court decision forwarded by Michael Zeleny striking CA's ban on standard capacity magazines (0.3); review the final version of the stipulation and joint report filed with the court (0.2). | 0.9 |
| 3/30/2019 | Review email exchanged between Damion Robinson and David Markevitch re: motions to compel we plan to file (0.3). | 0.3 |
| 4/1/2019 | Review an order from the court authorizing our first amended complaint (0.2); discussion with Damion Robinson (0.2) and review email from Damion Robinson containing legal research re: identification of NEA in the first amended complaint (0.4). | 0.6 |

| | | |
|---|---|---|
| 4/2/2019 | Review email exchanged between Damion Robinson, Noreen Skelly, and Todd Master re: scheduling the defendants' depositions and scheduling the deposition of Sharron Kaufman in May to accommodate her personal circumstances (0.4); review a meet and confer letter and a privilege log from Todd Master (0.4). | 0.8 |
| 4/3/2019 | Review objections by NEA to our motion for review by the district court judge of Magistrate Judge Hixon's rulings on our NEA subpoena (0.3). | 0.3 |
| 4/4/2019 | Review discovery responses by Xavier Becerra (0.3; tel. conf. with Damion Robinson to strategize re: the hearing this morning (0.3); debrief with Damion after the hearing (0.3); review and reply to email exchanged between Damion and Michael Zeleny (0.4); review a stipulation drafted by Damion, email from Todd Master re: same, and proposed revisions to it by Noreen Skelly (0.5); revise the stipulation (0.2); review and reply to email from Damion Robinson and Michael Zeleny re: today's status conference, NEA's entrance into the case, and upcoming discovery (0.3); review orders by the Court from today's hearing (0.2). | 2.5 |
| 4/5/2019 | Review final revisions to a stipulation to continue discovery deadlines and email exchanged between Damion Robinson and opposing counsel re: same (0.4); review an order from the court setting a deadline for a confidential settlement statement (0.1). | 0.5 |
| 4/8/2019 | Review email exchanged between Damion Robinson, Noreen Skelly, and Todd Master re: their stipulation to permit a corrected First Amended Complaint and continue pretrial dates (0.2). | 0.2 |
| 4/9/2019 | Review a final version of a stipulation filed with the court and the court's order thereon, and a corrected first amended complaint (0.2); review the State's answer to the first amended complaint (0.2); review email exchanged among Damion Robinson and defense counsel confirming postponement of depositions pending resolution of NEA's role as a defendant in the case (0.2); review email from Damion to counsel for the San Mateo County D.A.'s office (0.2). | 0.8 |

| | | |
|---|---|---|
| 4/10/2019 | Tel. conf. with Michael Zeleny re: corrections to the transcription of the August 2016 appeal and re: deposition scheduling (0.3); review email from counsel for the San Mateo County D.A.'s office (0.2); exchange email with Damion Robinson confirming withdrawal of our motion re: the NEA subpoenas in light of NEA's new status as a defendant and not a third party (0.2). | 0.7 |
| 4/11/2019 | Review email from Damion Robinson to counsel for the San Mateo County D.A.'s office confirming their meet-and-confer discussion (0.2). | 0.2 |
| 4/15/2019 | Review an answer to the First Amended Complaint by the City defendants (0.2). | 0.2 |
| 4/16/2019 | Review email from Michael Zeleny (0.2). | 0.2 |
| 4/17/2019 | Email to, from Michael Zeleny re: obtaining a corrected transcription of the August 2016 hearing with the City (0.2). | 0.2 |
| 4/18/2019 | Review and approve a settlement conference statement update prepared by Damion Robinson (0.3). | 0.3 |
| 4/22/2019 | Review a notice from the court confirming receipt from all parties of settlement conference statements (0.2). | 0.2 |
| 4/24/2019 | Review email from Todd Master, Magistrate Judge Cousins' deputy, and Roger Lane re: scheduling a settlement conference (0.4). | 0.4 |
| 4/25/2019 | Review email exchanged between Magistrate Judge Cousins' deputy and Roger Lane re: NEA's personal appearance at the settlement conference (0.3). | 0.3 |
| 4/30/2019 | Review and reply to email from defense counsel re: scheduling a settlement conference (0.3). | 0.3 |
| 5/1/2019 | Tel. conf. with Michael Zeleny re: strategy (0.2); review email from Todd Master and Magistrate Judge Cousins' deputy re: scheduling a settlement conference (0.2) and forward same to Michael Zeleny (0.1).. | 0.5 |
| 5/2/2019 | Review email exchanged between Damion Robinson and defense counsel re: scheduling a settlement conference (0.3); tel. conf. with Michael Zeleny (0.2). | 0.5 |
| 5/3/2019 | Review email from Michael Zeleny re: setting a date for a settlement conference and coordinating it with depositions (0.2); exchange email with defense counsel re: same (0.4). | 0.6 |
| 5/6/2019 | Review email from Roger Lane and Todd Master re: scheduling a settlement conference (0.2). | 0.2 |

| 5/8/2019 | Review and reply to email from defense counsel re: scheduling a settlement conference (0.2). | 0.2 |
| 5/9/2019 | Research re: recent application of Second Amendment principles (0.2); email to, from Michael Zeleny re: same (0.2); review email from Roger Lane and an order from the court confirming a settlement conference date of July 11, 2019 (0.2); review a motion to dismiss filed by NEA (0.3). | 0.9 |
| 5/16/2019 | Review email from Michael Zeleny (0.2). | 0.2 |
| 5/23/2019 | Legal research in support of our opposition to NEA's motion to dismiss (3.0); prepare sections of the opposition brief (2.5); strategize with Damion Robinson re: same (0.5); edit, revise, and finalize the brief (2.0). | 8.0 |
| 5/30/2021 | Review a reply by NEA in support of its motion to dismiss and discuss same with Damion Robinson (0.6). | 0.6 |
| 6/3/2019 | Legal research re: requirements in the Ninth Circuit for establishing a justiciable controversy (0.6). | 0.6 |
| 6/10/2019 | Review a "notice of unavailability" by Todd Master (0.2). | 0.2 |
| 6/13/2019 | Debrief with Damion Robinson after the hearing on NEA's motion to dismiss (0.4); review email from Damion re: same and re: a possible settlement overture by Roger Lane (0.2); review a minute entry by the court (0.2). | 0.8 |
| 6/14/2019 | Review email from Michael Zeleny re: NEA (0.2). | 0.2 |
| 6/22/2019 | Tel. conf's with Michael Zeleny re: deposition scheduling and the status of claims against NEA (0.3). | 0.3 |
| 6/24/2019 | Review email from Damion Robinson to defense counsel re: the upcoming discovery cutoff and pending NEA discovery (0.2). | 0.2 |
| 6/26/2019 | Review and reply to email from Damion Robinson re: upcoming depositions (0.3); review and reply to email exchanged between Roger Lane, Noreen Skelly, and Damion Robinson re: upcoming deadlines and whether the parties can stipulate to modify the scheduling order (1.0); exchange multiple emails with Roger Lane (0.4); email to, from Michael Zeleny (0.3). | 2.0 |
| 6/27/2019 | Email to, from Damion Robinson (0.2); review email from Damion to counsel for the San Mateo County D.A.'s office (0.2). | 0.4 |

| 6/28/2019 | Discuss deposition scheduling with Damion Robinson (0.3); review deposition notices and email from Damion re: same to opposing counsel (0.3); review motion papers filed by Damion Robinson to continue the discovery cutoff and trial dates (0.4); review a response by Roger Lane (0.2); review an opposition by Todd Master (0.2). | 1.4 |
| 7/1/2019 | Review an order from the court granting our application to continue trial and pretrial dates (0.2); email to, from Michael Zeleny (0.2); review email exchanged between Damion Robinson and defense counsel re: rescheduling depositions in light of the continuance of pretrial deadlines (0.3). | 0.7 |
| 7/5/2019 | Legal research re: constitutional prohibition against content-based discrimination by the state (0.8); review settlement conference statements by NEA (0.3) and the City defendants (0.3); review and approve Michael Zeleny's settlement statement (0.3); review email from Damion Robinson to defense counsel re: requiring NEA to attend the settlement conference personally (0.2). | 1.9 |
| 7/6/2019 | Legal research re: recovery of legal fees under 42 U.S.C. section 1988, the constitutional prohibition against content-based discrimination by the state, and a new 9th Cir. Decision re: same (1.2). | 1.2 |
| 7/8/2019 | Review an order from the court denying NEA's request that its principal be excused from attending the settlement conference (0.2); review a settlement conference statement by Chief Bertini and the City (0.4).. | 0.6 |
| 7/10/2019 | Prepare for a settlement conference tomorrow; meeting with Michael Zeleny and Damion Robinson re: same; review a settlement conference statement by the city and Chief Bertini. | 3.0 |
| 7/11/2019 | Further prepare for, travel to and from, and attend a settlement conference (10.0); meeting with Michael Zeleny to debrief (subsumed); review a minute entry by Magistrate Judge Cousins re: the settlement conference (subsumed). | 10.0 |
| 7/12/2019 | Review email from Michael Zeleny (0.2). | 0.2 |
| 7/17/2019 | Review email from Michael Zeleny (0.2). | 0.2 |

| | | |
|---|---|---|
| 7/27/2019 | Legal research re: new authority governing content-based restrictions on speech, issues concerning location of protest activity, and use of cameras to record passersby at a protest (0.6); email to Michael Zeleny and Damion Robinson re: same (0.2); review email from Michael (0.2). | 1.0 |
| 7/30/2019 | Review an order granting NEA's motion to dismiss (0.2); analyze same with Damion Robinson (0.3); review email from Damion to Michael Zeleny re: same (0.2). | 0.7 |
| 8/4/2019 | Review email from Damion Robinson to defense counsel re: deposition scheduling (0.2). | 0.2 |
| 8/9/2019 | Review email from defense counsel re: deposition scheduling. | 0.2 |
| 8/11/2019 | Email to defense counsel re: deposition scheduling. | 0.2 |
| 8/12/2019 | Review email exchanged among Damion Robinson, Noreen Skelly, Roger Lane, and Todd Master re: deposition scheduling (0.8). | 0.8 |
| 8/27/2019 | Review email from Michael Zeleny re: legal theories potentially supporting a second amended complaint (0.2); review email from Damion Robinson with legal analysis re: same (0.3). | 0.5 |
| 8/28/2019 | Review email from Michael Zeleny (0.2); review Bertini deposition testimony identified by Damion Robinson re: email exchanged between NEA and the City (0.3); review further email from Michael Zeleny (0.2); review email by Damion Robinson to defense counsel re: NEA's failure to comply with the court's discovery order of March 7, 2019 (0.2); review email from Roger Lane responding to same (0.1). | 1.0 |
| 8/29/2019 | Review a draft second amended complaint prepared by Damion Robinson (0.5) and a memo by Damion re: the Noerr-Pennington doctrine (0.5); meeting with Damion re: same (0.5); review email from Michael Zeleny (0.2). | 1.7 |
| 8/30/2019 | Strategize with Damion Robinson re: the second amended complaint (0.4); exchange email with Damion and Michael Zeleny re: same (0.3); review email from Roger Lane re: NEA's defective document production (0.2). | 0.9 |
| 9/11/2019 | Review email from Todd Master requesting an extension of time to respond to our amended complaint: reply to same granting the extension. | 0.3 |

| | | |
|---|---|---|
| 9/4/2019 | Review email exchanged between Michael Zeleny and Damion Robinson (0.4). | 0.4 |
| 9/5/2019 | Review and reply to email from Roger Lane in which NEA requests an extension of time to respond to our second amended complaint (0.3). | 0.3 |
| 9/10/2019 | Review an answer by the State to our second amended complaint (0.2); review and reply to email from Todd Master granting an extension of the City's time to respond to the second amended complaint (0.3); review email from Michael Zeleny (0.2). | 7.0 |
| 9/25/2019 | Review an answer by the City (0.3) and a motion to dismiss by NEA (0.4) re: our second amended complaint. | 0.7 |
| 10/2/2019 | Review email exchanged between Damion Robinson and Roger Lane re: an extension of our time to oppose NEA's motion to dismiss (0.4); review email by Todd Master and Damion Robinson re: same (0.1). | 0.5 |
| 10/3/2019 | Review email exchanged between Roger Lane and Damion Robinson re: a briefing schedule on NEA's latest motion to dismiss (0.3). | 0.3 |
| 10/4/2019 | Review email exchanged between Roger Lane and Damion Robinson re: a stipulation to modify the briefing schedule on NEA's motion to dismiss and review the stipulation filed with the court (0.4). | 0.4 |
| 10/7/2019 | Review an order from the Court extending the briefing schedule on NEA's motion to dismiss the second amended complaint (0.2). | 0.2 |
| 10/11/2019 | Review an order from the Court continuing a CMC to December 12, 2019 (0.2); review a request by the AG's office for leave to appear at the status conference telephonically (0.2). | 0.4 |
| 10/14/2019 | Review email from Damion Robinson to defense counsel proposing an amendment to the discovery schedule (0.2). | 0.2 |
| 10/15/2019 | Email to Damion Robinson and Michael Zeleny re: a new dispute in Sacramento over permitting for a video event (0.2); review multiple email exchanged between Damion Robinson and opposing counsel re: a stipulation to continue pretrial deadlines (0.8); discuss same with Damion (0.2). | 1.2 |

| 10/16/2019 | Review email exchanged between Damion Robinson and opposing counsel re: a proposed schedule for the case (0.6); review and comment on an opposition by Damion Robinson to NEA's motion to dismiss our second amended complaint (1.0). | 1.6 |
| 10/17/2019 | Review email from Michael Zeleny and Damion Robinson re: NEA's motion to dismiss and the recent LAT article re: permitting requirements for a TV production using fake firearms. | 0.3 |
| 10/18/2019 | Review email exchanged among Roger Lane and Damion Robinson (0.2); review a proposed stipulation prepared by Damion to continue pretrial dates (0.2) and comments thereon from Roger Lane (0.1) and Todd Master (0.1). | 0.6 |
| 10/19/2019 | Review email from Noreen Skelly approving the stipulation to continue pretrial dates (0.1). | 0.1 |
| 10/24/2019 | Review the final and filed version of the stipulation to continue pretrial dates (0.2). | 0.2 |
| 10/25/2019 | Review an order by the court approving as modified the parties' stipulation to continue pretrial dates (0.2); review a reply by NEA in support of its motion to dismiss the second amended complaint (0.4); discuss same with Damion Robinson (0.4). | 1.0 |
| 10/28/2019 | Review email from Michael Zeleny (0.2). | 0.2 |
| 10/29/2019 | Legal research re: new authority concerning retaliation by government for a person's exercise of First Amendment rights (0.5); email to Michael Zeleny and Damion Robinson re: same (0.2). | 0.7 |
| 11/5/2019 | Review an order dismissing our second amended complaint as to NEA (0.3); discuss same with Damion Robinson (0.4) and tel. conf. with Michael Zeleny re: same (0.3). | 1.0 |
| 11/29/2019 | Review email from Noreen Skelly re: the next joint status report due next week (0.2). | 0.2 |
| 12/2/2019 | Review email exchanged among Damion Robinson, Noreen Skelly, and Todd Master re: preparation of a joint status report (0.3). | 0.3 |

| | | |
|---|---|---|
| 12/3/2019 | Review a draft status report prepared by Damion Robinson (0.3); discuss same with Damion (0.3); review comments by Todd Master and Noreen Skelly (0.3); review revised versions of the report prepared by Damion and approval of same by Todd Master (0.3). | 1.2 |
| 12/5/2019 | Review email from Noreen Skelly and Todd Master approving the joint status report (0.2); review the final and filed version of the report (0.2). | 0.4 |
| 12/12/2019 | Debrief with Damion Robinson after this morning's status conference (0.2); review a minute entry by the court re: same (0.1). | 0.3 |
| 12/13/2019 | Review email from Michael Zeleny (0.2). | 0.2 |
| 12/18/2019 | Review email from Michael Zeleny (0.2). | 0.2 |
| 1/6/2020 | Email to, from Michael Zeleny (0.2). | 0.2 |
| 1/7/2020 | Review email from Michael Zeleny (0.2). | 0.2 |
| 1/8/2020 | Review email from Noreen Skelly (0.2). | 0.2 |
| 1/9/2020 | Review email exchanged between Damion Robinson and defense counsel re: deposition scheduling and exchange email with Damion re: same (0.4). | 0.4 |
| 1/14/2020 | Review email from Noreen Skelly re: deposition scheduling (0.2). | 0.2 |
| 1/15/2020 | Review email from Noreen Skelly and Todd Master re: deposition scheduling (0.2). | 0.2 |
| 1/18/2020 | Tel. conf. with Damion Robinson to strategize re: deposition scheduling (0.2); review email from Damion to defense counsel re: same (0.2). | 0.4 |
| 1/19/2020 | Review email from Damion Robinson to Alan Beck re: expert issues (0.2). | 0.2 |
| 1/20/2020 | Review email from Todd Master (0.1); review email from Noreen Skelly (0.2); review email from Damion Robinson (0.2) and tel. conf. with Damion re: the State's positions and their implications for the City (0.3); review email from Alan Beck and materials regarding *Heller* issues forwarded by Alan (0.5); review email from Damion Robinson to Michael Zeleny re: the State's positions (0.2). | 1.5 |
| 1/21/2020 | Review email from Todd Master's office (0.1); review email from Michael Zeleny (0.2). | 0.3 |
| 1/23/2020 | Review email from Michael Zeleny (0.2); review a minute order re: today's hearing (0.2). | 0.4 |

| 1/29/2020 | Review email from Damion Robinson to defense counsel re: rescheduling depositions (0.2). | 0.2 |
| 1/30/2020 | Review email exchanged between Damion Robinson and opposing counsel re: deposition scheduling. | 0.3 |
| 2/3/2020 | Review email exchanged between Todd Master and Damion Robinson re: deposition scheduling (0.5). | 0.5 |
| 2/5/2020 | Review email exchanged between Damion Robinson and Todd Master (0.6) and between Roger Lane and Damion re: deposition scheduling (0.3); review email from Damion to Michael Zeleny (0.2); tel. conf. with Michael Zeleny (0.4). | 1.5 |
| 2/6/2020 | Review email from Michael Zeleny to Damion Robinson re: depositions to be taken and scheduling thereof (0.2). | 0.2 |
| 2/11/2020 | Review email exchanged between Michael Zeleny and Damion Robinson re: the Engel deposition (0.2). | 0.2 |
| 2/12/2020 | Review email exchanged between Michael Zeleny and Damion Robinson re: the Engel deposition (0.3); review meet-and-confer correspondence from Damion to defense counsel (0.2). | 0.5 |
| 2/13/2020 | Strategize with Damion Robinson re: upcoming depositions, staffing on the depositions, and preparation of a motion for summary judgment (0.4); review email exchanged between Michael Zeleny and Damion re: the Engel deposition (0.2); review email exchanged between Roger Lane and Damion (0.3); review email from Damion to Alan Beck (0.2); review email exchanged between Damion and defense counsel re: deposition scheduling and our motion to compel (0.5). | 1.6 |
| 2/14/2020 | Review email exchanged between Michael Zeleny and Damion Robinson and tel. conf's with Michael and Damion re: identification of expert witnesses to retain (0.8); review email from Alan Beck re: same (0.2); review email exchanged between Damion and Roger Lane re: the NEA deposition (0.3). | 1.3 |
| 2/18/2020 | Review email exchanged between Damion Robinson and Todd Master (0.5); discuss same with Damion (0.4). | 0.9 |

