**TODD H. MASTER [SBN 185881]**
tmaster@hrmrlaw.com
**ROBERT J. GUNDERT [SBN 104486]**
rgundert@hrmrlaw.com
**HOWARD ROME MARTIN & RIDLEY LLP**
1900 O'Farrell Street, Suite 280
San Mateo, CA  94403
Telephone:     (650) 365-7715
Facsimile:      (650) 364-5297

Attorneys for Defendants
CITY OF MENLO PARK and DAVE BERTINI

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| MICHAEL ZELENY, an individual<br><br>Plaintiff,<br><br>vs.<br><br>EDMUND G. BROWN, JR., an individual, in his official capacity, et al.<br><br>Defendants. | Case No. 17-cv-07357-RS (TSH)<br><br>**DECLARATION OF ROBERT J. GUNDERT IN SUPPORT OF DEFENDANT CITY OF MENLO PARK'S REPLY TO PLAINTIFF'S OPPOSITION TO MOTION FOR PARTIAL DISMISSAL OR FOR LEAVE TO FILE MOTION FOR RECONSIDERATION**<br><br>Date: January 6, 2022<br>Time: 1:30 p.m.<br>Courtroom: 3, 17th Floor<br><br>Action Filed: December 28, 2017<br><br>Trial Date: None Set |

I, Robert Gundert, declare:

1.     I am an attorney at law licensed to practice before this Court, and a member of the

---

DEFENDANT CITY OF MENLO PARK'S REPLY TO PLAINTIFF'S OPPOSITION TO MOTION FOR PARTIAL DISMISSAL OR FOR LEAVE TO FILE MOTION FOR RECONSIDERATION; Case No. 17-cv-07357-RS (TSH)

1

law firm Howard Rome Martin & Ridley LLP, counsel of record for defendants City of Menlo Park and Dave Bertini, herein. I am a competent adult, with personal knowledge of the matters set forth in this declaration. If called as a witness, I would competently testify to such matters.

2. Plaintiff's opposition indicates that the Court stated during the August 26, 2021 Status Conference that a motion for reconsideration was probably untimely at that point. I do not recall the Court stating that. What I recall is that the Court stated that prevailing on a motion for reconsideration would be a challenge ("a high bar" being the phrase used if I recall correctly). I recognized that and spent considerable time researching and preparing argument in order to try to meet that challenge.

3. Eventually, through the course of my research and discussion with a very reputable attorney, with significant federal court experience, I came to understand that the motion could be presented under F.R.C.P. 12(b)(1). It was at or about that time that I also came across some of the key legal authorities cited and quoted in the motion.

4. This is a complex case. Plaintiff makes many claims in this matter, and conflates certain issues at times (such as the First and Second Amendment issues). Distilling down the key facts of the case so that they could be addressed has taken a lot of effort. It has never been my intention to delay presentation of this issue or this motion. It has simply taken this amount of time.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct and that this declaration was executed on this 20th day of December 2021, at San Mateo, California.

 By /s/ Robert J. Gundert
 Robert J. Gundert
 Attorneys for Defendants CITY OF MENLO
 PARK and DAVE BERTINI

---

DEFENDANT CITY OF MENLO PARK'S REPLY TO PLAINTIFF'S OPPOSITION TO MOTION FOR PARTIAL DISMISSAL OR FOR LEAVE TO FILE MOTION FOR RECONSIDERATION; Case No. 17-cv-07357-RS (TSH)

2