UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL ZELENY,

    Plaintiff,

v.

XAVIER BECERRA, et al.,

    Defendants.

Case No. 17-cv-07357-RS

**ORDER ALLOWING STATEMENT OF RECENT DECISION**

The motion for leave to file a Statement of Recent Decision, Dkt. No. 214, filed by the City of Menlo Park and Dave Bertini, is granted.

**IT IS SO ORDERED**.

Dated: February 8, 2022

_____
RICHARD SEEBORG
Chief United States District Judge