**TODD H. MASTER [SBN 185881]**
tmaster@hrmrlaw.com
**ROBERT J. GUNDERT [SBN 104486]**
rgundert@hrmrlaw.com
**HOWARD ROME MARTIN & RIDLEY LLP**
1900 O'Farrell Street, Suite 280
San Mateo, CA  94403
Telephone:  (650) 365-7715
Facsimile:  (650) 364-5297

Attorneys for Defendants
CITY OF MENLO PARK and DAVE BERTINI

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| MICHAEL ZELENY, an individual<br><br>Plaintiff,<br><br>vs.<br><br>EDMUND G. BROWN, JR., an individual, in his official capacity, et al.<br><br>Defendants. | Case No. 17-cv-07357-RS (TSH)<br><br>**NOTICE OF FIRM NAME CHANGE** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the law firm of Howard Rome Martin & Ridley LLP has changed its firm name to RIDLEY♦MASTER, effective immediately.  The mailing address, office location, email addresses, telephone and facsimile numbers remain the same:

**RIDLEY♦MASTER**
**1900 O'Farrell Street, Suite 280**
**San Mateo, CA  94403**
**Telephone: (650) 365-7715**
**Facsimile: (650) 364-5297**

Please update your service lists accordingly.

///

---

NOTICE OF FIRM NAME CHANGE; Case No. 17-cv-07357-RS (TSH)

1

1 DATED: March 23, 2022

2                                         HOWARD ROME MARTIN & RIDLEY LLP

4                              By  /s/ Robert J. Gundert
                                 Todd H. Master
5                                  Robert J. Gundert
                                 Attorneys for Defendants
6                                  CITY OF MENLO PARK and
                                 DAVE BERTINI

RIDLEY♦MASTER
1900 O'FARRELL STREET, SUITE 280
SAN MATEO, CA 94403
TELEPHONE (650) 365-7715

NOTICE OF FIRM NAME CHANGE; Case No. 17-cv-07357-RS (TSH)

2