# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTHERN DISTRICT OF CALIFORNIA

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 17-cv-07357-RS

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 12/28/2017

Date of judgment or order you are appealing: 02/24/2022

Docket entry number of judgment or order you are appealing: 217

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
● Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Defendant City of Menlo Park

Is this a cross-appeal?  ○ Yes   ● No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?  ○ Yes   ● No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:    State:    Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** [signed]    **Date** Mar 25, 2022

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1    Rev. 12/01/2021

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Defendant City of Menlo Park

Name(s) of counsel (if any):

Todd H. Master (CA SBN 185881); Robert J. Gundert (CA SBN 104486)
RIDLEY ~ MASTER

Address: 1900 O'Farrell Street, Suite 280, San Mateo, CA 94403

Telephone number(s): (650) 365-7715

Email(s): tmaster@hrmrlaw.com; rgundert@hrmrlaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Plaintiff Michael Zeleny

Name(s) of counsel (if any):

David W. Affeld (CA SBN 123922); Damion Robinson (CA SBN 262573); Brian R. England (CA SBN 211335) of AFFELD GRIVAKES LLP

Address: 2049 Century Park East, Ste. 2460, Los Angeles, CA 90067

Telephone number(s): (310) 979-8700

Email(s): dwa@agzlaw.com; dr@agzlaw.com; bre@agzlaw.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6                                        *1*                                 New 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Plaintiff Michael Zeleny (continued)

Name(s) of counsel (if any):

David Markevitch (CA SBN 256163) of AFFELD GRIVAKES LLP

Address: 1261 Lincoln Avenue, Suite 208, San Jose, CA 95125-3031

Telephone number(s): (408)463-6802

Email(s): dm@agzlaw.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6                           2                           *New 12/01/2018*