UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL ZELENY,

    Plaintiff,

v.

XAVIER BECERRA, et al.,

    Defendants.

Case No. 17-cv-07357-RS

**ORDER**

Although a notice of appeal has been filed in this action, no formal separate judgment appears in the record. An order on summary judgment was issued, that resulted in a complete judgment as to each party. That order is not being appealed, however—the appeal is of the order on a subsequent motion to dismiss based on lack of standing (framed in the alternative as a motion for reconsideration), along with the order on the motion for attorneys' fees.

Any party believing a separate judgment should be entered may submit a proposed judgment within 20 days of the date of this order, after having sought the consent of the other parties as to the form of judgment. The parties should not contemplate any proposed judgment as an opportunity to mount a campaign for reconsideration, clarification, or additional relief.

**IT IS SO ORDERED**.

Dated: April 6, 2022

_____
RICHARD SEEBORG
Chief United States District Judge