David W. Affeld, State Bar No. 123922
Brian R. England, State Bar No. 211335
Damion Robinson, State Bar No. 262573
Affeld Grivakes LLP
2049 Century Park East, Ste. 2460
Los Angeles, CA 90067
Telephone:    (310) 979-8700

Attorneys for Plaintiff Michael Zeleny

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ZELENY,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>GAVIN NEWSOM, *et al.*,<br><br>　　Defendants. | Case No. CV 17-7357 RS<br><br>Assigned to:<br>The Honorable Richard G. Seeborg<br><br>**[PROPOSED] JUDGMENT**<br><br>Action Filed:   December 28, 2017<br>Trial Date:      None Set |

# JUDGMENT

Plaintiff Michael Zeleny filed this action against the Attorney General of the State of California (currently Rob Bonta), the City of Menlo Park, and former Police Chief Dave Bertini on December 28, 2017. On July 13, 2021, the Court issued an Order Granting in Part & Denying in Part Plaintiff's Motion for Summary Judgment and Granting in Part and Denying in Part Defendants' Cross-Motions for Summary Judgment. *See* Docket No. 192. The Court subsequently granted Plaintiff's Motion for Attorneys' Fees and awarded $987,638 to Plaintiff.[1] *See* Dkt No. 217.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**:

(i) Judgment is entered in Plaintiff's favor against Defendant City of Menlo Park. As part of this Judgment, the Court finds and declares that the Special Event Permit process and the Film Permit process in effect during those periods of time that Zeleny applied for such permits, up to and through the date of the Court's July 13, 2021 Order, were facially unconstitutional prior restraints. This Judgment also includes an award of attorneys' fees and costs against Defendant City of Menlo Park only and in favor of Plaintiff and his attorneys in the agreed amount of $925,000 in lieu of the awarded sum of $987,638;

(ii) Judgment is entered in Defendant Bertini's favor against Plaintiff Michael Zeleny such that no payment, injunctive relief, or declaratory relief is granted against Defendant Bertini; and

(iii) Judgment is entered in favor of Attorney General Rob Bonta and against Plaintiff Michael Zeleny on all claims asserted against the Attorney General.

**It IS SO ORDERED.**

Dated: _____

The Honorable Richard G. Seeborg
UNITED STATES DISTRICT JUDGE

---

[1] Subsequent to the Court's Order, the parties reached a negotiated resolution of Plaintiff's request for attorneys' fees. Pursuant to that settlement, the City of Menlo Park has agreed to pay Plaintiff and his counsel the sum of $925,000 in full satisfaction of the Court's February 24, 2022 Order. This settlement did not impact Plaintiff's claims against the Attorney General or this Court's Order granting Summary Judgment in favor of the Attorney General.