David W. Affeld, State Bar No. 123922
Brian R. England, State Bar No. 211335
Damion Robinson, State Bar No. 262573
Affeld Grivakes LLP
2049 Century Park East, Ste. 2460
Los Angeles, CA 90067
Telephone:    (310) 979-8700

Attorneys for Plaintiff Michael Zeleny

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

MICHAEL ZELENY,

     Plaintiff,

        vs.

GAVIN NEWSOM, *et al.*,

     Defendants.

Case No. CV 17-7357 JCS

<u>Assigned to</u>:
The Honorable Richard G. Seeborg

<u>Discovery Matters</u>:
The Honorable Thomas S. Hixson

**STIPULATION APPROVING PROPOSED JUDGMENT**

Action Filed:  December 28, 2017
Trial Date:      TBD

     WHEREAS, On July 13, 2021, the Court issued an Order Granting in Part & Denying in Part Plaintiff's Motion for Summary Judgment and Granting in Part and Denying in Part Defendants' Cross-Motions for Summary Judgment.  *See* Docket No. 192.

     WHEREAS, The Court subsequently granted Plaintiff's Motion for Attorneys' Fees and awarded $987,638 to Plaintiff.  *See* Dkt No. 217; and

     WHEREAS, the Court directed the parties to submit a proposed judgment if they deemed it necessary;

- 1 -

1    NOW, THEREFORE, all parties have agreed and stipulated as follows:

2    Subject to the Court's approval, the parties stipulate to entry of the Proposed Judgment

3    attached hereto as **Exhibit A**.

4    **IT IS SO STIPULATED.**

5    Dated:  April 29, 2022                    Respectfully submitted,

6                                              s/ Brian R. England
                                               David W. Affeld
7                                              Brian R. England
                                               Damion D. D. Robinson
8                                              Affeld Grivakes LLP
                                               Attorneys for Plaintiff Michael Zeleny
9
                                               s/ Todd H. Master
10                                             Todd H. Master
                                               Howard Rome Martin & Ridley LLP
11                                             Attorneys for Defendants City of Menlo Park and
                                               Dave Bertini
12
                                               s/ John W. Killeen
13                                             John W. Killeen
                                               Deputy Attorney General
14                                             California Department of Justice
                                               Attorney for Defendant Xavier Becerra
15

16

17                    **ATTESTATION PER LOCAL RULE 5-1**

18    I attest that each person whose electronic signature appears above has concurred in the

19    electronic filing of this joint document and has authorized the use of their electronic signatures.

20    Records supporting this concurrence are maintained by the filer and are available for inspection

21    if needed.

22    Dated:  April 29, 2022                    s/ Brian R. England
                                               Brian R. England
23

24

25

26

27

28

STIPULATION RE ENTRY OF JUDGMENT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

STIPULATION RE ENTRY OF JUDGMENT

1   David W. Affeld, State Bar No. 123922
    Brian R. England, State Bar No. 211335
2   Damion Robinson, State Bar No. 262573
    Affeld Grivakes LLP
3   2049 Century Park East, Ste. 2460
    Los Angeles, CA 90067
4   Telephone:     (310) 979-8700

5   Attorneys for Plaintiff Michael Zeleny

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  MICHAEL ZELENY,                          Case No. CV 17-7357 RS

12          Plaintiff,                       Assigned to:
                                             The Honorable Richard G. Seeborg
13              vs.
                                             **[PROPOSED] JUDGMENT**
14  GAVIN NEWSOM, *et al.*,
                                             Action Filed:  December 28, 2017
15          Defendants.                      Trial Date:    None Set

16

17

18

19

20

21

22

23

24

25

26

27

28

JUDGMENT

1

**JUDGMENT**

Plaintiff Michael Zeleny filed this action against the Attorney General of the State of California (currently Rob Bonta), the City of Menlo Park, and former Police Chief Dave Bertini on December 28, 2017.  On July 13, 2021, the Court issued an Order Granting in Part & Denying in Part Plaintiff's Motion for Summary Judgment and Granting in Part and Denying in Part Defendants' Cross-Motions for Summary Judgment.  *See* Docket No. 192.  The Court subsequently granted Plaintiff's Motion for Attorneys' Fees and awarded $987,638 to Plaintiff.[1]  *See* Dkt No. 217.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**:

(i)     Judgment is entered in Plaintiff's favor against Defendant City of Menlo Park.  As part of this Judgment, the Court finds and declares that the Special Event Permit process and the Film Permit process in effect during those periods of time that Zeleny applied for such permits, up to and through the date of the Court's July 13, 2021 Order, were facially unconstitutional prior restraints.  This Judgment also includes an award of attorneys' fees and costs against Defendant City of Menlo Park only and in favor of Plaintiff and his attorneys in the agreed amount of $925,000 in lieu of the awarded sum of $987,638;

(ii)    Judgment is entered in Defendant Bertini's favor against Plaintiff Michael Zeleny such that no payment, injunctive relief, or declaratory relief is granted against Defendant Bertini; and

(iii)   Judgment is entered in favor of Attorney General Rob Bonta and against Plaintiff Michael Zeleny on all claims asserted against the Attorney General.

**It IS SO ORDERED.**

Dated:  _____

_____
The Honorable Richard G. Seeborg
UNITED STATES DISTRICT JUDGE

_____

[1] Subsequent to the Court's Order, the parties reached a negotiated resolution of Plaintiff's request for attorneys' fees.  Pursuant to that settlement, the City of Menlo Park has agreed to pay Plaintiff and his counsel the sum of $925,000 in full satisfaction of the Court's February 24, 2022 Order.  This settlement did not impact Plaintiff's claims against the Attorney General or this Court's Order granting Summary Judgment in favor of the Attorney General.

1

## **PROOF OF SERVICE**

2

3          I hereby certify that on April 29, 2002 I electronically filed the foregoing document

4   using the Court's CM/ECF system.  I am informed and believe that the CM/ECF system will

5   send a notice of electronic filing to the interested parties.

6                                                    s/ Brian R. England
                                                     Brian R. England

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION RE ENTRY OF JUDGMENT