| | FILED |
|---|---|
| UNITED STATES COURT OF APPEALS | |
| FOR THE NINTH CIRCUIT | MAY 6 2022 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

MICHAEL ZELENY,

        Plaintiff-Appellee,

 v.

CITY OF MENLO PARK, a municipal corporation,

        Defendant-Appellant,

 and

DAVE BERTINI, an individual, in his official capacity; et al.,

        Defendants.

No.   22-15449

D.C. No. 3:17-cv-07357-RS
Northern District of California,
San Francisco

ORDER

Pursuant to the parties' stipulated motion (Docket Entry No. 7), this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Kyungah Suk
Circuit Mediator