UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF   NORTHERN DISTRICT OF CALIFORNIA

**Form 1. Notice of Appeal from a Judgment or Order of a United States District Court**

U.S. District Court case number: 3:17-cv-07357 RS

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 12/28/2017

Date of judgment or order you are appealing: 05/02/2022

Docket entry number of judgment or order you are appealing: 224

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
☒ Yes   ☐ No   ☐ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Plaintiff Michael Zeleny

Is this a cross-appeal?   ☐ Yes   ☒ No
If yes, what is the first appeal case number?
Was there a previous appeal in this case?   ☒ Yes   ☐ No
If yes, what is the prior appeal case number? 22-15449

Your mailing address (if pro se):

City:         State:         Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Brian R. England         **Date** June 1, 2022

*Complete and file with the attached representation statement in the U.S. District Court*
Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                                                                                Rev. 12/01/2021

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Plaintiff Michael Zeleny

Name(s) of counsel (if any):

David W, Affeld, Brian R. England, Damion D.D. Robinson
Affeld Grivakes LLP

Address: 2049 Century Park East, Suite 2460, Los Angeles, CA 90067

Telephone number(s): 310-979-8700

Email(s): bre@agzlaw.com; dr@agzlaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ☉ Yes   ☐ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

California Attorney General Rob Bonta

Name(s) of counsel (if any):

John W. Killeen, Deputy Attorney General

Address: 1300 I Street, Suite 125, Sacramento, CA 94244-2550

Telephone number(s): 916-210-6045

Email(s): John.Killeen@doj.ca.gov

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                          1                                  *New 12/01/2018*