David W. Affeld, State Bar No. 123922
Brian R. England, State Bar No. 211335
Damion Robinson, State Bar No. 262573
**AFFELD GRIVAKES LLP**
2049 Century Park East, Ste. 2460
Los Angeles, CA 90067
Telephone:    (310) 979-8700

Attorneys for Plaintiff Michael Zeleny

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ZELENY, | Case No.: CV 17-7357 RS |
| Plaintiff, | **ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT** |
| vs. | |
| GAVIN NEWSOM, *et al.,* | |
| Defendants. | |

TO THE HONORABLE RICHARD SEEBORG, TO THE CLERK OF THE COURT, TO ALL PARTIES AND THEIR COUNSEL OF RECORD, AND TO ALL OTHERS:

Plaintiff hereby acknowledges that the amount to be paid by Defendant City of Menlo Park pursuant to the Judgment entered herein on May 2, 2022 [Docket 224] has been paid and satisfied in full and that there are no remaining monetary obligations owed by City to Plaintiff under said Judgment.

DATED: July 6, 2022                                    AFFELD GRIVAKES LLP

                                                      By /s/ David W. Affeld
                                                         David W. Affeld
                                                         Attorneys for Plaintiff Michael Zeleny

1

ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT; Case No. CV 17-7357 RS