David W. Affeld, State Bar No. 123922
Brian R. England, State Bar No. 211335
Damion Robinson, State Bar No. 262573
**AFFELD GRIVAKES LLP**
2049 Century Park East, Ste. 2460
Los Angeles, CA 90067
Telephone:     (310) 979-8700

Attorneys for Plaintiff Michael Zeleny

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ZELENY, | Case No.: CV 17-7357 RS |
| Plaintiff, | **ORDER REGARDING SATISFACTION OF JUDGMENT** |
| vs. | |
| GAVIN NEWSOM, *et al.,* | |
| Defendants. | |

In accord with Plaintiff's Acknowledgment of Satisfaction of Judgment, and Pursuant to Local Rule 77-2, the Judgment entered herein on May 2, 2022 as against Defendant City of Menlo Park is Ordered satisfied with regard to the award to Plaintiff of the sum of Nine Hundred Twenty-Five Thousand Dollars ($925,000.00). Such sum having been paid, as acknowledged by Plaintiff, there are no further monetary sums owing to Plaintiff under said Judgment.

DATED: August    , 2022

> CLERK OF THE UNITED STATES
> DISTRICT COURT FOR THE NORTHERN
> DISTRICT OF CALIFORNIA

1

ORDER REGARDING SATISFACTION OF JUDGMENT; Case No. CV 17-7357 RS