1   David W. Affeld, State Bar No. 123922
    Brian R. England, State Bar No. 211335
2   Damion Robinson, State Bar No. 262573
    **AFFELD GRIVAKES LLP**
3   2049 Century Park East, Ste. 2460
    Los Angeles, CA 90067
4   Telephone:     (310) 979-8700

5   Attorneys for Plaintiff Michael Zeleny

6

7

8                    **UNITED STATES DISTRICT COURT**

9                 **NORTHERN DISTRICT OF CALIFORNIA**

10

11  MICHAEL ZELENY,                    )   Case No.: CV 17-7357 RS
                                       )
12              Plaintiff,             )   **ORDER REGARDING SATISFACTION**
                                       )   **OF JUDGMENT**
13        vs.                          )
                                       )
14  GAVIN NEWSOM, *et al.*,            )
                                       )
15              Defendants.            )
    _____)
16
            In accord with Plaintiff's Acknowledgment of Satisfaction of Judgment, and Pursuant to
17
    Local Rule 77-2, the Judgment entered herein on May 2, 2022 as against Defendant City of
18
    Menlo Park is Ordered satisfied with regard to the award to Plaintiff of the sum of Nine Hundred
19
    Twenty-Five Thousand Dollars ($925,000.00).  Such sum having been paid, as acknowledged by
20
    Plaintiff, there are no further monetary sums owing to Plaintiff under said Judgment.
21
    DATED: August 8, 2022                    *Mark B. Busby*
22
                                             *Gina Agustine*   Gina Agustine
23                                           _____
                                             CLERK OF THE UNITED STATES
24                                           DISTRICT COURT FOR THE NORTHERN
                                             DISTRICT OF CALIFORNIA
25

26

                                             1

    _____
    ORDER REGARDING SATISFACTION OF JUDGMENT; Case No. CV 17-7357 RS