UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL ZELENY,

       Plaintiff,

   v.

XAVIER BECERRA, et al.,

       Defendants.

Case No.  17-cv-07357-RS

**ORDER REOPENING CASE, VACATING JUDGMENT, AND SETTING CASE MANAGEMENT CONFERENCE**

On August 28, 2024, the Ninth Circuit entered a ruling vacating the May 2, 2022 Judgment in favor of appellee Rob Bonta. Dkt. No. 232. A mandate was issued under Rule 41(a) of the Federal Rules of Appellate Procedure on September 19, 2024. Dkt. No. 234. Based on the Ninth Circuit's ruling, this action is reopened and the May 2, 2022 Judgment in favor of appellee, Dkt. No. 224, is vacated. A case management conference is set on November 14, 2024. A case management statement is due on November 7, 2024.

**IT IS SO ORDERED**.

Dated: September 23, 2024

_____

RICHARD SEEBORG
Chief United States District Judge