| | |
|---|---|
| 1 | ROB BONTA<br>Attorney General of California |
| 2 | R. MATTHEW WISE<br>Supervising Deputy Attorney General |
| 3 | S. CLINTON WOODS<br>Deputy Attorney General |
| 4 | State Bar No. 246054<br> 455 Golden Gate Avenue, Suite 11000 |
| 5 |  San Francisco, CA  94102-7004<br> Telephone: (415) 510-3807 |
| 6 |  Fax: (415) 703-5480<br> E-mail: Clint.Woods@doj.ca.gov |
| 7 | *Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of California* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ZELENY, an individual,<br><br>                                     Plaintiff,<br><br>     v.<br><br>ROB BONTA[1], an individual, in his official capacity; CITY OF MENLO PARK, a municipal corporation; and DAVE BERTINI, in his official capacity,<br><br>                                     Defendants. | Case No. 3:17-cv-07357 RS<br><br>**CASE MANAGEMENT CONFERENCE STATEMENT BY DEFENDANT ROB BONTA**<br><br>Date: November 14, 2024<br>Time: 10:00 a.m.<br>Judge: Hon. Richard G. Seeborg<br>Courtroom: 3 |

---

[1] Defendant Rob Bonta, the current Attorney General of California, is automatically substituted for former Attorney General Xavier Becerra. Fed. R. Civ. P. 25(d).

1

In late August, the Ninth Circuit entered an order vacating the May 2, 2022 judgment in favor of Defendant Rob Bonta and remanding the case back to this Court. Dkt. No. 232. A mandate was issued under Rule 41(a) of the Federal Rules of Appellate Procedure on September 19, 2024. Dkt. No. 234. A few days later, the Court set a Case Management Conference for November 14, 2024, and directed the parties to submit a joint case management statement. Dkt. No. 235.

At this juncture, counsel for Defendant Rob Bonta has been unable to locate current counsel for Plaintiff Michael Zeleny. Plaintiff's counsel of record in the Ninth Circuit matter, Alan Beck, has informed Defendant's counsel that he no longer represents Plaintiff. Mr. Beck directed Defendant's counsel to contact Damian Robinson, the attorney who previously represented Mr. Zeleny in the district court but filed a motion to withdraw as counsel in the Ninth Circuit. *See Zeleny v. Bonta*, 9th Cir. Case No. 22-15870, Dkt. No. 21. As of the date of filing, counsel for Defendant has been unable to contact Plaintiff's current counsel.

Defendant therefore respectfully requests the Court enter an order continuing the Case Management Conference for 60 days to allow Defendant's counsel to identify Plaintiff's counsel and for the parties to meet and confer regarding further proceedings in this matter.

Dated: November 8, 2024                    Respectfully submitted,

                                           ROB BONTA
                                           Attorney General of California
                                           R. MATTHEW WISE
                                           Supervising Deputy Attorney General


                                            /s/ *S. Clinton Woods*
                                           S. CLINTON WOODS
                                           Deputy Attorney General
                                           *Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of California*

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | *Zeleny, Michael v. Edmund G. Brown, et al.* | Case No. | **3:17-cv-07357 RS (NC)** |

I hereby certify that on <u>November 8, 2024</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **CASE MANAGEMENT CONFERENCE STATEMENT BY DEFENDANT ROB BONTA**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>November 8, 2024</u>, at San Francisco, California.

| M. Mendiola | *M. Mendiola* |
|---|---|
| Declarant | Signature |

SA2018100198