1  Damion D. D. Robinson, SBN 262573
   David Markevitch, SBN 256163
2  ROBINSON MARKEVITCH & PARKER LLP
   8430 Santa Monica Blvd., Suite 200
3  West Hollywood, CA 90069
   Tel.    (213) 757-7778
4  Email:  dr@robinsonmarkevitch.com
           dm@robinsonmarkevitch.com
5

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  MICHAEL ZELENY, an individual,        Case No.: 3:17-cv-07357-RS

12                   Plaintiff,           Assigned for All Purposes to:
                                          Hon. Richard Seeborg
13          vs.
                                          **DECLARATION OF DAMION
14  EDMUND G. BROWN, JR., et al.,         ROBINSON IN SUPPORT OF MOTION
                                          TO WITHDRAW AS COUNSEL**
15                   Defendants.
                                          [Filed concurrently:
16                                        1. Notice of Motion and Motion;
                                          2. Proposed Order]
17
                                          Date:   May 1, 2025
18                                        Time:   1:30 p.m.
                                          Crtrm:  3
19

20

21

22

23

24

25

26

27

28

- 1 -

DECLARATION

**<u>DECLARATION OF DAMION ROBINSON</u>**

I, Damion Robinson, declare:

1.      I previously represented Mr. Zeleny through Affeld Grivakes LLP (now Affeld England & Johnson LLP) ("Affeld Grivakes"). I have personal knowledge of the facts below and could testify competently to these facts if called upon to do so.

2.      When this case was filed in late 2017, and at all times prior to entry of judgment, Affeld Grivakes represented Mr. Zeleny. David Markevitch and I were both employed by Affeld Grivakes and represented Mr. Zeleny in that capacity.

3.      Mr. Markevitch and I both left Affeld Grivakes while Mr. Zeleny's appeal was pending.  I left the firm in October of 2022 to join another law firm.  Mr. Markevitch left at the end of November 2023.  As of December 1, 2023, we formed our current firm Robinson Markevitch & Parker LLP.

4.      Attached hereto as **Exhibit 1** is a true and correct copy of the Ninth Circuit docket for Mr. Zeleny's appeal.

5.      As reflected in the docket, Affeld Grivakes moved to withdraw during the appeal on March 20, 2024, and that motion was granted. I then received electronic notice that I was listed as counsel for Mr. Zeleny.  I filed a notice of withdrawal on April 8, 2024, and was terminated from the case the same day.

6.      I understand that Mr. Zeleny then retained new counsel, Alan Beck.

7.      After the Ninth Circuit remanded the case to this Court, the Court set a Case Management Conference for January 23, 2025.  In advance of that conference, David Affeld of Affeld Grivakes emailed the clerk to have his firm removed from the docket because they had withdrawn from representing Mr. Zeleny on appeal. I similarly emailed the clerk to ask to be removed for the same reason. The clerk responded that, per Chambers, Mr. Zeleny believes that we still represent him. A true copy of this email exchange is attached as **Exhibit 2**. While I do not believe that I can reveal my communications with Mr. Zeleny during his appeal, I find this to be rather shocking in light of those communications.

8.      I have corresponded with Mr. Zeleny about the apparent confusion over his

DECLARATION

1 representation. We have not reached any agreement to represent Mr. Zeleny.

2       9.     We cannot effectively represent Mr. Zeleny in this case, consistent with our

3 professional obligations. As noted above, Mr. Markevitch and I have not been involved in this

4 litigation for more than two years. I had minimal involvement in the months leading to my

5 departure from Affeld Grivakes. Prior to the appeal, Mr. Zeleny's claims against the State of

6 California were primarily handled by another attorney. Because we have not represented Mr.

7 Zeleny in some time, we have not kept up to speed of the status of the case, the evolving

8 precedent related to gun control, or the current posture of Mr. Zeleny's claims. Neither Mr.

9 Markevitch nor I specialize in firearms law. To represent Mr. Zeleny effectively, we would need

10 to re-learn this case as well as the current state of the law on gun control. Handling this case for

11 free would impose a serious financial burden on our firm. More importantly, in light of our

12 current caseload and obligations to other clients, we cannot effectively represent Mr. Zeleny,

13 consistent with our duty of competence.

