UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ZELENY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>XAVIER BECERRA, et al.,<br><br>　　　　Defendants. | Case No. 17-cv-07357-RS<br><br>**ORDER GRANTING MOTION TO WITHDRAW** |

Damion Robinson, David Markevitch, and Robinson Markevitch & Parker LLP (collectively "Counsel") have filed a Motion to Withdraw as Counsel for Plaintiff Michael Zeleny. Pursuant to Civil Local Rule 7-1(b), this Motion is suitable for disposition without a hearing. Having considered the papers, the evidence submitted, and the arguments of all counsel and parties, and good cause appearing:

1. Counsel's representation of Mr. Zeleny ended either upon entry of judgment prior to Mr. Zeleny's appeal or when all counsel previously representing Mr. Zeleny withdrew during the course of the appeal. There was no attorney-client relationship created for Counsel to represent Mr. Zeleny in post-remand proceedings.

2. To the extent that there is an attorney-client relationship for those purposes, there is good cause to allow withdrawal. The facts demonstrate that Counsel has not been involved in this case for a period of years, and did not contemplate representation in post-remand proceedings. Further, there does not appear to be any agreement in place for Mr. Zeleny to hire Counsel to

represent him in these proceedings.

3. Accordingly, the Motion is hereby GRANTED. Counsel is given leave to withdraw and that withdrawal will become effective upon service of this Order on Mr. Zeleny.

4. Mr. Zeleny shall retain new counsel or be prepared to represent himself by the next Case Management Conference in this matter.

**IT IS SO ORDERED**.

Dated: April 8, 2025

RICHARD SEEBORG
Chief United States District Judge