| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar Number & Address)*: <br> DAMION D. D. ROBINSON (SBN:262573) <br> DAVID MARKEVITCH (SBN:256163) <br> ROBINSON MARKEVITCH LLP <br> 8430 Santa Monica Blvd., Suite 200 <br> West Hollywood CA <br> 90069 <br><br> ATTORNEY FOR *(Name)*: PLAINTIFF | TELEPHONE NO.: <br> (408) 649-5005 <br><br> TRACKING NO.: <br> 1212772PDL | *FOR COURT USE ONLY* |
|---|---|---|

| NAME OF COURT & DISTRICT/BRANCH, IF ANY: <br> UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA |
|---|
| SHORT TITLE OF CASE: <br> MICHAEL ZELENY, AN INDIVIDUAL VS EDMUND G. BROWN JR, ET AL. |

| **PROOF OF SERVICE** | HEARING DATE: | TIME: | DEPT./DIV.: | CASE NUMBER: <br> 3:17-cv-07357-RS |
|---|---|---|---|---|

1. I served the:

   a. **CIVIL DOCKET; ORDER GRANTING MOTION TO WITHDRAW; PROOF OF SERVICE**

   b. on *(name)*: Michael Zeleny

          c. by serving: LEFT AT FRONT DOOR

   d. by delivery:  ☒ TO RESIDENCE  ☐ TO BUSINESS  ☐ OTHER ( )
        1. date: 4/14/2025
        2. time: 12:25 PM
        3. address: 7576 Willow Glen Road
                   LOS ANGELES CA 90046

   e. ☐ by mailing
        1. date:
        2. city:

   f. ☐ witness fees paid.  ☐ production fees paid.
        amount:………$ 0.00  amount:……..$ 0.00

2. Manner of service: DROP SERVICE

3. At the time of service I was at least 18 years old and not a party to the action.

4. Process Server:  ☐ Not A Registered California Process Server
   JUAN MACARIO  ☒ Registered California Process Server
   800 W. 1st St., Suite 200B  ☐ Owner  ☐ Employee  ☒ Independent Contractor
   Los Angeles, CA 90012  ☒ Registration No.: 2023095762
   213-607-9000  ☒ County: LOS ANGELES  ☒ Fee for service: $ 170.00

USA Legal Network

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on :

Date: 4/15/2025  Signature_____