| 2/19/2020 | Review email exchanged between Damion Robinson and opposing counsel re: deposition scheduling (0.3); review a letter brief by Damion re: defendants' assertion of an official information privilege (0.4); strategize with Damion and Brian England re: potential experts, depositions, and points for a motion for summary judgment (0.4). | 1.1 |
| 2/20/2020 | Review email exchanged between Damion Robinson and defense counsel re: deposition scheduling (0.5); review an order rejecting the City's assertion of official information privilege (0.3); strategize with Damion re: scheduling and the order (0.4). | 1.2 |
| 2/21/2020 | Review email from Roger Lane re: the NEA deposition (0.2); review email from Todd Master re: a timeline for responses by the City to written discovery (0.2). | 0.4 |
| 2/24/2020 | Review email exchanged between Damion Robinson and defense counsel re: deposition scheduling (0.5). | 0.5 |
| 2/25/2020 | Review email exchanged between Damion Robinson and Todd Master (0.5) and Roger Lane (0.3) re: deposition scheduling. | 0.8 |
| 2/26/2020 | Email to Damion Robinson and Brian England re: potential deposition questions to pose (0.5); meeting with Damion and Brian to strategize re: the upcoming depositions (0.5); tel. conf. with Michael Zeleny (0.3). | 1.3 |
| 2/28/2020 | Review email from Damion Robinson and Brian England re: deposition scheduling and whether this case is related to other second amendment cases pending in the Ninth Circuit (0.5); review a discovery order from the court (0.2); review email exchanged between Damion and Todd Master re: scheduling depositions of City-affiliated witnesses (0.4); review email exchanged between Damion and Michael Zeleny (0.3); strategize with Damion (0.4). | 1.8 |
| 3/1/2020 | Review and reply to email from Todd Master and Damion Robinson re: deposition scheduling and the failure of the City to meet and confer in good faith re: same (0.6); review email from Noreen Skelly (0.1). | 0.7 |

| | | |
|---|---|---|
| 3/2/2020 | Review email exchanged between Damion Robinson and opposing counsel (0.3); listen to an audio file produced by NEA (0.7); review an outline prepared by Damion for the deposition of Nick Flegel (0.3); review email from Michael Zeleny (0.2); conf. call with Damion and Michael Zeleny re: the deposition of Barack Engel (0.4). | 1.9 |
| 3/3/2020 | Conf. call with Barack Engel and Damion Robinson (0.4); strategize with Damion re: expert witness candidates and upcoming depositions (0.6); review email from Damion to opposing counsel proposing a protective order (0.3). | 1.3 |
| 3/4/2020 | Review email exchanged between Todd Master and Damion Robinson re: deposition scheduling and locations and a protective order to propose to the court (0.3); strategize with Damion re: same (0.3); strategize with Brian England re: upcoming depositions, selection of experts, and our motion for summary judgment (0.5). | 1.1 |
| 3/5/2020 | Review email exchanged among Damion Robinson, David Markevitch, and opposing counsel re: deposition scheduling and locations and stipulating to entry of a protective order (0.4). | 0.4 |
| 3/6/2020 | Email to Damion Robinson et al. re: coverage of depositions (0.4); review meet-and-confer email exchanged between Damion and Todd Master re: deposition conduct and re: the proposed protective order (0.4); review email from Brian England, David Markevitch, and Damion re: retention of Greg Block as an expert (0.4); review a notice of appearance and email by John Killeen (0.3). | 1.5 |
| 3/7/2020 | Review email from Michael Zeleny re: the Engel deposition (0.3). | 0.3 |
| 3/8/2020 | Exchange texts with Brian England and Damion Robinson re: upcoming depositions (0.3); tel. interview of Barak Engel (0.7); tel. conf's with Michael Zeleny (0.4); strategize with Damion Robinson (0.4); meeting with Michael Zeleny to strategize re: upcoming depositions (1.0). | 2.8 |
| 3/9/2020 | Review email from Todd Master's assistant and Damion Robinson re: the upcoming deposition schedule (0.2); review an order from the court adopting the proposed protective order (0.2). | 0.4 |

| | | |
|---|---|---|
| 3/10/2020 | Debrief with Brian England re: the deposition of Barak Engel and re: tomorrow's deposition of NEA; exchange email with Brian re: same (0.5). | 0.5 |
| 3/11/2020 | Exchange text messages with Brian England re: the deposition of NEA (0.3); tel. conf. with Brian re: same (0.3); review the discovery order re: NEA's motion to quash and discuss same with Brian re: the scope of today's deposition (0.4); debrief with Brian re: the deposition (0.3). | 1.3 |
| 3/12/2020 | Meeting with Brian England to evaluate the deposition testimony obtained over the past two days (0.3); exchange email/messages with Todd Master re: postponement of depositions (0.3). | 0.6 |
| 3/13/2020 | Review email exchanged between Damion Robinson and opposing counsel re: a stipulation to continue the discovery period and a draft stipulation prepared by Damion (1.0). | 1.0 |
| 3/16/2020 | Review email from Todd Master and John Killeen re: the stipulation to continue the discovery period and re: the deposition of Chief Bertini (0.3); review responses by the Attorney General to our second round of discovery requests (0.2); confer with Brian England re: same (0.2). | 0.7 |
| 3/17/2020 | Review an order by the court adopting the stipulation to continue the discovery period (0.2); review and reply to email from Todd Master re: the deposition of Chief Bertini (0.2). | 0.2 |
| 3/25/2020 | Review a draft meet and confer letter prepared by Brian England re: the NEA deposition (0.3). | 0.3 |
| 3/26/2020 | Review archived files to identify NEA personnel who interacted with MPPD in 2009-2010 regarding Michael Zeleny's protests (2.7); memo to file re: same (0.8); email to, from Brian England and Damion Robinson re: same (0.5); review the final version of a meet and confer letter from Brian to Roger Lane (0.2); review and reply to email from Roger Lane re: his refusal to meet and confer (1.0); email to Michael Zeleny et al. re: same (0.2). | 5.4 |
| 3/27/2020 | Review email from Roger Lane (0.2); review the rough transcript of Matt Milde (0.5); review email from Todd Master attaching a production of confidential documents (0.8). | 1.5 |

| | | |
|---|---|---|
| 4/1/2020 | Review email from Michael Zeleny and forward same to the AG team (0.2); review email from Barak Engel and Damion Robinson (0.2); | |
| 4/4/2020 | Review the transcript of the deposition of Barak Engel (0.8); email to Michael Zeleny (0.2). | 1.0 |
| 4/6/2020 | Review and reply to email from Michael Zeleny (0.3). | 0.3 |
| 4/8/2020 | Review and reply to email from Michael Zeleny and Barak Engel re: the relationship between current videoconferenc technology and WebEx/NEA technology and its relationship to discovery issues in the 1983 case (0.4). | 0.4 |
| 4/30/2020 | Review email and correspondence from David Markevitch to defense counsel re: a deposition of the State and a continuance of the discovery period (0.3); review email from John Killeen and David re: the continuance (0.2). | 0.5 |
| 5/4/2020 | Review email from David Markevitch to John Killeen (0.2). | 0.2 |
| 5/5/2020 | Review email from David Markevitch to defense counsel re: continuance of the discovery period (0.2) and from Brian England to Roger Lane re: the NEA deposition (0.2). | 0.4 |
| 5/6/2020 | Review email exchanged among Damion Robinson, Todd Master, and John Killeen regarding a stipulation to continue discovery and related dates to cure scheduling problems arising from the pandemic. | 0.5 |
| 5/7/2020 | Review an order from the Court adopting modifications to the case management schedule stipulated to by the parties. | 0.2 |
| 5/7/2020 | Review the final version of the executed stipulation re: discovery period and an order approving same (0.2). | 0.2 |
| 5/8/2020 | Review email from Damion Robinson and David Markevitch re: stipulated continuances of deadlines and David's ongoing role in the case (0.3). | 0.3 |
| 5/11/2020 | Review the AG's position on our motion to compel a 30(b)(6) deposition of the State (0.3) and email exchanged between John Killeen and Damion Robinson re: same (0.2). | 0.5 |
| 5/12/2020 | Review a revised position by the AG's office on our motion to compel (0.2). | 0.2 |
| 5/17/2020 | Review Second Amendment research by Brian England and Damion Robinson (0.4). | 0.4 |

Case 3:17-cv-07357-RS   Document 207-1   Filed 11/03/21   Page 58 of 163

| 5/18/2020 | Review a general order from the court re: a directive to explore settlement, and forward same to Michael Zeleny (0.3). | 0.3 |
| 5/27/2020 | Review new discovery responses by the City and strategize re: same with Damion Robinson (0.6). | 0.6 |
| 5/28/2020 | Review and reply to email from Brian England and Damion Robinson re: resumption of the deposition of NEA (0.5); review email exchanged between Roger Lane, Beth Boland, Damion, and Brian and discussions with Damion and Brian re: same (0.7). | 1.2 |
| 6/1/2020 | Tel. conf. with Michael Zeleny re: the status of the case, discovery issues, and scheduling issues arising from the pandemic (1.0); review internal email and email exchanged between David Markevitch and defense counsel re: deposition scheduling and a joint status statement to be filed with the court (0.6). | 1.6 |
| 6/2/2020 | Review meet and confer corresp. from counsel for NEA (0.2); tel. conf's with Damion Robinson re: scheduling depositions and revising the schedule in view of the pandemic (0.4); review multiple email from David Markevitch, Todd Master and Damion re: the joint status report and disagreements between the parties as to the content (0.7); review and approve the final draft status report of the day (0.2). | 1.5 |
| 6/3/2020 | Review multiple email from David Markevitch, Damion Robinson, and Todd Master re: deposition scheduling (0.6). | 0.6 |
| 6/4/2020 | Review email exchanged between David Markevitch and John Killeen re: the parties' joint report to be filed (0.2); review email exchanged between Todd Master and David re: deposition scheduling (0.2); review misc. filings with the court (0.2); review a stipulation to continue deadlines and email between the parties re: same (0.2). | 0.8 |

| Date | Description | Hours |
|---|---|---|
| 6/9/2020 | Review an order from the court denying our motion to compel further deposition testimony from the AG's office (0.3); exchange multiple email with the team and Michael Zeleny re: same and re: next steps (0.4); review a scheduling order from the court (0.2); review email from opposing counsel for the city and the AG's office re: same (0.2); review and edit a draft meet and confer letter prepared by Damion Robinson (0.2); review and approve a proposed stipulation circulated by Damion to continue the trial and related dates (0.3). | 1.6 |
| 6/10/2020 | Review and approve a draft stipulation to continue deadlines (0.2); review email exchanged between Damion Robinson and David Markevitch and defense counsel (0.4). | 0.6 |
| 6/18/2020 | Review email from David Markevtich to John Killeen (0.2). | 0.2 |
| 6/19/2020 | Review email exchanged between David Markevitch and opposing counsel re: a stipulation to continue trial and related pretrial dates (0.3); review the stipulation (0.2). | 0.5 |
| 6/20/2020 | Review email from Brian England to counsel for NEA (0.2). | 0.2 |
| 6/22/2020 | Review an order approving the parties' stipulation to continue trial and related dates (0.2); review email from David Markevitch re: same (0.1); review email exchanged between Brian England and counsel for NEA re: a motion we intend to file to compel further deposition testimony (0.2). | 0.5 |
| 6/23/2020 | Strategize with Brian England re: resumption of the deposition of NEA (0.3). | 0.3 |
| 6/24/2020 | Review email from Brian England to counsel for NEA (0.2). | 0.2 |
| 6/29/2020 | Review email from Brian England to counsel for NEA (0.2). | 0.2 |
| 6/30/2020 | Review email from counsel for NEA to Brian England (0.2). | 0.2 |
| 7/2/2020 | Review email exchanged between Brian England and counsel for NEA re: meeting and conferring before we move to compel another session of the NEA deposition (0.2); email to Brian re: same (0.2); review additional email by Brian to NEA's counsel (0.1): tel. conf. with Brian re: same (0.4). | 0.9 |

| Date | Description | Hours |
|------|-------------|-------|
| 7/6/2020 | Review email from counsel for NEA re: resumption of the deposition (0.2); tel. conf. with Brian re: same (0.3). | 0.5 |
| 7/8/2020 | Tel. conf. with Brian England to strategize re: negotiations for resumption of the NEA deposition (0.2); review email exchanged between Brian and NEA's counsel (0.2). | 0.4 |
| 7/10/2020 | Review email from David Markevitch re: negotiations with John Killeen for discovery from the State (0.2); tel. conf. with David re: same (0.3). | 0.5 |
| 7/13/2020 | Review email exchanged between David Markevitch and Todd Master re: a social distancing protocol for upcoming depositions and email to Brian England, Damion Robinson, and David re: same (0.3) | 0.3 |
| 7/14/2020 | Review email from David Markevitch to Todd Master confirming deposition arrangements (0.2). | 0.2 |
| 7/16/2020 | Review email exchanged between Brian England and counsel for NEA re: resumption of the NEA deposition (0.2). | 0.2 |
| 7/22/2020 | Review an article by Prof. Volokh re: Constitutional prohibition of governmental suppression of private speech in public areas based on content of the speech (0.4); email to the team re: same (0.2); review email from Brian England to counsel for NEA re: resumption of the deposition of NEA (0.2). | 0.8 |
| 7/28/2020 | Review email from David Markevitch to Todd Master re: deposition arrangements (0.2). | 0.2 |
| 7/30/2020 | Review email among David Markevitch, Damion Robinson et al. re: arrangements for the deposition of Ivan Toews (0.4). | 0.4 |
| 7/31/2020 | Review email among David Markevitch, Damion Robinson et al. re: arrangements for the deposition of Ivan Toews (0.4). | 0.4 |
| 8/3/2020 | Review email exchanged between David Markevitch and Todd Master re: conducting the Bertini deposition remotely (0.3); email to David re: same (0.2); review additional email exchanged between David and Todd Master confirming deposition arrangements (0.2). | 0.7 |
| 8/4/2020 | Review email from Brian England to counsel for NEA re: the much-delayed resumption of the NEA deposition (0.2); tel. conf. with Brian re: same (0.2). | 0.4 |

| | | |
|---|---|---|
| 8/5/2020 | Review email exchanged between Brian England and counsel for NEA identifying dates for resumption of the NEA deposition (0.2). | 0.2 |
| 8/6/2020 | Tel. conf. with Brian England re: drafting a motion for summary judgment (0.2). | 0.2 |
| 8/7/2020 | Conf. call with Michael Zeleny and Damion Robinson re: today's session of the deposition of Bertini and strategy for summary judgment briefing (0.7); tel. conf. with Damion re: additional discovery to seek and preparation of expert reports including a prop master's report (0.3). | 1.0 |
| 8/10/2020 | Tel. conf. with Damion Robinson re: strategy for negotiating settlement with the State of California (0.3); review email exchanged between Damion and John Killeen re: same (0.2); review a status report from Damion to Michael Zeleny (0.3). | 0.8 |
| 8/11/2020 | Tel. conf. with Damion Robinson to prepare for a call with John Killeen and participate in a conference call with Damion and John to discuss possible resolution of the case as to the State (0.4); review email exchanged between Brian England and opposing counsel scheduling a resumption of the deposition of NEA, and a notice of deposition/subpoena propounded by us w/r/t NEA (0.3). | 0.7 |
| 8/12/2020 | Review email from Michael Zeleny re: strategy for claims against the State of California (0.2); review email from Gabby Bruckner re: the status of subpoenaing Ivan Toews (0.2). | 0.4 |
| 8/14/2020 | Email to Michael Zeleny, Damion Robinson et al. (0.2); review a reply by Damion (0.1). | 0.3 |
| 8/15/2020 | Review email from Brian England and Damion Robinson re: allegations in our complaint challenging the constitutionality of the state statutes and the City's permitting processes (0.4). | 0.4 |
| 8/20/2020 | Strategize with Damion Robinson and Brian England re: MSJs (0.6); review email and an outline re: same by Brian (0.4). | 1.0 |
| 8/21/2020 | Review email from David Markevitch re: negotiations with the State (0.2); review email exchanged between Brian England and counsel for NEA re: resumption of the NEA deposition (0.2). | 0.4 |

| | | |
|---|---|---|
| 8/24/2020 | Review legal analysis by Damion Robinson re: when Second Amendment activity is expressive conduct under the First Amendment (0.5). | 0.5 |
| 8/25/2020 | Review and reply to email from the team re: preparations for the deposition tomorrow (0.8); research file materials from the NEA-Zeleny litigation re: NEA's production of documents in that case, and use of the documents in the deposition tomorrow (1.0); tel. conf. with Brian England re: preparation of MSJs (0.2). | 2.0 |
| 8/26/2020 | Strategize with Damion Robinson re: preparation of MSJs (0.4); review and approve qthe final version of the joint stipulation between Michael Zeleny and the State re: a deposition of the State's 30(b)(6) designee(s) (0.3). | 0.7 |
| 8/27/2020 | Tel. conf. with Damion Robinson re: our prop master expert and his anticipated testimony and re: negotiations with defendants to extend the expert disclosure date (0.3); review email from Damion Robinson and Michael Zeleny re: setting up an interview by the expert of Michael (0.2); tel. conf. with Michael re: same and re: the status of the case (1.2). | 1.7 |
| 8/28/2020 | Strategize with Brian England re: the NEA deposition and preparation of MSJs (0.6); review email from Damion Robinson re: preparation of our experts' reports (0.2). | 0.8 |
| 8/31/2020 | Conf. call with the team to strategize re: expert reports, an amended scheduling order, and the NEA deposition (0.3); tel. conf. with Damion Robinson re: coordinating an interview of Michael Zeleny with our expert (0.2); tel. conf. with Michael Zeleny and conf. call with Michael and Damion re: same (0.4); review numerous email exchanged between David Markevitch and opposing counsel re: a motion to amend the scheduling order (0.5). | 1.4 |
| 9/1/2020 | Review an order approving the parties' unopposed motion to continue case events (0.2); review an order re: the hearing on our motion to compel interrogatory responses (0.2); strategize with Damion Robinson re: same (0.2). | 0.6 |