14      I declare under penalty of perjury under the laws of the State of California that the

15 foregoing is true and correct. Executed this 20th day of March, 2025, at West Hollywood,

16 California.

17                                         /s/ Damion Robinson
                                        Damion D. D. Robinson

18

19

20

21

22

23

24

25

26

27

28

DECLARATION



**EXHIBIT 1**

**General Docket**
**United States Court of Appeals for the Ninth Circuit**

| | |
|---|---|
| **Court of Appeals Docket #:** 22-15870 | **Docketed:** 06/10/2022 |
| **Nature of Suit:** 3440 Other Civil Rights | **Termed:** 08/28/2024 |
| Michael Zeleny v. Rob Bonta, et al | |
| **Appeal From:** U.S. District Court for Northern California, San Francisco | |
| **Fee Status:** Paid | |

**Case Type Information:**
   **1)** civil
   **2)** private
   **3)** null

**Originating Court Information:**
   **District:** 0971-3 : 3:17-cv-07357-RS
   **Court Reporter:** Richard John Duvall, Court Reporter Supervisor
   **Trial Judge:** Richard G. Seeborg, Chief District Judge
   **Date Filed:** 12/28/2017

| Date Order/Judgment: | Date Order/Judgment EOD: | Date NOA Filed: | Date Rec'd COA: |
|---|---|---|---|
| 05/02/2022 | 05/02/2022 | 06/01/2022 | 06/01/2022 |

**Prior Cases:**
   22-15449   **Date Filed:** 03/28/2022   **Date Disposed:** 05/06/2022   **Disposition:** FRAP 42b Dismissal - Clerk Order

**Current Cases:**
   None

---

MICHAEL ZELENY
          Plaintiff - Appellant,

v.

ROB BONTA, California Atotrney General, in his official capacity
          Defendant - Appellee,

CITY OF MENLO PARK, a municipal corporation
          Defendant,

DAVE BERTINI, an individual, in his official capacity
          Defendant,

NEW ENTERPRISE ASSOCIATES, INC., a Delaware corporation
          Defendant,

Alan Alexander Beck, Attorney
Direct: 619-905-9105
Email: alan.alexander.beck@gmail.com
[COR NTC Retained]
Law Offices of Alan Beck
2692 Harcourt Drive
San Diego, CA 92123

Noreen Patricia Skelly, Attorney
Direct: 916-327-0349
Email: noreen.skelly@doj.ca.gov
Fax: 916-324-8835
[COR LD NTC Dep State Aty Gen]
AGCA-Office of the California Attorney General
125
1300 I Street
Sacramento, CA 95814

Sean Clinton Woods
Direct: 415-510-3807
Email: clint.woods@doj.ca.gov
Fax: 415-703-5480
[COR NTC Dep State Aty Gen]
AGCA - Office of the California Attorney General
Suite 11000
455 Golden Gate Avenue
San Francisco, CA 94102

MICHAEL ZELENY,

       Plaintiff - Appellant,

  v.

ROB BONTA, California Atotrney General, in his official capacity,

       Defendant - Appellee,

and

CITY OF MENLO PARK, a municipal corporation; DAVE BERTINI, an individual, in his official capacity; NEW ENTERPRISE ASSOCIATES, INC., a Delaware corporation,

       Defendants.