| 9/2/2020 | Review email from the AG's office declining to participate in the NEA deposition (0.2); review email exchanged between Brian England and counsel for NEA re: the 30(b)(6) witness' intention to use a memo for his testimony (0.2); tel. conf. with Brian re: lines of questioning for the deposition (0.4); debrief with Brian after the deposition re: testimony to be used in upcoming MSJ briefing (0.4); review email from Damion Robinson re: covering the hearing on our discovery motion against the State (0.2) and tel. conf. with Damion re: same (0.2). | 1.6 |
| 9/3/2020 | Tel. conf's with Brian England re: MSJ strategy and experts supporting same (0.3); tel. conf. with Damion Robinson re: same and re: tomorrow's discovery motion (0.3); review email from Brian re: national news coverage of First Amendment protests bolstered by Second Amendment activity (0.2). | 0.8 |
| 9/4/2020 | Tel. conf. with Damion Robinson to debrief re: today's discovery motion and re: preparing expert reports (0.3); review the court's order of today (0.2). | 0.5 |
| 9/8/2020 | Tel. conf. with Brian England to debrief re: the meeting between Brian, Michael Zeleny, and our gun safety expert (0.4); review email from Ron Kari re: prop master candidates to serve as an expert witness re: the protocol for using firearms in shooting feature films (0.2). | 0.6 |
| 9/11/2020 | Review email exchanged between David Markevitch and Damion Robinson for plaintiff and counsel for the defendants re: scheduling, meeting and conferring, and proposing continued dates to the Court (0.5). | 0.5 |
| 9/15/2020 | Tel. conf. with Michael Zeleny to strategize re: experts and MSJ's (1.0); review email exchanged between Damion Robinson and defense counsel re: tomorrow's conference call (0.3). | 1.3 |
| 9/16/2020 | Review a motion by the State for reconsideration of Judge Hixon's order compelling discovery responses (0.3); review email from Damion Robinson. Brian England and David Markevitch re: same (0.3); tel. conf. with Damion and Brian re: same (0.3). | 0.9 |

| | | |
|---|---|---|
| 9/17/2020 | Review email exchanged between Damion Robinson and opposing counsel re: a draft status report to be filed (0.4); review and approve the report (0.2); review the filed version (0.1). | 0.7 |
| 9/18/2020 | Tel. conf. with Michael Zeleny re: next steps (0.4); review and reply to email from Damion Robinson and Brian England re: strategy for a motion to amend the complaint (0.4). | 0.8 |
| 9/20/2020 | Review email from Damion Robinson to opposing counsel re: our intention to move for leave to amend the complaint (0.2). | 0.2 |
| 9/21/2020 | Review a request filed by David Markevitch for speedy denial of the AG's referral to the district court of Judge Dixon's ruling on our motion to compel responses to interrogatories (0.2); review email from John Killeen (0.2). | 0.4 |
| 9/22/2020 | Tel. conf. with Damion Robinson re: whether to retain an expert regarding permitting for firearms used in feature film shoots (0.3); review email from John Killeen refusing to stipulate to an amended complaint (0.2); exchange email with Damion Robinson and David Markevitch re: preparation of a motion to amend our complaint (0.6). | 1.1 |
| 9/23/2020 | Revise a motion for leave to amend our second amended complaint (1.5); tel. conf. with Damion Robinson re: finalizing same (0.2). | 1.7 |
| 9/25/2020 | Email to Michael Zeleny forwarding copies of our papers in support of a motion for leave to amend the complaint (0.2). | 0.2 |
| 9/27/2020 | Review email from Damion Robinson to Todd Master to meet and confer re: improper instructions not to answer at deposition (0.2). | 0.2 |
| 9/28/2020 | Tel. conf. with Brian England re: an additional expert as to the permitting process for use of firearms on the sets of feature films (0.3); tel. conf. with Damion Robinson re: same and re: preparation of a declaration of Michael Zeleny in support of MSJ's to be filed (0.3); tel. conf. with Michael Zeleny re: same (0.4). | 1.0 |
| 9/29/2020 | Meeting with Michael Zeleny to strategize re: MSJ briefing and final discovery loose ends (1.5). | 1.5 |
| 9/30/2020 | Review email from Brian England identifying another strong expert witness candidate (0.2). | 0.2 |

| 10/1/2020 | Tel. conf. with Damion Robinson re: incorporation of interrogatory responses by the AG into our MSJ briefing (0.2). | 0.2 |
| 10/4/2020 | Meeting with Michael Zeleny to strategize re: upcoming deadlines, experts, and MSJ briefing. | 2.0 |
| 10/5/2020 | Review an order from the court denying the State's motion for reconsideration (0.2); review email from Damion Robinson and David Markevitch re: same (0.2). | 0.4 |
| 10/6/2020 | Review discovery responses by the State and forward same to Michael Zeleny (0.5); strategize re: same with Damion Robinson (0.3). | 0.8 |
| 10/7/2020 | Review email exchanged between Damion Robinson and Todd Master re: meeting and conferring over improper objections and instructions to deposition questions of City witnesses (0.5); review amended interrogatory responses by the State (0.3); strategize with Damion re: same (0.3). | 1.1 |
| 10/8/2020 | Tel. conf. with Damion Robinson to strategize re: follow-up motion practice based on insufficient amended interrogatory responses from the AG's office and use of same in our MSJ briefing (0.3); review email from Damion to the AG's office (0.2); exchange email with Damion re: same (0.2); review email from Michael Zeleny (0.2); review and reply to email from Brian England re: experts (0.5); review email from Damion to Todd Master (0.1); review email from John Killeen (0.1); review an opposition by the State to our motion for leave to amend the complaint (0.3). | 1.9 |
| 10/9/2020 | Review email exchanged between Damion Robinson and Todd Master re: meeting and conferring preliminary to a motion we will file re: improper objections and instructions at deposition (0.5); review and approve final versions of our experts' reports (0.8); review and approve a motion to compel further deposition answers by Chief Bertini (0.4); review email from John Killeen re: the State's improper amended interrogatory responses (0.2); review and reply to email from Damion Robinson and Brian England re: same (0.3). | 2.2 |

| | | |
|---|---|---|
| 10/10/2020 | Forward meet-and-confer correspondence between the parties to Michael Zeleny (0.2); review email from Brian England to Michael (0.2). | 0.4 |
| 10/12/2020 | Review email from John Killeen (0.1). | 0.1 |
| 10/13/2020 | Review email from Damion Robinson to the AG's office re: the AG's insufficient interrogatory responses, and tel. conf. with Damion re: same (0.3). | 0.3 |
| 10/14/2020 | Review and approve a reply in support of our motion for leave to amend/correct the complaint (0.5); legal research re: a new case concerning content-based discrimination of expressive activity, and email same to Damion Robinson et al. (0.5). | 1.0 |
| 10/15/2020 | Review email from Bob Gundert re: our expert disclosures (0.2); exchange email with Brian England and Damion Robinson re: same (0.2). | 0.4 |
| 10/20/2020 | Review a clerk's notice of continuance of the status conference from Oct. 29 to Jan. 14, 2001 (0.2); review email from Brian England to Bob Gundert re: our expert disclosures (0.2). | 4.0 |
| 10/22/2020 | Review a notice from the court (0.1); review an opposition by Chief Bertini to our motion to compel answers to deposition questions (0.3) and tel. conf. with Damion Robinson to strategize re: same (0.3). | 0.7 |
| 10/28/2020 | Review second amended interrogatory responses by the attorney general's office (0.4); review and reply to email from Damion Robinson re: their applicability to the City's refusal to issue permits to Michael Zeleny (0.2); forward same to Michael Zeleny (0.1); review email from Damion to Michael analyzing the respones (0.2). | 0.9 |
| 10/29/2020 | Review email from Michael Zeleny re: the State's amended interrogatory responses and their implications for the City (0.2). | 0.2 |
| 10/30/2020 | Review an expert opinion by Saul Cornell circulated by the AG's office (0.5); review and reply to email from Damion Robinson, Brian England, and Michael Zeleny re: responding to the opinion (0.5); review and approve a reply brief by Damion re: our motion to compel further deposition questioning of Chief Bertini (0.4). | 1.4 |
| 11/5/2020 | Review an opposition by the City to our motion to compel further deposition questions of Chief Bertini and discuss same with Damion Robinson (0.6). | 0.6 |

| Date | Description | Hours |
|---|---|---|
| 11/10/2020 | Legal research re: First Amendment thematic material, and email to M. Zeleny, Damion Robinson et al. re: same (1.0); review an order from the court compelling further testimony by Chief Bertini, and strategize re: same with Damion (0.5). | 1.5 |
| 11/13/2020 | Review a deposition notice by the defense of David Hardy (0.2). | 0.2 |
| 11/19/2020 | Review academic analysis by Alan Beck of Saul Cornell's declaration (0.5); review email from defense counsel re: tomorrow's deposition (0.2). | 0.7 |
| 11/20/2020 | Debrief with Brian England re: the deposition of David Hardy and preparations for the next deposition of our experts (0.4); meeting with Damion Robinson to strategize re: the deposition (0.4). | 0.8 |
| 11/21/2020 | Review the rough transcript of the deposition of David Hardy (0.4). | 0.4 |
| 11/23/2020 | Debrief with Damion Robinson re: today's deposition of the AG's expert (0.2); tel. conf. with Brian England re: strategy for summary judgment motions (0.3). | 0.5 |
| 11/25/2020 | Tel. conf. with Michael Zeleny to strategize re: summary judgment motions (0.5). | 0.5 |
| 12/1/2020 | Meeting with Michael Zeleny to strategize re: MSJ's and eventual trial (1.0). | 1.0 |
| 12/3/2020 | Review email exchanged between Damion Robinson and Todd Master re: resumption of Chief Bertini's deposition (0.3). | 0.3 |
| 12/8/2020 | Review email exchanged between Damion Robinson and Todd Master re: resumption of Chief Bertini's deposition (0.3); review a 'notice of unavailability' by counsel for the City (0.2). | 0.5 |
| 12/9/2020 | Review email exchanged between Damion Robinson and Todd Master re: resumption of Chief Bertini's deposition (0.2). | 0.2 |
| 12/10/2020 | Review email from John Killeen re: the deposition of Bertini (0.1). | 0.1 |
| 12/23/2020 | Review notice from the court continuing the status conference next month (0.2). | 0.2 |
| 1/4/2021 | Tel. conf. with Brian England re: preliminary drafts of our motions for summary judgment (6). | 0.6 |

| | | |
|---|---|---|
| 1/7/2021 | Review email exchanged among Brian England and opposing counsel (0.3); review an order from the Court setting a new deadline for hearings on MSJs (0.2); email to the team re: the new briefing schedule (0.2). | 0.6 |
| 1/8/2021 | Email to BRE, DR, and DM re: allocation of workload to prepare our MSJs (0.2); research the docket re: same (0.2); review email from BRE re: same (0.1). | 0.5 |
| 1/9/2021 | Review email exchanged between Brian England and opposing counsel re: scheduling MSJs (0.3). | 0.3 |
| 1/11/2021 | Tel. conf. with Brian England to strategize re: our upcoming MSJs (0.5). | 0.5 |
| 1/12/2021 | Tel. conf. with Brian England re: preparation of our motions for summary judgment (0.2); review and prepare comments on the draft motion against the City and Chief Bertini (1.5). | 1.7 |
| 1/14/2021 | Tel. conf. with Brian England re: the status of drafts of the summary judgment briefing (0.3). | 0.3 |
| 1/15/2021 | Review email from Damion Robinson and tel. conf. with Damion re: the draft summary judgment motions (0.4). | 0.4 |
| 1/19/2021 | Review a draft MSJ motion directed at the City and email from Damion Robinson re: same (0.5). | 0.5 |
| 1/20/2021 | Prepare revisions to the MSJ briefing (2.5) and review and reply to email exchanged among the team re: same (0.6); tel. conf. with Gabby Brucker to prepare a clean transcription of the August 2016 hearing and exchange email with Gabby re: same (0.3); review a draft Zeleny declaration and email from the team re: same (0.4). | 3.8 |
| 1/21/2021 | Revise the briefing in support of our MSJs (4.5); tel. conf's with Brian England, Damion Robinson, and Gabby Bruckner re: finalizing the motions (0.4); review email from Michael Zeleny re: revisions to his declaration (0.2); review MSJs by the defendants (0.6). | 4.7 |
| 1/22/2021 | Review an order from the court (0.2). | 0.2 |
| 1/25/2021 | Tel. conf. with Michael Zeleny to update him re: the MSJ briefing and to strategize going forward (0.8). | 0.8 |
| 1/27/2021 | Review email from Damion Robinson and David Markevitch re: addressing an argument by the City and deposition testimony pertaining thereto (0.4) | 0.4 |

| 1/28/2021 | Review email from David Markevitch attaching deposition excerpts to be used in MSJ oppositions re: the city's factors defining 'encroachment' (0.2); strategize with Damion Robinson re: same (0.4). | 0.6 |
| 1/29/2021 | Review an order from the court continuing the parties' MSJs to March 18 (0.2). | 0.2 |
| 1/30/2021 | Tel. conf. with Damion Robinson re: preparation of oppositions to the defendants' MSJs (0.6). | 0.6 |
| 2/1/2021 | Tel. conf's with Brian England (0.2) and Damion Robinson (0.2) re: the status of draft oppositions to the defendants' MSJs. | 0.4 |
| 2/3/2021 | Tel. conf's with Brian England (0.4) and Damion Robinson (1.2) re: comments on and strategy for oppositions to the defendants' MSJs; review and reply to email from Damion Robinson re: objections to the City's compilation of deposition testimony from Chief Bertini, and legal research supporting same (0.5); review email to, from Michael Zeleny re: a supplemental declaration from him in opposition to the defendants' MSJs (0.5); tel. conf. with Michael re: same (0.4). | 3.0 |
| 2/4/2021 | Review email from Michael Zeleny and references attached thereto for possible inclusion in his supplemental declaration (0.6); review email from Brian England and Damion Robinson re: revisions to the briefing in opposition to the defendants' MSJs (0.3); revise our opposition to the State's MSJ (3.8); revise our opposition to the City's MSJ (4.0); review the State's opposition to our MSJ (.6); review the City's opposition to our MSJ (0.5); tel. conf. to debrief with Damion re: the State's opposition to our MSJ and the State's motion opposed by us (0.4). | 10.2 |
| 2/5/2021 | Exchange email with Michael Zeleny and Damion Robinson re: the MSJ briefing of yesterday (0.4). | 0.4 |
| 2/8/2021 | Review a draft reply brief as to the City prepared by Damion Robinson (0.6). | 0.6 |

| | | |
|---|---|---|
| 2/11/2021 | Exchange email with Damion Robinson and Brian England re: our reply briefs (0.5); revise and finalize our reply brief in support of our MSJ vs. the State (3.0); tel. conf's with Brian England and Damion Robinson re: same (0.4); revise and finalize the reply brief in support of our MSJ vs. the City Defendants (3.0); tel. conf's with Damion Robinson re: same (0.6); review reply briefs by the defendants in support of their MSJs (0.8). | 8.3 |
| 2/12/2021 | Email to Brian England re: the City's MSJ reply (0.2). | 0.2 |
| 2/15/2021 | Review a draft CMC statement prepared by Brian England and comment on same (0.5). | 0.5 |
| 2/16/2021 | Review email exchanged between Brian England and counsel for the City re: preparation of a CMC statement (0.3); review email exchanged between Damion Robinson, Brian, and counsel for the City re: the City's suggestion that private mediation might make sense (0.3); tel. conf. with Damion re: same (0.3). | 0.9 |
| 2/17/2021 | Review an order from the court continuing the status conference (0.2). | 0.2 |
| 2/21/2021 | Strategize with Damion Robinson re: objecting to material in the City's reply papers (0.3); review objections filed re: same (0.3). | 0.6 |
| 2/22/2021 | Email to Micahel Zeleny (0.2); tel. conf. with Michael Zeleny re: the status of the case (0.3). | 0.5 |
| 3/9/2021 | Review new authority potentially to cite in the MSJ briefing (0.6); legal research re: same (0.6); exchange email with Brian England (0.2) and strategize with Brian England re: submitting a supplemental filing to put recent new authority before the court (0.4); review an order from the court continuing the parties' MSJs | 2.0 |
| 3/10/2021 | Review a proposed supplemental filing prepared by Brian England under N.D. Cal. L.R. 7-3(d)(2) to put recent new authority before the court (0.2); review email from Damion Robinson and Brian England and tel. conf. with Brian re: same (0.4). | 0.6 |
| 3/11/2021 | Review the filed version of a supplemental brief prepared by Brian England (0.2). | 0.2 |
| 3/15/2021 | Tel. conf. with M. Zeleny re: the status of the MSJs (0.4). | 0.4 |
| 3/24/2021 | Review multiple email from Michael Zeleny. Brian England, and Damion Robinson re: the Young v. Hawaii decision and its impact on our case (0.5). | 0.5 |

| 3/25/2021 | Review and reply to email from Michael Zeleny and Brian England re: the Young v. Hawaii case, whether to file a notice of recent decision, and whether to request supplemental briefing (0.4); review the notices of recent decision by the defendants (0.2). | 0.6 |
| 3/26/2021 | Strategize with Brian England re: potential briefing of the *Young v. Hawaii* case (0.2); review multiple rounds of email exchanged between Brian and opposing counsel re: same and a proposed stipulation prepared by Brian re: same (0.8); review multiple email from Damion Robinson and Brian re: same (0.4); tel. conf. with Brian re: same (0.2). | 1.6 |
| 3/29/2021 | Review and sign off on a motion for leave to file supplemental briefing (0.2). | 0.2 |
| 3/30/2021 | Strategize with Brian England re: filings by the parties seeking leave to file supplemental briefing on *Young v. Hawaii* etc. (0.2); review the defendants' filings (0.2); review an order from the court continuing the status conference (0.2); review email from Damion Robinson and Brian (0.3). | 0.9 |
| 4/6/2021 | Review and revise a supplemental brief prepared by Brian England re: the impact of recent 9th Cir. decisions (0.6). | 0.6 |
| 4/7/2021 | Review email from Brian England to Michael Zeleny re: our supplemental brief (0.2). | 0.2 |
| 4/9/2021 | Review supplemental briefing by the defendants (0.3). | 0.3 |
| 4/15/2021 | Review a notice from the court setting a hearing by remote (0.2). | 0.2 |
| 4/19/2021 | Tel. conf. with Brian England to strategize re: the MSJ hearing on Thursday and filing a notice of the new first amendment non-discrimination case (0.2); review the notice filed by Brian (0.2). | 0.4 |
| 4/21/2021 | Meeting with Damion Robinson and Brian England to prepare for tomorrow's hearing on the parties' cross-motions for summary judgment (3.0); tel. conf. with Michael Zeleny re: same (0.3): review additional legal authorities to cite regarding obcenity standards (0.4). | 3.7 |