| | | |
|---|---|---|
| 06/10/2022 | ☐ 1<br>30 pg, 1.54 MB | DOCKETED CAUSE AND ENTERED APPEARANCES OF COUNSEL. SEND MQ: Yes. The schedule is set as follows: Appellant Michael Zeleny Mediation Questionnaire due on 06/17/2022. Transcript ordered by 07/08/2022. Transcript due 08/08/2022. Appellant Michael Zeleny opening brief due 09/15/2022. Appellee Rob Bonta answering brief due 10/17/2022. Appellant's optional reply brief is due 21 days after service of the answering brief. [12468328] (RT) [Entered: 06/10/2022 11:04 AM] |
| 06/17/2022 | ☐ 2<br>2 pg, 119.86 KB | Filed (ECF) Appellant Michael Zeleny Mediation Questionnaire. Date of service: 06/17/2022. [12474728] [22-15870] (England, Brian) [Entered: 06/17/2022 05:34 PM] |
| 06/17/2022 | ☐ 3 | The Mediation Questionnaire for this case was filed on 06/17/2022.<br>To submit pertinent **confidential** information directly to the Circuit Mediators, please use the following **link**. Confidential submissions may include any information relevant to mediation of the case and settlement potential, including, but not limited to, settlement history, ongoing or potential settlement discussions, non-litigated party related issues, other pending actions, and timing considerations that may impact mediation efforts.[12474755]. [22-15870] (AD) [Entered: 06/17/2022 06:44 PM] |
| 06/30/2022 | ☐ 4<br>5 pg, 167.04 KB | MEDIATION CONFERENCE SCHEDULED - DIAL-IN Assessment Conference, 08/17/2022, 11:00 a.m. PACIFIC Time. The briefing schedule previously set by the court remains in effect. See order for instructions and details. [12483877] (CL) [Entered: 06/30/2022 10:59 AM] |
| 08/10/2022 | ☐ 5<br>2 pg, 102.37 KB | Filed order (Deputy Clerk: KS) The Clerk is directed to temporarily close this court's docket for administrative purposes until December 16, 2022. This administrative closure is not a decision on the merits and no mandate will issue in connection with this order. At any time, any party may request that this appeal be reopened. On or before December 1, 2022, counsel are requested to contact the mediator by email (Kay_Suk@ca9.uscourts.gov) to report on the status of the case. Counsel are requested to include the Ninth Circuit case name and number in the subject line. [12514410] (OC) [Entered: 08/10/2022 03:48 PM] |
| 12/02/2022 | ☐ 6<br>1 pg, 102.69 KB | MEDIATION CONFERENCE SCHEDULED - DIAL-IN Conference, 04/17/2023, 10:00 a.m. Pacific Time. The administrative closure period is extended until 04/28/2023. At any time before that date, any party may request that this appeal be reopened. See order for details. [12600620] (CL) [Entered: 12/02/2022 08:44 AM] |
| 04/18/2023 | ☐ 7<br>1 pg, 99.89 KB | MEDIATION CONFERENCE SCHEDULED - DIAL-IN Conference, 05/15/2023, 2:00 p.m. Pacific Time. The administrative closure period is extended until 05/15/2023. At any time before that date, any party may request that this appeal be reopened. See order for details. [12697789] (CL) [Entered: 04/18/2023 01:09 PM] |
| 11/07/2023 | ☐ 8<br>2 pg, 122.44 KB | MEDIATION CONFERENCE SCHEDULED - DIAL-IN Conference, 11/20/2023, 11:00 a.m. Pacific Time. The administrative closure period is extended until 11/30/2023. At any time before that date, any party may request that this appeal be reopened. See order for details. [12821277] (BLS) [Entered: 11/07/2023 04:22 PM] |
| 11/16/2023 | ☐ 9<br>1 pg, 119.07 KB | MEDIATION CONFERENCE RESCHEDULED - DIAL-IN Conference, 12/11/2023, 11:00 a.m. Pacific Time. (originally scheduled on 11/20/2023). The administrative closure period is extended until 12/11/2023. At any time before that date, any party may request that this appeal be reopened. [12825068] (CL) [Entered: 11/16/2023 12:10 PM] |
| 12/12/2023 | ☐ 10<br>1 pg, 98.96 KB | Filed order MEDIATION (KS): This appeal was administratively closed. The appeal is reopened. The briefing schedule previously set by the court is reset as follows: appellant's opening brief is due February 26, 2024; appellee's answering brief is due March 27, 2024; appellant's optional reply brief is due within 21 days from the service date of the answering brief. [12836203] (AF) [Entered: 12/12/2023 09:14 AM] |
| 01/04/2024 | ☐ 11<br>1 pg, 90.28 KB | MEDIATION ORDER FILED: This case is RELEASED from the Mediation Program. [12844287] (CL) [Entered: 01/04/2024 11:36 AM] |
| 02/14/2024 | ☐ 12 | Filed (ECF) Streamlined request for extension of time to file Opening Brief by Appellant Michael Zeleny. New requested due date is 03/26/2024. [12859781] [22-15870] (England, Brian) [Entered: 02/14/2024 11:51 AM] |
| 02/14/2024 | ☐ 13 | **Streamlined request [12] by Appellant Michael Zeleny to extend time to file the brief is approved. Amended briefing schedule: Appellant Michael Zeleny opening brief due 03/27/2024. Appellee Rob Bonta answering brief due 04/26/2024. The optional reply brief is due 21 days from the date of service of the answering brief.** [12859847] (DR) [Entered: 02/14/2024 01:23 PM] |
| 03/20/2024 | ☐ 14<br>4 pg, 546.32 KB | Filed (ECF) Appellant Michael Zeleny Motion to extend time to file Opening brief until 04/29/2024. Date of service: 03/18/2024. [12870907] [22-15870] (Affeld, David) [Entered: 03/20/2024 05:23 PM] |
| 03/20/2024 | ☐ 15<br>4 pg, 356.57 KB | Filed (ECF) Appellant Michael Zeleny motion. Attorney(s) Attorney David Affeld, Esquire for Appellant Michael Zeleny motion to withdraw as counsel. Date of service: 03/20/2024. [12870908] [22-15870] (Affeld, David) [Entered: 03/20/2024 05:27 PM] |
| 03/25/2024 | ☐ 16<br>2 pg, 104.76 KB | Filed clerk order (Deputy Clerk: MCD): The motion (Docket Entry No. [15]) to withdraw as counsel for appellant is granted. The Clerk will amend the docket to reflect that David Affeld, Brian Ray England, and Affeld England & Johnson LLP are no longer counsel of record for appellant. Appellant remains represented by Damion Robinson. Appellant's motion (Docket Entry No. [14]) for an extension of time to file the opening brief is granted. The opening brief is due April 29, 2024. The answering brief is due May 29, 2024. The optional reply brief is due within 21 days after service of the answering brief. [12871854] (ABT) [Entered: 03/25/2024 10:29 AM] |
| 03/25/2024 | ☐ 17 | Terminated David Affeld for Michael Zeleny in 22-15870, Brian Ray England for Michael Zeleny in 22-15870 [12871860] (ABT) [Entered: 03/25/2024 10:39 AM] |