| 4/22/2021 | Further prepare with Damion Robinson and Brian England for the hearing this afternoon (3.5); appear at the hearing (1.8); send comments to Brian during the hearing (subsumed); debrief re: same with Michael Zeleny, Brian, and Damion (0.3); review a minute order from the court after the hearing (0.2). | 5.8 |
| 4/23/2021 | Review multiple email exchanged among Brian England, Damion Robinson, and Bob Gundert (0.5). | 0.5 |
| 4/26/2021 | Review and reply to email from Michael Zeleny and Brian England re: the Supreme Court's granting cert in New York State Rifle v. Corlet (0.3). | 0.3 |
| 4/27/2021 | Meeting with Michael Zeleny to debrief after last week's MSJ hearing and to strategize going forward (0.8). | 0.8 |
| 5/31/2021 | Review a notice from the court continuing the status conference (0.2). | 0.2 |
| 6/21/2021 | Review notice from the court continuing the status conference (0.2). | 0.2 |
| 7/13/2021 | Review the court's order on the parties' cross-motions for summary judgment (0.6); tel. call to Michael Zeleny re: same (0.2); debrief with Brian England and Damion Robinson re: same (0.5); exchange email with Michael, Brian, and Damion re: same (0.3). | 1.6 |
| 7/14/2021 | Strategize with Brian England and Damion Robinson re: a fee application against Menlo Park and a filing in advance of the next hearing re: same (0.4); tel. message for Todd Master (0.1); email to Todd re: next steps (0.2); tel. conf. with John Killeen re: possible resolution of the State's part of the case and its dependence on resolution of issues with Menlo Park first (0.2); review email from Michael Zeleny (0.2). | 1.1 |
| 7/15/2021 | Tel. conf. with Michael Zeleny re: next steps against the City (0.4); review email from Brian England, Damion Robinson, and Michael Zeleny re: same (0.3). | 0.7 |
| 7/16/2021 | Review email from Michael Zeleny re: possible additional grounds for an appeal vs. the State (0.2). | 0.2 |
| 7/17/2021 | Review a recent decision regarding who is a prevailing party and exchange email with MZ, DR, and BRE re: same (0.4). | 0.4 |
| 7/18/2021 | Meeting with MZ, BRE, and DR to strategize re: a fee application and the upcoming status conference to seek a judgment against Menlo Park (1.0). | 1.0 |

| | | |
|---|---|---|
| 7/20/2021 | Tel. conf. with Bob Gunder re: possible settlement negotiations (0.2); review email from Bob Gunder re: same (0.1); exchange email with DR and BRE re: same (0.4). | 0.7 |
| 7/21/2021 | Email to, from David Markevitch re: assembling time and records for a fee motion (0.2). | 0.2 |
| 8/1/2021 | Review a new decision regarding content-based discrimination (0.3); email to the team re: same (0.2 MP). | 0.5 |
| 8/5/2021 | Tel. conf. with Bob Gundert (0.2 MP). | 0.2 |
| 8/6/2021 | Revise and finalize a joint status report, and circulate same to opposing counsel (1.0 CA, 1.0 MP); review comments from John Killeen (0.2 CA); review comments from Bob Gundert (0.2 MP); incorporate same into the joint report (0.2MP); review email from Bob Gundert and make an additional edit (0.2MP); file the report (0.3MP). | 3.1 |
| 8/7/2021 | Review email from BRE re: preparation of a fee motion (0.2). | 0.2 |
| 8/10/2021 | Review a notice from the court of a further case management conference (0.2). | 0.2 |
| 8/23/2021 | Review email exchanged among the court's clerk, BRE, and Bob Gundert re: the upcoming status conference (0.4); review email from John Killeen re: same (0.1 CA). | 0.5 |
| 8/26/2021 | Strategize with BRE re: this morning's status conference (0.3MP/0.2CA); monitor the conference (0.2MP); debrief with BRE after the conference (0.2MP/0.2CA); review email from BRE to MZ (0.2MP). | 9.4 |
| 8/26/2021 | Review a minute order from the court (0.2); debrief with BRE re: this morning's case management conference (0.3); review an order from the court referring the matter to a settlement conference (0.2); review email from Michael Zeleny and BRE re: the case management conference of this morning, the obscenity issue and resolving issues with the City (0.5). | 1.2 |
| 8/28/2021 | Tel. conf. with Michael Zeleny re: our upcoming fee motion and potential negotiations with the City (0.3MP) and re: a potential appeal vs. CA (0.2). | 0.5 |
| 8/29/2021 | Assemble records for a motion for an award of legal fees against the City (2.0); email to, from DM re: same (0.3). | 2.3 |

| | | |
|---|---|---|
| 9/1/2021 | Review email from Michael Zeleny and BRE's response thereto re: the City's threatened obscenity charge (0.3); tel. conf. with Michael Zeleny re: same (0.2). | 0.5 |
| 9/14/2021 | Review email from Judge Seeborg's deputy (0.2) and email from BRE re: same (0.1). | 0.3 |
| 9/15/2021 | Review email from Michael Zeleny and BRE re: the City's threat to charge Michael with obscenity (0.3); tel. conf. with Michael Zeleny (0.2). | 0.5 |
| 9/16/2021 | Review email from opposing counsel and BRE re: scheduling a settlement conference (0.6). | 0.6 |
| 9/20/2021 | Review an order from the court setting a settlement conference (0.2); discuss same with DR and BRE (0.2). | 0.4 |
| 10/1/2021 | Review email from Bob Gundert and BRE re: settlement negotiations (0.2). | 0.2 |
| 10/2/2021 | Review email from Bob Gundert re: the upcoming settlement conference (0.3); review email from DR and JMB re: identification of an expert for our fee motion (0.2). | 0.5 |
| 10/3/2021 | Review email from DR and JMB re: identification of an expert re: lodestar fee rates for our motion for a fee award, and meet with DR and BRE re: same (0.2). | 0.2 |
| 10/7/2021 | Review email from DR and JMB re: identification of an expert re: lodestar fee rates for our motion for a fee award, and meet with DR and BRE re: same (1.0). | 1.0 |
| 9-Oct | Assemble time for a settlement conference brief and revise a motion for a fee award and the settlement conference brief (3.0); email to Michael Zeleny re: participation in the conference next week (0.2). | 3.2 |
| 11-Oct | Assemble time for a settlement conference brief and a motion for a fee award (3.5); meetings with BRE and DR re: the brief and motion (0.8); review email from DR and Bob Gundert (0.3). | 4.6 |
| 12-Oct | Meetings with BRE and DR re: the upcoming settlement conference, briefing re: same and re: our motion for fees, and negotiations with the City (1.0); revise a settlement conference brief (1.0); assemble time records for same (1.5); tel. conf. with Bob Gundert re: settlement negotiations (0.2); review the City's settlement conference brief (0.3); strategize with DR re: deterring the city from filing a frivolous motion for reconsideration (0.3); review correspondence from DR to Bob Gundert re: same (0.2). | 4.5 |

| | | |
|---|---|---|
| 13-Oct | Review email from Bob Gundert re: corrections to the City's settlement statement (0.2). | 0.2 |
| 17-Oct | Review file materials for possible inclusion in a motion for a fee award, and email same to DR and BRE (1.0). | 1.0 |
| 18-Oct | Review additional file materials for possible inclusion in a motion for a fee award, and email same to DR and BRE (1.0); review email from Judge Cousins' deputy and Bob Gundert re: Zoom coordinates for the settlement conference (0.2); review email from John Killeen re: settlement negotiations (0.2). | 1.4 |
| 19-Oct | Review more file materials for possible inclusion in a motion for a fee award, and forward same to DR and BRE (1.0); email to Michael Zeleny re: participation in the settlement conference (0.2); review and reply to email from BRE to John Killeen (0.4) and email (0.2) and tel. conf's with Michael Zeleny (0.3) re: the status of Michael's EFP application; email time records to Bob Gundert (subsumed); participate in a settlement conference (3.0); review a minute order by Judge Cousin (0.2). | 5.3 |
| 28-Oct | Review email from DR re: a prospective expert re: fee rates (0.2); meeting with DR re: same (0.3). | 0.5 |

**Total Affeld Time:** **567.1**

## SHIMAMOTO Time

| Date | Description | Time |
|---|---|---|
| 5/4/2015 | Legal research re potential 1983 action | 1.8 |
| 5/5/2015 | Legal research re potential 1983 action | 1.3 |
| 5/7/2015 | Legal research re potential 1983 action | 1.6 |
| 5/8/2015 | Legal research re potential 1983 action | 3.2 |
| 5/18/2015 | Meeting with Zeleny, Affeld | 0.4 |
| 5/27/2015 | Legal research re 1983 action, exhaustion requirements | 0.8 |
| 6/1/2015 | Legal research re potential claims against state, tolling, procedure | 0.8 |
| 6/2/2015 | Meeting with Affeld, Zeleny re strategy, potential claims; legal research re abuse of process: draft government claim form; research re whether mailing claim constitutes filing | 2.1 |

**Total Shimamoto Time:**      **12.0**

**ENGLAND Time**

| Date | Description | Time |
|------|-------------|------|
| 1/17/2020 | Discussions with DDR; begin reviewing materials | 1.5 |
| 1/21/2020 | Review complaint and backgroud materials and prep for deposition | 4.5 |
| 2/20/2020 | Attention to deposition and MSJ scheduling; call to potential expert; discussions with DDR | 1.0 |
| 2/21/2020 | Review complaint and background materials; discussions with DDR | 2.0 |
| 2/22/2020 | Continue review and analysis of complaint, background materials and legal research | 4.5 |
| 2/26/2020 | Attention to scheduling; discussions with DDR and DWA; emails and calls with potential experts | 1.5 |
| 3/7/2020 | Emails with Zeleny; discussions with DWA and DDR; continue review of documents | 1.5 |
| 3/8/2020 | Continue review of documents and depo prep; discussions with DDR | 3.6 |
| 6/2/2020 | Emails with Courtney Worchester re NEA depo (.3); emails with David Affeld and Damion Robinson (.2) | 0.5 |
| 6/22/2020 | Continue review of tramscript and materials; begin outlining motion to compel; emails with Courtney Worcester | 5.7 |
| 6/23/2020 | Prep for and participate in meet and confer call with Courtney Worcester | 1.2 |
| 6/24/2020 | Draft further meet and confer letter (.8); discussions with Damion Robinson (.2) | 1.0 |
| 6/30/2020 | Emails with Courtney Worcester | 0.2 |
| 7/2/2020 | Review meet and confer correspondence re NEA deposition and draft response (1.6); emails with Damion Robinson re NEA (.2) | 1.8 |
| 7/8/2020 | Emails with Courtney Worcester (.2); review notes of prior deposition and meet and confer (.5) | 0.7 |
| 7/28/2020 | Attention to status of stayed cases and decisions in related cases; continue drafting and revising notice of pendency; begin outline of MSJ and legal research and analysis in support of same | 4.4 |

| 7/29/2020 | Continue drafting and revise notice pendency of related action, including legal research and analysis into rewlated cases and status, and discussions with Damion Robinson about same (1.2); continue legal research and analysis re MSJ (2.7) | 3.9 |
| 8/15/2020 | Continue review of pleadings and law for MSJ briefing | 2.7 |
| 8/18/2020 | Review and revise letter brief re Beccerra Rog responses and messages with David Markevitch and Damion Robinson re same (1.7); | 1.7 |
| 8/24/2020 | Gather information about potential prop house expert and emails with expert (.6); continue prep for NEA deposition 2.5 | 3.1 |
| 8/25/2020 |  | 7.3 |
| | Continue prep forNEA deposition and revise of transcripts and documents (5.8); discussions with Damion Robinson and David Affeld re same (.5); telephone calls and emails with Courtney Worchester re scheduling (.5); revise depo notice and subpoena (.3); attention to expert dealdines and email to Block (.2) | |
| 8/26/2020 | Prep for and participate in call with Greg Block and discussions with Damion Robinson about same (1.5); continue search for prop mater expert (1.2); review deposition transcripts and new case authority (3.4) | 6.1 |
| 9/4/2020 | Prepare for  meeting with Michael Zeleny and Greg Block in Hunting Beach re expert report; review background materials | 2.4 |
| 9/4/2020 | Prepare for and attend meeting with Michael Zeleny and Greg Block in Huntington Beach to discuss CCW obstacles and demonstrate gun safety | 5.5 |
| 9/9/2020 | Emails to potential experts Jason Davis and Anthony Einer re potential retention (.3) | 0.3 |
| 9/16/2020 | Attention to settlement negotiations and possiblities and Discussions with Damion Robinons re next steps | 0.3 |
| 9/17/2020 | Call with potential expert and discussions with Damion Robinson | 0.6 |
| 9/22/2020 | Draft expert retention agreement for Hardry (.5); online search for permiting expert and call wih Tony Eikner re same (1.7); discussions with Damion Robinson re experts (.2) | 2.4 |

| 9/23/2020 | Review and revise motion for leave to amend (.5); telephone calls to potential experts and research them online re permitting (1.3); discussions with Damion Robinson re same (.3) | 2.1 |
|---|---|---|
| 9/24/2020 | Email to Zeleny re videos of protests (.1); continue drafting and revising outlines for expert reports (2.3); further research and analysis into permitting process (1.4); Call with Doc Aiken (armorer expert) (.6) | 4.4 |
| 9/25/2020 | Discussions with David Affeld and Damion Robinson re additional experts needed and updates (.7); telephone call with Doc Aiken re permitting process (.7); continue efforts to locate potential expert including calls and emails with Film LA and CA Fil Commission (3.4) | 4.8 |
| 9/26/2020 | Continue efforts to locate potential experts and exchange messages with candidates | 0.5 |
| 9/28/2020 | Further research into potential experts; telephone calls with potential experts Springs and Schwartz (3.6); discussions with Damion Robinson and David Markevitch re experts (.2); draft and revise Schwartz retention agreement (.4) | 4.2 |
| 9/29/2020 | Telephone call with Jerram Swartz and review additional potential experts | 1.5 |
| 9/30/2020 | Telephone call with Robert Brown - potential expert (.7); draft retention agreement (.3); prepare expert declaration shells for experts (.8) | 1.8 |
| 10/1/2020 | Continue prepainrg materials for expert reports (1.7); telephone calls with experts re reports Block (.6) and Eikner (.5); emails with Hardy (.2) | 3.0 |
| 10/5/2020 | Review Block declaration (.7); call with Brown (.8); review order on motion to compel (.3); email to cousel re expert discovery (.1) | 1.9 |
| 10/6/2020 | Email to Counsel re expert stipulations | 0.1 |
| 10/6/2020 | Review supplemental discovery reponses (.6); meeting with Greg Block in Orange County to review and revise report (1.5); travel to and from OC (2) | 4.1 |
| 10/7/2020 | Further review and analysis of supplemental discovery responses and discussions with Damion Robinson re same (.6); emails with opposing counsel re expert discovery (.2); emails and telephone calls with experts re reports and scheduling (.5) | 1.3 |

| | | |
|---|---|---|
| 10/8/2020 | Review and revise motion to compel re Bertini (.8); Zoom calls and emails with experts re reviewing and revising reports (6.3); | 7.1 |
| 10/9/2020 | Revise and finalize expert reports; zoom calls and emails with experts; discussions with Damion Robinson and David Affeld | 8.5 |
| 10/20/2020 | Emails with experts confirming information (.5); emails to Robert Gundert re expert disclosures and deposition scheduling (.5) | 1 |
| 10/21/2020 | Additional emails to experts re payments and scheduling | 0.3 |
| 10/30/2020 | Emails with Kileen and Hardy re deposition | 0.3 |
| 11/10/2020 | Draft and service notice of deposition (.7); review Cornell expert report and discussions with Damion Robinson re same (1.2) | 1.9 |
| 11/12/2020 | Attention to deposition notice and scheduling | 0.3 |
| 11/16/2020 | Attention to scheduling deadlines and upcoming depositions | 0.4 |
| 11/19/2020 | Review and analysis of Cornell declaration (1.6); prep for Hardy dpeosition and call with Hardy (1.8) | 3.4 |
| 11/20/2020 | Final prep for and defend Hardy deposition (3.8); discussions with Damion Robinson and David Affeld re same (.4) | 4.2 |
| 12/8/2020 | Attention to scheduling and emails with Damion Robinson re same | 0.3 |
| 1/7/2020 | Continue review and analysis of deposition transcripts and exhbits gathering evidence to support MSJ | 7.3 |
| 1/8/2021 | Continue review and analysis of depo transcripts and exhibits gathering evidence for MSJ and further legal research and analysis to support challenge to the City's permitting process (5.6); discussions with Damion Robinson re MSJ strategy and outlining some challenges to the claims (.5) | 6.1 |
| 1/9/2020 | Additional legal research and analysis re standards for unconstitutionality (1.4); continue drafting and revising MSJ against the City (5.5) | 6.9 |
| 1/10/2021 | Continue drafting and revising motion for summary judgment and gathering evidence cites | 8.6 |
| 1/11/2021 | Continue drafting and revising MSJ and gathering evidence therefore (9.4); discussions with David Affeld re same (.3) | 9.7 |

| 1/12/2021 | Discussions with Damion Robinson re MSJ (.4); continue drafting and revising MSJ and gathering evidence (6.5); attention to scheduling and status report deadlines (.3) | 7.2 |
|---|---|---|
| 1/13/2021 | Review Hardy depo errata (.2); emails with Kileen re signed depo transcripts (.1); continue review of deposition transcripts and exhibits for state MSJ (6.8) | 7.1 |
| 1/14/2021 | Continue review and and anlsyis of deposition transacripts and exhibits for evidence to support MSJ against the State (4.8); further legal research and analysis supporting the MSJ and updating status of pending litigation (2.8) | 7.2 |
| 1/15/2021 | Further review and revisons to MSJ against MP and Bertini (.8); begin drafting and revising MSJ against AG | 4.8 |
| 1/16/2021 | Continue drafting and revising MSJ against the AG and gather additional evidence and citations in support | 6.8 |
| 1/18/2021 | Continue drafting and revsising motion for summary judgment against CA; gather addiiotnal evidence and legal citations in supoort; discussions with Damion Robinson re same | 6.9 |
| 1/19/2021 | Continue drafting and revising MSJ against the AG, including additional leagl research and analysis into vagueness statndards and due process and gathering additional evidence | 9.4 |
| 1/20/2021 | Continue review and revisions to motions for summary judgment; discussions with Damion Robinson re motions and supoort; gather additional evidence and legal citations for the briefs; emails with Zeleny re declarations | 9.7 |
| 1/21/2021 | Continue drafting and revising motions for summary judgment and supporting documents; gather addiitonal evidence in support; discussions with Damion Robinson re same; assist and coordinate filing | 10.4 |
| 1/26/2021 | Further review and analysis of Defendants' motions for summary judgment and pull additional case law for oppositions | 7.6 |
| 1/27/2021 | Further review and analysis of City MSJ and discussions with Damion Robinson re opposition and strategy | 5.2 |
| 1/29/2021 | Pull additional information for MSJ opposition brief | 1.8 |
| 1/30/2021 | Continue drafting and revising opposition brief and legal research and analysis re same | 7.4 |