| 03/25/2024 | ☐ 18 | Filed (ECF) notice of appearance of S. Clinton Woods (Department of Justice, Office of the Attorney General; 455 Golden Gate Avenue, Suite 11000; San Francisco, CA 94102) for Appellee Rob Bonta. Substitution for Attorney John W. Killeen, Esquire for Appellee Rob Bonta. Date of service: 03/25/2024. (Party was previously proceeding with counsel.) [12872011] [22-15870] (Woods, Sean) [Entered: 03/25/2024 01:59 PM] |
|---|---|---|
| 03/25/2024 | ☐ 19 | Attorney John W. Killeen in 22-15870 substituted by Attorney Sean Clinton Woods in 22-15870 [12872038] (QDL) [Entered: 03/25/2024 02:22 PM] |
| 04/08/2024 | ☐ 20 | Filed (ECF) Notice of withdrawal of counsel. Filed by Attorney Damion Robinson for Appellant Michael Zeleny. Party proceeding without counsel: Yes, mailing address provided. Party mailing address: 7576 Willow Glen Road, Los Angeles, CA 90046. Date of service: 04/08/2024. [12875646] [22-15870] (Robinson, Damion) [Entered: 04/08/2024 09:19 AM] |
| 04/08/2024 | ☐ 21<br>3 pg, 404.62 KB | Filed (ECF) Appellant Michael Zeleny Correspondence: Declaration regarding notice of withdrawal of counsel. Date of service: 04/08/2024. [12875654] [22-15870] --[COURT UPDATE: Updated docket text to reflect correct ECF filing type. 04/08/2024 by TYL] (Robinson, Damion) [Entered: 04/08/2024 09:27 AM] |
| 04/08/2024 | ☐ 22 | Terminated Damion Robinson for Michael Zeleny in 22-15870 [12875737] (QDL) [Entered: 04/08/2024 11:52 AM] |
| 04/17/2024 | ☐ 23 | Filed (ECF) notice of appearance of Alan Alexander Beck (Law Office of Alan Beck 2692 Harcourt Drive San Diego CA 92123) for Appellant Michael Zeleny. Date of service: 04/17/2024. (Party was previously proceeding pro se.) [12877986] [22-15870] (Beck, Alan) [Entered: 04/17/2024 11:49 AM] |
| 04/17/2024 | ☐ 24 | Added Attorney(s) Alan Alexander Beck for party(s) Appellant Michael Zeleny, in case 22-15870. [12878006] (QDL) [Entered: 04/17/2024 12:19 PM] |
| 04/17/2024 | ☐ 25<br>3 pg, 212.51 KB | Filed (ECF) Appellant Michael Zeleny Motion to extend time to file Opening brief until 06/27/2024. Date of service: 04/17/2024. [12878076] [22-15870] (Beck, Alan) [Entered: 04/17/2024 02:39 PM] |
| 04/19/2024 | ☐ 26<br>1 pg, 103.15 KB | Filed clerk order (Deputy Clerk: MCD): Appellant's motion (Docket Entry No. [25]) for an extension of time to file the opening brief is granted. The opening brief is due June 27, 2024. The answering brief is due July 29, 2024. The optional reply brief is due within 21 days after service of the answering brief. [12878643] (JBS) [Entered: 04/19/2024 03:27 PM] |
| 06/25/2024 | ☐ 27<br>68 pg, 411.08 KB | Submitted (ECF) Opening Brief for review. Submitted by Appellant Michael Zeleny. Date of service: 06/25/2024. [12893333] [22-15870] (Beck, Alan) [Entered: 06/25/2024 08:34 AM] |
| 06/25/2024 | ☐ 28<br>454 pg, 30.5 MB | Submitted (ECF) excerpts of record. Submitted by Appellant Michael Zeleny. Date of service: 06/25/2024. [12893334] [22-15870] (Beck, Alan) [Entered: 06/25/2024 08:37 AM] |
| 06/25/2024 | ☐ 29<br>2 pg, 95.43 KB | Filed clerk order: The opening brief [27] submitted by Michael Zeleny is filed. Within 7 days of the filing of this order, filer is ordered to file 6 copies of the brief in paper format, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. Cover color: blue. The excerpts of record [28] submitted by Michael Zeleny are filed. Within 7 days of this order, filer is ordered to file 3 copies of the excerpts in paper format securely bound on the left side, with white covers. The paper copies shall be submitted to the principal office of the Clerk. [12893424] (SML) [Entered: 06/25/2024 10:23 AM] |
| 06/27/2024 | ☐ 30<br>4 pg, 214.4 KB | Filed (ECF) Appellant Michael Zeleny Motion to hear this case before the panel which will hear case Baird v. Bonta No. 24-565.. Date of service: 06/27/2024. [12893976] [22-15870] (Beck, Alan) [Entered: 06/27/2024 10:33 PM] |
| 06/28/2024 | ☐ 31 | Received 3 paper copies of excerpts of record [28] in 3 volumes and index volume filed by Appellant Michael Zeleny. [12894235] (SD) [Entered: 06/28/2024 04:38 PM] |
| 06/28/2024 | ☐ 32 | Received 6 paper copies of Opening Brief [27] filed by Michael Zeleny. [12894236] (SD) [Entered: 06/28/2024 04:39 PM] |
| 07/01/2024 | ☐ 33<br>31 pg, 1.31 MB | Filed (ECF) Appellant Michael Zeleny citation of supplemental authorities. Date of service: 07/01/2024. [12894459] [22-15870] (Beck, Alan) [Entered: 07/01/2024 10:28 AM] |
| 07/08/2024 | ☐ 34<br>14 pg, 506.01 KB | Filed (ECF) Appellee Rob Bonta response to motion ([30] Motion (ECF Filing), [30] Motion (ECF Filing)). Date of service: 07/08/2024. [12895770] [22-15870] (Woods, Sean) [Entered: 07/08/2024 04:46 PM] |
| 07/09/2024 | ☐ 35<br>10 pg, 273.53 KB | Filed (ECF) Appellant Michael Zeleny reply to response (). Date of service: 07/09/2024. [12896065] [22-15870] (Beck, Alan) [Entered: 07/09/2024 11:43 PM] |
| 07/17/2024 | ☐ 36 | Filed (ECF) Streamlined request for extension of time to file Answering Brief by Appellee Rob Bonta. New requested due date is 08/28/2024. [12897519] [22-15870] (Woods, Sean) [Entered: 07/17/2024 02:14 PM] |
| 07/17/2024 | ☐ 37 | **Streamlined request [36] by Appellee Rob Bonta to extend time to file the brief is approved. Amended briefing schedule: Appellee Rob Bonta answering brief due 08/28/2024. The optional reply brief is due 21 days from the date of service of the answering brief.** [12897552] (DR) [Entered: 07/17/2024 03:23 PM] |
| 07/26/2024 | ☐ 38<br>25 pg, 253.15 KB | Filed (ECF) Appellee Rob Bonta Motion to remand case. Date of service: 07/26/2024. [12899045] [22-15870] (Woods, Sean) [Entered: 07/26/2024 03:14 PM] |
| 08/03/2024 | ☐ 39<br>12 pg, 285.16 KB | Filed (ECF) Appellant Michael Zeleny response opposing motion ([38] Motion (ECF Filing), [38] Motion (ECF Filing) motion to remand case). Date of service: 08/03/2024. [12900240] [22-15870] (Beck, Alan) [Entered: 08/03/2024 12:17 AM] |
| 08/07/2024 | ☐ 40<br>61 pg, 548.79 KB | Filed (ECF) Appellant Michael Zeleny citation of supplemental authorities. Date of service: 08/07/2024. [12900766] [22-15870] (Beck, Alan) [Entered: 08/07/2024 11:19 AM] |