| | | |
|---|---|---|
| 2/2/2021 | Continue drafting and revising opposition briefs and gather additional evidence cites | 9.4 |
| 2/3/2021 | Continue drafing and revising opposition briefs to motions for summary judgment; including additional legal research and anlaysis for same, and discussions with Damion Robinson | 8.6 |
| 2/4/2021 | Continue reviewing and revising summary judgment oppositions and supporting documents; discussions with David Affeld and Damion Robinson re same; initial review of oppositions to our motions | 8.7 |
| 2/5/2021 | Review CA's opposition to MSJ and discussions with Damion Robinson re reply strategies and arguments | 5.6 |
| 2/6/2021 | Begin drafting reply briefs and gathering additional evidence cites | 7.9 |
| 2/7/2021 | Continue drafting and revising reply brief and discussions with Damion Robinson | 8.5 |
| 2/8/2021 | Further review and revisions to reply brief in supoort of motion against the City and discussions with Damion Robinson re same | 4.8 |
| 2/9/2021 | Continue drafting and revising reply brief in supoort of MSJ against CA and reviewing and revising Reply against MP and Bertini and discussions with Damion Robinson re same | 8.3 |
| 2/10/2021 | Continue drafting and revising reply in support of motion for summary judgment against the state, including further legal research and analysis re industry standards and vagueness rules and discussions with Damion Robinson re same | 8.4 |
| 2/11/2021 | Further review and revisions to reply briefs and discussions with Damion Robinson re same and gather additional legal and record citations (6.2); review Defedants' reply briefs (1.6) | 7.8 |
| 2/15/2021 | Revise CMC statemement (.6); email reply briefs to Michael (.1); review docket (.2) | 0.9 |
| 3/25/2021 | Review additional analysis and commentary re Young v. Hawaii decision (2.3); emails with Michael, David, and Damion re same (.4) | 2.7 |
| 3/26/2021 | Emails with Bob Gundert re potential joint request for additional briefing | 0.5 |
| 3/29/2021 | Draft and revise request to file supplemental brief and discussions witrh Damion Robsinon re same | 1.4 |
| 4/15/2021 | Attention to scheduling | 0.1 |

| | | |
|---|---|---|
| 4/19/2021 | Attention to news about new potential cases, summarize rulings and arguments, and discussions with Damion Robinson re stratgy for hearing | 2.6 |
| 4/20/2021 | Continue gathering materials and prep for oral argument | 6.3 |
| 4/21/2021 | Prep for oral argument and discussions with Damion Robinson and David Affeld re same | 10.9 |
| 4/22/2021 | Final prep for oral argument (9.6); and participate in hearing (1.9); emails with Bob Gundert re potential mistatements druring argument (.4) | 11.9 |
| 4/23/2021 | Emails to and from Bob Gundert re orl argument and alleged misstatements (.8); discussions with Damion and David on responses (.3) | 1.1 |
| 4/26/2021 | Review new SCOTUS ruling and analysis (1.9); emails with Michael, Damion, and David re same and potential impact on Michael's claims (.4) | 2.3 |
| 7/13/2021 | Review and analysis of summary judment order and discussions with Damion Robinson and David Affeld about use (4.4); emails with Michael Zeleny re order and potential ramifications (.8) | 5.2 |
| 7/14/2021 | Review additional authority and analysis from Michael in support of First Amendment claims (1.8); emails with Micheal, Damion and David re possible arguments | 2.2 |
| 7/15/2021 | Review emails and additional authory from Micheal (.7); emeails with Michael, Damion and David re appeal arguments (.4) | 1.1 |
| 7/15/2021 | Review emails and additional authory from Micheal (.7); emails with Michael, Damion and David re appeal arguments (.4) | 1.1 |
| 7/16/2021 | Emails with Michael Zeleny, David Affeld and Damion Robinson re potetnial arguments on appeal | 0.4 |
| 7/17/2021 | Emails with Michael Zeleny, David Affeld and Damion Robinson re potetnial arguments on appeal | 0.3 |
| 8/6/2021 | Review and revise joint status report (.5); discussions with Damion Robinson and David Affeled re next steps and arguments to make (.3) | 0.8 |

**Total England Time:**                                                 **389.2**

**ROBINSON Time**

| Date | Description | Time |
|---|---|---|

| Date | Description | Hours |
|------|-------------|-------|
| 8/9/2017 | Conference with David Affeld and Vicky McDermott regarding complaint; research regarding second amendment cases; research regarding notice procedures for challenging municipal ordinances under state and federal law; draft research memo regarding notice requirements | 1.7 |
| 8/14/2017 | Conference with David Affeld and Vicky McDermott regarding section 1983 action and discuss potential causes of action and legal theories | 1.1 |
| 8/16/2017 | Conference with Vicky McDermott regarding new complaint; research regarding similar 1983 cases; online research re: Zeleny protests and web presence | 0.4 |
| 8/18/2017 | Additional research regarding notice requirements for constitutional challenge; finalize memo regarding same | 0.5 |
| 8/24/2017 | Conference with David Affeld and Vicky McDermott; revise complaint for section 1983 action per discussion | 6.1 |
| 8/30/2017 | Revisions to Complaint; proofread same and make final changes; prepare for filing | 2.6 |
| 9/25/2017 | Discuss status with David Affeld and Zeleny's ongoing administrative exhaustion efforts | 0.2 |
| 9/25/2017 | Research regarding potential SLAPP and "public interest" exception to attorney-fee awards; discuss same with David Affeld | 1.4 |
| 12/7/2017 | Email Client regarding qualified immunity issues | 0.2 |
| 12/8/2017 | Review and comment on Michael Zeleny communication with City of Menlo Park | 0.3 |
| 12/22/2017 | Meeting with Michael Zeleny regarding case background, permitting efforts, and case filing | 2.5 |
| 12/22/2017 | Review emails from client; revise and update complaint for filing | 3.5 |
| 12/28/2017 | Finalize Complaint; Prepare summons and civil case cover sheet; file complaint and ancillary documents | 0.6 |
| 1/1/2018 | Email client re complaint filing | 0.1 |
| 1/3/2018 | Arrange for service of Complaint, including emails with Zeleny; call with Zeleny; call with Barhin (process server); email to Barhin re Service of Complaint | 0.6 |
| 1/11/2018 | Additional research regarding noticing procedures and prepare and serve notices of constitutional challenge | 1.6 |

| | | |
|---|---|---|
| 1/12/2018 | Review Magistrate Judge assignment and Judge Spero biography and online information; make recommendation on consent to David Affeld and Michael Zeleny; discuss same with David Affeld; emails with client regarding pros and cons of consenting | 1 |
| 1/12/2018 | Further emails with client re: Magistrate Judge Assignment | 0.3 |
| 1/12/2018 | Prepare and file Magistrate Judge Consent | 0.3 |
| 1/*/2018 | Review and execute stipulation for extension [Becerra/Brown] | 0.2 |
| 2/1/2018 | Email Noreen Skelly re extension of time to respond to complaint | 0.2 |
| 2/1/2018 | Review and revise stipulation to extend time re State of California | 0.2 |
| 2/3/2018 | Emails with client regarding protests and news coverage | 0.2 |
| 2/4/2018 | Online research regarding Zeleny's dispute with NEA and Min Zhu and Zeleny's online presence; discuss with David W. Affeld | 0.7 |
| 2/14/2018 | Review and approve stip to extend time to answer [City of Menlo] | 0.2 |
| 2/19/2018 | Emails with Noreen Skelly re scheduling | 0.2 |
| 2/20/2018 | Emails with Noreen Skelly re: Motion to Dismiss | 0.2 |
| 2/22/2018 | Emails with Noreen Skelly and Todd Master re: scheduling conference matters | 0.2 |
| 2/22/2018 | Prepare for Rule 26(f) conference with City of Menlo, Bertini, and State of California | 0.2 |
| 2/23/2018 | Review news reports and administrative record re: City of Menlo Park prior cases under section 1983 | 0.5 |
| 2/23/2018 | Rule 26 conference with Becerra and City of Menlo Park; summary email to client | 0.7 |
| 2/26/2018 | Prepare ADR certificate and circulate to all counsel; emails with opposing counsel re same | 0.2 |
| 2/28/2018 | Emails with client regarding outgoing subpoenas to NEA, Settlement Conference; and strategy re 1983 claim | 0.2 |
| 3/4/2018 | Review State motion to dismiss; research regarding same | 3.5 |
| 3/5/2018 | Draft response to State Motion to Dismiss | 8.4 |
| 3/23/2018 | Review case orders and deadlines; email Todd Master and Noreen Skelly re: filing of joint statement | 0.2 |
| 3/25/2018 | Conference with David Affeld re settlement strategy with City of Menlo; emails with client regarding same | 0.3 |

| Date | Description | Hours |
|---|---|---|
| 3/6/2018 | Finalize response to State Motion to Dismiss | 3.8 |
| 3/6/2018 | Draft subpoenas to NEA re: First Amendment Issues and Conspiracy with City of Menlo | 1.1 |
| 3/8/2018 | Attention to emails between David Affeld and Todd Master (City of Menlo) re early settlement discussion | 0.1 |
| 3/9/2018 | Review and approve ADR certificate | 0.2 |
| 3/28/2018 | Attend ADR planning conference by phone | 0.6 |
| 3/28/2018 | Review email from client regarding *Pruneyard* analysis and First Amendment issues; research regarding same | 0.2 |
| 4/13/2018 | Emails regarding City filing stipulation without authorization from Plaintiff; discuss same with David Affeld | 0.4 |
| 4/5/2018 | Revise subpoenas to NEA regarding First Amendment issues and conspiracy with City of Menlo | 1 |
| 4/16/2018 | Revise and finalize subpoenas to NEA regarding First Amendment issues and conspiracy with City of Menlo; discuss same with David Affeld; prepare combined Notice of Depositions | 1.3 |
| 4/17/2018 | Review Minute Order Granting/Denying Motion to Dismiss; discuss same with David Affeld; emails with David Affeld and Michael Zeleny re impact of order | 0.6 |
| 4/18/2018 | Review email from Todd Master regarding subpoenas and send substantive response, including discussion of relevance of subpoenas to case against City of Menlo Park | 0.7 |
| 4/27/2018 | Review order setting Settlement Conference; email client re same | 0.2 |
| 5/1/2018 | Revisions to Joint Case Management Conference Statement, including substantive discussion of case facts, legal issues, relief sought, and pending discovery dispute with City of Menlo and State; email same to opposing counsel | 2.1 |
| 5/3/2018 | Further revisions to Joint Case Management Statement; circulate same | 0.3 |
| 5/7/2018 | Emails with opposing counsel regarding scheduling of NEA depositions | 0.3 |
| 5/8/2018 | Review and file Minute Orders re: Settlement Conference | 0.2 |
| 5/10/2018 | Prepare settlement conference statement | 5.1 |
| 5/18/2018 | Review emails from David Affeld and Todd Master re: potential settlement | 0.2 |

| Date | Description | Hours |
|---|---|---|
| 6/6/2018 | Review and Revise Joint Scheduling Conference Statement | 0.4 |
| 6/13/2018 | Discussion with David Affeld re: Scheduling Conference | 0.5 |
| 6/14/2018 | Review Minute Order re Case Scheduling; calendar deadlines; discuss Scheduling Conference with David Affeld | 0.9 |
| 8/3/2018 | Review initial disclosures | 0.2 |
| 9/27/2018 | Discussion with David Affeld regarding initial disclosures and discovery issues | 0.2 |
| 10/6/2018 | Review emails and web pages provided by Michael Zeleny for use in initial disclosures | 1.1 |
| 10/11/2018 | Further discussion with Affeld and Zeleny regarding collection of materials to disclose in initial disclosures | 0.6 |
| 10/19/2018 | Prepare Initial Disclosure [FRCP 26]; circulate draft Initial Disclosure to David Affeld and Michael Zeleny | 1.5 |
| 10/22/2018 | Revisions to Initial Disclosure; emails with client re same | 0.7 |
| 11/2/2018 | Finalize and serve Initial Disclosures | 0.4 |
| 11/16/2018 | Email all counsel to schedule depositions for NEA witnesses, City of Menlo Park, and Dave Bertini | 0.2 |
| 12/12/2018 | Review deposition notice to Michael Zeleny by City of Menlo; email opposing counsel regarding improper setting of deposition and refusal to cooperate in depo scheduling | 0.3 |
| 12/13/2018 | Update NEA subpoenas re: First Amendment issues and conspiracy with City of Menlo; prepare deposition notice re: same | 0.6 |
| 12/20/2018 | Prepare written responses to Requests for Production and Special Interrogatories from City of Menlo Park and Dave Bertini; review materials provided by Zeleny for production in connection with same; review and download materials from Zeleny website for inclusion with responses | 4.5 |
| 12/21/2018 | Prepare four sets of written discovery, including Special Interrogatories to City of Menlo Park and Dave Bertini: RFPs to City of Menlo Park and Dave Bertini | 3.1 |
| 1/2/2019 | Review email from Menlo Park re depositions; email client re same | 0.2 |
| 1/3/2019 | Emails with Michael Zeleny regarding service of subpoenas | 0.2 |

| | | |
|---|---|---|
| 1/4/2019 | Email Todd Master regarding upcoming depositions and discovery issues; respond to issue raised about need for a permit; discussion with David Affeld regarding discovery and depositions | 1 |
| 1/8/2019 | Discussion with David Affeld re: upcoming depositions and objections; email exchange with counsel for NEA regarding upcoming depositions and objections to depositions | 0.6 |
| 1/9/2019 | Further emails with counsel for NEA regarding potential motion to quash and meet and confer; conference with David Affeld re discovery matters | 0.4 |
| 1/10/2019 | Review objections by NEA to deposition | 0.2 |
| 1/10/2019 | Email with counsel for Menlo Park regarding upcoming depositions off calendar | 0.2 |
| 1/11/2019 | Meet and confer call with Roger Lane, counsel for NEA; discuss same with David Affeld; send email summarizing discussion; review emails from Roger Lane | 1.4 |
| 1/14/2019 | Draft and revise deposition subpoena to Barak Engle; discuss same with David Affeld and Michael Zeleny | 1 |
| 1/16/2019 | Draft email to City of Menlo Park regarding deposition scheduling; timeline of efforts to coordinate depositions; and improper conduct by City of Menlo Park; attention to further emails between David Affeld and Todd Master regarding lack of deposition dates from the City of Menlo Park | 0.7 |
| 1/17/2019 | Emails regarding transcript of recorded hearing with City of Menlo Park and inaccurate/defective transcript; discuss same with David Affeld | 0.6 |
| 1/24/2019 | Draft two sets of written discovery:  Special Interrogatories and Requests for Production to Attorney General | 2.1 |
| 1/24/2019 | Draft Deposition Notice to Dave Bertini and Rule 30(b)(6) notice to City of Menlo Park | 1.7 |
| 1/24/2019 | Email Michael Zeleny with "to do" list, including open carry case; deposition scheduling; experts; and deposition of Engle | 0.2 |
| 1/25/2019 | Draft Objections to Deposition Notice from City of Menlo Park to Zeleny | 0.3 |
| 1/25/2019 | Review Motion to Quash by NEA; conference with David Affeld re response to same. | 0.6 |

| Date | Description | Hours |
|---|---|---|
| 1/25/2019 | Email Larry Berliner regarding NEA Motion to Quash and need for rebuttal declaration on document collection/review process | 0.3 |
| 1/25/2019 | Emails with David Affeld regarding deposition timing | 0.2 |
| 1/27/2019 | Update NEA subpoenas; email Bahrin regarding service | 0.3 |
| 1/28/2019 | Draft second set of written discovery to City of Menlo Park, including RFPs and Special Interrogatories | 1.1 |
| 1/30/2019 | Email David Affeld and Michael Zeleny regarding scheduling of City of Menlo Park deposition | 0.2 |
| 2/3/2019 | Research constitutional issues raised in NEA Motion to Quash, including redeeming value of speech; email constitutional expert re: same | 3.1 |
| 2/4/2019 | Draft Opposition to Motion to Quash by NEA; circulate same to Client for input with substantive discussion of needed information | 4.2 |
| 2/4/2019 | Follow up emails with Client and David Affeld regarding scheduling of Zeleny deposition and deposition of Menlo Park | 0.3 |
| 2/5/2019 | Emails with client regarding recent 9th Circuit decision rejected Equal Protection Challenge of firearms claim | 0.3 |
| 2/5/2019 | Call with Larry Berliner and draft Declaration of Larry Berliner for use in opposing NEA Motion to Quash | 1.1 |
| 2/6/2019 | Email assistant regarding documents to download for production | 0.2 |
| 2/6/2019 | Review email from Michael Zeleny regarding evidentiary support for each claim; discuss same with David Affeld for use in connection with opposing motion to quash | 0.6 |
| 2/6/2019 | Email Todd Master regarding document production and Zeleny deposition | 0.1 |
| 2/7/2019 | Further drafting of opposition to Motion to Quash by NEA; draft Declaration of Michael Zeleny; revise Declaration of Berliner; draft Declaration of Affeld | 5.1 |
| 2/8/2019 | Revisions to brief in opposition to Motion to Quash; finalize brief for filing | 5.6 |
| 2/8/2019 | Calls with Michael Zeleny and Larry Berliner; discussion with David Affeld; finalize exhibits to declarations; finalize Zeleny and Berliner Declarations in opposition to Motion to Quash | 2.3 |

| | | |
|---|---|---|
| 2/10/2019 | Complete review of documents for production to City of Menlo Park in response to discovery requests; email Todd Master regarding discovery production and requested discovery extension by City | 2.8 |
| 2/11/2019 | Series of emails with Todd Master regarding deposition and discovery scheduling; City's proposal for extension of deadlines; discuss same with David Affeld | 0.7 |
| 2/12/2019 | Draft stipulation to continue discovery deadlines | 0.5 |
| 2/12/2019 | Conference with David Affeld, Todd Master, and Noreen Skelly regarding deposition and discovery scheduling; series of emails regarding deposition scheduling and discovery schedule and City position on depositions | 0.7 |
| 2/13/2019 | Revisions to stipulation to continue discovery deadlines | 0.3 |
| 2/13/2019 | Emails with counsel for City of Menlo Park and California regarding discovery scheduling and stipulation | 0.5 |
| 2/14/2019 | Emails with counsel for City of Menlo and California re: discovery scheduling; finalize stipulation to continue discovery deadlines for filing; call with Todd Master and discussion with David Affeld | 0.7 |
| 2/16/2019 | Review NEA reply in support of Motion to Quash; discuss same with David Affeld | 0.8 |
| 2/19/2019 | Attention to recent filings and direct staff to download and include in case file | 0.2 |
| 2/19/2019 | Email with Client and David Affeld regarding response from constitutional expert regarding significance of truthfulness of Zeleny's message to First Amendment analysis | 0.5 |
| 2/19/2019 | Email with constitutional expert regarding First Amendment issues and obscenity claim by City of Menlo | 0.3 |
| 2/20/2019 | Research regarding City's offered basis for denial that protests may be obscene as to minors per PC 313.1; emails regarding same | 1.3 |
| 2/20/2021 | Discussion with David Affeld regarding upcoming depositions | 0.2 |
| 2/20/2019 | Research re: issues raised in NEA's Reply brief in support of Motion to Quash, including value of truthful speech | 1.9 |
| 2/20/2019 | Begin drafting sur-reply to NEA Motion to Quash and Application for Leave to file same | 2.7 |