| 08/12/2024 | ☐ 41 <br> 12 pg, 205.79 KB | Filed (ECF) Appellee Rob Bonta reply to response (). Date of service: 08/12/2024. [12900594] [22-15870] (Woods, Sean) [Entered: 08/12/2024 02:35 PM] |
|---|---|---|
| 08/14/2024 | ☐ 42 <br> 2 pg, 105.56 KB | Filed (ECF) Appellant Michael Zeleny citation of supplemental authorities. Date of service: 08/14/2024. [12902185] [22-15870] (Beck, Alan) [Entered: 08/14/2024 04:05 PM] |
| 08/28/2024 | ☐ 43 <br> 1 pg, 165.24 KB | Filed order (MARY M. SCHROEDER, MILAN D. SMITH, JR. and ANDREW D. HURWITZ) The motion (Docket Entry No. [38]) to vacate and remand is granted. The district court's May 2, 2022 judgment in favor of appellee Rob Bonta is vacated. This case is remanded to the district court for proceedings consistent with New York State Rifle & Pistol Ass'n v. Bruen, 597 U.S. 1 (2022). All pending motions are denied as moot. VACATED and REMANDED. [12904491] (JBS) [Entered: 08/28/2024 02:03 PM] |
| 09/19/2024 | ☐ 44 <br> 1 pg, 92.27 KB | MANDATE ISSUED. (MMS, MDS and ADH) [12907534] (QDL) [Entered: 09/19/2024 08:25 AM] |