| Date | Description | Hours |
|---|---|---|
| 2/20/2019 | Further emails with City of Menlo Park and State of California regarding deposition scheduling for Zeleny | 0.2 |
| 2/21/2019 | Emails with opposing counsel regarding deposition scheduling and scheduling of hearing on NEA Motion to Quash | 0.3 |
| 2/21/2019 | Revise and finalize sur-reply to NEA Motion to Quash and Application for Leave to file same | 1.7 |
| 2/21/2019 | Email to Client regarding NEA Motion to Quash and related correspondence | 0.2 |
| 3/4/2019 | Review objections/responses by City of Menlo Park and Dave Bertini to Interrogatories and Requests for Production | 0.4 |
| 3/6/2019 | Review motion papers on Motion to Quash and conference with David W. Affeld to prepare for Motion to Quash hearing | 0.8 |
| 3/7/2019 | Call with David Affeld following NEA Motion to Quash Hearing | 0.6 |
| 3/7/2019 | Review order Granting/Denying NEA Motion to Quash; discuss same with David Affeld | 0.5 |
| 3/11/2019 | Further review of City's written discovery responses; draft meet and confer letter regarding City's responses | 3.1 |
| 3/12/2019 | Emails with counsel regarding scheduling of Zeleny and Bertini depositions | 0.3 |
| 3/12/2019 | Finalize meet and confer letter regarding City's defective discovery responses; email same to opposing counsel | 0.4 |
| 3/13/2019 | Review of the City's discovery productions and discuss use of same at depositions with David Affeld | 5.3 |
| 3/13/2019 | Emails with Todd Master confirming Zeleny and Bertini depositions the following week | 0.3 |
| 3/14/2019 | Review Production from City of Menlo Park in preparation for combined deposition of City/Bertini; begin selecting exhibits and preparing deposition outline | 4.6 |
| 3/14/2019 | Email Todd Master with issues relating to discovery production, including missing documents and links to online sources rather than static copies of materials | 0.3 |
| 3/15/2019 | Further review of production from City of Menlo; select potential deposition exhibits for deposition of Bertini/City 30(b)(6) | 3.1 |
| 3/15/2019 | Prepare for and participate in discovery meet-and-confer with Todd Master | 0.5 |

| | | |
|---|---|---|
| 3/16/2019 | Begin preparing deposition outline for Chief Bertini; incorporate discovery production and City website re: Special Events | 6.3 |
| 3/16/2019 | Conference call with Michael Zeleny re: deposition preparation | 0.5 |
| 3/17/2019 | Further preparation for deposition of Dave Bertini/City of Menlo; select exhibits for same | 6.3 |
| 3/17/2019 | Meeting with client to discuss case status and prepare for deposition of client; travel with client to attend depositon | 5.9 |
| 3/18/2019 | Attend deposition of Michael Zeleny by City of Menlo Park; prepare with client before deposition and on recesses; debrief with client and David Affeld | 8.3 |
| 3/18/2019 | Meeting with client and Barak Engle regarding case and potential testimony by Engle; travel to and from | 2 |
| 3/18/2019 | Preparation for deposition of Chief Bertini/City of Menlo 30(b)(6) | 1.4 |
| 3/19/2019 | Prepare for and take deposition of Chief Bertini / City of Menlo (session 1); travel to and from; conferences with client before deposition and on breaks; debrief with client and David Affeld | 9.3 |
| 3/19/2019 | Return travel from Menlo Park depositions; conference with client | 3.2 |
| 3/20/2019 | Review deposition exhibits and materials produced by City; research regarding conspiracy claims under 42 USC § 1983; substantive email to client regarding potential of adding conspiracy claims to section 1983 claim to bring in NEA | 2.1 |
| 3/20/2019 | Begin drafting First Amended Complaint | 1.8 |
| 3/21/2019 | Prepare list of potential witnesses to depose/interview; discuss same with Client to down select deponents | 1 |
| 3/21/2019 | Draft Motion for Review of Order on Motion to Quash and Proposed Order; discuss same with David Affeld and incorporate his comments; finalize for filing | 3.1 |
| 3/21/2019 | Research on remedies/sanctions for deposition misconduct by counsel for City of Menlo; draft meet and confer letter regarding disruptions to deposition process | 1.9 |
| 3/21/2019 | Email to opposing counsel regarding scheduling of depositions, amendment of complaint, and deposition misconduct | 0.4 |

| Date | Description | Hours |
|---|---|---|
| 3/25/2019 | Draft proposed list of 30(b)(6) topics for State of California | 0.3 |
| 3/26/2019 | Begin drafting joint discovery Letter Brief regarding deposition misconduct by City of Menlo Park / Dave Bertini | 1.3 |
| 3/26/2019 | Further emails with Todd Master regarding deposition protocol and deposition scheduling and amended complaint; discuss discovery issues and plan with David Affeld | 0.9 |
| 3/27/2019 | Further drafting of First Amended Complaint | 2.3 |
| 3/27/2019 | Prepare for and attend meet-and-confer call with Todd Master (City of Menlo) regarding further deposition session, document production issues; emails with opposing counsel re same; discuss same with David Affeld | 0.8 |
| 3/27/2019 | Prepare stipulation to file First Amended Complaint; emails with opposing counsel re same | 0.6 |
| 3/27/2019 | Emails with Gabrielle Bruckner regarding proposed deposition schedule of Menlo Park witnesses, NEA, Engle, and State of CA | 0.3 |
| 3/27/2019 | Call with David Markevitch regarding assistance with discovery motions needing to be filed; send email to David Markevitch summarizing issues and providing key documents to prepare motions | 0.2 |
| 3/28/2019 | Emails with Noreen Skelly re stipulation for leave to amend; update stipulation to amend | 0.4 |
| 3/29/2019 | Draft subpoena to DA of San Mateo County for use in showing pattern of harassment/censorship | 0.8 |
| 3/29/2019 | Revisions to stipulation to file First Amended Complaint; emails with Todd Master re same; attention to filing of same | 0.4 |
| 3/29/2019 | Final revisions to First Amended Complaint | 1.6 |
| 3/29/2019 | Attention to filing of Joint Statement and Stipulation to file First Amended Complaint | 0.2 |
| 3/29/2019 | Consult with Zeleny regarding potential witnesses; prepare combined notice of deposition of further City of Menlo Park witnesses for deposition | 0.8 |
| 3/30/2019 | Emails with David Markevitch on Motion regarding improper deposition conduct by City of Menlo Park | 0.3 |
| 3/31/2019 | Emails with David Markevitch and David Affeld about Motion re improper deposition conduct | 0.2 |
| 4/1/2019 | Finalize and file First Amended Complaint | 0.3 |

| Date | Description | Hours |
|---|---|---|
| 4/2/2019 | Emails with Todd Master regarding deposition of Commander Sharon Kaufman | 0.2 |
| 4/3/2019 | Review NEA response to Motion challenging MJ discovery order; circulate same to David Affeld and Michael Zeleny; emails regarding same and next steps; discuss with David Affeld | 0.5 |
| 4/3/2019 | Travel to attend Case Management Conference | 3.5 |
| 4/4/2019 | Attend Case Management Conference; local travel to and from; discuss same with David Affeld | 2.1 |
| 4/4/2019 | Return travel to Los Angeles after attending Case Management Conference | 3 |
| 4/4/2019 | Draft stipulation to continue discovery deadlines and proposed order; circulate same to all counsel via email; email correspondence re same | 0.3 |
| 4/5/2019 | Emails with Joseph Charles (San Mateo DA) re subpoena | 0.3 |
| 4/5/2019 | Incorporate comments by opposing counsel into stipulation to extend deadlines | 0.2 |
| 4/8/2019 | Emails with assistant re call from Sharon Kaufman | 0.1 |
| 4/8/2019 | Further emails with counsel regarding stipulation for extension of deadlines; attention to filing of stipulation | 0.3 |
| 4/9/2019 | Review First Amended Complaint and prepare corrections to same for filing | 0.4 |
| 4/9/2019 | Further emails with Joseph Charles (San Mateo DA) re subpoena concerning criminal prosecution | 0.4 |
| 4/10/2019 | Prepare and file withdrawal of Motion for Review of Order on Motion to Quash | 0.3 |
| 4/11/2019 | Telephonic Meet and Confer with San Mateo DA's office regarding deposition subpoena about Zeleny prosecution by City of Menlo / NEA; draft summary email to Joseph Charles | 0.4 |
| 4/18/2019 | Draft Confidential Settlement Status Update; circulate same to Judge Counsins | 0.4 |
| 4/25/2019 | Attention to emails from Lili Harrell and counsel regarding scheduling settlement conference | 0.1 |
| 5/8/2019 | Attention to emails regarding scheduling settlement conference; discuss same with David Affeld | 0.2 |
| 5/9/2019 | Review Motion to Dismiss of NEA; discuss with David Affeld | 1 |
| 5/9/2019 | Email status update to David Markevitch | 0.1 |
| 5/15/2019 | Research for Opposition to NEA Motion to Dismiss, including Noerr-Pennington and 1983 conspiracy claims | 3.5 |

| Date | Description | Hours |
|---|---|---|
| 5/15/2019 | Begin drafting Opposition to NEA Motion to Dismiss | 4.7 |
| 5/22/2019 | Further drafting of Opposition to NEA Motion to Dismiss | 7.1 |
| 5/23/2019 | Additional research and final drafting of Opposition to NEA Motion to Dismiss; review David Affeld comments re same; finalize same for filing | 8.6 |
| 6/12/2019 | Prepare for hearing on NEA Motion to Dismiss; travel to hearing | 5.7 |
| 6/13/2019 | Oral argument on NEA Motion to Dismiss; local travel to and from | 1.9 |
| 6/13/2019 | Return travel to Los Angeles following hearing on NEA Motion to Dismiss | 3.5 |
| 6/24/2019 | Email all counsel re scheduling matters | 0.2 |
| 6/26/2019 | Email with team regarding Todd Master unavailability to discuss scheduling; conference with David Affeld re same; call Todd Master office; send follow up email re scheduling and email exchange with all other counsel regarding scheduling and other matters | 1.6 |
| 6/27/2019 | Prepare further deposition subpoenas including City of Menlo Park witnesses and NEA witnesses due to City of Menlo unavailability to discuss modifying schedule; attempt to locate former City of Menlo employees for service | 1.7 |
| 6/27/2019 | Follow up email with Joseph Charles (San Mateo DA) regarding depo scheduling | 0.1 |
| 6/28/2019 | Draft Deposition Notices to NEA and State of California | 0.6 |
| 6/28/2019 | Email exchange with counsel regarding case scheduling and agree upon schedule with available parties; follow up email regarding outgoing deposition notices | 0.8 |
| 6/28/2019 | Prepare Motion to Continue and Motion to Shorten Time, Declaration of Damion Robinson; file same | 2.1 |
| 6/28/2019 | Review City of Menlo Park opposition to Motion to Shorten Time; discuss with David Affeld | 0.5 |
| 7/1/2019 | Review Order granting continuance of deadlines; discuss with David Affeld; emails with all counsel regarding revised deposition schedule in light of extension | 0.5 |
| 7/5/2019 | Draft updated Settlement Conference statement and cover email to Judge Cousins and staff | 2.3 |
| 7/8/2019 | Review order from MJ Cousins that NEA attend settlement conference | 0.2 |

| Date | Description | Hours |
|---|---|---|
| 7/10/2019 | Meeting with David Affeld and Michael Zeleny regarding preparation for settlement conference and our position for settlement | 1 |
| 7/11/2019 | Call with David Affeld following settlement conference | 0.2 |
| 7/30/2019 | Review Order granting Motion to Dismiss; circulate same to client with summary | 0.5 |
| 8/4/2019 | Follow up email with counsel regarding deposition scheduling | 0.2 |
| 8/12/2019 | Further emails with all counsel attempting to schedule depositions | 0.4 |
| 8/27/2019 | Research regarding sham exception to Noerr-Pennington immunity | 1.7 |
| 8/27/2019 | Substantive emails with client regarding NEA Motion to Dismiss and amended complaint; research regarding same | 0.8 |
| 8/28/2019 | Being drafting Second Amended Complaint to address Noerr-Pennington Argument; review of documents produced by NEA; further review of City of Menlo Park productions and Bertini deposition testimony | 2.9 |
| 8/28/2019 | Email David Affeld and Client regarding City of Menlo Park contradictions regarding definition of "special event" and Bertini testimony on point; review Bertini transcript regarding same | 0.5 |
| 8/28/2019 | Draft email to counsel regarding deficiencies in NEA production, including documents with "non-responsive" redactions and emails missing attachments | 0.2 |
| 8/29/2019 | Draft substantive memorandum to client regarding viability of claims against NEA and potential Noerr-Pennington immunity; possibility of pleading around immunity; emails with client re same | 2.3 |
| 8/29/2019 | Draft Second Amended Complaint; review document production and Dave Bertini testimony to incorporate | 2 |
| 8/29/2019 | Prepare detailed timeline with supporting documents regarding City efforts to stifle Zeleny protests and coordination with NEA | 1.3 |
| 8/30/2019 | Further drafting of Second Amended Complaint; discuss criminal proceeding with David Affeld; call with criminal counsel re proceeding and evidnece of NEA participation; emails with Michael Zeleny re same | 1.8 |
| 9/4/2019 | Emails with client regarding procedural issues | 0.2 |
| 10/2/2019 | Emails with opposing counsel regarding extension of Motion to Dismiss schedule | 0.2 |

| Date | Description | Hours |
|---|---|---|
| 10/3/2019 | Draft stipulation and proposed order to modify briefing schedule on NEA Motion to Dismiss; circulate to all counsel for approval | 0.3 |
| 10/4/2019 | Finalize and file stipulation to modify breifing schedule on NEA Motion to Dismiss | 0.2 |
| 10/4/2019 | Review Motion to Dismiss of NEA [2nd Amended Complaint]; discuss same with David Affeld | 1 |
| 10/14/2019 | Draft Opposition to Motion to Dismiss of NEA; additional research re: same | 3.8 |
| 10/14/2019 | Email all counsel regarding scheduling in light of pending Motion to Dismiss | 0.1 |
| 10/15/2019 | Further Drafting of Opposition to Motion to Dismiss of NEA; discuss same with Brian England | 6.3 |
| 10/15/2019 | Further emails with all counsel regarding scheduling | 0.3 |
| 10/16/2019 | Finalize Opposition to Motion to Dismiss; incorporate comments from Brian England; discuss same with Brian England; file same | 8.5 |
| 10/16/2019 | Further emails with all counsel regarding scheduling | 0.2 |
| 10/17/2019 | Emails with Michael Zeleny regarding amended pleading | 0.2 |
| 10/18/2019 | Draft stipulation to continue deadlines in light of further motion practice; circulate to all counsel | 0.3 |
| 10/24/2019 | Incorporate changes and finalize and file stip to continue deadlines | 0.3 |
| 10/25/2019 | Review reply of NEA in support of Motion to Dismiss; discuss same with David Affeld | 0.6 |
| 11/19/2019 | Emails with counsel re deposition scheduling | 0.1 |
| 11/27/2019 | Further meet-and-confer with counsel for City of Menlo re outstanding discovery issues | 0.3 |
| 12/2/2019 | Emails with all counsel re status report | 0.1 |
| 12/3/2019 | Prepare joint status report; circulate same; emails with opposing counsel regarding changes to status report | 0.5 |
| 12/5/2019 | Review order for telephonic conference; arrange CourtCall for same; attention to calendar | 0.3 |
| 12/5/2019 | Finalize status report for filing | 0.2 |
| 12/12/2019 | Emails with counsel re deposition scheduling | 0.2 |
| 12/12/2019 | Prepare for and attend telephonic status conference | 0.8 |
| 1/9/2020 | Email all counsel regarding case schedule and deposition scheduling | 0.3 |
| 1/17/2020 | Conference with Brian England regarding background on matter and materials for review | 1.5 |
| 1/18/2020 | Emails re State of California deposition | 0.2 |

| Date | Description | Hours |
|---|---|---|
| 1/20/2020 | Review production from State of California and conduct online research to prepare for deposition of State of California | 5.5 |
| 1/20/2020 | Read dissenting opinion to denial of cert in *Perulta* | 0.3 |
| 1/20/2020 | Emails with counsel regarding proposed limitations on State of California deposition; confer with David Affeld regarding same | 0.5 |
| 1/21/2020 | Prepare for deposition of State of California; prepare outline and select exhibits | 4.3 |
| 1/21/2020 | Attention to scheduling of court reporter for State of California | 0.2 |
| 1/22/2020 | Further preparation for deposition of State of California; emails to opposing counsel regarding confirmation | 4.1 |
| 1/29/2020 | Review potential witnesses for deposition; email opposing counsel with list of prospective former/current City employees to depose | 0.6 |
| 2/3/2020 | Emails with opposing counsel regarding continued deposition of Menlo Park/Bertini, City fact witnesses; written discovery disputes; attempt at deferring depositions | 0.4 |
| 2/5/2020 | Email re deposition of NEA | 0.2 |
| 2/5/2020 | Email to Client regarding remaining witnesses for possible deposition relating to claims vs. City of Menlo Park, best candidates to depose, and strategy for depositions | 0.4 |
| 2/5/2020 | Emails with Todd Master re: scheduling fact witness depos of former Menlo Park employees and third parties | 0.5 |
| 2/7/2020 | Draft Plaintiff's portion of Joint Letter Brief re assertion of Official Privilege by City of Menlo; research regarding same | 3.3 |
| 2/10/2020 | Prepare deposition schedule for former City of Menlo Park employees, San Mateo DA, and other witnesses on section 1983 claim; circulate to Gabrielle Bruckner for reporter coverage; emails with Gabrielle Bruckner re same | 0.5 |
| 2/11/2020 | Review Defendant's portion of Joint Letter Brief re Official Privilege; minor modifications to letter brief; emails with Todd Master re same | 0.5 |
| 2/11/2020 | Emails with Michael Zeleny regarding deposition issues | 0.2 |

| Date | Description | Hours |
|------|-------------|-------|
| 2/11/2020 | Draft further deposition subpoenas to former City employees and NEA | 0.3 |
| 2/12/2020 | Review comments to Joint Letter Brief re Official Privilege | 0.2 |
| 2/12/2020 | Draft further written discovery to City of Menlo Park and Bertini, including RFPs and Special Interrogatories | 1.3 |
| 2/12/2020 | Draft further written discovery to State of California | 0.2 |
| 2/12/2020 | Research and draft letter to State of California demanding further deposition in light of witness's inability to answer questions | 0.5 |
| 2/12/2020 | Email with Michael Zeleny re: deposition of Engle | 0.2 |
| 2/13/2020 | Finalize written discovery to City of Menlo Park and Bertini | 0.5 |
| 2/13/2020 | Finalize Joint Letter Brief re Official Privilege for filing | 0.4 |
| 2/13/2020 | Prepare Declaration of Damion Robinson and exhibits for Joint Letter Brief re Official Privilege; emails with Todd Master re finalizing Letter Brief | 0.7 |
| 2/13/2020 | Draft summary of various City of Menlo Park witnesses for deposition prep; discuss depositions and motion filings with David Affeld; send email to David Markevitch regarding coverage for upcoming depositions | 0.8 |
| 2/13/2020 | Emails with Alan Beck regarding potential historical experts | 0.2 |
| 2/13/2020 | Emails with Michael Zeleny and all counsel regarding depositions | 0.5 |
| 2/17/2020 | Emails with Gabrielle Bruckner regarding tender of witness fees for deposition subpoenas | 0.2 |
| 2/18/2020 | Emails with Todd Master and Noreen Skelly regarding scheduling of fact witness depositions and City's refusal to make Bertini available as requested | 0.5 |
| 2/19/2020 | Further emails with Todd Master regarding refusal to make witnesses reasonably available for deposition; discuss same with David Affeld | 0.5 |
| 2/20/2020 | Attention to service of deposition subpoenas to City witnesses and NEA | 0.4 |
| 2/20/2020 | Further emails with Todd Master regarding refusal to make witnesses available; follow up with David Markevitch regarding his availability on dates proposed by City | 0.5 |
| 2/20/2020 | Review Order granting *in camera* review of City of Menlo Park files | 0.2 |