Clear All

◉ **Documents and Docket Summary**
○ **Documents Only**

☑ **Include Page Numbers**

**Selected Pages:** 0    **Selected Size:** 0 KB

View Selected

---

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| U.S. Court of Appeals for the 9th Circuit - 02/10/2025 09:58:43 | | | |
| **PACER Login:** | damion.robinson | **Client Code:** | |
| **Description:** | Docket Report (filtered) | **Search Criteria:** | 22-15870 |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |



**EXHIBIT 2**

**Damion Robinson**

---

| | |
|---|---|
| **From:** | Corinne Lew <Corinne_Lew@cand.uscourts.gov> |
| **Sent:** | Tuesday, January 21, 2025 3:24 PM |
| **To:** | Damion Robinson; David Affeld; Bob Gundert |
| **Cc:** | Brian R. England; David Markevitch; clint.woods@doj.ca.gov; ashley.shively@hklaw.com; hapi@hklaw.com; maria.batres@hklaw.com; philip.dobbs@hklaw.com; reena.kaur@hklaw.com; courtney.worcester@hklaw.com; jennifer.blake@hklaw.com; David Markevitch; David Markevitch; Cristina Mercader Pérez; Johanna Hill; Emmanuelle.Soichet@doj.ca.gov; Monali.Dholakia@doj.ca.gov; John.Killeen@doj.ca.gov; eileen.ennis@doj.ca.gov; ksenia.lavrushchak@doj.ca.gov; Noreen.Skelly@doj.ca.gov; ecfcoordinator@doj.ca.gov; eileen.ennis@doj.ca.gov |
| **Subject:** | RE: [External] Activity in Case 3:17-cv-07357-RS Zeleny v. Brown et al |

Mr. Robinson and Mr. Markevitch,

Per chambers Mr. Zeleny still thinks you are representing him and you will need to file a formal motion to withdraw.

Thank you,


Corinne Lew
Courtroom Deputy to
The Honorable Richard Seeborg
United States District Court
Northern District of California
415-522-2123

---

**From:** Damion Robinson <dr@robinsonmarkevitch.com>
**Sent:** Tuesday, January 21, 2025 10:28 AM
**To:** David Affeld <dwa@aejlaw.com>; Corinne Lew <Corinne_Lew@cand.uscourts.gov>; Bob Gundert <rgundert@hrmrlaw.com>
**Cc:** Brian R. England <bre@aejlaw.com>; David Markevitch <dm@robinsonmarkevitch.com>; clint.woods@doj.ca.gov; ashley.shively@hklaw.com; hapi@hklaw.com; maria.batres@hklaw.com; philip.dobbs@hklaw.com; reena.kaur@hklaw.com; courtney.worcester@hklaw.com; jennifer.blake@hklaw.com; David Markevitch <dm@robinsonmarkevitch.com>; David Markevitch <dm@robinsonmarkevitch.com>; Cristina Mercader Pérez <cmp@robinsonmarkevitch.com>; Johanna Hill <jh@robinsonmarkevitch.com>; Emmanuelle.Soichet@doj.ca.gov; Monali.Dholakia@doj.ca.gov; John.Killeen@doj.ca.gov; eileen.ennis@doj.ca.gov; ksenia.lavrushchak@doj.ca.gov; Noreen.Skelly@doj.ca.gov; ecfcoordinator@doj.ca.gov; eileen.ennis@doj.ca.gov
**Subject:** RE: [External] Activity in Case 3:17-cv-07357-RS Zeleny v. Brown et al

**CAUTION - EXTERNAL:**


Good morning,

The same is true for David Markevitch and me. We have not been involved in the case for more than a year. Would it be possible to remove us from the email list as well?