| Date | Description | Hours |
|------|-------------|-------|
| 2/20/2020 | Review Order compelling disclosure of Menlo Park files; discuss same with David Affeld | 0.5 |
| 2/24/2020 | Confirm deposition scheduling with David Markevitch and send email to Todd Master re proposed deposition schedule for all remaining witnesses; follow up with Todd Master and Noreen Skelly re various scheduling and availability issues | 0.5 |
| 2/25/2020 | Further emails with all counsel regarding deposition scheduling and confirming availability and dates with City-affiliated witnesses | 0.2 |
| 2/26/2020 | Amend Combined Deposition Notice to City witnesses and NEA | 0.2 |
| 2/26/2020 | Discussion with Brian England and David Affeld regarding discovery matters and case strategy | 0.7 |
| 2/26/2020 | Email David Markevitch re upcoming depos of Foy, Milde, and Flegel; pull key documents to share with Markevitch for use in upcoming depositions and for case background | 2.1 |
| 2/26/2020 | Draft initial deposition outline for Matt Milde to discuss with David Markevitch | 1.2 |
| 2/26/2020 | Review audio recordings produced by City of Menlo Park for potential use in upcoming depositions | 1.9 |
| 2/27/2020 | Begin drafting deposition outline for former officer Jeremy Foy; collect documents for Jeremy Foy; discuss deposition with David Markevitch | 3.1 |
| 2/27/2020 | Research regarding potential experts for Second Amendment Issues | 1.5 |
| 2/27/2020 | Call with Sean Brady regarding potential expert reteniton | 0.5 |
| 2/28/2020 | Forward ruling on Official Privilege to Client with excerpt | 0.2 |
| 2/28/2020 | Emails regarding rescheduling Foy deposition due to witness unavailability; discuss same with D Markevitch; reschedule deposition | 0.7 |
| 2/29/2020 | Call with David Markevitch regarding preparation for upcoming depositions of Milde and Flegel | 0.6 |
| 2/29/2020 | Begin drafting letter brief re Deposition of State of California | 0.9 |
| 3/1/2020 | Multiple emails with Todd Master and David Markevitch regarding rescheduling Officer Foy deposition at Mr. Master's request and refusal to accept alternative dates proposed | 0.5 |

| Date | Description | Hours |
|---|---|---|
| 3/1/2020 | Complete review of City of Menlo Park audio files produced in discovery; collect potential deposition exhibits for Foy, Milde, and Flegel; email David Markevitch and David Affeld re 40 minute conference between NEA and City officials apparently recorded inadvertently | 3.2 |
| 3/2/2020 | Prepare initial draft of outline for Nicholas Flegel; pull sample film permit applications; email David Markevitch re same; Zoom call with David Markevitch re same | 1.6 |
| 3/2/2020 | Prepare Notice of Appearance for David Markevitch; emails re same | 0.3 |
| 3/2/2020 | Call with David Affeld and Michael Zeleny re: deposition of Engel | 0.2 |
| 3/3/2020 | Call with David Affeld and Barak Engle re deposition; update deposition subpoena to Barak Engle; draft amended Deposition Notice re same; discuss depositions and experts with D Affeld | 0.7 |
| 3/3/2020 | Calls with David Markevitch re Depositions of Milde and Flegel | 0.4 |
| 3/4/2020 | Call with David Markevitch regarding upcoming depositions of Milde, McIntyre, and Toews; emails with Todd Master re Depositions; discuss same with David Affeld | 1.5 |
| 3/5/2020 | Calls with David Markevitch during and after deposition of Matt Milde; discussion of ongoing deposition misconduct by Todd Master and our response; discuss City depositions with David Affed | 0.7 |
| 3/6/2020 | Review rough transcript of Milde deposition; email to Todd Master re deposition obstruction and groundrules going forward | 0.5 |
| 3/6/2020 | Draft Joint Status Report and stipulated Protective Order; attention to filing of same | 0.9 |
| 3/6/2020 | Emails with opposing counsel re protective order | 0.2 |
| 3/6/2020 | Emails with team regarding Second Amendment expert | 0.2 |
| 3/8/2020 | Discussion with Brian England regarding needed discovery and strategy; discussion with David Affeld re Same | 0.6 |
| 3/9/2020 | Review supplemental responses by City of Menlo to Special Interrogatories | 0.5 |
| 3/9/2020 | Emails with team regarding deposition coverage of City-affiliated witnesses and Engle | 0.2 |

Case 3:17-cv-07357-RS   Document 201-1   Filed 11/12/21   Page 101 of 105

| Date | Description | Hours |
|---|---|---|
| 3/11/2020 | Conference with Brian England regarding NEA deposition | 0.3 |
| 3/12/2020 | Emails with David Markevitch re cancellation of McIntyre | 0.2 |
| 3/13/2020 | Emails with counsel regarding proposed continuance due to COVID-19; prepare Stipulation to Continue and Proposed Order; emails with all counsel regarding proposed continuance | 0.7 |
| 3/16/2020 | Finalize Stipulation and Proposed Order continuing dates | 0.2 |
| 3/16/2020 | Review City of Menlo Park and Bertini responses to Second and Third Sets of Written Discovery | 0.2 |
| 3/25/2020 | Draft status report to team with outstanding action items re depositions, City document productions, City interrogatory responses, and depo meet and confer | 0.2 |
| 3/25/2020 | Minor edits to meet-and-confer letter to NEA drafted by Brian England | 0.2 |
| 3/26/2020 | Emails with team regarding NEA deposition, potential motions, and emails from Roger Lane | 0.2 |
| 4/7/2020 | Review emails from David Markevitch re discovery disputes with City of Menlo; locate documents requested by David Markevitch and forward same | 0.3 |
| 4/8/2020 | Review meet and confer correspondence to City of Menlo Park | 0.1 |
| 4/15/2020 | Emails with David Markevitch re City discovery deficiencies and attempts to confer with Todd Master | 0.1 |
| 4/20/2020 | Review City of Menlo Park response to discovery meet-and-confer correspondence; discuss same with David Markevitch | 0.3 |
| 4/21/2020 | Further emails with team and Todd Master regarding City refusal to participate in discovery | 0.3 |
| 4/22/2020 | Follow up regarding City of Menlo Park discovery non-compliance | 0.1 |
| 4/23/2020 | Emails with team regarding City discovery materials and meet-and-confer discussion with Todd Master | 0.2 |
| 4/24/2020 | Call with David Markevitch; draft Requests for Production to City of Menlo re: ownership of Median; draft Special Interrogatories to Bertini re Ownership of Median; review discovery limitations and timing | 1 |
| 4/29/2020 | Phone conference with David Markevitch about Letter Brief re State of California Deposition; correspondence re same | 0.4 |

| | | |
|---|---|---|
| 4/30/2020 | Review Joint Letter Brief prepared by David Markevitch re State of California Deposition and revise same; attention to emails circulating same | 0.8 |
| 5/4/2020 | Draft further stipulation to continue dates in light of COVID-19 Pandemic and proposed order; emails with David Markevitch re same | 0.3 |
| 5/6/2020 | Emails with opposing counsel regarding stipulation to continue | 0.2 |
| 5/7/2020 | Review and circulate order continuing dates | 0.2 |
| 5/11/2020 | Review State of California portion of joint discovery brief; email John Killeen re same | 0.2 |
| 5/18/2020 | Review Order requiring exploration of settlement and discuss settlement prospects with Brian England and David Affeld | 0.5 |
| 5/28/2020 | Emails with Brian England regarding NEA meet-and-confer; attempt to locate NEA counsel after receiving no response to contacts; email Beth Boland and Foley re: ongoing discovery issues | 0.3 |
| 6/1/2020 | Review and respond to email from Todd Master regarding discovery; email with David Markevitch re scheduling; | 0.4 |
| 6/1/2020 | Email with Todd Master regarding potential resolution | 0.1 |
| 6/2/2020 | Emails with Brian England and David Markevitch regarding NEA response to attempt to meet-and-confer and position regarding recording of meeting with City staff; research regarding recording | 0.5 |
| 6/2/2020 | Series of emails with Todd Master regarding illusory settlement proposal and discovery issues; emails with David Markevitch re same; call with David Markevitch re discovery issues; discuss with David Affeld | 1.5 |
| 6/2/2020 | Minor edits to discovery letter brief re State of California depo | 0.1 |
| 6/4/2020 | Review joint letter brief declaration; emails with DM re same; review emails from Todd Master and several court filings by NEA; update calendar to reflect continuance of CMC | 0.7 |
| 6/4/2020 | Emails with D Markevitch regarding final depo scheduling | 0.1 |
| 6/9/2020 | Review order re State of California Deposition, discuss same with David Affeld and Brian England; draft letter to counsel for State of California re updated rog responses | 1 |

| | | |
|---|---|---|
| 6/9/2020 | Review prior stipulation re continued deadlines; circulate same to opposing counsel with email proposing extensions due to COVID-19 | 0.2 |
| 6/9/2020 | Emails with Client and David Affeld regarding entertainment permit and potential resolution with State of California through EFP | 0.2 |
| 6/9/2020 | Final revisions to letter to State of California requesting updated rog responses; email same to counsel | 0.3 |
| 6/10/2020 | Emails re modifying schedule and stipulation re same | 0.1 |
| 6/19/2020 | Draft stipulation to modify dates | 0.2 |
| 6/23/2020 | Finalize stipulation and proposed order modifying dates | 0.2 |
| 6/24/2020 | Discussion with Brian England re: motion to compel NEA | 0.2 |
| 6/26/2020 | Review correspondence from John Killeen; email to arrange call to discuss potential resolution | 0.3 |
| 7/2/2020 | Emails with Gabrielle Bruckner re locating Ivan Toews | 0.1 |
| 7/8/2020 | Attention to emails between David Markevitch and John Killeen regarding State of California interrogatory responses and position on EFP permits | 0.2 |
| 7/22/2020 | Update deposition notice for remaining City witnesses | 0.2 |
| 7/28/2020 | Emails with David Markevitch and Gabrielle Bruckner re coordinating McIntyre Deposition | 0.2 |
| 7/29/2020 | Discussion with Brian England regarding impact of pending Second Amendment cases on Zeleny matter | 0.2 |
| 7/30/2020 | Emails regarding deposition of Ivan Toews | 0.2 |
| 7/30/2020 | Call with David Markevitch regarding deposition of McIntyre | 0.7 |
| 7/31/2020 | Review and approve revised subpoena for Ivan Toews | 0.1 |
| 8/3/2020 | Attention to emails coordinating continued deposition of Chief Bertini | 0.1 |
| 8/4/2020 | Begin preparation for continued deposition of Chief Bertini; review City and Bertini further written discovery responses | 0.9 |
| 8/5/2020 | Continued preparation for Bertini deposition; review additional productions by City of Menlo Park; efforts to locate missing documents from City productions; review prior deposition transcript | 4.7 |
| 8/6/2020 | Final preparation for Bertini continued deposition | 5.1 |
| 8/7/2020 | Prepare for and attend continued deposition of Chief Dave Bertini via Zoom | 9 |

| Date | Description | Hours |
|---|---|---|
| 8/7/2020 | Strategy call with Michael Zeleny and David Affeld regarding new Bertini testimony; need for compelling further testimony; impact on claims; and strategy going forward | 1.3 |
| 8/10/2020 | Discuss case status with Brian England and possibility for settlement; discuss settlement prospects with D Affeld | 0.6 |
| 8/10/2020 | Send case status update to client and recommendation to explore settlement | 0.3 |
| 8/10/2020 | Emails with John Killeen (State of CA) re potential settlement | 0.3 |
| 8/10/2020 | Draft status update email to Client regarding potential settlement with State of California | 0.3 |
| 8/11/2020 | Update NEA subpoena and deposition notice | 0.2 |
| 8/11/2020 | Call with John Killeen (State of CA) re potential settlement; interrogatory responses; discuss with David Affeld | 0.6 |
| 8/15/2020 | Emails with Brian England regarding vagueness challenge | 0.2 |
| 8/17/2020 | Review and revise letter brief regarding interrogatory responses from State of California | 1.5 |
| 8/18/2020 | Incorporate comments from Brian R. England on Joint Letter Brief re Interrogatory Responses | 0.4 |
| 8/19/2020 | Emails with Brian England regarding experts | 0.2 |
| 8/19/2020 | Call with David Markevitch regarding upcoming discovery matters | 0.3 |
| 8/19/2020 | Review and revise Summary Judgment outline prepared by Brian England; discuss with Brian England | 1.1 |
| 8/20/2020 | Efforts to locate Ivan Toews (film permitting) | 0.4 |
| 8/21/2020 | Updated subpoena and depo notice re: Ivan Toews | 0.2 |
| 8/25/2020 | Review joint discovery motion re Interrogatory responses from State of California; revisions to same; emails with David Markevitch and John Killeen re same | 0.3 |
| 8/25/2020 | Review old litigation files regarding dispute with NEA; call with Brian England; email regarding documents missing from current productions | 1.1 |
| 8/25/2020 | Emails regarding locating Ivan Toews | 0.2 |
| 8/25/2020 | Call with Brian England regarding NEA deposition | 0.4 |
| 8/26/2020 | Attempts to locate potential entertainment industry experts: call with Brian England and Greg Block | 1.6 |
| 8/26/2020 | Call with David Affeld regarding MSJ strategy and arguments | 0.4 |

| Date | Description | Hours |
|---|---|---|
| 8/27/2020 | Continue efforts to locate entertainment industry efforts; message team regarding same | 0.5 |
| 8/27/2020 | Attention to emails from D. Markevitch & Todd Master re extension; calls with David Markevitch re Extension; messages with team regarding timeline | 0.6 |
| 8/27/2020 | Call with Greg Block; send documents to Greg Block; discussions with Brian England re same; emails with Zeleny re meeting with Block | 1.8 |
| 8/27/2020 | Email Zeleny re meeting with Greg Block | 0.3 |
| 8/27/2020 | Email with Todd Master and John Killeen regarding extension request | 0.2 |
| 8/29/2020 | Emails with Adam Winkler (UCLA) re potential experts | 0.2 |
| 8/31/2020 | Email Zeleny and Greg Block | 0.2 |
| 8/31/2020 | Review and revise briefing in support of continuance; call with David Markevitch re same | 0.6 |
| 8/31/2020 | Emails from/to Todd Master and John Killeen re schedule | 0.2 |
| 8/31/2020 | Emails with David Markevitch and counsel regarding motion to continue deadlines | 0.3 |
| 8/31/2020 | Emails with Michael Zeleny and Greg Block to arrange meeting and firearm safety test | 0.2 |
| 9/1/2020 | Call with Adam Winkler and Brian England re expert testimony; discuss with Brian England | 0.5 |
| 9/2/2020 | Discussion and emails with Brian England regarding meeting with Greg Block and firearm safety examination | 0.6 |
| 9/3/2020 | Call with David Affeld regarding hearing tomorrow and MSJs | 0.3 |
| 9/4/2020 | Prepare for and attend hearing regarding compelling interrogatory responses from State of California; prepare notes re same; discuss with David Affeld | 2.1 |
| 9/4/2020 | Review Order compelling further responses to interrogatories from State of California; discuss same with Brian England, David Markevitch and David Affeld; email Client summary of order | 0.8 |
| 9/4/2020 | Conference with Brian England and David Affeld re summary judgment and First Amendment issues | 0.5 |
| 9/11/2020 | Emails with all counsel to arrange settlement discussion per Court's order to explore settlement | 0.3 |
| 9/15/2020 | Emails with all counsel confirming settlement discussion on 9/16 and providing Zoom info | 0.1 |

| | | |
|---|---|---|
| 9/16/2020 | Discuss settlement possibility with Brian England and David Affeld;  settlement discussion with opposing counsel; work on joint statement | 0.8 |
| 9/16/2020 | Review Motion to Challenge Order re: Interrogatory responses from State of California; discuss same with Brian England; email team re same | 0.6 |
| 9/17/2020 | Finalize joint status report re settlement discussion; emails with opposing counsel re same | 0.3 |
| 9/17/2020 | Call with Brian England and Doc Eikner regarding potential expert engagement; discuss same with Brian England | 0.5 |
| 9/18/2020 | Email with team regarding motion to amend complaint to add Vagueness challenge | 0.2 |
| 9/20/2020 | Email all counsel re Motion to Amend Complaint to add Vagueness Challenge | 0.3 |
| 9/21/2020 | Review and revise response to State of California Motion Challenging Discovery Order | 0.9 |
| 9/22/2020 | Draft Motion to Amend to add vagueness challenge to Penal Code Sections; emails to team re: State of California refusal to stipulate to leave | 3.5 |
| 9/22/2020 | Call with David Affeld regarding whether we need a permitting expert | 0.2 |
| 9/23/2020 | Email team re amendments to complaint; draft amended complaint; revise brief on leave to amend, including incorporating team comments | 0.9 |
| 9/24/2020 | Finalize amended complaint and motion for leave; attention to filing | 0.7 |
| 9/24/2020 | Emails regarding further efforts to locate  witness Ivan Toews | 0.2 |
| 9/25/2020 | Emails regarding State of California refusal to update discovery responses as ordered | 0.3 |
| 9/27/2020 | Review  Dave Bertini deposition transcripts for improper objections and questions not answered; send substnative email to Todd Master regarding potential Motion to Compel and ask to meet and confer | 1.7 |
| 9/28/2020 | Call with David Affeld regarding permitting process and necessary evidence from Zeleny | 0.3 |
| 10/1/2020 | Call with David Affeld regarding MSJ briefing vs. State | 0.2 |
| 10/2/2020 | Review orders regarding State of California challenge to discovery ruling: discuss same with Brian England; emails with David Markevitch regarding automatic briefing schedule; call with David Markevitch re same | 1.1 |