1

Respectfully,

---

**From:** David Affeld <dwa@aejlaw.com>
**Sent:** Tuesday, January 21, 2025 10:18 AM
**To:** Corinne Lew <Corinne_Lew@cand.uscourts.gov>; Bob Gundert <rgundert@hrmrlaw.com>
**Cc:** Brian R. England <bre@aejlaw.com>; David Markevitch <dm@robinsonmarkevitch.com>; clint.woods@doj.ca.gov; ashley.shively@hklaw.com; hapi@hklaw.com; maria.batres@hklaw.com; philip.dobbs@hklaw.com; reena.kaur@hklaw.com; courtney.worcester@hklaw.com; jennifer.blake@hklaw.com; Damion Robinson <dr@robinsonmarkevitch.com>; David Markevitch <dm@robinsonmarkevitch.com>; David Markevitch <dm@robinsonmarkevitch.com>; Cristina Mercader Pérez <cmp@robinsonmarkevitch.com>; Johanna Hill <jh@robinsonmarkevitch.com>; Emmanuelle.Soichet@doj.ca.gov; Monali.Dholakia@doj.ca.gov; John.Killeen@doj.ca.gov; eileen.ennis@doj.ca.gov; ksenia.lavrushchak@doj.ca.gov; Noreen.Skelly@doj.ca.gov; ecfcoordinator@doj.ca.gov; eileen.ennis@doj.ca.gov
**Subject:** RE: [External] Activity in Case 3:17-cv-07357-RS Zeleny v. Brown et al

Could you remove me as well? We substituted out a year ago while the case was in the Ninth Circuit. – Dave Affeld

**David W. Affeld**
**AEJ | AFFELD ENGLAND & JOHNSON LLP**
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Tel: (310) 979-8700
dwa@aejlaw.com

This E-mail, along with any attachments, is confidential and may be privileged. If you have received it in error, please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person.

---

**From:** Corinne Lew <Corinne_Lew@cand.uscourts.gov>
**Sent:** Tuesday, January 21, 2025 7:56 AM
**To:** Bob Gundert <rgundert@hrmrlaw.com>
**Cc:** David Affeld <dwa@aejlaw.com>; Brian R. England <bre@aejlaw.com>; dm@robinsonmarkevitch.com; clint.woods@doj.ca.gov; ashley.shively@hklaw.com; hapi@hklaw.com; maria.batres@hklaw.com; philip.dobbs@hklaw.com; reena.kaur@hklaw.com; courtney.worcester@hklaw.com; jennifer.blake@hklaw.com; dr@robinsonmarkevitch.com; dm@robinsonmarkevitch.com; dm@robinsonmarkevitch.com; cmp@robinsonmarkevitch.com; jh@robinsonmarkevitch.com; Emmanuelle.Soichet@doj.ca.gov; Monali.Dholakia@doj.ca.gov; John.Killeen@doj.ca.gov; eileen.ennis@doj.ca.gov; ksenia.lavrushchak@doj.ca.gov; Noreen.Skelly@doj.ca.gov; ecfcoordinator@doj.ca.gov; eileen.ennis@doj.ca.gov
**Subject:** RE: [External] Activity in Case 3:17-cv-07357-RS Zeleny v. Brown et al

Yes, will do.

Corinne Lew
Courtroom Deputy to
The Honorable Richard Seeborg
United States District Court
Northern District of California
415-522-2123