| Date | Description | Hours |
|------|-------------|-------|
| 10/5/2020 | Review and circulate order denying State of California Motion for review of Judge Hixson's Order | 0.3 |
| 10/6/2020 | Review updated interrogatory responses from State of California regarding Entertainment Firearms Permit and statutory interpretation issues; emails with David Markevitch re same; call with David Markevitch re same | 0.8 |
| 10/7/2020 | Call with Brian England regarding State of California discovery responses and strategy to press interpretation issue | 0.3 |
| 10/7/2020 | Follow up emails with Todd Master regarding Bertini deposition and contemplated Motion to Compel | 0.3 |
| 10/7/2020 | Emails with team regarding City of Menlo response to proposed stipulation regarding expert discovery | 0.1 |
| 10/8/2020 | Call and emails with Todd Master regarding Bertini failure/refusal to answer deposition questions and contemplated motions | 0.6 |
| 10/8/2020 | Draft Motion to Compel City of Menlo Park / Dave Bertini to answer deposition questions; emails with team re same and incorporate Brian England comments | 4.6 |
| 10/8/2020 | Review updated interrogatory responses from State; discuss with team; email John Killeen regarding updated interrogatory responses and failure to comply with Judge Hixson's order; further emails with team and client regarding same | 0.6 |
| 10/9/2020 | Revise and finalize Motion to Compel City of Menlo Park to answer deposition questions; emails with Todd Master re same | 1.5 |
| 10/9/2020 | Review Opposition to Motion to Amend re Vagueness | 0.5 |
| 10/9/2020 | Call with Brian England and David Affeld regarding case strategy and impact of State of California interpretation of statutes on claims against City of Menlo Park | 0.7 |
| 10/9/2020 | Emails with John Killeen and team regarding state's position on statutory interpretation | 0.3 |
| 10/13/2020 | Draft reply to Motion to Amend to Add Vagueness Claim | 2.8 |
| 10/13/2020 | Emails with John Killeen setting up call to discuss responses to discovery | 0.1 |
| 10/16/2020 | Emails and call with John Killeen regarding state interpretation of firearm statutes | 0.5 |

| | | |
|---|---|---|
| 10/22/2020 | Review Opposition to Motion to Compel deposition answers from City of Menlo Park; discuss same with David Affeld and David Markevitch | 0.7 |
| 10/28/2020 | Review and circulate amended responses to discovery by State of California; emails with team and client re same | 0.4 |
| 10/30/2020 | Draft Reply in support of Motion to Compel Depo Answers from City of Menlo Park; research in support of same | 4.5 |
| 10/30/2020 | Quick review of expert report of Saul Cornell and email team re same | 0.3 |
| 11/10/2020 | Review order granting Motion to Compel against City of Menlo Park; discussion with David Affeld and Brian England re same and expert disclosure of Saul Cornell | 0.6 |
| 11/10/2020 | Emails with Brian England to coordinate expert depos; attention to emails with John Killeen re same | 0.2 |
| 11/13/2020 | Prepare Amended Deposition Notice of Saul Cornell, Ph.D | 0.2 |
| 11/20/2020 | Discussions with Brian England and David Affeld regarding expert depositions | 0.3 |
| 11/21/2020 | Preparation for deposition of Saul Cornell; read articles regarding contrary position; detailed review of *Heller* opinion and scholarly materials cited; review case interpretations of *Heller* and historical analysis | 3.7 |
| 11/22/2020 | Prepare for Deposition of Saul Cornell, including consultation with our experts; review of available articles and prior testimony; review of expert report, and preparation of outline | 7 |
| 11/23/2020 | Final preparation for and take deposition of Saul Cornell; discuss same with team | 7.5 |
| 12/8/2020 | Emails with Todd Master regarding further deposition of Chief Bertini per Court's order; coordinate reporter coverage; review "Notice of Unavailability" | 0.4 |
| 12/9/2020 | Prepare for resumed deposition of Dave Bertini; update deposition outline; gather exhibits; email brian england re same | 2.1 |
| 12/10/2020 | Prep for and take final deposition of Bertini | 1.8 |
| 1/7/2020 | Emails with Brian England regarding MSJ scheduling | 0.1 |
| 1/8/2021 | Conference with Brian England regarding MSJ strategy and potential issues to address | 0.5 |

| | | |
|---|---|---|
| 1/9/2021 | Review and provide feedback on revised outline of Motion for Summary Judgment prepared by Brian England | 0.5 |
| 1/12/2021 | Further discussion with Brian England regarding Motions for Summary Judgment in progress | 0.4 |
| 1/15/2021 | Initial review of MSJ vs. City of Menlo and Bertini; email BRE regarding same | 0.2 |
| 1/18/2021 | Discussion with Brian England regarding status of MSJ drafts and potential arguments | 0.3 |
| 1/18/2021 | Begin revising Motion for Summary Judgment vs. City of Menlo and Bertini | 4.5 |
| 1/19/2021 | Online research regarding 14th amendment challenges to gun statutes in California | 0.7 |
| 1/19/2021 | Substantive revisions to Motion for Summary Judgment vs. City of Menlo Park / Bertini; research regarding new cases following *Epona*; review deposition transcripts for key testimony on SEP and film permitting processes | 11 |
| 1/20/2021 | Draft declaration of Michael Zeleny in Support of Motion for Summary Judgment vs. City of Menlo / Bertini; emails with Zeleny regarding same; | 2.7 |
| 1/20/2021 | Draft Robinson Declaration in Support of Motion for Summary Judgment vs. City of Menlo / Bertini; assist in compiling exhibits re same | 1.5 |
| 1/20/2021 | Edits to Motion for Summary Judgment vs. State of California | 2.3 |
| 1/20/2021 | Further revisions to Motion for Summary Judgment against City of Menlo Park and Bertini, Declaration of Zeleny, and Declaration of Robinson; draft Declaration of Bruckner; incorporate David Affeld Comments; finalize all moving papers for filing; discussions with Brian England re finalizing and filing | 7.1 |
| 1/21/2021 | Final revisions to MSJ v. City of Menlo and Bertini and supporting declarations; assist in preparation of same for filing; emails with client and team for final edits to documents | 8 |
| 1/21/2021 | Final revisions to MSJ vs. State of California and assist in compiling final documents | 1.5 |
| 1/22/2021 | Emails regarding filing of MSJ vs. City of Menlo | 0.1 |
| 1/22/2021 | Review Motion for Summary Judgment by Menlo Park and Bertini; discuss same with Brian England and David Affeld | 1.3 |

| Date | Description | Hours |
|------|-------------|-------|
| 1/26/2021 | Substantive review of State of California MSJ and prepare markup and comments for use in opposition | 1.6 |
| 1/27/2021 | Review deposition testimony and written discovery on applicable permitting scheme; draft substantive email to team regarding City of Menlo change of position and reliance on encroachment permits | 2.1 |
| 1/27/2021 | Conferences with David Affeld and Brian England regarding response to MSJs | 0.8 |
| 1/27/2021 | Begin outlining Opposition to Motion for Summary Judgment by City of Menlo Park and Bertini; legal research regarding Caltrans ownership of roads; review City document production re Caltrans ownership; online research regarding Caltrans ownership | 2.5 |
| 1/29/2021 | Continue drafting Opposition to Motion for Summary Judgment by Menlo Park and Bertini; additional vehicle research regarding joint permitting of Caltrans and City of Menlo; research regarding standing; research regarding change of position from interrogatories/deposition testimony | 6.3 |
| 1/29/2021 | Attention to calendaring of MSJ hearing and status conference | 0.2 |
| 1/31/2021 | Draft Opposition to Motion for Summary Judgment by Menlo Park and Bertini | 5.1 |
| 2/1/2021 | Research regarding speaker-based discrimination under First Amendment; email Brian Engalnd re same | 0.6 |
| 2/1/2021 | Draft Opposition to Motion for Summary Judgment by Menlo Park and Bertini; collect record cites relating to permitting process; conference call with D Affeld regarding brief | 7.3 |
| 2/2/2021 | Revisions to Opposition to Motion for Summary Judgment by Menlo Park and Bertini; locate deposition tesitmony regarding applicable permitting scheme; review email chains with City Attorney re: film permit | 3.1 |
| 2/2/2021 | Draft Zeleny Declaration in Opposition to Motion for Summary Judgment by City of Menlo and Bertini | 1.3 |
| 2/3/2021 | Draft Robinson Declaration in Opposition to Motion for Summary Judgment by City of Menlo / Bertini | 0.3 |
| 2/3/2021 | Discuss summary judgment opposition briefs with Brian England; feedback on opposition to Motion for Summary Judgment by State of California | 2.1 |

| 2/3/2021 | Revisions to Zeleny Declaration in Opp to MSJ to incorporate BRE comments | 0.5 |
|---|---|---|
| 2/3/2021 | Work with David Markevitch on Evidentiary Objections in Opposition to City/Bertini Motion for Summary Judgment; emails to team regarding same | 1.1 |
| 2/3/2021 | Further edits to Opposition to MSJ by City and Bertini | 4 |
| 2/4/2021 | Revise and finalize all materials in Opposition to Motion for Summary Judgment of Menlo Park and Bertini; incorporate comments from Brian England and David Affeld; prepare all materials for filing | 7.9 |
| 2/5/2021 | Review State of Californi Opposition to Motion for Summary Judgment and discuss reply briefing with Brian England | 0.6 |
| 2/6/2021 | Review Opposition to Motion for Summary Judgment by Menlo Park and Bertini; discuss same with team | 0.7 |
| 2/7/2021 | Begin drafting Reply in Support of Motion for Summary Judgment vs. Menlo Park and Bertini; discuss same with Brina England | 5.1 |
| 2/8/2021 | Further revisions to Reply in Support of Motion for Summary Judgment vs. Menlo Park and Bertini; circulate same for review by team; discuss same with Brian England | 4 |
| 2/9/2021 | Incorporate Brian England comments on Reply in Support of Motion for Summary Judgment vs. City of Menlo Park and Bertini; further revisions to brief | 1.6 |
| 2/10/2021 | Discussion with Brian England re Motion for Summary Judmgent reply vs. State of California; revisions to brief | 1.1 |
| 2/11/2021 | Revise Reply brief on Motion for Summary Judgment vs. City and Bertini; incorporate David Affeld Comments; prepare evidentiary objections; finalize all documents for filing | 4.3 |
| 2/11/2021 | Minor edits to reply brief on MSJ vs. State of California | 0.3 |
| 2/12/2021 | Prepare initial outline for summary judgment hearing, including key points of dispute and arguments | 1.1 |
| 2/15/2021 | Review and circulate summary judgment briefing for potential hearing | 0.2 |
| 2/15/2021 | Review Case Management Statement prepared by BRE | 0.1 |
| 2/16/2021 | Call with Bob Gundert re potential mediation; email team re same | 0.3 |
| 3/4/2021 | Review new decision on "heckler's veto"; discuss same with Brian England | 0.5 |

| 3/9/2021 | Email with Brian England re briefing schedule and potential settlement | 0.1 |
|---|---|---|
| 3/11/2021 | Review notice of new authority, email with BRE re same | 0.3 |
| 3/24/2021 | Discussion with Brian England about potentially submitting additional new authority on Summary Judgment; review new authority | 0.6 |
| 3/26/2021 | Email with Brian England regarding request to submit new authority and refusal to stipulate by defendants | 0.2 |
| 3/29/2021 | Discussion with Brian England re supplemental brief | 0.3 |
| 4/19/2021 | Provide comments on supplemental brief re new authority in support of Summary Judgment | 0.5 |
| 4/19/2021 | Discussion with Brian England re strategy for Summary Judgment hearing | 0.3 |
| 4/20/2021 | Review Summary Judgment briefing in preparation for oral argument | 1.1 |
| 4/21/2021 | Strategy and preparation conferences with David Affeld and Brian England re hearing on Cross-Motions for Summary Judgment; draft bullet-point outline of key points and rebuttals for arguments and responses to anticipated questions | 4.5 |
| 4/22/2021 | Pre-argument preparation sessions with Brian England and David Affeld; attend Oral Argument on Motions for Summary Judgment; debrief with Affeld, England, and Zeleny | 5.6 |
| 4/22/2021 | Review emails from Bob Gundert re purported "misstatements" at Oral Argument; discuss same with Brian England and David Affeld | 0.4 |
| 4/23/2021 | Discussion with Brian England and David Affeld regarding response to emails from Bob Gundert; comments on proposed response to Bob Gundert; further response to Bob Gundert | 0.7 |
| 7/13/2021 | Review Order Granting in Part and Denying in Part Motions for Summary Judgment; discuss same and future strategy with David Affeld and Brian England | 0.7 |
| 7/14/2021 | Conference with David Affeld and Brian England regarding next steps in case | 0.4 |
| 7/15/2021 | Emails with Michael Zeleny regarding impact of Summary Judgment order and potential next steps | 0.2 |
| 7/18/2021 | Meet with Zeleny, Affeld, and England regarding fee application, status conference, and next steps | 1 |

| | | |
|---|---|---|
| 8/6/2021 | Review and provide feedback on Joint Report re case status; add support to legal fees section; discussion with Brian England re Same; attention to emails from counsel finalizing | 1.2 |
| 8/26/2021 | Attention to emails from Brian England and Client regarding case status and further action | 0.3 |
| 9/16/2021 | Attention to emails regarding settlement conference | 0.2 |
| 9/29/2021 | Discussion with Brian England and Adeline Black regarding research for Motion for Fees | 0.3 |
| 9/30/2020 | Review legal research compiled by Adeline Black regarding Motion for Fees; begin preparing Motion and supporting brief | 2.5 |
| 10/2/2020 | Discussion with Adeline Black regarding additional legal research needed | 0.2 |
| 10/2/2020 | Further drafting of Motion for Fees and additional research regarding same; review and incorporate new research by Adeline Black | 5.1 |
| 10/7/2020 | Further revisions to Motion for Fees; draft supporting declaration of David Affeld; incorporate citations to record | 4.6 |
| 10/7/2020 | Emails to various attorneys seeking expert declarations in support of fee applications; call with Alan Beck regarding potential declaration; draft summary of the case to circulate to potential declarants | 2.5 |
| 10/8/2020 | Revisions to draft of fee application and supporting declaration of David Affeld; follow up with England, Markevitch and Affeld regarding finalizing hours and providing hours; conference with David Affeld regarding strategy for making pre-Settlement Conference demand to City and steps for finalizing | 3.8 |

**Total Robinson Time:**                                    **633.1**

**MARKEVITCH Time**

| Date | Description | Time |
|---|---|---|
| 2/25/2020 | Reviewed the file and produced documents. | 3.8 |
| 2/26/2020 | Continued to review the documents in the file. | 5.3 |

| Date | Description | Hours |
|---|---|---|
| 2/28/2020 | Printed and reviewed exhibits to the Foy deposition. Reviewed the Foy deposition outline from DR; revised the same. Conference with DR. | 7.3 |
| 2/29/2020 | Prepared for the depositions of Milde and Flegel | 6.3 |
| 3/2/2020 | Final review of documents for the deposition of Nicolas Flegel. | 3.2 |
| 3/3/2020 | Deposition of Nicolas Flegel. | 8.0 |
| 3/4/2020 | Prepared for the deposition of Matt Milde. | 4.2 |
| 3/5/2020 | Travel to and deposition of Matt Milde. | 10.0 |
| 3/10/2020 | Reviewed documents in preparation for the deposition of Deputy Foy. | 2.8 |
| 3/11/2020 | Deposition of Deputy Foy. | 7.2 |
| 4/7/2020 | Reviewed responses to special interrogatories by Menlo Park and Bertini; reviewed the file for prior meet and confer history; drafted meet and confer correspondence to opposing counsel re the same; correspondence to DR re the same. | 4.5 |
| 4/8/2020 | Finalized and sent meet and confer correspondence re responses to special interrogatories by Menlo Park and Bertini. | 0.5 |
| 4/20/2020 | Reviewed meet and confer correspondence re: Menlo Park and Bertini responses to special interrogatories from opposing counsel; drafted a response; correspondence to DR re the same. | 1.7 |
| 4/21/2020 | Reviewed meet and confer correspondence from opposing counsel; sent a response re: a meet and confer conference. | 0.2 |
| 4/22/2020 | Meet and confer conference with opposing counsel re: Menlo Park and Bertini responses to special interrogatories; memo correspondence to DR re the same. | 0.9 |
| 4/23/2020 | Reviewed proposed supplemental interrogatory responses (by Menlo Park); correspondence to DR re the same. | 0.3 |
| 4/24/2020 | Correspondence to opposing counsel re: outstanding discovery issues. | 0.5 |
| 4/29/2020 | Drafted Letter Brief re: DOJ/Becerra deposition; correspondence to DR re: the same; conference with DR re: the same. | 2.9 |
| 4/29/2020 | Correspondence to opposing counsel re: discovery cut-off extension. | 0.2 |

| | | |
|---|---|---|
| 4/30/2020 | Revised and finalized Letter Brief re DOJ/Becerra deposition; correspondence to opposing counsel re the same. | 1.8 |
| 6/1/2020 | Correspondence to Todd Master re: deposition dates; reviewed his response; email to team re the same. | 0.4 |
| 6/2/2020 | Drafted joint CMC statement; exchanged correspondence with opposing counsel re: the same. | 1.1 |
| 6/3/2020 | Correspondence with opposing counsel re: deposition schedule; finalized the joint CMC statement. | 0.3 |
| 6/3/2020 | Drafted declaration of counsel in support of joint letter brief re: DOJ witness; compiled exhibits for the same. | 0.9 |
| 6/4/2020 | Exchanged correspondence with opposing counsel; filed DOJ brief letter and CMC Statement. | 0.7 |
| 6/18/2020 | Reviewed prior correspondence; email to counsel re stipulated continuance of trial and related dates. | 0.3 |
| 6/19/2020 | Call with John Killeen; drafted and distributed stipulation re pre-trial dates; filed the same stipulation. | 3.2 |
| 6/28/2020 | Reviewed the authority cited in Atty General's letter re responses to interrogatories; follow up research. | 1.7 |
| 6/29/2020 | Further research re compelling supplemental responses to interrogatories to Atty General. | 1.5 |
| 6/30/2020 | Email to Atty General counsel; email to GB. | 0.2 |
| 7/7/2020 | Follow up email to John Killeen. | 0.1 |
| 7/8/2020 | Emails with John Killeen. | 0.1 |
| 7/10/2020 | Prepared for call; call with John Killeen; memo to DR and DA re the same. | 1.8 |
| 7/13/2020 | Email to Todd Master re depositions. | 0.4 |
| 7/17/2020 | Reviewed and email from Todd Master and replied. | 0.2 |
| 7/21/2020 | Correspondence with GB; email to Todd Master re depositions. | 0.5 |
| 7/22/2020 | Email to John Killeen re depositions. | 0.1 |
| 7/26/2020 | Reviewed the file re prior deposition outlines and exhibits. | 4.9 |
| 7/30/2020 | Prepared for McIntyre deposition: call with DR; finalized the outline: prepared and reviewed the exhibits. | 10.0 |
| 7/31/2020 | Final review and preparation for the deposition and deposition of Alex McIntyre. | 9.0 |
| 8/7/2020 | Deposition of Chief Bertini. | 9.0 |

**Total Markevitch Time:** **118.0**