2

**From:** Bob Gundert <rgundert@hrmrlaw.com>
**Sent:** Saturday, January 18, 2025 8:27 PM
**To:** Corinne Lew <Corinne_Lew@cand.uscourts.gov>
**Cc:** dwa@agzlaw.com; bre@agzlaw.com; dm@robinsonmarkevitch.com; clint.woods@doj.ca.gov; ashley.shively@hklaw.com; hapi@hklaw.com; maria.batres@hklaw.com; philip.dobbs@hklaw.com; reena.kaur@hklaw.com; courtney.worcester@hklaw.com; jennifer.blake@hklaw.com; dr@robinsonmarkevitch.com; dm@robinsonmarkevitch.com; dm@robinsonmarkevitch.com; cmp@robinsonmarkevitch.com; jh@robinsonmarkevitch.com; Emmanuelle.Soichet@doj.ca.gov; Monali.Dholakia@doj.ca.gov; John.Killeen@doj.ca.gov; eileen.ennis@doj.ca.gov; ksenia.lavrushchak@doj.ca.gov; Noreen.Skelly@doj.ca.gov; ecfcoordinator@doj.ca.gov; eileen.ennis@doj.ca.gov
**Subject:** FW: Activity in Case 3:17-cv-07357-RS Zeleny v. Brown et al

CAUTION - EXTERNAL:


Ms. Lew:

Would it be possible to be removed from this service list?  Our office previously represented the City of Menlo Park, which is no longer a party to this lawsuit.

Thank you for your attention to this request.  If you have any questions or wish to discuss this matter please do not hesitate to contact me.


Robert J. Gundert
*RIDLEY ◊ MASTER*
1900 O'Farrell Street, Suite 280
San Mateo, California 94403
Telephone: (650) 365-7715, extn. 223
Direct: (650) 980-1033
Fax: (650) 364-5297
rgundert@hrmrlaw.com


**From:** ECF-CAND@cand.uscourts.gov <ECF-CAND@cand.uscourts.gov>
**Sent:** Friday, January 17, 2025 1:13 PM
**To:** efiling@cand.uscourts.gov
**Subject:** Activity in Case 3:17-cv-07357-RS Zeleny v. Brown et al


This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other

**users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## U.S. District Court

## California Northern District

## Notice of Electronic Filing

The following transaction was entered on 1/17/2025 at 1:13 PM PST and filed on 1/17/2025
**Case Name:**      Zeleny v. Brown et al
**Case Number:**    3:17-cv-07357-RS
**Filer:**
**Document Number:** 239(No document attached)

**Docket Text:**
**CLERK'S NOTICE SETTING ZOOM HEARING. Further Case Management Conference set for 1/23/2025 at 10:00 AM in San Francisco, - Videoconference Only. This proceeding will be held via a Zoom webinar.**

**Webinar Access: All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/rs**

**Court Appearances: Advanced notice is required of counsel or parties who wish to be identified by the court as making an appearance or will be participating in the argument at the hearing. A list of names and emails must be sent to the CRD at rscrd@cand.uscourts.gov no later than 1/21/2025 at 12:00 pm.**

**General Order 58. Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited.**

**Zoom Guidance and Setup: https://www.cand.uscourts.gov/zoom/.**

***(This is a text-only entry generated by the court. There is no document associated with this entry.).(cl, COURT STAFF) (Filed on 1/17/2025)***

**3:17-cv-07357-RS Notice has been electronically mailed to:**

Ashley Lynn Shively      ashley.shively@hklaw.com, hapi@hklaw.com, maria.batres@hklaw.com, philip.dobbs@hklaw.com, reena.kaur@hklaw.com

Courtney Worcester      courtney.worcester@hklaw.com, jennifer.blake@hklaw.com

Damion D. Robinson      dr@robinsonmarkevitch.com, dm@robinsonmarkevitch.com

David Markevitch      dm@robinsonmarkevitch.com, cmp@robinsonmarkevitch.com, jh@robinsonmarkevitch.com

Emmanuelle S. Soichet      Emmanuelle.Soichet@doj.ca.gov, Monali.Dholakia@doj.ca.gov

John William Killeen      John.Killeen@doj.ca.gov, eileen.ennis@doj.ca.gov, ksenia.lavrushchak@doj.ca.gov

Noreen Patricia Skelly      Noreen.Skelly@doj.ca.gov, ecfcoordinator@doj.ca.gov, eileen.ennis@doj.ca.gov

Robert Jay Gundert      rgundert@hrmrlaw.com

Roger Allan Lane      roger.lane@hklaw.com, laura.nolan@hklaw.com

Sean Clinton Woods      clint.woods@doj.ca.gov, ECFCoordinator@doj.ca.gov, Kazzi.Figueroa-Lee@doj.ca.gov

Todd Holton Master      tmaster@hrmrlaw.com, fkelly@hrmrlaw.com, lcastleberry@hrmrlaw.com, lrauch@hrmrlaw.com, lspinelli@hrmrlaw.com, rgundert@hrmrlaw.com, sridley@hrmrlaw.com

**3:17-cv-07357-RS Please see Local Rule 5-5; Notice has NOT been electronically mailed to:**

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.